```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A04-0178--CV (JKS)
              "CHANDLER D. CARTER V NORMAN Y. MINETA"

        Including terminated parties, excluding terminated counsel
```

```
  Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
 Magistrate Judge:
    Referral Rule:
            Filed: 08/20/04
           Closed: NO

     Jurisdiction: (2) U.S. Defendant
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (442) Jobs

           Origin: (1) Original Proceeding
           Demand:
       Filing fee: Paid $150.00 on 08/20/04 receipt # 00123818
         Trial by: Jury
```

| Parties of Record: | | Counsel of Record: |
|---|---|---|
| PLF 1.1 | CARTER, CHANDLER D. | Hugh W. Fleischer<br>310 K Street, Suite 200<br>Anchorage, AK 99501<br>907-264-6635<br>FAX 907-264-6602 |
| DEF 1.1 | MINETA, NORMAN Y. | Susan J. Lindquist<br>U.S. Attorney's Office<br>222 W. 7th Avenue, #9<br>Anchorage, AK 99513-7567<br>907-271-5071 |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CIVIL DOCKET ENTRIES FOR CASE A04-0178--CV (JKS)
                               "CHANDLER D. CARTER V NORMAN Y. MINETA"

                                          For all filing dates
```

```
   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
             Filed: 08/20/04
            Closed: NO

      Jurisdiction: (2) U.S. Defendant
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (442) Jobs

            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Paid $150.00 on 08/20/04 receipt # 00123818
          Trial by: Jury
```

```
Document #   Filed      Docket text

      1 -  1  08/20/04  Complaint filed; Summons issued.

   NOTE -  1  09/21/04  Issued: summons re: John Ashcroft Atty Gen

      2 -  1  09/29/04  PLF 1 Complaint (Amended).

      3 -  1  10/13/04  DEF 1 Answer to Complaint.

      4 -  1  10/14/04  JKS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                        due w/i 28 days from svc of this ord. cc: cnsl

      5 -  1  10/22/04  DEF 1 Answer to Amended Complaint.

      6 -  1  11/22/04  PLF 1; DEF 1 Scheduling and Planning Conference Report.

      7 -  1  11/30/04  JKS Scheduling and Planning Order setting pretrial ddlns: Original disc
                        10/07/05; dispositive mots ddln 11/07/05; 5 day TBJ estimate. cc: cnsl

      8 -  1  07/07/05  DEF 1 Witness List.
```