FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 29 PM 1: 57

TIMOTHY M. BURGESS
United States Attorney

SUSAN LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
susan.lindquist@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CHANDLER D. CARTER,<br><br>Plaintiff,<br><br>v.<br><br>NORMAN Y. MINETA<br>SECRETARY OF TRANSPORTATION,<br><br>Defendants. | Case No. A04-0178 CV (JKS)<br><br>**NON-OPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE MOTION TO NARROW ISSUES FOR TRIAL** |

Norman Y. Mineta, through counsel, moves unopposed for an extension of time to file motions to limit the issues for trial. Government counsel called Mr. Fleischer and informed him that she wished to file a motion regarding the personnel department's qualification of Ms. Miller for bid.  She also wished to file a motion in limine to exclude evidence about Lane Aviation, a former employer of Ms. Miller.  Mr. Fleischer did not oppose an extension of time until **January 27, 2006** to file the motions. The government has lodged a draft order.

Respectfully submitted, on December 28, 2005.

TIMOTHY M. BURGESS
United States Attorney

SUSAN LINDQUIST
Assistant U.S. Attorney

I declare under penalty of perjury that a
true and correct copy of the foregoing
**NON-OPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE
MOTION TO NARROW ISSUES FOR TRIAL\***
was sent to the following counsel
via:
    (X) U.S. Mail

Hugh Fleischer
Law Office of Hugh Fleischer
310 K Street, Suite 200
Anchorage, AK 99501

Executed at Anchorage, Alaska, on December 29, 2005.

Office of the U.S. Attorney