LODGED
DEC 2 9 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CHANDLER D. CARTER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NORMAN Y. MINETA<br>SECRETARY OF TRANSPORTATION,<br><br>　　　　Defendants. | Case No. A04-0178 CV (JKS)<br><br>**ORDER GRANTING NON-OPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE MOTION TO NARROW ISSUES FOR TRIAL** |

Norman Y. Mineta, through counsel, moved unopposed for an extension of time to file a motion to limit the issues to be tried. The motion is granted and the government shall have until **January 27, 2006** to file its motion.

Date: 01/03/2006　　　　　　　　/s/ James K. Singleton
　　　　　　　　　　　　　　　　James K. Singleton, Jr.
　　　　　　　　　　　　　　　　United States District Court Judge