DEBORAH M. SMITH
Acting United States Attorney

SUSAN LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
susan.lindquist@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CHANDLER D. CARTER<br><br>        Plaintiff,<br><br>   v.<br><br>NORMAN Y. MINETA<br>SECRETARY OF TRANSPORTATION,<br><br>        Defendants. | Case No. 3:04-cv-178-JKS<br><br>DEFENDANT'S MOTION FOR AN EXTENSION OF TIME UNTIL JANUARY 30, 2006 TO FILE A MOTION FOR SUMMARY JUDGMENT<br>**[on shortened time]** |

Norman Y. Mineta, through counsel, moves on shortened time for an extension of time until January 30, 2006, to file its motion for summary judgment. This extension is needed because the office is upgrading its computer server and changing the operating program. As a result the scanner used to scan exhibits is unavailable today. Counsel telephoned Mr. Fleisure to ask for a non-opposition, but she discovered that he is out of state until Monday. Thus, an extension of time

to file the motion, until next Monday, January 30, 2006, should not inconvenience him.

   Respectfully submitted, on January 27, 2006.

               DEBORAH M. SMITH
               Acting United States Attorney

               s/ Susan J. Lindquist
               Assistant U. S. Attorney
               222 West 7th Ave., #9, Rm. 253
               Anchorage, AK 99513-7567
               Phone: (907) 271-3378
               Fax: (907) 271-2344
               E-mail: susan.lindquist@usdoj.gov
               AK #9008053

**CERTIFICATE OF SERVICE**

I hereby certify that on January 27, 2006,
a copy of the foregoing
DEFENDANT'S MOTION FOR AN EXTENSION
 OF TIME UNTIL JANUARY 30, 2006
TO FILE MOTION FOR SUMMARY JUDGMENT
AND THE DRAFT ORDER was served
electronically on Hugh W. Fleischer.

s/ Susan J. Lindquist