IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CHANDLER D. CARTER<br><br>Plaintiff,<br><br>v.<br><br>NORMAN Y. MINETA<br>SECRETARY OF TRANSPORTATION,<br><br>Defendants. | Case No. 3:04-cv-178-JKS<br><br>ORDER RE:<br>DEFENDANT'S MOTION FOR<br>AN EXTENSION OF TIME<br>UNTIL JANUARY 30, 2006 TO<br>FILE A MOTION FOR<br>SUMMARY JUDGMENT<br>[on shortened time] |

Defendant moved on shortened time for an extension of time to file its motion for summary judgment because the office scanner was not available until Monday January 30, 2006. The motion is granted and the Defendant shall have until January 30, 2006 to file its motion.

Date: <u>January 29, 2006</u>        <u>/s/ James K. Singleton, Jr.</u>
                                James K. Singleton, Jr.
                                United States District Judge