# TABLE OF CONTENTS

EXHIBIT A - Chandler D. Carter, (pgs. 3-79) EEOC Hearing, August 7-11, 2003

EXHIBIT B - Gerald Martelli, Jr., (pgs. 82-93) EEOC Hearing, August 7-11, 2003

EXHIBIT C - Sandy Bergin, (pgs. 338-438) EEOC Hearing, August 7-11, 2003

EXHIBIT D - Gerald Paterson, (pgs. 449-527) EEOC Hearing, August 7-11, 2003

EXHIBIT E - Robert Christensen, (pgs. 527-603) EEOC Hearing, August 7-11, 2003

EXHIBIT F - Robert Wedemeier, (pgs. 603-645) EEOC Hearing, August 7-11, 2003

EXHIBIT G - Richard Girard, (pgs. 648-733) EEOC Hearing, August 7-11, 2003

EXHIBIT H - Johnnie Wallace, (pgs. 734-792) EEOC Hearing, August 7-11, 2003

EXHIBIT I - Kent Adams, (pgs. 792-832) EEOC Hearing, August 7-11, 2003

EXHIBIT J - John Duncan, (pgs. 832-875) EEOC Hearing, August 7-11, 2003

EXHIBIT K - Chandler D. Carter, Deposition, December 14, 2004

EXHIBIT L - Richard Eugene Bown, South Dakota driver's license

EXHIBIT M - Johnnie L. Wallace, Form 50

EXHIBIT N - Verene L. Miller, Form 50

EXHIBIT O - Memorandum on Evaluation Panel Results

EXHIBIT P - Preliminary Pilot Deviation Report - July 1998

EXHIBIT Q - EEOC Bench Decision

EXHIBIT R - Carter EEO Declaration from Report of Investigation

EXHIBIT S - Miller's Declaration

EXHIBIT T - Martelli EEO Declaration from Report of Investigation

EXHIBIT U - Regulations re: qualification for bidding and max. number of flying violations

EXHIBIT V - Position Description Level 15 position at issue

EXHIBIT W - Amended Vacancy Announcement

EXHIBIT X - List of 6 Eligible Candidates Level 15 position

EXHIBIT Y - list of 15 Eligible Candidates for Level 14 position (list on 2 pages)

EXHIBIT Z - Naomi Christensen (pgs. 273) EEOC Hearing, August 7-11, 2003