1   Mr. Carter.  Mr. Carter, if you would take your seat here and I

2   will swear you in sir.  If you would remain standing, raise your

3   right hand.  And perhaps you better grab the mic.

4       (Oath administered)

5       MR. CARTER:  Yes ma'am.

6                   **CHANDLER D. CARTER**

7   a witness, called for examination by counsel on behalf of the

8   Complainant, was duly sworn, examined and testified as follows:

9       THE COURT:  All right.  Please be seated sir.

10      THE WITNESS:  Thank you.

11      THE COURT:  If you would state your full name and spell

12  your last name for the record.

13      THE WITNESS:  Full name is Chandler Davis Carter, Carter

14  is spelled C-A-R-T-E-R.  Also I have a nickname of Tom which I

15  normally go by.

16      THE COURT:  All right.  Mr. Carter, we will begin this

17  afternoon.  Your attorney, Mr. Fleischer, will have some

18  questions for you.  Please respond to the questions to the best

19  of your ability, truthfully.  If you do not remember something

20  please state so.  I would caution you not to guess if at all

21  possible.  Ms. Jones will also have some questions for you.  I

22  too may have questions for you.  If you do not understand a

23  question please ask that it be clarified.

24      THE WITNESS:  Yes ma'am.

25      THE COURT:  Or repeated.

Exhibit  A

1          THE WITNESS:  Okay.

2          THE COURT:  All right.  Ready to proceed Mr. Fleischer.

3          MR. FLEISCHER:  Thank you Judge.

4                         **DIRECT EXAMINATION**

5     BY MR. FLEISCHER:

6   Q    Mr. Carter, you are a first named Complainant in this

7        proceeding as the Judge has suggested, is that correct?

8   A    That's correct sir.

9   Q    All right.  Could you please state what your sex and age

10       are?

11  A    I am male and my age is 68.

12  Q    All right.  And was it correct that your birthday is

13       January 13, 1935?

14  A    Yes sir, it is.

15  Q    All right.  And what is your current position, Mr. Carter?

16  A    I'm currently an Operations Aviation Safety Inspector

17       assigned to the certification center's aviation and

18       evaluation team that is assigned to AFS-900 in Washington,

19       D.C.

20  Q    And is that an agency within the Federal Aviation

21       Administration?

22  A    Yes sir, it is, it's a portion of the Flight Standard

23       Service within the Federal Aviation Administration.

24  Q    Okay.  How long have you served with the Federal Aviation

25       Administration, Mr. Carter?

1   A      Twenty-five years.

2   Q      All right.  And did you hold other positions other than

3          that that you are currently holding as the certification

4          standard evaluation team member?

5   A      Yes sir, I've held several different positions.

6   Q      Starting with the initiation of your career with the FAA

7          could you state what position you held and then take it

8          forward?

9   A      Yes sir.  I was a trainee Aviation Safety Inspector in the

10         Juneau Flight Standards district office.  Then I was

11         reassigned to Anchorage where I was again a trainee.

12         After I completed the OJT period of 12 months I was

13         advanced to an inspector.  And then I became the Accident

14         Prevention Specialist for the Anchorage General Aviation

15         District Office.

16  Q      When you say inspector, what is it -- what is that

17         position you're referring to?

18  A      Aviation Safety Inspector are charged with inspecting and

19         performing surveillance on aviation activities in the

20         State of Alaska, both commercial and civilian.

21  Q      And then your next position please?

22  A      After Accident Prevention Specialist I transferred to

23         Seattle as a Certification Inspector on the Boeing 737

24         airplane.  I spent a year in Seattle, came back to

25         Anchorage as.....

1  Q   That was still with the FAA though, is that correct?

2  A   Yes sir, still with the FAA.

3  Q   And what was the approximate year you were in Seattle if

4      you know?

5  A   September '86 to October '87.

6  Q   Very well.

7  A   I returned to Anchorage as the Accident Prevention

8      Coordinator for the Alaska Region and I was in that

9      position until I believe it was May 1989 and then I

10     transferred to the Anchorage FSDO as an Operations Unit

11     Supervisor.

12 Q   For the record, FSDO is?

13 A   Flight Standards District Office.

14 Q   Thank you.

15 A   I was in that position until June of '93, then I

16     transferred to the -- back to the Regional Office and I

17     was a Operations Specialist in the Regional Office until

18     April of 2001 and I was transferred to CSET, to the

19     Certification Standardization and Evaluation Team.

20 Q   Okay.  In the position that you held up to 2001 what was

21     your GS rating or your actual job rating?

22 A   I was a 14.

23 Q   And how long had you held the GS-14 position, if you know?

24     If you can remember.

25 A   From October '87 until the present time.  I had a period

1       of three or four months that I was an acting 14 in Seattle
2       prior to the October '87 date.
3   Q   And how much of that period leading up to the date in 2001
4       were you in a supervisory capacity?
5   A   I was an Operations Unit Supervisor at the Anchorage FSDO
6       for four years.  And while I was assigned to the Regional
7       Office I was in temporary management positions for a year
8       and a half at various times, details up to six months.
9   Q   Very well.  And this -- that takes us up to your current
10      position, is that correct?
11  A   Yes sir, it does.
12  Q   All right.  What is your postsecondary educational
13      experience?
14  A   I have two associate degrees, the first being in
15      professional piloting, the second being in aviation
16      administration.
17  Q   And where did you obtain those degrees?
18  A   At the University of Alaska.
19  Q   And those were directly applicable, were they, to the work
20      that you were doing?
21  A   Yes sir, they were.
22  Q   All right.  Could you give a description of the duties and
23      responsibilities that you currently have in your current
24      position with the Agency?
25  A   I'm assigned to a certification team that consists of 12

1       members.  And we certificate through the various District
2       Offices, various Flight Standards District Offices, new
3       entrant air carriers.  If a company wants to become an air
4       carrier such as Delta or Alaska Airlines or United they
5       apply to the FAA and then the FAA assigns a certification
6       team to work with that carrier and with the FSDO to assist
7       in the certification process.  And I'm a member of the
8       team and the operations that works with that FSDO and the
9       carrier.

10   Q   And what does that entail in terms of your actual on the
11       ground work in the certification process that you
12       referenced?

13   A   We work with the development and review of operational
14       manuals, training programs, maintenance manuals on the
15       maintenance side, flight manuals, operational aspects of
16       the airplane.  I could do certification check routes for
17       pilots for that company, could do simulator checks
18       approving flights and so forth.

19   Q   And check rides would mean actually riding with the
20       captain in a flight of the aircraft?

21   A   It probably would be in a simulator, although it could be
22       in the aircraft depending upon the circumstances and how
23       old the airplane is and if the appropriate classification
24       of simulator is available.

25   Q   And the simulator is an actual simulation of the cockpit

                    KRON ASSOCIATES
               1113 W. Fireweed Lane, Suite 200
                    Anchorage, Alaska  99503
                       (907) 276-3554

1       and of the plane itself so that.....

2  A    That's correct, it's 100 percent accurate simulation of
3       the airplane.

4  Q    I see.  And does that simulator go through various
5       gyrations and emergency circumstances?

6  A    That's correct.  It -- we can start from an actual time
7       when the crew reports to the airplane and make a flight
8       and do anomalies and emergencies which the crew would have
9       to deal with, all the way up through conclusion of the
10      flight.

11 Q    Okay.  And with respect to the inspector, the actual
12      position that you had regarding a Aviation Safety
13      Inspectors position, could you describe for Judge Fall the
14      nature of that actual position and what it entails?

15 A    Yes sir.  There's so many things that we do.  I think the
16      -- our PTR's, our program tracking reporting system,
17      there's 305 separate job functions that we perform.
18      Primarily surveillance, investigation, both accident
19      investigation, regulatory investigation.  We do what is
20      termed certificate management with an air carrier, either
21      a small air taxi or larger air taxi, and the larger 121
22      air carriers.  Investigate accidents when they're
23      designated by the NTSB.  There's many that -- we oversee
24      the certificate, we review manuals, operational manuals,
25      training manuals.  We have to approve the training manuals

1         along with -- well, some manuals are accepted, others are

2         approved.  The approved ones are the training manuals, the

3         exit row seating.  The AFM, the aircraft flight manual

4         itself.

5  Q   Let me ask you this Mr. Carter.  Excuse me, are you

6         finished?

7  A   Go ahead, yes sir.

8  Q   Yes.  Did you have any experience in the private aircraft

9         industry before entering the Federal Aviation

10        Administration?

11  A   Yes sir, I flew as a pilot for two air taxi operators --

12        actually three air taxi operators here in Alaska, Windship

13        Air Service and Sea Airmotive and Troy Air for a brief

14        period.

15  Q   All right.  Did you observe in the course of your

16        experience in the private aircraft industry any position

17        that you saw or worked in that would be comparable to the

18        Aviation Safety Inspector's position that you've just

19        describe?

20  A   No sir, I did not.  Aviation Safety Inspectors are charged

21        by Congress and authorized by Congress through public law

22        to perform certain functions.  And there is no one in the

23        civil industry that has that charge or that authorization

24        from Congress to perform the functions that we perform.

25         However we do appoint people to perform some functions,

1  like certification examiners for commercial and private
2  certificates and instrument certificates and so forth.
3  There's some others on the maintenance side, but I'm not
4  familiar with those.

5 Q All right.

6 A We call those positions designated examiners.  They are
7  designated by the FAA, they are monitored and they are
8  overseen by the FAA.

9 Q All right.  Talking about your career prior to your work
10  with the Federal Aviation Administration, did you have
11  experience in the United States Service before being in
12  the private industry?

13 A Yes sir, I did.

14 Q And could you describe that please?

15 A Yes sir.  I entered the military in February 1952.  I was
16  assigned as a gunner on several different aircraft.  I
17  flew on B-26's and B-29's and B-50's, B-66's, B-52's,
18  always a gunner.  Then I wanted to go to pilot training
19  but I was in the Air Force, I did not have a degree, so I
20  could not go to pilot training in the Air Force.  So I got
21  out of the Air Force and went to the Army flight training
22  program and I completed that in 1967 and I left the Army
23  in 1974.  I had a total of 22 years and six months active
24  duty in the military.

25 Q And when you say active duty, were you under fire in Korea

1     during the Korean conflict?

2  A  Yes sir, I was

3  Q  And that period also included the Vietnam War, were you

4     involved in that as well?

5  A  Yes sir, I had two tours in Vietnam flying helicopters the

6     first time and helicopters and airplanes the second time.

7  Q  Could you state what type of ratings that you have and

8     what kind of aircraft you've been involved in insofar as

9     your training with the FAA?

10 A  Yes sir, I'm type rated in the Boeing 737, 757, 767.  I'm

11    also type rated in helicopters, in the Bell 206, the 204,

12    205, the 212, and also the Aerospeciale Super Puma.  All

13    type ratings in all those aircraft.

14 Q  Have you had experience in providing seminars to members

15    of the general public on behalf of the FAA?

16 A  Yes sir, I was the Accident Prevention Specialist for

17    seven years and I averaged about 100 seminars a year.  I

18    was responsible for the southern half of the State of

19    Alaska and I traveled to the major villages and towns

20    twice a year performing seminars at those locations plus

21    seminars locally here in Anchorage and throughout this

22    area.

23 Q  And that all on behalf of the FAA, is that correct?

24 A  Yes sir.

25 Q  All right.  And did you have experience in public

1  relations, specifically including any television

2  appearances, again on behalf of the FAA?

3  A  Yes sir, I made a number of television newscast programs

4  with various reporters publicizing safety issues that the

5  FAA was promoting at the time. I also did some segments

6  for the aviation weather program on public television that

7  was shown on channel seven. I think I did four or five of

8  those.

9  Q  Have you had experience as a teacher at the University, or

10  any university, regarding matters of -- relating to

11  aviation?

12  A  Yes sir, I taught an aviation safety class at the

13  University of Alaska from 1980 to 1986. I was in charge

14  of my own course, I created the curriculum, all the

15  materials that was used in the course -- well, let me

16  rephrase that. The instructional materials that were

17  presented orally I created myself. I used films and also

18  some slide programs for those and I did not create the

19  films or the slide programs. Some of them I did create,

20  but not most of them. But I did create my own curriculum

21  and I taught that course for six years.

22  Q  Very well. I'd like to draw your attention to late 1999

23  and early 2000 and ask what your -- the status of your

24  career was at that point and what your plans were during

25  that period.

1  A  I was working as the Regional Aviation Specialist and
2     Operations Specialist in 1999, planning on retiring in the
3     summer of 2000, spring or summer of 2000.  That was my
4     intention.  We had some change of events the first part of
5     2000, in January, and that change of events affected my
6     plans in that we had a vacancy in the technical standards
7     branch, the manager's position became vacant.  And I had
8     bid on that position and my intentions were that if I was
9     not selected that I would retire either at the end of
10     March or the end of April, somewhere in.....

11  Q  Of 2000.

12  A  Of 2000.

13  Q  Yes.  And what happened in that regard?

14  A  I was not selected.  As I say, it was my intention to
15     retire.  Kent Adams called me into his office about the --
16     I say the -- around the -- somewhere around the 10th of
17     March.

18  Q  What was Kent Adams' position at that time, if you know?

19  A  Kent was the Assistant Division Manager of the 201 at that
20     time.  And he called me into the office and he asked me if
21     I would be interested in going to the Anchorage FSDO as
22     the Operations Section Manager or the Assistant Manager
23     for Operations, I'm not sure exactly what the title was
24     they were using at that time.  And I told him I wasn't
25     sure, that my intentions were if I was not selected for

1    the Technical Standards Branch that I was going to retire.

2    And he told me that I was not selected for the Technical

3    Standards Branch and he asked me if I would go to the FSDO

4    in that acting position.  And I told him I would have to

5    think about it, that I would have to talk to my wife and

6    see what she said and get her plans, get her involvement,

7    and he said okay.  So I did talk to my wife and I had some

8    leave scheduled for June of 2000 and I told Kent I also

9    wanted to talk to Johnnie Wallace who was the acting

10   manager at the FSDO and make sure that my leave was

11   acceptable to him.  And after talking to Johnnie and Kent

12   and my wife and so forth my wife and I decided that I

13   should take the opportunity and go to the FSDO as the

14   Assistant Office Manager for Operations.  With the thought

15   that that bid would be out soon and a selection would be

16   made and if I was not selected for that position then we

17   would still have time to retire that summer and pursue

18   some educational opportunities that I had in mind.

19 Q  All right.  When were you told that the decision had been

20   to announce that position, that being the Supervisory

21   Aviation Safety Inspector position?

22 A  When I first talked to Kent, which was around the 10th of

23   March, or sometime within that timeframe, he indicated to

24   me that the announcement was going to be out very soon,

25   within a very short period of time.  I talked to Kent

1    about my retirement and that if I was not selected that I

2    wanted to pursue my educational opportunities.  And the

3    indication I got from Kent was that the bid would be out

4    real soon.  I can't put a time on real soon, but the bid

5    would be out soon so that I would still have plenty of

6    time to make the arrangements to pursue my educational

7    opportunities.  We had talked to a real estate agent here

8    in Anchorage about selling our home.  I had -- I was

9    registered and accepted by the college in Prescott,

10   Arizona.  We had talked to a real estate agent here in

11   Anchorage about selling our home and we had a real estate

12   agent in Prescott looking for a home for us there.  So we

13   were prepared to retire and I was going to go back to

14   school.

15 Q   Did Mr. Adams tell you when the position had been

16       approved?

17 A   I don't know when it had been approved, but Bob

18       Christensen had been detailed into that position around

19       February 13th I think.  I think he was put into that

20       position temporarily on February the 13th.  So the

21       position would had to have been approved sometime prior to

22       February the 13th for him to have been placed in that

23       position as an acting manager for operations.

24 Q   Based upon your experience, quarter of a century there at

25       the FAA, what is your experience in terms of the amount of

```
 1        time that normally is taken from the time of approval of a
 2        position and the time that it -- the bid is actually
 3        announced formally?
 4   A    Usually two or three weeks from the time they say that
 5        they're going to make an announcement until it's on the
 6        street.  Usually, I can't put an exact time on it, but
 7        that's my recollection.
 8   Q    You had this -- the conversation you recounted with Mr.
 9        Adams in approximately March of 2000, is that correct?
10   A    Yes sir.
11   Q    At which time he said it would be very soon that the.....
12   A    He said it would be out soon and I expressed to Mr. Adams
13        the necessity of my timing in getting my home sold and
14        getting moved to Arizona and getting to school.  The
15        school started on the 25th of August.  So we had sort of
16        set a deadline that we wanted to leave here about the end
17        of June at the very latest.  We later extended that to the
18        end of July.  I had an appointment with Rosanna Shaw on
19        the 31st of July to.....
20   Q    Who is Ms. Shaw?
21   A    Rosanna -- Ms. Rosanna Shaw is the Personnel Management
22        Specialist that deals with retirements.  And my wife and I
23        had an appointment with her on the 31st of July to
24        complete the documents for retirement.  And Mr. Adams had
25        been on leave and he returned on the 31st of July which
```

1       was his first day back at work and I met with Mr. Adams

2       and Mr. Adams told me that he was surprised that an

3       announcement had not been made about the selection, that

4       he thought it would have been made by that time but it had

5       not been made and I was not told who was selected or not

6       selected at that time so we did not complete the

7       retirement papers and we continued to work.

8   Q   Was that July 31st the deadline date that you had set for

9       yourselves in terms of getting out of Alaska?

10  A   Well, we had actually set the 30th of June and then

11      extended it to the 31st of July.  What we were going to do

12      on the 31st of July was my wife was going to stay here and

13      she was going to sell the house and make the furniture

14      movement arrangements and so forth and I would go down to

15      Arizona by myself and get enrolled in school and start

16      school and then as the house sold and so forth then she

17      would move to Arizona.  After the 31st of July we both

18      realized that that was too much of a burden for her.  That

19      I didn't want to put her through that all by herself, so

20      then we decided to postpone retirement.

21  Q   But was -- what was the determinative factor in deciding

22      to postpone your retirement?

23  A   The announcement had not been made for that position and I

24      thought my opportunities were excellent for getting that

25      position.  I expected to be selected for that position.

1   Q   Well, back up a moment then if you would and advise what
2       process you had followed once the announcement had been
3       made of the position.
4   A   The process I followed was I completed my package and
5       turned in my package bidding on the position.
6   Q   Were you interviewed for the position?
7   A   Yes sir, I was.
8   Q   And when was that if you know, when the interview occurred
9       or.....
10  A   It was either on the 18th or 19th of July.  And Mr. Girard
11      who was the chairperson of that panel had indicated that
12      he would have the panel's recommendation to Johnnie
13      Wallace, the acting officer manager, by the end of that
14      week.  So that the -- the announcement could have been
15      made the week after the panel or the second week after the
16      panel.  It was not made until almost a month later.  But
17      it could have been made sooner than that.  I have no idea
18      why it was not made.
19  Q   Okay.  What were the requirements for that position, that
20      being the Supervisory Aviation Safety Inspector's
21      position, Mr. Carter?
22  A   Well, the requirements changed.  When the announcement
23      initially came out, I don't recall the exact wording, but
24      it required specialized experience of 12 months, 52 weeks,
25      at the 14 level in a normal line of progression.  And the

1        bid was out for a few days and then it was changed to
2        where you only needed 52 weeks of equivalent experience at
3        the 14 level instead of ex -- actual experience at the 14
4        level.  So the bid was changed, modified after it came
5        out.

6   Q    All right.  Did you have the opportunity to research the
7        question of changes in bid announcements by this Agency
8        over a period of time?

9   A    Yes sir, I did.  Through the Freedom of Information Act I
10       obtained copies of all the announcements that were
11       published by the Flight Standards Division from January
12       1997 to January 2001.  There was 79 bids that were
13       published during that period.  Out of those 79, 48 was for
14       non-Aviation Safety Inspectors, 38 were for Aviation
15       Safety Inspectors.  Out of those 38, 20 were for non-
16       supervisors, 18 were for supervisors.  And during all
17       those bids both before and after the only bids that were
18       ever modified is the bid in question here and the
19       counterpart bid for the Airworthiness Inspector.  No other
20       bids had ever been changed.  Now I did not do an analysis
21       on the bids that were not Aviation Safety Inspectors.
22       THE COURT:  And what was the time period again Mr. Carter?
23  A    January 2001 back to January 1997.  There was -- as I
24       recall there was one bid afterward that came out I think
25       in September of 2000 and it went back to the old system.

1      So both before and after.  That was -- the only change was
2      the bid in question.
3  Q   Now Mr. Carter, were you qualified for the position, both
4      -- and my question is twofold, both as it was originally
5      announced and then after the change was made?
6  A   Yes sir, I was.
7  Q   Are you familiar with Verene Miller, and if so could you
8      please describe who she is?
9  A   Yes sir.  Ms. Miller is now in that position at the
10     Anchorage Flight Standards District Office.  Prior to that
11     time she was the training person for operations at the
12     Anchorage Flight Standards District Office.  And she was
13     also in charge of the flight program at the Anchorage
14     Flight Standards District Office.  In that capacity she
15     instructed and the King Air that's assigned to the Alaska
16     Region.
17 Q   As you've referenced, Ms. Miller is a female.  What is Ms.
18     Miller's age or approximate age, if you know?
19 A   She's six or seven years younger than I am.  I don't know
20     her exact age, but she is younger than I am.
21 Q   Do you know what her qualifications were for the position
22     both as it was originally announced and as it was
23     modified?
24 A   Yes sir.  When the bid originally came out I do not
25     believe that she would have qualified to bid on that

1    position.  When the bid was modified due to the change in
2    wording of equivalent experience then I think she was
3    qualified to bid on the position if she had the equivalent
4    experience of 52 weeks or 12 months.  And the experience
5    would have to be equivalent to a 14 level Supervisory
6    Aviation Safety Inspector.

7  Q  With respect to the question of whether or not the work
8    that Ms. Miller had done prior to being with the FAA for
9    which she was claiming equivalency to the 14 level
10   supervisory work, have you evaluated the nature of the
11   work that she did based upon her application or otherwise?
12 A  Yes sir, I did.  During the period I was at the Anchorage
13   Flight Standards District Office acting in the position of
14   the Operations Section Manager we had a bid for an
15   Aviation -- Operations Unit Aviation Safety Inspector
16   Supervisor and she bid on that position.  She was on a
17   list -- I believe there's 15 bidders and she was number
18   seven on the list.  And we had an unusual circumstance.
19   Mr. John Madden who was chairman of that committee that
20   did the interviews and reviewed the applications had a
21   discrepancy in the way the people scored the candidates on
22   this panel.  The -- to give a little more detail, the
23   union was scoring everyone that they didn't want with a
24   zero and scoring the one that they wanted with the highest
25   mark and this swayed an objective evaluation of the

1       candidates.  And Mr. Madden explained this in the letter

2       that he provided to us.  And based upon the way this came

3       out I felt obligated as the manager for the operations

4       sections to personally review every application that we

5       had because I was concerned with what had occurred.  And I

6       reviewed every application, all 15 applications we had,

7       which included Ms. Miller's application and I knew what

8       her qualifications were.  Something attracted my attention

9       in her application in that there was in some -- some

10      inconsistencies with what she said in her application

11      which in my mind made a couple of things suspect.  Not --

12      well, anyway, there was a couple of things that was

13      suspect in her application.  And I knew what her

14      qualifications were so I did have knowledge of what her

15      qualifications were.

16  Q   Would that review have in any way changed her status from

17      that of being in the seventh position up to where she

18      might be capable of being selected for that position that

19      you were reviewing at that time.

20  A   No.

21  Q   All right.

22  A   No, it would not -- the inconsistencies I felt should have

23      been looked at at the panel, the panel that did the

24      interview and so forth.  They should have looked at those

25      inconsistencies.

1    THE COURT:  Mr. Carter, would you restate the name of the

2    position, it was Operations Unit Supervisor?

3    THE WITNESS:  Operations Unit Manager.

4    THE COURT:  Manager.

5    THE WITNESS:  Yeah, there was -- they were undecided on

6    what to call the position, either Assistant Manager for

7    Operations or Operations Section Manager.  And both those titles

8    were used at different times.  I'm not sure what is used right

9    now, I think Operations Section Manager.

10   THE COURT:  All right, that's fine.

11   THE WITNESS:  Okay.

12   MR. FLEISCHER RESUMES:

13   Q   Okay.  Did you have any meeting with Ms. Miller or for

14       that matter the other candidates during this process that

15       you described?

16   A   Yes sir.  I met with all the candidates that were

17       available to personally meet with.  Some others in the

18       lower 48 I talked to by telephone and as I recall there

19       was one or two that I had to leave a voicemail for and

20       they never did call me back.  But I did meet with each

21       candidate who bid on that position that was available to

22       meet with locally.

23   Q   And did that include Ms. Miller?

24   A   Yes sir, it did.

25   Q   And did you have any discussion with Verene Miller about

1    this position or any other matter?

2  A  Yes sir, I did.  Ms. Miller was disappointed that she was

3     not selected for the supervisory position.  I don't

4     believe I told her what her rating was in the list, she

5     was number seven on the list.  I did not tell her what her

6     rating was, but she told me that she had blown the

7     interview, that she knew her rating was not very high,

8     that she had messed something up in the interview.  And I

9     don't know how it came up, but the position that is in

10    question here came into the conversation and we were

11    talking about it and I encouraged her to bid on it because

12    if she had made a mistake or did not interview well or

13    felt that she should get all the practice that she could

14    in interviews and so forth, and she told me -- well, there

15    was a question about whether or not she was eligible to

16    bid on it.  And she told me at that time that John Duncan

17    had told her that the bid was going to be changed so that

18    she could bid on it.  And that was.....

19 Q  Could you describe please who John Duncan is?

20 A  John Duncan is the Division Manager for the Flight

21    Standards Division, AAL-200.  I was somewhat surprised at

22    the time that John Duncan had had a direct communication

23    with her about the bid being changed.

24 Q  And why were you surprised by that, Mr. Carter?

25 A  Well, the Division Manager doesn't normally communicate

1      directly with an inspector on an issue like an

2      announcement like that, it's sort of out of place.

3  Q   Did it have anything -- did your surprise have anything to

4      do with the fact that the communication related to a

5      specific position for which Ms. Miller was going to apply?

6  A   Well, any communication that affects an announcement like

7      that should come down through channels, through the chain

8      of command.  Or it could be made by the Division Manager

9      but it should be made on our Monday morning telecon.  We

10     had a weekly telecon on Monday mornings and usually

11     announcements such as that would be made at that time

12     instead of communicating directly with an employee at Ms.

13     Miller's level.

14 Q   All right.  Talking about Mr. Duncan, Mr. Carter, did you

15     ever hear John Duncan make any statement regarding Verene

16     Miller?

17 A   Yes sir, I did.

18 Q   And could you identify approximately or exactly when that

19     was?

20 A   Yes sir.  It was prior to the meeting that I had with Ms.

21     Miller because Johnnie Wallace and I had met with John

22     Duncan and Kent Adams here in the Region at John Duncan's

23     office and we were coordinating a selection of the unit

24     supervisor for the same position that Ms. Miller had bid

25     on.  We were coordinating that selection to get Mr.

1       Duncan's concurrence. And during that meeting, as in --

2       the meeting was over and he had agreed with the selection

3       that had been made and we were leaving the room and Mr.

4       Duncan said to me that -- in fact he asked how Ms. Miller

5       had done and I told about halfway down on the list and he

6       said he was surprised that she had done that poorly. And

7       he said -- I'm not exactly sure of the sequence of the

8       conversation, but he said that he was surprised by her

9       doing that poorly, that he wanted to promote her just as

10      soon as possible but he had a concern about her rapport

11      because in meetings she came across abusive. And I

12      thought it was unusual that a Division Manager would say

13      that he wanted to appoint an employee -- promote an

14      employee just as soon as possible with -- well, under the

15      circumstances I was surprised.

16  Q   Who else was present at the time that he made this

17      statement and within hearing of Mr. Duncan?

18  A   There was four of us there initially, that was John

19      Duncan, Kent Adams, Johnnie Wallace and myself and Kent

20      Adams had left the room and Johnnie Wallace was there and

21      Mr. Duncan and myself.

22  Q   Talking about -- you again state what Mr. Wallace's

23      position, Johnnie Wallace's position was?

24  A   He was the acting office manager. His full-time position

25      was assistant manager of the office but the -- there was a

1    vacancy in the manager's position and Johnnie Wallace was

2    filling that position in a acting capacity.

3  Q  Who was the stated selecting official for the subject

4    position, that being the Supervisory Aviation Safety

5    Inspector position?

6  A  The Operations Unit Manager position?

7  Q  No, I'm talking about the position that's in question

8    here.

9  A  Okay.  The position, at that time I was the selecting

10    official.

11  Q  All right.  But in terms of the position that you applied

12    for and.....

13  A  Johnnie Wallace was the selecting official.

14  Q  Johnnie Wallace was the selecting official.  Did you have

15    any discussion with Mr. Wallace at that time or at any

16    other time that in any way related to your age?

17  A  Yes sir.  On one or two occasions, and I'm -- it seemed

18    insignificant at the time, I had -- something was said

19    about retirement and Mr. Wallace told me that I either

20    needed to retire, I was too old or I had enough money to

21    go do something else and I should get away from the

22    problems and so forth of the office.  I think a statement

23    like that was made twice.

24  Q  And during.....

25  A  Similar words to that.

1   Q   During what period of time, if you know, Mr. Carter, did

2       Johnnie Wallace make such statements?

3   A   It would have been during the period I was at the FSDO, so

4       it would have been between March of 2000 and sometime in

5       July or August of 2000.

6   Q   All right.  And.....

7   A   I actually left the FSDO, it would have had to have been

8       -- I left the FSDO the first part of July and went back to

9       the Region.  So it would have had to have been between

10      March of 2000 and the first part of July of 2000.

11  Q   Very well.

12  A   Yeah, I had surgery on my shoulder the -- I think it was

13      the 5th of July and I was on sick leave for two months

14      recuperating from that surgery, so.

15  Q   All right.  What would you describe Mr. Wallace's demeanor

16      when he made that statement to you?

17  A   It was just normal conversation.

18  Q   Was there any suggestion that he was joking or just

19      battering with you about this matter?

20  A   Not in my opinion, no.

21  Q   You indicated that Mr. Duncan had made the statement that

22      he did about Verene Miller in the presence of Johnnie

23      Wallace.  Based upon your experience of 25 years there and

24      your experience specifically with Mr. Wallace what do you

25      believe the effect to be of a statement by Mr. Duncan on

1           someone such as Mr. Wallace?

2           MS. JONES:  Objection.  How is Mr. Carter supposed to know

3   what effect something has on Johnnie Wallace, what's the

4   knowledge base for that?

5           MR. FLEISCHER:  Well, I'm saying as someone who has a

6   quarter of a century of experience and having worked extensively

7   with Mr. Wallace and others in the Agency, as -- what effect

8   would, as a generic matter, a statement such as the one that's

9   been testified to by the boss, John Duncan, in the presence of

10   those including a person who's a selecting official for a

11   position.  And I think that he has established the sufficient

12   foundation to be able to give some generic information about

13   that kind of an effect.

14           THE COURT:  All right.  The objection is sustained.

15   You're not to answer that question Mr. Carter.

16   MR. FLEISCHER RESUMES:

17  Q   Could you please describe based upon your own views and

18      visions the relationship between Johnnie Wallace and Mr.

19      Duncan, John Duncan?

20  A   Mr. Wallace worked for Mr. Duncan as the assistant office

21      manager.  I think he was directly working for Kent Adams

22      who was the Assistant Division Manager and then Mr. Duncan

23      would be in charge of the entire division.  So there was

24      one layer between Johnnie Wallace and John Duncan.

25  Q   Okay.  So would any instructions that were going to Mr.

1      Wallace come through, go through Kent Adams to direct them

2      or.....

3   A  I think.....

4   Q  .....how did that work, if you know?

5   A  I think sometimes Mr. Duncan would direct Mr. Wallace

6      directly and sometimes Kent Adams would give Mr. Wallace

7      directions.

8   Q  And have you observed any of those directions that Mr.

9      Duncan gave to Johnnie Wallace, did you do that in course

10     of your own experience with the Agency?

11  A  I can remember directions being given by John Duncan to

12     the office which Mr. Wallace carried out.

13  Q  Did you ever observe Mr. Wallace refuse to carry out

14     instructions that Mr. Duncan had given him?

15  A  No sir, not Mr. Duncan.

16  Q  Are you familiar with any accident or aberration of flight

17     by Verene Miller?

18  A  Yes.

19     MS. JONES:  Objection to whether or not this is relevant

20  in that whether he's familiar with some sort of aberration in

21  flying by Verene Miller has nothing to do with what the

22  selecting officials knew or didn't know about any alleged

23  incident.

24     THE COURT:  Overruled.  Go ahead Mr. Carter.

25  A  Yes sir, I do have knowledge of one.  During the summer, I

1    think it was July or August of 1998, Ms. Miller was flying

2    as an instructor in the King Air in the Homer area and

3    there was a malfunction with the autopilot on the airplane

4    and Ms. Miller was flying with a gentleman named Tim Lee

5    -- Tim Miller and they got so distracted with flying the

6    airplane that they ended up in a mountainous area, 4,600

7    feet off their assigned altitude.  This in my opinion was

8    a major violation of regulations, in fa -- I'm surprised

9    that they're still alive.  There has been a number of

10   people in Alaska killed just for getting half that

11   distance off altitude and hitting mountains.  And it's --

12   in my opinion it's a very serious violation.  It shows --

13   again, in my opinion it shows a lack of professionalism in

14   flying the airplane.

15  Q  And was she in fact given a violation by the FAA for this

16     action?

17  A  Yes sir, she was.

18  Q  All right.  And do you know if Johnnie Wallace was aware

19     of the fact that she had had this violation?

20  A  Yes sir, I'm sure he was.

21  Q  Do you know if members of the interviewing panel were

22     aware of this violation?

23  A  I don't know.

24  Q  All right.  Do you know, sir, if any others who are

25     Aviation Safety Inspectors have ever had a similar or any

1       kind of violation of that kind while with the Agency?

2   A   Yes sir.  I -- in preparing for this I did some research

3       and through the Freedom of Information Act I obtained the

4       records of every Aviation Safety Inspector in the Alaska

5       Region.  And although there have been some accidents by

6       inspectors prior to coming to work for the FAA and there

7       had been a couple of violations prior to their coming to

8       work for the FAA, Ms. Miller is the only inspector that I

9       have been able to determine in the entire FAA that has

10      ever gotten a violation while working as an Aviation

11      Safety Inspector.

12      THE COURT:  What was the violation called, Mr. Carter, if

13  you know?

14      THE WITNESS:  She was below an assigned altitude in

15  mountainous terrain.  It was an altitude violation.

16  A   As a point of interest, we have another Aviation Safety

17      Inspector who was a captain for Eastern Airlines who also

18      received an altitude violation while working for Eastern

19      Airlines and he received a suspension of his certificate

20      for just a few hundred feet and Ms. Miller received an

21      administrative action for her violation.

22  Q   When you say it's an administration action, did that

23      involve loss of pay or benefits?

24  A   No sir, it involved remedial training.

25  Q   Didn't you say that Ms. Miller had been a trainer?

1  A    She was the Chief Instructor for the Flight Standards

2       Flight Program in Alaska.  She had also been an instructor

3       at Lane Aviation where she previously worked prior to

4       coming to the FAA.

5  Q    In the course of the review of her application, that's Ms.

6       Miller's application, for the subject position was there

7       someone designated as the subject matter expert?  And if

8       so, can you state who that was?

9  A    Yes sir, I learned through the Freedom of Information Act

10      that a gentleman named Robert Christensen was selected as

11      a subject matter expert to determine her equivalency to 12

12      months as an Aviation Safety Inspector Supervisor.

13 Q    And what -- could you describe what a subject matter

14      expert is?

15 A    He is currently the Manager of the Technical Standards

16      Branch in the Flight Standards Division.

17 Q    Yeah, but I'm asking you about what the nature of subject

18      matter expert is, what is that.....

19      MS. JONES:  Objec.....

20 Q    .....phenomenon, if you know?

21      MS. JONES:  Objection, I'm not sure Mr. Carter -- it's

22 been established that Mr. Carter knows what subject matter

23 expert means in this context in that this is totally related to

24 HR, it was -- Mr. Christensen was their subject matter expert

25 and it's their definition I would presume.

1       THE COURT:  All right.  Mr. Carter, if you know what Mr.

2   Christensen's function was during the time that he was assigned

3   as the, quote, subject matter expert to review Ms. Miller's

4   qualifications.

5   MR. FLEISCHER RESUMES:

6   Q   Go ahead then please.

7   A   Okay.

8   Q   Can you state what it is you know about Mr. Christensen's

9       ability to be a subject matter expert, number one?

10  A   I know that Mr. Christensen had no experience reviewing

11      applications.

12  Q   All right.

13      THE COURT:  What was Mr. Christensen's position at the

14  time he was selected as the subject matter expert for Ms.

15  Miller?

16      THE WITNESS:  He was the Manager of the Technical

17  Standards Branch in the Flight Standards Division.  He was -- I

18  don't know if you call it an acting position or not, he was on a

19  two year detail.

20      MR. FLEISCHER:  May I go ahead?

21      THE COURT:  Yes, please.

22      MR. FLEISCHER:  Yes, thank you.

23  MR. FLEISCHER RESUMES:

24  Q   What are you familiar with the work that Mr. Christensen

25      did with respect to his review of the application for

```
1         purposes of determining equivalency?
2    A    He reviewed Ms. Miller's application and determined
3         whether or not she had the equivalent experience.  I.....
4    Q    All right.  Do you have any idea how much time he was
5         engaged in that review?
6    A    I have been told by an inspector -- let me rephrase this.
7         Mr. Christensen told an inspector that he spent 20 minutes
8         reviewing the application, the inspector told me that.
9         Mr. Christensen told this inspector that he had found it
10        laying on his desk with a note to please review it and see
11        if it was equivalent and he spent approximately -- well,
12        he said 20 minutes on it and returned it to personnel.
13        THE COURT:  What is the name of the inspector?
14        THE WITNESS:  Bruce Walker.
15   Q    And do you know if he found in the course of this review
16        that Ms. Miller had the equivalency.....
17   A    He.....
18   Q    .....necessary for the position?
19   A    He told Mr. Walker -- this meeting with Mr. Walker
20        occurred during the time that Mr. Christensen was writing
21        his affidavit and he told Mr. Walker that he had reviewed
22        the application and now he was being held accountable for
23        what he did and that he had to complete the affidavit.
24        And he also told Mr. Walker that he -- words to the effect
25        that he did not think Ms. Miller would be selected so he
```

1       just sort of blew it off.

2   Q   Are you familiar with what the interview panel procedure

3       was in regard to this position in terms of the

4       recommendations that were made to the selecting official?

5   A   There were three names recommended to the selecting

6       official.  I was number one, Ms. Miller and a Mr. Brown

7       were second and third, they were tied for the second and

8       third position.

9   Q   When you say tied for the second and third, you mean they

10      were actually tied with one another, was that what

11      was.....

12  A   Yes sir.

13  Q   .....described to you?

14  A   I had a -- my score I think was 4.1 and the score for both

15      Ms. Miller and Mr. Brown was 3.9.

16  Q   Have you had the opportunity to review Mr. Brown's

17      application?

18  A   Yes sir, I have.

19  Q   All right.  And you indicated previously you had reviewed

20      in the course of your professional responsibility Ms.

21      Miller's application, is that correct?

22  A   Yes sir, that's correct.

23  Q   Could you compare the responsibilities that Ms. Miller had

24      as compared with Mr. Brown?

25  A   Yes sir, I did, and Mr. Brown was a very highly qualified

1      individual, had been an Operations Unit Supervisor since
2      1987 and in all honesty I do not know how Ms. Miller tied
3      with Mr. Brown.  It's beyond any logic that I can
4      determine.  Ms. Miller's experience doesn't hold a candle
5      to Mr. Brown's experience.
6  Q   Do you know, Mr. Carter, whether the Agency gave credit to
7      yourself and to the other candidates, other than Ms.
8      Miller, for outside work, in other words work that they
9      had done prior to coming to the Agency?
10 A   My understanding is Ms. Miller received credit for her
11     equivalency time that she worked at Lane Aviation but that
12     equal experience rating was not given to anyone else.  She
13     was the only one that received that as best I could
14     determine.
15 Q   And do you know as a matter of fact whether the other
16     candidates, and let's just recount who the other
17     candidates were for this position other than yourself and
18     Ms. Miller and Mr. Brown.
19 A   Ms. Jokela was a candidate for that position and a
20     gentleman named James Garoutte was also a candidate.
21     That's the only other two that I know about.
22 Q   Do you know if Mr. Garoutte and Ms. Jokela had prior
23     experience that could have been given credit for before
24     entering the FAA?
25 A   Yes sir, I think so.  I know Mrs. Jokela had experience in

1        civil aviation.  She flew for some operators which I think

2        included 121 experience.  I know Mr. Garoutte was a

3        Director of Operations for Gifford Aviation here in Alaska

4        for some time period.  I also know that Mr. Garoutte

5        worked for an organization, it's one of the large

6        international contractors, I forget their name.  But he

7        worked in Saudi Arabia and Columbia and also New Guinea as

8        the General Manager for the aviation activities for that

9        contracting business.  And he had extensive experience,

10       again far more than what Ms. Miller had.  And of course

11       Ms. Jokela's experience also, and I'm not really sure

12       exactly what her experience was.

13       THE COURT:  Would you spell the name of the two

14  candidates, Jokela?

15       THE WITNESS:  Jokela, Ms......

16       THE COURT:  Jokela.

17       THE WITNESS:  .....Ms. Valerie Jokela.

18       THE COURT:  Oh, all right.

19       THE WITNESS:  And James Garoutte, G-A-R-O-U-T-E.

20       THE COURT:  Thank you.

21  MR. FLEISCHER RESUMES:

22  Q  And do you know, Mr. Carter, based upon the experience

23       that Mr. Garoutte and Ms. Jokela had whether that would

24       have been -- had they been given credit for the work that

25       they did prior to entering the FAA would that have had an

1        effect on their position in the ranking?

2    A   It should have.  With Mr. Garoutte's experience as the

3        General Manager for the aviation activities for the

4        construction company plus his time as Director of

5        Operations at Gifford he should have been considerably

6        higher than Ms. Miller was.  As I said, I'm not positive

7        of Mr. Jokela's experience.  I know that she worked for a

8        couple of different airlines.  She also taught at the

9        University of Alaska as an instructor there in the

10       aviation department.  I also know that she's extensively

11       qualified.  Ms. Jokela also had real 14 level experience

12       for several years, so she should have been much higher

13       that what Ms. Miller was.

14   Q   Could you describe, Mr. Carter, what relief you are

15       seeking in this proceeding?

16   A   Yes sir, there's several things I'm seeking in this

17       proceeding.  For of all, I'd like to see a standardized

18       process for determining equivalency within the FAA.  I

19       think it should be something written that's in the

20       personnel manual that everyone has to comply with.  And if

21       it does involve determining equivalency I think there

22       should be a panel or a committee that makes that

23       determination instead of a private individual with a

24       private agenda.  I think all the personnel people should

25       be trained in that procedure that's developed.  I also

1    think that anyone in management who is going to be
2    involved in selecting someone based upon equivalency
3    experience should also get the same training.  I think
4    that it should be a level playing field for someone with
5    equivalent experience.  I don't know how that would be
6    done with Aviation Safety Inspectors because it's my
7    belief that there is no equivalent civilian position that
8    has -- that equals an Aviation Safety Inspector.  They
9    just -- they don't have the authorization or they don't
10   have the charge from Congress to perform the job functions
11   that we perform.  They have no authority to perform the
12   job functions that we perform.  So it just doesn't exist
13   in civilian industry.  I'm also asking for a retroactive
14   promotion to the time that Ms. Miller was selected with
15   all back pay and allowances with interest and compensatory
16   damages.

17 Q  Well, in terms of your request for retroactive pay and
18   benefits and interest thereon, are you asking to be placed
19   in any particular position?

20 A  No sir, I'm not.  I'm asking for the promotion to K level
21   as that should have been.  And in addition to what I just
22   mentioned I'm also asking for all attorney fees and my
23   expenses to pursue this case.  But I'm not asking for any
24   particular position as such, no sir.

25 Q  So would it be your intention to stay in your current

1    position?

2  A   Right.  I have a contract with AFS-900 to stay in this

3      position until April of next year.  And I would like to

4      stay in that position.

5  Q   All right.  With respect to your comment in regard to the

6      equivalency matter and the ability of the Agency to find

7      equivalency for a say Aviation Safety Inspector, are you

8      familiar with the nature of the work that Ms. Miller did

9      prior to coming to the Agency?

10 A   Yes sir, I am -- I am familiar with it.

11 Q   And do you -- are you familiar with the level of safety

12     inspectors who are required to inspect particular private

13     airlines based upon the number of aircraft that they

14     operate?

15 A   Yes sir, I am.  Ms. Miller worked with a company that had

16     up to eight aircraft.

17     THE COURT:  I'm sorry, how many?

18     THE WITNESS:  Eight.

19     THE COURT:  Eight.

20     THE WITNESS:  Eight aircraft.

21 A   The FAA determines the grade level of Aviation Safety

22     Inspectors based upon the complexity of the operator.  An

23     operator with eight aircraft would have a complexity level

24     that would justify a 13 level principal inspector and

25     there would be three principal inspectors assigned to that

1    operator.  There would be one for operations, one for
2    maintenance and one for avionics and all three of those
3    inspectors would be at the 13 level.  Those inspectors
4    could have an infinite number of operators that they are
5    assigned to.  At one time at the Anchorage FSDO one of my
6    inspectors had 42 carriers assigned to him and we could
7    only justify a 13 grade level for him.  So the inspectors
8    would be 13 levels.

9  Q  Had it been -- had the airline had more complexity, more
10    aircraft, it's possible that there would have been a GS-14
11    to super -- to be involved with that airline?

12 A  It is possible.  ERA Aviation, which is one of the most
13    complex operators in the nation, is both a 135 or an air
14    taxi operator and an airline operator plus they hold
15    certificates for helicopter external load and agricultural
16    operator as well.  And that justified a 14 level principal
17    inspector.  Mr. Gary Anderson is currently in that
18    position with ERA Aviation.  And they have something over
19    100 helicopters alone plus all their fixed wing aircraft.
20    So I don't know how many aircraft Lane Aviation would had
21    to have had to justify a 14, but I want to say it would be
22    up in -- well over 100 airplanes to justify a 14.

23 Q  If the.....

24 A  Let me add there that personnel can -- should be able to
25    answer that question exactly as to what it would take, but

                    KRON ASSOCIATES
              1113 W. Fireweed Lane, Suite 200
                  Anchorage, Alaska  99503
                      (907) 276-3554

1      I'm not.....

2  Q   If the -- say the Aviation Safety Inspector that's

3      actually assigned to the airline is a GS-13, is it

4      reasonable to assume that the work that's being done there

5      is in the nature of GS-13?

6  A   That would be my assumption, if the work was equivalent to

7      an Aviation Safety Inspector, which in my opinion it is

8      not.  It doesn't matter how many operators an Aviation

9      Safety Inspector has at the 13 level, that's the highest

10     he can go.  If the operator like Lane Aviation where Ms.

11     Miller worked, the complexity was equal to a 13 for an

12     Aviation Safety Inspector, if it was possible to say the

13     equivalent work at that company was equivalent to an

14     Aviation Safety Inspector then the highest complexity that

15     could ever be would be a 13.  There is no.....

16  Q   And what again was the requirement for the subject

17     position that's an issue here for -- insofar as the

18     equivalency is rated?

19  A   It was 14 level for one year.

20  Q   Thank you.

21     MR. FLEISCHER:  I have nothing further of Mr. Carter at

22  this time Your Honor.

23     THE COURT:  All right, thank you Mr. Fleischer.  Why don't

24  we take about a 10 minute break and then we'll do cross

25  examination.  Thank you.

1       MR. FLEISCHER:  Very well.

2       THE REPORTER:  Off the record.

3       (Off record at 2:15 p.m.)

4       (On record at 2:25 p.m.)

5       THE REPORTER:  We're back on the record.

6       THE COURT:  Thank you.  Go ahead Ms. Jones.

7       MS. JONES:  Judge Fall, I have a question for you.  In Mr.

8  Carter's testimony it came out a statement he made that Verene

9  Miller told him something during a meeting he had with her over

10 this unit supervisor position.  And I have reason to believe

11 that that is an inaccurate characterization and I would like to

12 have Verene Miller testify in rebuttal to that particular thing,

13 that particular area.

14      THE COURT:  Only in rebuttal to that particular.....

15      MS. JONES:  And to that statement and depending on this

16 Lane Aviation comparison.  She is the best person to be able to

17 say how complex Lane Aviation was with respect to exactly how

18 many planes or people or whatever factors are pertinent to those

19 determinations, which I don't have personal knowledge.

20      THE COURT:  Well, certainly.  It goes to weight and

21 admissibility and that's why it's being admitted.  I -- do you

22 have any objection to the rebuttal issue, Mr. Fleischer?

23      MR. FLEISCHER:  Well, I think yes, I would.  I mean the

24 fact of the matter is, you know, Ms. Miller certainly could have

25 been named as a proposed witness by either of the parties.  And

1  I think that there is evidence as to -- that she supplied in

2  terms of her application regarding the Lane Aviation matter that

3  sets out any and all of the responsibilities that she had. So I

4  don't believe that she should be -- there's a sufficient basis

5  on which to have her as a rebuttal witness.

6      THE COURT: All right. Ms. Miller will be admitted as a

7  rebuttal witness. Now I'm cautioning you, obviously once you

8  open the door Ms. Miller may be questioned on any other matter

9  if you open the door. All right? And Ms. Miller's testimony

10  will be at this point admissible for rebuttal purposes only, it

11  will go to credibility as against Mr. Carter's testimony. Mr.

12  Carter, Ms. Jones now will question you on behalf of the Agency.

13      THE WITNESS: Yes ma'am.

14      THE COURT: All right.

15                          **CROSS EXAMINATION**

16  BY MS. JONES:

17  Q   Mr. Carter, isn't it true that your private industry

18      experience has been limited to approximately two and a

19      half years?

20  A   I worked at Windship Air Service from -- well, I worked at

21      Pat's Flying Service from July 1974 I think until October

22      '74. And then I worked at Windship Air Service from

23      October '74 I think until September '75 or October '75,

24      some timeframe there. And then I worked at -- well, I

25      worked for Troy Hodges for a month or two. That was not

KRON ASSOCIATES
1113 W. Fireweed Lane, Suite 200
Anchorage, Alaska 99503
(907) 276-3554

1       full-time, that was only part-time for a couple of months.

2       And then I worked at Sea Airmotive from 19 -- I don't

3       recall if it -- I think it was 1970 -- '76 or '77, I don't

4       recall which, until I came to the FAA in 1978.  So two and

5       a half years could be accurate.

6    Q  Okay.  During that time isn't it true that at Pat's Flying

7       Service you were not the chief pilot?

8    A  That's correct, I was not.

9    Q  Or the DO?

10   A  That's correct.

11   Q  Or that Pat's Flying Service didn't have a charter

12      department?

13   A  Oh yes, they did have a charter department.

14   Q  They had a charter department.

15   A  Yes ma'am.

16   Q  Okay.  And that you were not the manager of that

17      department?

18   A  That's correct.

19   Q  That what you did for them was to fly one of their

20      aircraft?

21   A  That's correct, I instructed at Pat's.  I also flew the

22      traffic person that made the traffic announcements on the

23      radio and I also flew charter flights for them.

24   Q  And at Windship isn't it true that you were not a chief

25      pilot for them?

1   A   That's correct.

2   Q   Or the DO, Director of Operations.

3   A   That's correct.

4   Q   Of manager of any of their departments.

5   A   That's correct.

6   Q   And at Sea Air for the year or so that -- while you were

7       there you were not personally the chief pilot.

8   A   That's correct.

9   Q   Or the Director of Ops.

10  A   Correct.

11  Q   Or the manager of any department.

12  A   That's correct.

13  Q   And isn't it true that Ms. Miller from your review of her

14      application had been chief pilot of Lane Aviation?

15  A   That's correct.

16  Q   And she had been the Director of Ops for Lane Aviation.

17  A   That's correct.

18  Q   And she had served as the manager of the charter

19      department for over 15 years.

20  A   I don't recall the time period, but she was manager of the

21      charter department.

22  Q   And that when she was serving either as the chief pilot,

23      the Director of Ops and or the Charter Manager that under

24      her were anywhere from seven to 10 pilots.

25  A   According to her application, that's correct.  I think she

```
1        also said at one time she had was it 14 pilots?

2   Q    I believe that's correct.

3   A    Yeah.

4   Q    And from your knowledge of working for various aviation

5        companies do -- does the number of pilots vary depending

6        on the season, i.e., summer versus winter?

7   A    Yes ma'am, it does.  It also varies upon the number of

8        aircraft that the company has.

9   Q    From your review of her application isn't it true that

10       Lane Aviation also -- not only did they own or have

11       aircraft for themselves, that they leased aircraft from

12       other companies which they used?

13  A    Yes ma'am.

14  Q    With Ms. Miller's career in the FAA isn't it true that she

15       was the POI of several 135 operators here in Alaska?

16  A    Yes ma'am.

17  Q    There has been some question about 121 experience that's

18       come up in this case.  In the vacancy announcement is

19       there any requirement that an inspector have 121

20       experience?

21  A    Not that I recall.

22  Q    And not in either version, since there are two, there was

23       the original vacancy announcement and the modified.  From

24       your recollection neither of them.

25  A    Neither one, no ma'am.
```

1   Q   Are you aware that Ms. Miller has had some 121 experience
2       when she was in Spokane, Washington?
3   A   Yes ma'am, she worked in the geographic section at the
4       office there for awhile.
5   Q   You talked about -- a little bit about the type of work
6       that Ms. Miller had done serving as the training program
7       manager.  Do you know that she -- whether she was well
8       thought of in that she may have received awards for her
9       work as a Training Program Manager with the Alaska Region?
10  A   I can answer that two ways.  I can answer that based upon
11      my knowledge from comments from other Aviation Safety
12      Inspectors she was not well thought of.  Her -- she had a
13      nickname of Wolverine.  But I also know that she did
14      receive a number of awards for her work and her
15      performance.
16  Q   Are you personally familiar with any of the awards, the on
17      the spot superior accomplishment award for her work in the
18      4040.9 flight program that Mr. Peyton Starr gave her?
19  A   I didn't -- I looked through those awards, I did not cover
20      them in detail, but I did skim over the awards and I saw
21      that she had several awards, yes.  And I think she should
22      be proud of those awards, should be complimented on them.
23  Q   And are you aware that she served on both regional as well
24      as national teams within the Flight Standards
25      organization?

1    A    I knew that she worked on an OJT committee that I think

2         was a national committee that they were rewriting the OJT

3         handbook. I knew that, yes.

4    Q    Do you know whether or not she was considered by Flight

5         Standards as being a team player?

6    A    I don't know.

7    Q    You discussed Ms. Miller having a incident or a violation

8         with FAA. When you -- you also indicated that she -- it

9         was an administrative action.

10   A    Yes ma'am.

11   Q    If someone has a violation could you explain exactly what

12        that means?

13   A    It means that there was an infraction of the Federal

14        Aviation Regulations in some form or manner.

15   Q    Okay. And if it's proven that this violation occurred

16        what happens with it as far as does it go on some sort of

17        a record?

18   A    Well, it depends. I believe Ms. Miller filed a report

19        with NASA Aviation Safety Reporting System, ASRS report,

20        and when that report is filed the penalty for the

21        violation is tremendously reduced. And, as I said in my

22        testimony, I know of one inspector who was suspended for a

23        violation of just a couple of hundred feet. Ms. Miller's

24        violation was 4,600 feet off her altitude. Had she not

25        filed the NASA report I think the severity of the

1     violation would have been much more than what it was.

2  Q  Do you recall the requirement for someone being able to

3     file a NASA report?

4  A  Not offhand, I would have to review those.

5  Q  Do you know whether it's true that one of the requirements

6     would be that safety is not impacted when one files a NASA

7     report to be accepted?

8  A  I would have to review the requirements for the report.

9  Q  The violation that Ms. Miller had was a violation of both

10     91-123(a) and 91-177(a)(2)(i).  Do you recall?

11  A  I recall there was two violations.  I do not recall

12     specifically what those regulations say.

13  Q  I'm going to hand you what's marked as Exhibit C-2.

14  A  Okay.

15  Q  Just.....

16  A  Thank you.

17  Q  .....if you look at the second page, it's actually the --

18     it's C-2, but it's pages 21 and 22.  If you look at page

19     22.  And we look at the 91-177(a)(2)(i).....

20  A  Okay.

21  Q  .....what it indicates to violate this is that an aircraft

22     -- no person may operate an aircraft under IFR below 2,000

23     feet above the highest obstacle.  What I'm having a

24     difficult time understanding is how she could be 4,600

25     feet off if your -- the violation is if you're under 2,000

1      feet above the highest obstacle.

2  A   The deviation report that was filed by Air Traffic stated

3      she was 4,600 feet below the Air Traffic assigned

4      altitude.

5  Q   Do you know whether that was a typographical error or an

6      error in any way?

7  A   I read the investigation report and the investigation

8      report did not indicate that was an error.  A Fairbanks

9      inspector conducted that investigation, Dennis.....

10 Q   Ward.

11 A   Dennis Ward

12 Q   Dennis Ward, Mr. Ward.

13 A   Dennis Ward conducted the investigation.

14 Q   Okay.  Second question with regard to this is do you know

15     that in fact the weather during the time was not IFR?

16 A   I don't know.  I hope it was VFR.

17 Q   And if it was VFR would that affect your conclusion as to

18     the seriousness of this particular violation?

19 A   Not the seriousness.  It would impact the investigation,

20     yes, but not the seriousness because regardless of what

21     the weather is when you're on an IFR clearance and you're

22     assigned an altitude by Air Traffic you're retire --

23     required to maintain that altitude, period, regardless of

24     what the weather conditions are.  The clearance is the

25     clearance.

1  Q   But doesn't Flight Standards consider when they look at
2      cases like these the actual circumstances of each thing
3      and not always just look at the technical aspects of a
4      violation?
5  A   Yes ma'am, they do.
6  Q   Do you know that Ms. Miller wasn't the person flying --
7      the actual pilot flying that aircraft?
8  A   I know Ms. Miller was the instructor on the airplane and
9      the pilot in command.
10 Q   But you don't know whether.....
11 A   I don't.....
12 Q   .....she was flying or not.
13 A   No, I don't.  I don't know who was flying the airplane.
14 Q   On administrative actions, what happens with those after
15     two years?
16 A   They go away.
17 Q   So they're no longer part of a pilot's record.
18 A   That's correct.
19 Q   And so this violation doesn't exist for Ms. Miller.
20 A   Not now, no.
21 Q   When someone files a NASA report do they ever get a --
22     when they do this and it's accepted does that waive any
23     sanction meaning that there is no sanction?
24 A   It waives -- as I understand it, it waives the actual
25     application of the sanction, but it still goes on the

1       pilot's record, as I understand it.

2   Q   Right.  But if a person is given a suspension filing a

3       NASA report would make the suspension go away.....

4   A   That's correct.

5   Q   .....there would be no suspension.

6   A   That's correct.

7       THE COURT:  I have a question.

8       THE WITNESS:  Yes ma'am.

9       THE COURT:  Do we know -- remind me whether at the time

10  that Ms. Miller applied for the position in question was this

11  violation part of her record at the time?

12      THE WITNESS:  Yes ma'am, it was.

13      THE COURT:  All right.

14      THE WITNESS:  It goes away after two years and this

15  incident occurred in July or August of 1998.  So at the time of

16  her application the violation would have been a part of it.

17      THE COURT:  Go ahead Ms. Jones.

18  MS. JONES RESUMES:

19  Q   You've discussed a little bit about retirement and that

20      your particular plans in late '99, 2000 were to retire

21      sometime in the Spring of 2000.  Isn't it true that a lot

22      of people were aware of your retirement plans?

23  A   Yes ma'am, that's correct.

24  Q   And didn't you have discussions with folks about when the

25      most optimal time to retire would be given your government

1   career?

2   A   I'm not sure that we discussed optimal times, we discussed

3       schedules of retirement and my reporting to the college to

4       make that class.  But optimal times I'm not.....

5   Q   Do you recall any discussions you might have had about --

6       that eligibility for retirement and th -- you know, at 30

7       years, optimal time is 40 years because after that under

8       the government system you can't get anymore money?

9   A   Yes ma'am, and I maxed out about five or six years ago.

10      And my retirement date has no effect upon my retirement

11      benefits under the civil service retirement system.  I

12      currently have I want to say 48 years of government

13      service or close to 48 years of government service.  So

14      eight years ago I maxed out.  Don't ask me why I'm here.

15  Q   Want to say lucky person, but.  Isn't it also true that

16      you've had conversations such that people are aware that

17      you did not want to retire while your wife was still

18      working?

19  A   I think that's accurate because my wife and I joked about

20      me being a house husband and I didn't really want to be a

21      house husband.

22  Q   It's my understanding, and I don't have the right dates,

23      but somewhere around that timeframe didn't your wife get a

24      promotion, of the 2000?

25  A   I don't think so.  I think what you're referring to is

1    they tried to upgrade my wife's position that she's in

2    now.   They tried to upgrade it to a supervisory position.

3    But due to the freeze -- the Region approved it and sent

4    the paperwork to Washington but Washington did not approve

5    upgrading the position to a supervisory position.  So her

6    position has remained the same for several years now.  But

7    at one time that -- what we hoped was going to be a

8    promotion was a factor in our retirement plans.

9  Q  You indicated you did some research on the bid

10   announcements within Flight Standards.

11 A  Yes ma'am.

12 Q  Are you aware that in April of 1996 the FAA was -- went

13   under what people commonly called reform?

14 A  Yes ma'am.

15 Q  And are you familiar with what reform did for the

16   selecting process of -- within the FAA?

17 A  I know that it removed the requirement for time in grade.

18   But that's probably the limit of my knowledge in that

19   area.  And I know that sometime in 2000 they were allowed

20   to use equivalency.

21 Q  When they removed time in grade -- when you say that you

22   are aware of that.  Are you meaning that the FAA no longer

23   required employees or applicants to have 52 weeks of

24   experience at the next lower grade?

25 A  That's correct.  But you still had to have the equivalent

1       of that but you were not required to have the 52 weeks

2       itself in that grade level.

3   Q   So long as you had experience equivalent to.....

4   A   That's correct.  Specialized experience.

5   Q   In your research isn't it true that in the Exhibit that

6       you provided that there are actual vacancy announcements

7       that under the term qualifications they use the term

8       equivalent to?  There are additional ones other than just

9       the -- this position for the Operations Section Supervisor

10      that you and Ms. Miller bid on.

11  A   No ma'am, I'm not aware of that.  I don't recall seeing

12      any that said equivalent to.

13      (Whispered conversation)

14      MS. JONES:  Mr. Fleischer, do you remember exactly which

15  Exhibit number that was of yours?

16      MS. JOKELA:  C-5.

17      MS. JONES:  C-5?

18      MR. FLEISCHER:  I thought it was C -- yeah, five I think.

19      MS. JOKELA:  C-5.  It's probably in that book.

20  Q   Okay.  Just for a couple of examples.  I would like to

21      direct your attention, and Mr. Fleischer if you could

22      maybe grab your book and open it to that.

23      THE COURT:  What Exhibit are we looking at here?

24      MR. FLEISCHER:  I have it.  What page?

25      MS. JONES:  C-5.

```
 1       THE COURT:  Exhibit 7, 6.  Five must be.....
 2       MS. JONES:  And.....
 3       UNIDENTIFIED FEMALE:  (Indiscernible).
 4       MS. JONES:  .....153.
 5       MR. FLEISCHER:  Okay.
 6       (Whispered conversation)
 7    A  Thank you.  One fifty-three.
 8    Q  And if you could look under qualifications.
 9       THE COURT:  What page number are you looking at.....
10       MS. JONES:  One fifty.....
11       THE COURT:  .....at Exhibit 5?
12       THE WITNESS:  0153, Exhibit 5.  C-5.
13    MS. JONES RESUMES:
14    Q  And if you look at the very last sentence under
15       qualifications.  Doesn't it state, to be eligible 52 weeks
16       of the required experience must have been equivalent to
17       the next lower grade in the normal line of progression for
18       the occupation?
19    A  Yes ma'am.  And that's the exact terminology that was on
20       the first bid that came out for the position in question.
21    Q  All right.
22    A  I believe.  If it's not.....
23    Q  Let's just double check exact words.
24       (Whispered conversation)
25    Q  F-13 in the ROI.
```

1       MS. JOKELA:  It's the old one.

2       MR. FLEISCHER:  Right.

3   A   Is that -- what's that bid number?

4   Q   It's -- if you look at just the ROI, tab F-13.

5   A   Okay.

6   Q   And if you note the wording there, doesn't it say requires

7       one year of specialized experience at the next lower

8       grade.....

9   A   That's correct.

10  Q   .....in the normal line of progression?

11  A   You're correct.

12  Q   That it is -- this one at page 153 adds the words

13      equivalent to.

14  A   That's correct.

15  Q   So this would have been a bid that would not have needed

16      to be modified to fit the new allowance for equivalent to

17      experience.

18  A   That would -- yes, I would assume so.

19  Q   Okay.  Let me direct your attention to page 157 of Exhibit

20      C-5, just a few pages later.  And again looking at the

21      last line under qualifications, doesn't this one also say

22      to be eligible 52 weeks of the required experience must

23      have been equivalent to?

24  A   Yes ma'am.  That's correct.

25  Q   Without going through all of them, there were other jobs

1     then that used the equivalent to experience.  You
2     would.....
3  A  Yes ma'am.  And I believe what I said was though that none
4     others had been modified.
5  Q  Right.
6  A  The only ones that were modified was the one in question.
7  Q  Okay.  Thanks Mr. Carter.
8  A  Yes ma'am.
9  Q  We talked about -- a little bit you talked about the use
10    of a subject matter expert and Bob Christensen.  In the
11    selection process are you aware that -- aware of who
12    actually makes the decision on whether someone is
13    qualified, who has the authority to make those decisions?
14 A  The Personnel Management Specialist.
15 Q  So you would admit that it was Sandy Bergin, the Personnel
16    Management Specialist who was working this particular bid,
17    that she was the one that made the final determination
18    that Ms. Miller was qualified to bid for this position.
19 A  Yes ma'am.  Ms. Bergin said in her statement that she made
20    the determination that Ms. Miller was qualified based upon
21    Mr. Christensen's evaluation.
22 Q  Do you know -- strike that.  You also discussed the fact
23    that you had an opportunity to be a selecting official for
24    a position at one time.  And you mentioned that it was a
25    Unit Supervisor position.  This was at the Anchorage FSDO,

1     is that correct?

2   A   That's correct.

3   Q   At the time when you were serving as this particular

4       selecting official, and this would have been somewhere

5       around the late Spring of 2000?

6   A   May of 2000.

7   Q   May of 2000.  Could you describe the management structure

8       of the FSDO at that time, basically how the FSDO was

9       comprised from the highest management person?  And we're

10      talking Aviation Safety Inspectors, you don't have to list

11      all the admin people.

12  A   Johnnie Wallace was the acting office manager and he was

13      an Airworthiness Inspector.  Rick Girard was the assistant

14      -- or he was acting assistant office manager and Rick is

15      an Operations Inspector.  Jerry Martelli was the acting

16      Airworthiness Section Manager.  I was the acting

17      Operations Section Manager.  We had unit supervisors, both

18      Mr. Martelli and I had unit supervisors under us.  I had

19      P.K. Willis, George McCament, Bruce Walker and -- oh, we

20      were vacant, we had a vacancy and we later select -- made

21      a selection for that vacancy.  In Airworthiness there was

22      Wendel Williams was a unit supervisor.  I don't recall who

23      the other air worthiness unit supervisors were at the

24      time.

25  Q   Were there the same number of Air Worthiness unit sups as

1       there were Operations unit supervisors?

2   A   It was supposed to be, but we reorganized right during

3       that time period. We eliminated one unit on the

4       Operations side and I'm not sure what happened on the Air

5       Worthiness side. So I don't recall.

6   Q   In discussing this particular selection, you were the

7       selecting official, did you use a panel to assist you in

8       making your decision?

9   A   Yes ma'am. I think maybe we should clear something. I am

10      not 100 percent positive I was the selecting official. I

11      was supposed to be the selecting official, but I think

12      Johnnie Wallace signed that selection as the official

13      selecting official. I recommended a person, but I don't

14      believe I signed the document as the official selecting

15      official. I think that was signed by Johnnie Wallace. I

16      think I should have signed it, but I don't think I did.

17      So I'm not sure how that affects who was or was not the

18      official selecting official.

19  Q   Okay. Whom did you recommend then for the position?

20  A   Dave McGlothlen.

21  Q   Dave McGlothlen.

22  A   Yes ma'am.

23  Q   And do you remember where in the ranking Mr. McGlothlen

24      was?

25  A   He was not number one. I don't recall who number one was,

1    but he was not number one.  He was either number two or
2    number three.
3  Q  Okay.  I'm going to hand you what's been submitted as the
4    Agency Exhibit A-13.  And ask you if you recognize that.
5  A  Yes ma'am, I do.  This is the letter from John Madden
6    referencing the panel that I discussed earlier that did
7    the evaluations on these candidates.
8  Q  Did you receive this letter, Mr. Carter?
9  A  Yes ma'am, I did.
10    MS. JONES:  At this time I want to -- would like to ensure
11   that Agency Exhibit A-13 be admitted into evidence please.
12    MR. FLEISCHER:  No objection.
13    THE COURT:  All right.  It's so admitted.
14                                  (Agency Exhibit A-13 admitted)
15  Q  Mr. Carter, who was the -- absent the two scores from the
16    union members, looking at that list who was the highest
17    recommended candidate from the panel?
18  A  George Kobelnyk.
19  Q  And is George Kobelnyk a white male?
20  A  Yes ma'am.
21  Q  Dave -- and you recommended Dave McGlothlen who was number
22    three.....
23  A  Yes ma'am.
24  Q  .....on the list without union participation.
25  A  That's correct.

1   Q   And is Mr. McGlothlen a white male?

2   A   Yes ma'am.

3   Q   You mentioned a meeting that happened as a result of this

4       particular selection for a unit supervisor position.   And

5       you indicated that Mr. Duncan, Mr. Kent Adams, Mr.

6       Wallace, yourself were present at this meeting.

7   A   Yes ma'am.

8   Q   Do you recall anyone else being present?

9   A   No ma'am.

10  Q   So you're -- are you pretty sure no one else was there?

11  A   I have no recollection of anyone else being there.   Was

12      someone else there?

13  Q   Mr. Wedemeier, Bob Wedemeier, at this time in Flight

14      Standards what was his position with the FAA?

15  A   He was Labor Relations Advisor or something along that

16      line.

17  Q   Do you recall whether or not he would have been present at

18      that meeting?

19  A   He probably should have been if he wasn't, but I don't

20      recall him being there.

21  Q   So it's possible he might have been and.....

22  A   It's.....

23  Q   .....you just not recall.

24  A   Yes ma'am.  Yeah, it's possible he was there.  If he was

25      there he didn't -- I don't recall him participating in the

1   meeting.  I recall that Kent and John Duncan and Johnnie
2   Wallace and myself participated in the meeting, but if Mr.
3   Wedemeier was there he was -- I would say that he was a
4   non-participant.

5  Q  You indicated that -- or discussed the relationship
6      between Johnnie Wallace and John Duncan from your
7      observation.  What instructions have you ever observed Mr.
8      Duncan given Mr. Wallace?

9  A   I can recall operational instructions and guidance for the
10     office, but for specific instructions to answer your
11     question I don't recall.

12 Q  So what format would these instructions have come in?
13 A  They could have come in the weekly supervisor's and
14     manager's telecon, they could have come in that media.  I
15     recall Mr. Duncan being at the office, at the FSDO, and
16     talking to us at -- at least once.  I can't recall any
17     specific circumstance that you're asking for.

18 Q  How would you describe your working relationship with Mr.
19     Christensen?

20 A   At this time it's very precarious.

21     THE COURT:  Let me ask a question.  At the time that Mr.
22 Christensen was appointed the reviewing official for Ms.
23 Miller's qualifications or time equivalency what was the
24 relationship between you and Mr. Christensen at that time?

25     THE WITNESS:  At that time we were friends.  He was the

1   acting Branch Manager, the 230 Technical Standards Branch
2   Manager, and I was the acting Operations Section Manager at the
3   FSDO and we worked together on a equal basis.  Everything was
4   fine.  There was no issues.

5        THE COURT:  So am I to understand that the problem then is
6   because of his role in this case?

7        THE WITNESS:  The problem arose when I returned from sick
8   leave, I had surgery on my right shoulder, and when I returned
9   from sick leave in September I felt quite a bit of retribution.
10  I had filed my EEO complaint.  I was taken off committees, for
11  example the Op Specs working group committee, which was a
12  committee made up of operations inspectors.  I was taken off
13  that committee and in my place a maintenance person was put on
14  that committee which maintenance had no function in this
15  committee.  I was not allowed to participate in other things
16  that I had participated in the past and I felt that Mr.
17  Christensen was exercising a large degree of retribution against
18  me for the EEO complaint.  I approached him on this issue a
19  couple of times and he denied it, but our relationship
20  deteriorated.  I personally have a -- I have a problem with Mr.
21  Christensen's ethics and his integrity.

22       THE COURT:  Go ahead Ms. Jones.

23  MS. JONES RESUMES:

24  Q    Were you aware that it was common knowledge, or at least
25       knowledge, to Kent Adams and others that you and Mr.

1     Christensen did -- would not work well together?  And this
2     existed prior to the selection of Verene for this Ops
3     Section supervisor position.  Are you aware of that?
4   A  No, I'm not aware of that and I would challenge it if
5     someone did raise that issue.  I know that we had
6     professional disagreements over issues, over
7     investigations that had been conducted by Mr. Christensen
8     that they were not adequately done, other issues of poor
9     performance by inspectors in the FSDO.  And if I could add
10    something here, in the fall of 1999 the work from the
11    Anchorage FSDO was very poor, it was not up to standards.
12    And I met with John Duncan and suggested to John Duncan
13    that a position be created at the Anchorage FSDO to review
14    the operations work before it was sent to the Region
15    because of the poor quality.  Mr. Duncan recommended that
16    I visit with Doug Dalbey who was office manager at that
17    time and make my recommendation to Mr. Dalbey, which I
18    did.  And it was -- I don't know if it was due to that
19    recommendation, I'm sure there was other factors involved,
20    but after that is when they did create the two positions
21    at the Anchorage FSDO that were bid.
22  Q  Do you know whether or not the panel for the section
23    supervisor position, not the unit sup but the section
24    supervisor position, that went to Mr. Wallace, the panel
25    recommendations contained any scores?

1  A   Yes ma'am, it did.  On that list I was rated number one

2      with a score of 4.1 and Ms. Miller and Mr. Brown were tied

3      with a score of 3.9.

4  Q   So you're saying that the actual letter, panel

5      recommendation letter, contained the scores.

6  A   I think so, if I'm not mistaken.  I recall seeing a letter

7      that had those scores on it and I think that's the letter

8      that went to Mr. Wallace.

9  Q   I want to just double.....

10     (Whispered conversation)

11 Q   Well, unless we.....

12     MS. JOKELA:  There you go.

13 Q   Okay.  The ROI at F-18.  Let's just double check this.  If

14     you'd flip to that.

15     MR. FLEISCHER:  Okay.

16 Q   Mr. Carter, if you could take a look at that and see if --

17     I believe this would be page two of that Exhibit.

18 A   Yes ma'am.  This letter has no scores on it.  There's

19     another letter I saw that did have scores.

20     THE COURT:  Do we know what that redacted portion of this

21 document is at page two on the left side of the referrals for

22 best qualified?

23     THE WITNESS:  That's the Air Worthiness Inspectors that

24 were also recommended I believe.

25 Q   Exactly.  That's my understanding.

1  A    There was another letter that did have scores on it.

2       Another document that had scores.

3  Q    Another document that had scores.  Are you referring

4       perhaps to the ROI Exhibit.....

5       MS. JOKELA:  (Indiscernible).

6  Q    I believe this is at maybe F-24, 25 which would have had

7       the total scores.

8  A    No ma'am.  Not -- at least not that first page.  No ma'am,

9       that's not what I'm referring to.

10 Q    So some other letter.

11 A    There's another document that had scores on it.

12 Q    Can you describe that document?  I have not seen anything,

13       so.....

14 A    Well, it's a document which I believe was from the panel

15       that showed that I had a score of 3.9 and Ms. Miller and

16       Mr. Brown -- no, I had a score of 4.1 and Ms. Miller and

17       Mr. Brown had a score of 3.9.

18 Q    And where would this letter be?

19 A    I have it somewhere over there I think.  If.....

20 Q    Okay.

21 A    Do you want me to look for it now?

22 Q    At some point I've love.....

23 A    Okay.

24 Q    .....to see the letter.....

25 A    I'll be happy to.....

1  Q     .....you're talking about.

2  A     I'll be happy to find it for you.

3        THE COURT:  We can that up tomorrow morning.

4  Q     So if this particular letter, tab F-18, was given to Mr.

5        Wallace he would not have known who the highest ranking

6        score was from the panel, would he?

7  A     I think he would.  Because they usually list it in the

8        order of recommendation or the order that the panel

9        scores.  The list that I've seen has always had the top

10       person from the panel on the top of the list.  And it's --

11       this is not in alphabetical order, so I think that a

12       logical assumption would be that this was the ranking

13       order.

14 Q     A logical assumption.

15 A     Yes ma'am.  At least that's the assumption I would make.

16 Q     Do you know whether or not Mr. Bown had ever served as a

17       chief pilot for any private air carrier operation?

18 A     I don't know.

19 Q     Do you know.....

20       MR. FLEISCHER:  I'm sorry, the name, I didn't hear.

21 Q     Mr. Bown.

22 A     Brown?

23 Q     There's actually a typo in some of the documentation, and

24       I thought it was Mr. Richard Brown also, but it really

25       isn't if you look at his 171.  It's Mr. B-O-W-N.

1  A   Okay.  Thank you.

2  Q   So, do you know whether or not Mr. Bown had ever been a

3      Director of Ops for any private 135 air carrier operation?

4  A   No, I don't know.  I looked at his application and I saw

5      extensive FAA experience as a unit supervisor starting in

6      1987.  I did not read it word for word, I just skimmed it.

7  Q   Were you present during any of the interviews that the

8      panel conducted for these -- this -- these -- this job as

9      the Operations Section Supervisor?

10 A   Only my own.

11 Q   Did any of the panel members discuss with you what they

12     thought of everyone else's performance during the actual

13     interviews?

14 A   No ma'am.

15 Q   We talked about -- or you discussed having credit.  Verene

16     got experience rating for her private -- the time she

17     spent in private industry and that she got credit for it

18     but others didn't.  When you say she got credit for it

19     what do you mean?

20 A   In looking at her application and the things that she has

21     on her application they would have to be used in order to

22     qualify her position on the ranking panel, her position in

23     the list.  Without getting credit for those things and all

24     she had -- not all she had, most of what she had that

25     ranked her I think was her civilian experience plus some

1      experience in the FAA, she was a POI for awhile.  I don't

2      think she could achieve that ranking with just her FAA

3      experience.

4  Q  When you say ranking, achieve that ranking, what are you

5      referring to?

6  A  Being within the top three.

7  Q  Now, having -- being within the top three, having a score

8      of 3.9, do you know that -- what that was based upon?

9  A  Factually no.

10  Q  Just yes or no.

11  A  Factually no.

12  Q  Do you realize that -- do you know that the panel

13      considered both their written packages as well as their

14      interview?

15  A  Yes ma'am, I know that.

16  Q  So wouldn't you then presume that they took their opinion

17      of how well their package met the KSAO's as well as how

18      well you all did in the interview to come up with these

19      total scores?

20  A  Absolutely.

21  Q  Do you know whether or not in reviewing the applications

22      whether anyone on the panel disregarded any experience by

23      anyone that applied for the job?

24  A  I don't know what the panel did.

25  Q  So you don't know then whether they gave credit for a

1   particular job they -- an applicant held or not.

2   A   Not factually, no.

3   Q   Do you know what positions Mr. Garoutte held in the

4       private sector?  When I say positions I'm referring to

5       management positions, the lowest being like a chief pilot

6       then maybe the DO or a manager of an operation?

7   A   Mr. Garoutte was manager -- I'm sorry, Mr. Garoutte was

8       Director of Operations at Gifford Aviation at Merrill

9       Field for several years.  And he was the general aviation

10      manager for all the aviation activities for this

11      construction company in Columbia and Saudi Arabia and New

12      Guinea.

13  Q   So the answer is yes for a DO.

14  A   Yes for a DO.  And then above a DO for the others.

15  Q   With regard to Mr. Jokela, do you know whether or not she

16      has ever been a chief pilot?

17  A   I don't know.

18  Q   Or a DO.

19  A   I don't know.

20  Q   Or a manager of a particular operation.

21  A   No.  As I said in my testimony, I didn't know what

22      positions she held.

23  Q   Mr. Carter, would you consider yourself to be a team

24      player?

25  A   Absolutely.

1  Q   And as a team player would you -- if you had a -- strike
2      that.
3      MS. JONES:  I have no further questions at this time.
4      THE COURT:  Thank you Ms. Jones.  Any redirect?
5      MR. FLEISCHER:  Please.
6                      **REDIRECT EXAMINATION**
7  BY MR. FLEISCHER:
8  Q   Mr. Carter, there was a reference to the fact that Ms.
9      Miller had received one or more awards from the Agency.
10     Do you remember that testimony?
11 A   Yes sir.
12 Q   In the course of your career with the FAA have you
13     received any awards?
14 A   Yes sir.  Many, many, many awards.
15 Q   Could you estimate approximately how many awards you have
16     received?
17 A   A hundred, 150.  Awards go from quality in grade
18     promotions to just thank you letters from management.  I
19     received the distinguished service award for the Alaska
20     Region just in the first part of 2000.  I've received the
21     Hammer award, the Vice President's Hammer award from the
22     Secretary of Transportation.
23 Q   What is the Hammer award?
24 A   That's an award that was created by Vice President Gore
25     for groups or organizations that make specific

1      contributions to various activities throughout government.

2  Q  You were asked by Ms. Jones about the selection that you

3      were involved with, although as you stated Mr. Wallace

4      probably signed off as the selecting official although you

5      had made the recommendation.

6  A  Right.

7  Q  And described the race and sex of those persons.  George

8      Kobelnyk you said was a white male, Dave McGlothlen who

9      was selected was a white male.  Joe Kennan was the second

10     person listed.  Do you know what his race is?

11  A  No, I don't.

12  Q  Okay.  Very well.  Were there -- you talked about the

13     meeting at which you and Kent Adams, Johnnie Wallace and

14     John Duncan were present and there was a question whether

15     Bob Wedemeier was also present.  You indicated that if he

16     were you -- he played no part in the meeting.  Do you know

17     if there were minutes kept of that meeting?

18  A  Not to my knowledge.  If any minutes were kept they would

19     have been kept by Mr. Duncan.  Mr. Duncan makes a record

20     of everything.

21  Q  Even though you were not privy, as you indicated, to the

22     actual means and manner by which the interview panel made

23     the score on the respective candidates for the subject

24     position, and by that I'm talking about the position that

25     you applied for and that's an issue here.  Would you

1     believe that had the panel taken into account the civilian

2     experience, that being the experience outside of the

3     Agency, would have had an impact on Mr. Garoutte's

4     standing in the application?

5  A   Mr. Garoutte.

6  Q   Garoutte, excuse me.

7  A   I would think so. As Ms. Jones mentioned, the panel

8     recommendation was based upon the interview as well as the

9     application. And it's possible to blow an interview no

10    matter what your experience is. But I would say that even

11    if the interview was average Mr. Garoutte should have been

12    in the top three of the recommended people based upon his

13    experience.

14  Q   And the same question as to Ms. Jokela. I mean even

15    though you're not specifically familiar with the out of

16    Agency work that she did what would your judgment be about

17    her based upon what you do know about whether she would

18    have a different standing had her outside experience been

19    taken into full account by the interview committee?

20  A   Again, that was a surprise. I know Ms. Jokela has a

21    master's degree in aviation safety. I know what her work

22    has been in the FAA. When she was in industry I'm not

23    positive but I believe she had -- she did some work in the

24    training department at one carrier. I'm not positive of

25    that, but something -- it seems I remember her mentioning

1    something about that before.  And I'm very surprised that
2    Ms. Jokela did not make the top three also.  And let me
3    add something.

4  Q  And -- excuse me, go ahead.

5  A  I hope what I'm saying is not an embarrassment.  Because
6    Ms. Jokela bid on the position and she is involved -- was
7    involved in this in addition to what she's doing right
8    now.  So I -- it's not my intention to cause any
9    embarrassment.

10   THE COURT:  Understood.

11 Q  And regarding Mr. Bown, even though you acknowledge that
12   you didn't make an extensive analysis of his application,
13   what were you basing your judgment on that he clearly had
14   more extensive experience than did Ms. Miller?

15 A  He was an Aviation unit supervisor from 1987 up to the
16   time he bid on that position.  Being an aviation unit
17   supervisor for that 13 years during that time period would
18   have given him extensive genuine legitimate experience in
19   the aviation field, not some equivalent something that
20   someone might interpret.  That would qualify him very,
21   very highly.  He has a letter of recommendation in his
22   file from his office manager that recommends him very,
23   very highly.  It's been my experience that letters like
24   that from office managers come very infrequently.  They --
25   office managers don't make the recommendation that this

KRON ASSOCIATES
1113 W. Fireweed Lane, Suite 200
Anchorage, Alaska  99503
(907) 276-3554

```
1        man's office manager did.

2        MR. FLEISCHER:   Thank you, I have no further questions of

3   Mr. Carter at this time.

4        THE COURT:   All right, thank you.   Off the record.

5        THE REPORTER:   Off the record.

6        (Off record at 3:35 p.m.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```