1       THE REPORTER:  Off the record.

2       (Off record at 11:14 a.m.)

3       (On record at 11:23 a.m.)

4       THE REPORTER:  On the record.

5       THE COURT:  Ms. Bergin, I will swear you in at this time.

6  If you would stand please and raise your right hand.

7       (Oath administered)

8       MS. BERGIN:  I do.

9                           **SANDY BERGIN**

10  a witness, called for examination by counsel on behalf of the

11  Agency, was duly sworn, examined and testified as follows:

12       THE COURT:  Thank you, please be seated.  Ms. Bergin, the

13  attorneys will be asking questions of you, Mr. Fleischer on

14  behalf of the Complainant, Mr. Carter, and Ms. Jones on behalf

15  of the Agency.  I may also have some questions for you.  Your

16  responses are being recorded by the court reporter so if you

17  would please keep your voice up.  If you do not understand a

18  question please ask that it be repeated or clarified.  All

19  right?

20       THE WITNESS:  Okay.

21       THE COURT:  Thank you.  You may inquire.

22                      **DIRECT EXAMINATION**

23  BY MS. JONES:

24  Q    Ms. Bergin, do you currently work for the Federal Aviation

25       Administration?

Exhibit  _C___

1    A    No.

2    Q    Whom do you work for?

3    A    I retired.

4    Q    And how long have you been retired?

5    A    I have been retired for a few days over two years.

6    Q    When -- what was the last job that you held with the FAA?

7    A    I was a Personnel Management Specialist in the staffing

8         section of the Human Resources Office here in Anchorage.

9    Q    Have you done any work for the FAA since you left that

10        job?

11   A    Yes, I have.  I didn't go back to work for close to two

12        months after -- in early 2002, after Sept -- as a result

13        of September 11th.

14   Q    And where were you working then?

15   A    I worked in Washington, D.C.

16   Q    And what were you doing in Washington, D.C.?

17   A    I was at first hiring -- working with hiring Air Security

18        Specialists and then I was asked to go to the HR Office

19        that was servicing TSA, Transportation Security

20        Administration, and train them in FAA's HR system and

21        compensation system.  Because TSA adopted FAA's system but

22        none of these personnelists had had experience in applying

23        our way of doing things.

24   Q    Well, when you were working for the FAA here in the Alaska

25        Region your last job was as a Personnel Management

```
1        Specialist.  How long did you hold that job?
2   A    Approximately four years.  It was -- I worked for FAA for
3        four years prior to my retirement?
4   Q    Do you remember the approximate dates?
5   A    I came -- actually it may have been just a little less
6        than four years.  I came in late November of 1996 and I
7        retired in early August of 2000 and -- 2000, 2000 and --
8        wait a minute, I'm sorry.  2001.
9   Q    And what.....
10  A    So it was a little less than four years.
11  Q    What did you do before working with the FAA?
12  A    I had worked for the -- well, I've worked for the federal
13       government for a total of 27 years.  Eighteen and a half
14       of those years were as a Personnel Management Specialist
15       for a variety of agencies.
16  Q    And serving as a Personnel Management Specialist for
17       eighteen and a half years what were the types of duties or
18       responsibilities that you had?
19  A    I did staffing, recruitment, classification, some labor
20       relations and some employee relations work.  And at one
21       point I supervised a -- I worked as a -- an assistant to a
22       Human Resources -- someone that would be in Ernie's
23       position as her staff assistant and just did special
24       projects work that involved a variety of personnel
25       functions and administrative functions.
```

| 1 | Q | And when you say Ernie's position, what is that? |
|---|---|---|
| 2 | A | Ernie is the Manager of our Human Resources Division here |
| 3 | | at -- in the Region. |
| 4 | Q | So while you were working for the FAA from late '96 |
| 5 | | through August of 2001 what's -- what duties did you have |
| 6 | | here as a Personnel Specialist? |
| 7 | A | Primarily staffing, recruitment, classification, |
| 8 | | compensation. |
| 9 | Q | Go ahead if you had something to add. |
| 10 | A | Just that I serviced certain lines of business.  Probably |
| 11 | | during the time I was here I serviced almost every line of |
| 12 | | business, we had some turnover and assignments were |
| 13 | | changed.  I also mentored more junior specialists. |
| 14 | Q | What lines of business did you spend most of your time |
| 15 | | with while here at the FAA? |
| 16 | A | Security, the administrative -- the front office and the |
| 17 | | administrative areas, airports, Flight Standards at the |
| 18 | | end.  A short time with Air Traffic.  And quite awhile |
| 19 | | with Airway Facilities.  And ANI was another -- I mean |
| 20 | | they were being serviced separately than Airway Facilities |
| 21 | | were. |
| 22 | Q | Which of those lines of business would you consider to |
| 23 | | have both -- well, to have technical fields?  That had |
| 24 | | positions that were technical in nature. |
| 25 | A | All of them except for the administrative, if I understand |

1      what you mean by technical correctly.  Because there were
2      computer positions of course even in the administrative
3      arenas.  But all of FAA's lines of business other than the
4      administrative functions are technical.
5    Q  Did you deal with both selections for new hires as well as
6      supervisory positions?
7    A  Yes.
8    Q  And in your experience in dealing with both new hires as
9      well as supervisory positions is there a difference in the
10     process that's used?  Let's look at maybe just Flight
11     Standards, make it a little bit easier.  In Flight
12     Standards is there a difference in the process that's used
13     for selecting someone through an initial hire process into
14     Flight Standards as an ASI compared to selecting someone
15     as a supervisor, first or second level, of ASI's?
16   A  Yes, if I understand your question correctly.  Do you mean
17     the process that we go through?
18   Q  Correct.
19   A  Yes.
20   Q  Were you working or servicing Flight Standards during the
21     April, May timeframe of the year 2000?
22   A  Yes.
23   Q  Did you -- whom did you take that line of business over,
24     from whom did you take it over?
25   A  Ginger Llewelyn.

| 1  | Q | Just for the record, could you spell Llewelyn? |
|----|---|---|
| 2  | A | I was just starting -- it's L-L-E-W-E-L-Y-N.  I am almost |
| 3  |   | positive that that's it. |
| 4  | Q | Thank you. |
| 5  | A | I -- if I can write it out I know for sure. |
| 6  | Q | Are you familiar with the development of the section |
| 7  |   | supervisor positions at the Anchorage FSDO for both |
| 8  |   | Operations and Airworthiness? |
| 9  | A | Yes. |
| 10 | Q | Were you servicing Flight Standards at that time? |
| 11 | A | It -- the whole idea started before I was servicing, but I |
| 12 |   | was servicing them when the positions became realities. |
| 13 | Q | So what was your first involvement, if you could start at |
| 14 |   | the very beginning when you became involved with what |
| 15 |   | positions are now realities, and indicate what your -- the |
| 16 |   | first thing was that you did. |
| 17 | A | Well, I..... |
| 18 | Q | How do..... |
| 19 | A | As memory -- it's been several years.  But, I became aware |
| 20 |   | of them, I'm sure Ginger probably told me in a handoff. |
| 21 |   | And subsequently I would be in meetings where this was |
| 22 |   | mentioned.  However..... |
| 23 | Q | Were these positions new? |
| 24 | A | They had -- at one time there had been positions which -- |
| 25 |   | there had been -- no, they weren't -- they had not been |

```
1       used for some time.  I actually -- and the -- you're
2       talking -- I mean this was before my time that -- so in a
3       way they were revived.  What I don't recall is whether
4       there were one or two.  There was a similar -- there was
5       either a similar position or two positions previously and
6       these -- the position description was resurrected, in a
7       sense.
8    Q  Did you have involvement then in working with the actual
9       position description that was being used for the position?
10   A  Not directly, they'd been classified previously and --
11      either one or both, and I don't know -- the reason I'm
12      hesitating here is that one thing that was done that I did
13      was to retitle the positions so that there was an
14      Operations parenthetical designator as well as a
15      Airworthiness, it was either Airworthiness or maintenance,
16      I can't remember which one we ended up, there was a lot of
17      discussion about that.  Previously the position had not
18      had a parenthetical designation.  I also made changes that
19      conformed to the new core compensation system.
20   Q  I'm going to hand you what's marked as F -- under F-12 in
21      the report of investigation.  Is this the PD that you were
22      working with in which you ended up retitling it, or at
23      least one of the PD's?
24   A  Yes.  It is.
25   Q  And so the retitlement is on that form?
```

1   A     It is.

2   Q     And what does it say?

3   A     It says Supervisory Aviation Safety Inspector, Operations

4         in parentheses, FV-1825-K.

5   Q     And the type of changes you mentioned, could you give a

6         couple of examples of the changes that you ended up making

7         with the PD?

8   A     Well, the number was changed and the number had the

9         Operations designation behind it.  This was -- the

10        parenthetical title was added.

11        THE COURT:  And just a minute.  By number you mean the

12    Agency position number?

13        THE WITNESS:  Yes.

14        THE COURT:  All right.

15        THE WITNESS:  In item one.

16  A     It was given a new pay plan designator to conform with

17        core compensation.  Previously it would have been FG.  And

18        the grade K replaced the grade 15.

19  Q     Once -- how do you officially learn that a line of

20        business like Flight Standards wanted to have a particular

21        job filled?  And think back specifically to the section

22        supervisor positions, how did you learn that Flight

23        Standards, is there a systematic way, does it come through

24        a computer, some person tell you, how do you know that you

25        need -- you in HR need to do something?

1  A    Well, of course there's often preliminary discussion.  But
2        when the rubber hits the road a 52 is transmitted into
3        Human Resources which requests a recruit.  And if there --
4        at some point -- the order of how things happen sometimes
5        changes, is a little different, but basically there will
6        be a 52 which is a Request for Personnel Action.  Elect --
7        and this is all done electronically now.  And if a vacancy
8        announcement is going to be issued that was drafted in the
9        Flight Standards -- in this case in Flight Standards.  And
10       then.....
11 Q    Do you know who drafts them?
12 A    Mary Hausermann.
13 Q    Okay.  And then what?
14 A    And then she would let me know that there was a vacancy
15       announcement ready for my review and approval.  And that
16       approval is an electronic process that we do.  Or did.
17 Q    I'm going to hand you what's marked as Exhibit C-8, page
18       20.  Is this -- if you could take a moment and look it
19       over.  Is this the message that you would have received
20       from Mary requesting approval?
21 A    Yes.
22       MS. JONES:  I would like to ask that C-8, page 20, be
23 admitted.
24       THE COURT:  Any objections?
25       MR. FLEISCHER:  One moment Your Honor.

KRON ASSOCIATES
1113 W. Fireweed Lane, Suite 200
Anchorage, Alaska  99503
(907) 276-3554

1       (Whispered conversation)

2       MR. FLEISCHER:  No objection.

3       THE COURT:  Admitted.

4                       (Complainant Exhibit C-8, page 20 admitted)

5    Q  I'm now handing you what's marked ROI F-13.  Is this a

6       copy of one of the vacancy announcements that was listed

7       in the memo?

8    A  It is except for the second -- there's a page missing.

9    Q  Let me see if I can find you a copy that we've all agreed

10      would have been the complete.

11      (Whispered conversation)

12      THE COURT:  We should probably mark this document as A-20.

13   Ms. Jones, do you have.....

14      MS. JONES:  That sounds like a wonderful idea.

15      THE COURT:  All right.  And that's three pages.  And

16   that'll be entered into the record.

17                          (Agency Exhibit A-20 admitted)

18   A  Yes.

19   Q  Is that the one?

20   A  Yes.

21   Q  Do you -- what happens after you get this message to

22      approve the vacancy announcement, what does your approval

23      consist of?

24   A  Well, I review the vacancy announcement to see if any

25      changes needed to be made.  And then electronically go in

348

1        and approve it.

2    Q   Do you have any involvement with the development of the

3        KSAO's used in this -- did you have any involvement in the

4        KSAO's in this vacancy announcement?

5    A   No, not that I recall.

6    Q   Is there a requirement in Flight Standards that a

7        supervisor approval form be required of all the

8        applicants?

9    A   I'm sorry, I don't understand your question.

10   Q   If you could look at page two, does anywhere on that page

11       indicate to the applicant what needs to be included in

12       their bid packages?

13   A   Yes.

14   Q   Is there anything that requires that they submit their

15       current supervisor's -- I don't know if you would call it

16       a recommendation or review of how well this employee does,

17       any kind of supervisor approval or -- I think it's called

18       a 3030-42.

19       MS. JOKELA:  Forty-three.

20   Q   Forty-three, sorry.

21   A   Are you referring to the supervisory KSAO evaluation form?

22   Q   I think that's the one.

23   A   And may I have your question again?

24   Q   Is that a requirement to be in bid packages for

25       supervisory positions in Flight Standards?

1   A   No.

2   Q   Do you know whether or not it's typically used by Flight
3       Standards?

4   A   When I -- I had been servicing the organization for, what,
5       six weeks I believe when this -- I don't know what their
6       past history was.  That form had been used in the Region
7       routinely and at one time was a requirement.  But then it
8       became optional.  Some lines of business -- some
9       supervisors liked that form, liked -- wanted -- some
10      selecting officials wanted us to have that form in the
11      announcement, some didn't.  We in HR felt it was -- often
12      wasn't terribly -- we did not use it and we didn't -- we
13      personally did not feel it contributed to the process.
14      However, some selecting officials wanted that form and I
15      generally asked.

16  Q   Whether the.....

17  A   I mean I might ask, I meant -- actually I probably -- I
18      might not even have asked.  Because it's a -- it almost --
19      it just -- it didn't seem to serve any value in the
20      process most generally.

21  Q   If you were requested to include that in the announcement
22      you would have done so?

23  A   Yes, although there might have been some discussion about
24      what it -- what purpose it served.

25  Q   When did the requirement go away?

```
 1   A   I don't know that.  Because when I came to FAA it was not
 2       being used routinely.  By every line of business, or by
 3       every selecting official.
 4   Q   So you don't know what act or -- caused it to no longer be
 5       required, or do you?
 6   A   I could guess.  Just, you know, that I came shortly after
 7       reform and it could be that our old merit promotion plan
 8       called for it.
 9   Q   And you're talking about 1996.
10   A   Right.
11   Q   When you approved this form were you comfortable with
12       issuing your approval of the vacant -- that particular
13       vacancy announcement?
14   A   Yes, I would have been or I wouldn't have approved it.
15       You know, we're talking.....
16   Q   Okay.  So prior to your approval of it you were
17       comfortable that it met all the necessary requirements for
18       a vacancy announcement.
19   A   Yes.
20   Q   Subsequent to that did you have any concerns?
21   A   I did.
22   Q   What were those concerns and when did you have them?  Kind
23       of give us a feel for that.
24   A   Subsequently, and it was probably several days after it
25       was -- it -- actually it was -- when it -- it was after it
```

```
1           had been published when it opened the 10th of May,
2           sometime in the next few days after that I looked at it --
3           sometime within the week after that or -- I looked at it
4           and I was uncomfortable and realized that I had overlooked
5           the fact -- the wording in the qualifications portion of
6           the announcement.
7     Q     If May 10th was a Wednesday would your concern have arisen
8           before that weekend, do you have any concept?
9     A     Probably -- I don't remember.  I mean I cannot -- I could
10          -- it probably would have been on Friday or Monday, but
11          I.....
12    Q     Is there -- you indicated that you had overlooked the
13          qualifications.  What do you mean by that, can you be a
14          little bit more definite?
15    A     Well, the -- I felt that the qualifications statement
16          misrepresented the qualifications for the position, for
17          this particular position, because it read one year of
18          specialized experience at the next lower grade.  And after
19          -- basically -- well, for several reasons I felt that that
20          misrepresented the qualifications because it -- in the
21          organizations that I had been servicing the language that
22          I used was usually something to the effect equivalent to
23          the next lower grade.
24    Q     When you say other.....
25    A     In the federal service.
```

1  Q  When you say other organizations, did you mean within FAA?

2  A  Yes.

3  Q  You indicated there were several reasons and that was one

4     of them.  Do you recall any others?

5  A  Well, it used to be that there were two requirements in

6     the federal government -- or in an agency I should say, or

7     in FAA, for -- to meet.  One would be qualifications and

8     one would be time in grade.  When personnel reform

9     occurred in 1996 the FAA no longer had a time in grade

10    requirement.  It did have a quality of experience

11    requirement which is one year of specialized experience

12    equivalent to the next lower grade in the federal service,

13    or something to that effect.  Also this language -- the

14    time in grade requirement often was covered in a separate

15    part of the announcement prior to -- and I believe it was

16    in FAA, I wasn't here during that time.  However, in

17    general OPM had changed that wording so to speak quite

18    some time before I came to FAA, in that it was -- that

19    equivalent to wording was generally what the qualification

20    standard mentioned.  Or used after quals were -- you know,

21    OPM had -- this just -- it -- this was not to me the

22    language that I was used to using.

23 Q  In the qualifications section.

24 A  Yes.

25 Q  On this -- the first page of this Exhibit.

353

```
 1   A    Exactly.

 2   Q    Were you the only person that recognized that this

 3        announcement misrepresented the qualifications for the

 4        job?  Did anyone else talk with you about that?

 5   A    I had a telephone call from the FSDO, or at least this

 6        gentleman said he was calling from the FSDO.  And he asked

 7        -- he queried me, I do not -- he just said does someone

 8        have to sit at the next lower grade for a year.

 9   Q    Do you remember if this phone call was before the

10        announcement was modified?

11   A    It was before.

12   Q    Do you -- did you know what FSDO this person was calling

13        from?

14   A    I assumed he was calling -- I'm sure he told me he was

15        calling from the Anchorage FSDO.  But it's -- my telephone

16        logs -- I no longer have those, I don't know.  I mean he

17        -- my assumption was, and he -- I can remember just

18        feeling that he was calling from the Anchorage FSDO, but I

19        -- at this point in time I can't say that absolutely he

20        was.

21   Q    And you would have written this phone call down in a log?

22   A    I kept a log of every phone call I -- just in a steno

23        notebook.  It just was a habit I had.

24   Q    Did you talk about this modification with anyone else

25        prior to making it?
```

1  A    I -- again, I'm going on memory of several years back with
2       no -- it's just strictly memory at this point. I think I
3       probably mentioned something to Mary Hausermann or else I
4       planned to. I don't know whether I had talked to her
5       prior to the modification or whether I just had planned to
6       talk to her, I don't know -- I can't tell you that
7       exactly. I was concerned, I was concerned about the
8       language.

9  Q    And then what did you in fact do about that concern?
10      About the -- of the language.

11 A    I was -- I may or may not have said something to Mary. I
12      don't know if it -- because she came to me saying that the
13      union had requested that this be changed.

14 Q    And now that.....

15 A    And that management wanted it -- you know, that the --
16      that Flight Standards wanted the language changed because
17      the union had -- for whatever reason. But I do remember
18      that the union had expressed a concern, someone, a union
19      rep had expressed a concern.

20 Q    So now that there is a need to change this what did you
21      then do?

22 A    I modi -- I amended the announcement. And that was
23      on.....

24 Q    If -- oh, I can hand you.....

25 A    As I recall it was probably on Monday or Tuesday after it.

1    Q    Is this the modified announcement?

2         THE COURT:  And you're showing her Exhibit F-14?

3         MS. JONES:  F-14, yes Your Honor.

4    A    Again, it's two pages instead of the -- it's missing the

5         middle page.  But it is the -- a copy of the amended

6         announcement.

7    Q    I am going to also hand you.....

8         (Whispered conversation)

9    Q    .....a completed version of that same announcement.

10        MS. JONES:  And, Your Honor, I think maybe we should also

11   mark that one as A-21.

12        THE COURT:  All right, it'll be marked as A-21 and

13   admitted into the record.

14                                (Agency Exhibit A-21 admitted)

15   Q    Is this the modified announcement that you were talking

16        about, Ms. Bergin?

17   A    Yes.

18   Q    And what modification was made to this announcement?

19   A    The only modification was the language in the

20        qualifications portion.  Which said that it must show one

21        full year of -- the candidates must have one full year of

22        specialized experience equivalent to either the grade 14

23        or pay band J.  And then I added the amendment note which

24        explained what was being amended.

25   Q    Is this the only announcement that was amended or was the

```
1        other job also amended?

2   A    No, the maintenance option was also amended.   I was

3        uncomfortable, of course, about both of them, they were

4        both.....

5   Q    Once the vacancy announcement was amended what happened

6        next in your involvement in the selection process for this

7        position?

8   A    Well, applications started coming in.

9   Q    And where do those applications go to?

10  A    They go into a file, they went into a file in my office.

11  Q    So the applications come into HR and not Flight Standards?

12  A    True, they came to Human Resources.

13  Q    And then what did you do with these applications?

14  A    After the announcement closed at some time -- at some

15       point in time I reviewed each application to determine if

16       the candidates met qualifications.  Well, if they were

17       eligible -- for eligibility and for qualifications.  Basic

18       qualifications.

19  Q    When you say basic qualifications what do you mean?

20  A    It means that in Human Resources -- what we typically did

21       was determine basically qualified individuals, not those

22       that were most highly qualified.  And in this case they

23       were reviewed only for basic qualifications.

24  Q    And those that you determined to be eligible and have met

25       basic qualifications, what do you then do?
```

1  A    I miss -- I'm sor -- I missed the very first part of what

2       you said.

3  Q    After you have determined which applications have met the

4       eligibility requirements and you've determined they've --

5       they have met the minimum qualifications what do you then

6       do?

7  A    Well, in that process there is a.....

8  Q    Just.....

9  A    .....a form -- oh.

10  Q    Go ahead.

11  A    That we use to annotate how we go about -- what it is that

12       this person -- how we qualify this person, what it -- from

13       -- you know, when they have met the experience, or if

14       they're not qualified.  We -- you know, there's a form

15       that we document that on.  And then after that a list -- a

16       certificate of eligibles is made and then given to the

17       selecting official with the applications, or given to --

18       actually I gave it to Mary Hausermann who gave it -- would

19       take care of it.

20  Q    I'm going to show you what's marked as F-17.  Is this the

21       certificate of eligibles that you're referring to?

22  A    It -- it is, although at the time that I did this it

23       wouldn't -- section two would not have been completed.

24  Q    So it.....

25  A    I mean I would have signed it and then this would have

1       been blank.

2   Q   The bottom half.  So you would have -- there's more than

3       one section and you would have sent it over with only

4       having the first section completed.

5   A   Yes.

6   Q   When you put the names on the list do you put them in any

7       particular kind of order?

8   A   Alphabetical.

9   Q   So they're not in any way put in any order of who you felt

10      was the best qualified.

11  A   Not when we do only basic qualifications, no.  In fact --

12      yeah, a rank list would be done differently, but this was

13      -- we were just doing basic qualifications.

14  Q   There was no ranking involved from your end.

15  A   No.

16  Q   In reviewing the applications to determine basic

17      qualifications, if someone is a -- had been in Flight

18      Standards, an Aviation Safety Inspector at a GS-14, would

19      they have been qualified for the section supervisor

20      positions?

21  A   Yes, if they had had one year of experience at that level.

22  Q   So if they would have been 14's with one year of

23      experience they would have met the basic qualifications.

24  A   Yes.

25  Q   Is there any other way that someone could have met the

359

1       basic qualifications?

2    A   Yes.

3    Q   And what would that way be?

4    A   This was a second line supervisory position.  And if

5        someone had had -- someone who had 1825 experience,

6        Aviation Safety Inspector experience, who also had had

7        experience -- other experience that would have shown the

8        potential to be a second line supervisor that -- and if

9        that experience, and normally this would have been in the

10       private sector, but if that experience was judged to be

11       equivalent to a 14 in the AS -- in the -- an 1825-14, then

12       that was another possible way of qualifying.

13   Q   Have you in your work in personnel management ever used a

14       subject matter expert?

15   A   Yes.

16   Q   And just to give us an idea, about how often would you say

17       you've utilized a subject matter expert?  How many times,

18       just once in your life?

19   A   Throughout my career?

20   Q   Yes.

21   A   Oh, goodness.  Multiple times.  More frequently with FAA

22       because we no longer had time in grade here.

23   Q   Have you used subject matter experts -- when you're using

24       them used them in supervisory type positions?

25   A   I'm not sure exactly what you're asking.  Only supervisory

1   or just if I'd used them in supervisory?

2 Q Yeah, if you had ever used them in supervisory positions.

3 A Yes, I have.

4 Q And has that been just once or more times than that?

5 A With FAA or.....

6 Q Let's stick with FAA.

7 A I'd say between probably five to ten.  I.....

8 Q When you're looking to use a subject matter expert what
9   qualifications do you look for?

10 A You need -- I would look for someone who had technical
11   expertise in whatever line of work I'm looking at.  Often
12   that will be somebody that's held a specific job or.....

13 Q When you say.....

14 A .....or is very familiar with the work.

15 Q When you say held a specific job are you talking about a
16   job within FAA that you're looking to see if a person's
17   experience is equivalent to that job?

18 A I'm sorry, I don't understand quite what you're saying.

19 Q You indicated that you're looking for someone who has held
20   a job or is familiar with what a job does.  What kind of a
21   job are you referring to?

22 A It would be -- I would look for someone who was familiar
23   with the general line of work.  Also.....

24 Q General line of work of what?

25 A Well, in this case 1825 work.  It had to be somebody that

1        had performed 1825 work.  Someone who's not in the line of

2        -- the management chain of selection.  Someone who has

3        either held a job that would be within the progression of,

4        you know, the -- of what would be the normal line of

5        progression to get into this job you're recruiting for or

6        had held the job you're recruiting for.  Someone very

7        familiar with the work that needed to be performed.

8   Q   So are you saying.....

9   A   And.....

10  Q   .....with regard to the section supervisory position you

11      would be looking for someone who had either held the job

12      of -- and this being a second -- the first level position

13      or the GS-14 position or was very familiar with the work

14      that's done in that position.

15  A   Yes.

16  Q   Anything else that you look for in a subject matter

17      expert?

18  A   Yes.  In this case because there was work that had been

19      performed in the private sector -- and not only in this

20      case but in other cases I've worked with, I wanted someone

21      that had some private sector experience.  I also wanted

22      someone that I felt was objective.  And thorough.

23  Q   So you've indicated that in this particular job you used a

24      subject matter expert.  Why was it that the subject matter

25      expert was used?

1   A    Because with this one application the individual had not

2        had experience that was at the 18 -- at the 14 level

3        within FAA -- 1825 level experience with FAA.

4   Q    You say that there was some.....

5   A    Go ahead.

6   Q    Someone with a -- an application who had not been a 14 in

7        Flight Standards for an entire year?  Or not a full.....

8   A    There was someone that did not have -- had not been a 14

9        but had some experience in the private sector that I

10       thought possibly was qualified because this was a second

11       line supervisory position.

12  Q    And why did you think that, because it was a -- you said

13       because it was a second line supervisory position.  Why

14       did you think that this person -- and are we speaking of

15       Verene Miller?

16  A    Yes.

17  Q    That Ms. Miller's private sector experience might qualify

18       her for the second level position, supervisory level

19       position.  What in her application suggested that to you?

20  A    She had been a manager in the private sector for an

21       airline.  And had been -- I felt -- I wasn't -- I needed

22       -- I felt that I needed someone to look at what she'd done

23       from the technical standpoint to tell me if there was some

24       equivalence.  I felt that managerially and supervisor --

25       you know, from that standpoint that the equivalency was

1    there.

2  Q  And so you felt the use of a subject matter expert would
3     be a good idea in this selection -- I mean in this -- in
4     the review of this application.

5  A  Yes.

6  Q  Whom did you -- how did you pick -- let's see, who ended
7     up being the subject matter expert?

8  A  Bob Christensen.

9  Q  And why was it Bob Christensen?

10  A  He met -- I felt met the criteria that I mentioned before.
11     He had had some experience in the private sector.  He had
12     been a unit supervisor at the FSDO.  He had nothing to do
13     with the selection process.  He was a manager in Flight
14     Standards in the Regional Office but, you know, wasn't in
15     the line of selection.  I felt that he was an objective
16     individual.  I'd taken a class with him early in my time
17     at FAA and was in a work group within the class with him
18     and I felt he was very thoughtful and deliberate and had a
19     calmed reason approach that I appreciated and I felt that
20     he would be an objective individual.  Also when Ginger
21     Llewelyn had done a handoff to me I had asked her who
22     would be -- who were people that would be -- that she
23     would recommend as objective people for a subject matter
24     expert should I ever need one.  And she had mentioned Bob
25     for Operations positions.  Which sort of just reinforced

1       what I felt, you know, in this class that I'd been with
2       him and what I knew of Bob.
3    Q   So you basically -- you made the decision as to who you
4       wanted then for the subject matter expert.
5    A   Yes, I did.
6       THE COURT:  All right, this may be a good time to take a
7    lunch break.  We'll be on break until 1:30.  And we're off the
8    record.
9       THE REPORTER:  Off the record.
10      (Off record at 12:00 p.m.)
11      (On record at 1:37 p.m.)
12      THE REPORTER:  On the record.
13      THE COURT:  Yes.
14      MS. JONES:  Judge Fall.....
15      THE COURT:  Yes.
16      MS. JONES:  .....we were able to gather some of the stuff
17   that you requested, but not everything.
18      THE COURT:  All right.
19      MS. JONES:  Would you like yours three hole punched or
20   would you like to see it without punching first?
21      THE COURT:  I'll take it without punching and maybe we can
22   get some hole punching later.  Thank you.  And would you tell us
23   what we're looking at here?  First.....
24      MS. JONES:  Sure.
25      THE COURT:  .....document.....

1    MS. JONES: First is the cover sheet for Verene Miller's
2    171.

3    THE COURT: All right. For the position in question, the
4    one that appears in the ROI and is.....

5    MS. JONES: Yes ma'am.

6    THE COURT: .....not legible?

7    MS. JONES: Yes ma'am.

8    THE COURT: All right.

9    MS. JONES: Do we need to mark that or should we just put
10   it in as a replacement page?

11   THE COURT: We'll put it in as a replacement page. Thank
12   you. That appears at page two of F-19 in the record of
13   investigation.

14   MS. JONES: The second page you're looking at is Ms.
15   Miller's reassignment from the -- an Aviation Safety Inspector,
16   Operations, FG-13, to the Training Program Manager, Ops, the
17   same grade level. And the second page is an e-mail from Naomi
18   essentially to me via Val that explains these other documents
19   and some additional information that she got.

20   THE COURT: All right. Let's start with the Notification
21   of Personnel Action, the reassignment from ASI to Training
22   Program Manager. Let's mark that as A-22, is that correct? I
23   believe that should be A-22.

24   MS. JOKELA: I think that's (indiscernible).

25   MS. JONES: Correct.

1        MS. JOKELA:  Correct.

2        MS. JONES:  Yes.

3        THE COURT:  All right.  A-22, that's one page.  The second

4   page then is a e-mail generated today by Naomi Christensen, is

5   that correct?

6        MS. JONES:  In response to your questions of her to try

7   and track information down.

8        THE COURT:  All right, let me take a look at this.

9        (Pause)

10       THE COURT:  All right.  Let's mark this e-mail as A-22,

11  page two.  The third document is the position description for

12  Aviation Safety Inspector, would have been the.....

13       MS. JONES:  This is for the Training.....

14       THE COURT:  .....Training Program Manager.  All right.

15       MS. JONES:  Yes ma'am.

16       THE COURT:  And that's three pages.

17       MS. JONES:  Two I believe.  Val, did you make.....

18       MS. JOKELA:  (Indiscernible).

19       THE COURT:  Three pages.

20       MS. JONES:  Yep, it's three, so.....

21       THE COURT:  All right, that'll be marked as A-23.

22       MR. FLEISCHER:  This is three pages?

23       MS. JONES:  Well, it's supposed to be and I don't know --

24  we're checking right now to see if.....

25       MS. JOKELA:  I've got the second page.  For some reason

1  when I made these copies I didn't flip that second page, so I've

2  got it right here.  I could run out real quick and make five

3  copies.

4      THE COURT:  I have se -- I have page two of this document.

5      MS. JOKELA:  See, that's what doesn't make sense, some of

6  them didn't, some of them do, I don't get it.

7      THE COURT:  Mr. Fleischer, do you have.....

8      MS. JONES:  I only got two.

9      MR. FLEISCHER:  I only have pages one and three.

10     MS. JOKELA:  Oh, boy.  I can't explain that, but.....

11     MS. JONES:  Do we have another one or.....

12     MS. JOKELA:  Yes.

13     MS. JONES:  .....do we need to make copies?

14     MS. JOKELA:  We need to make -- that's it, we got to make

15 copies of those (indiscernible).  Because I have only two in my

16 packages here too.  Can't explain.

17     MS. JONES:  Your Honor, could we take a minute and

18 make.....

19     THE COURT:  Of course, of course.  Let's go off the

20 record.

21     THE REPORTER:  Off the record.

22     (Off record at 1:40 p.m.)

23     (On record at 1:43 p.m.)

24     THE REPORTER:  We're on the record.

25     THE COURT:  All right, we now have page two for what has

1   been marked as Agency Exhibit number 23. It's a three page

2   document of the position description for Aviation Safety

3   Inspector, Training Program Manager. I will mark as A-24 the

4   balance of these documents which I will give the parties the

5   opportunity to move to introduce into the record if they wish.

6   I do not -- this wasn't something that I was looking for,

7   Exhibit A-24, which is essentially the application packet -- Ms.

8   Miller's application packet for the Training Management

9   position. But if either one of the parties wants to move into

10   the record I'll consider that motion.

11        MS. JONES: Would you like us to make one now?

12        THE COURT: At any time when you so deem it appropriate.

13   I will move into the record A-22 and A-23. So those two

14   documents will be incorporated into the record. And I will --

15   I'm still looking, Ms. Jokela we had this discussion off the

16   record while you were out of the room, for a copy of the

17   generalized vacancy announcement for the AIS position.

18                 (Agency Exhibits A-22 and A-23 admitted)

19        MS. JOKELA: Oh, that's right. Sorry.

20        THE COURT: That's all right. Try to get it during the

21   next break. All right. Anything else we need to take up at

22   this time before we go back to Ms. Bergin's testimony?

23        MS. JONES: I don't believe so.

24        THE COURT: All right. You may proceed then with Ms.

25   Bergin.

```
 1   MS. JONES RESUMES:
 2   Q   Ms. Bergin, prior to the break you indicated that you were
 3       the one who made the decision to use Bob Christensen as a
 4       subject matter expert.  Is that correct?
 5   A   Yes.
 6   Q   Did anyone else other than Ginger Llewelyn influence your
 7       decision in any way to select Mr. Christensen as the
 8       subject matter expert?
 9   A   No.
10   Q   Have you ever during your career with the FAA used Jerry
11       Paterson as a subject matter expert?
12   A   No.
13   Q   Would you have ever used Jerry Paterson as a subject
14       matter expert?
15   A   Probably not.  I can speak from the point of time that I
16       -- up to the point of time that I worked here.  I didn't
17       have -- hadn't had personal interaction with him.  To me
18       objectivity and thoroughness is so important in
19       determining who a subject matter expert should be and I
20       didn't have that knowledge about him.  My instant feeling
21       is that just in observing him -- sometimes -- you know,
22       Ginger and I worked closely together and sometimes I -- my
23       instant feeling is that I might have felt that he wouldn't
24       have maybe been as thorough.  But, you know, that's up to
25       the point of time that I.....
```

1   Q   Had anyone ever recommended that you use -- that Jerry
2       Paterson might make a good subject matter expert?
3   A   No.
4   Q   So once you decided that you were going to use Bob
5       Christensen as a subject matter expert what did you then
6       do?
7   A   I called him and asked him if he would be available to do
8       this.
9   Q   And what did he say?
10  A   He said yes.  And he was available right at that time or
11      shortly after and I went to his office with the materials
12      that I wanted him to look at.
13  Q   What materials did you take to his office?
14  A   I took Verene's application.  I took the unit supervisory
15      position which was a Supervisory Aviation Safety
16      Inspector, Ops, 14 level.
17          THE COURT:  What does that mean?  I'm not following you.
18          THE WITNESS:  I took the position description.....
19          THE COURT:  The position description.
20          THE WITNESS:  I'm sorry.
21          THE COURT:  All right.
22          THE WITNESS:  For the unit supervisory position, for a
23  unit supervisory position at the FSDO.
24          THE COURT:  All right.  That's different from the actual
25  job announcement for the position?

1        THE WITNESS:  Yes.

2        THE COURT:  Okay.  And why was that relevant, that
3    document relevant?

4        THE WITNESS:  I felt that -- normally when you're looking
5    at -- I needed to find -- to -- I wanted his judgment as to
6    whether the work she had done in private industry was equivalent
7    to the next lower level.

8        THE COURT:  Well, I understand that.  But why not take him
9    the actual job announcement description, does that document not
10   describe the position?

11       THE WITNESS:  That describe -- and I haven't quite
12   finished yet.  I think I also took that, it would not have been
13   -- it -- it's -- I'm sure that I also took that position with
14   me.  But that was the position that she was applying for.  And
15   the -- what I needed for him to determine was whether there was
16   an equivalency to the next -- to a next lower level position.
17   So I needed him to really look at the 14 supervisory level
18   position.

19       THE COURT:  I see.  All right.

20       THE WITNESS:  I'm sure I also took the 15 position or the
21   K position.

22       THE COURT:  All right.  So.....

23       THE WITNESS:  But the other was the more pertinent for
24   this purpose.

25       THE COURT:  I see.  So that would have been the

1   supervisory level position.  And did you have a number

2   associated with that, that was an 18.....

3        THE WITNESS:  An 1825.

4        THE COURT:  1825-14.

5        THE WITNESS:  Yes.

6        THE COURT:  All right.  Thank you.  Go ahead Ms. Jones.

7   MS. JONES RESUMES:

8   Q    Other than Verene Miller's application, the position

9        description for the unit supervisory position or the 14

10       level position and the PD for the actual position for

11       which she was applying, the Ops section supervisor

12       position, was -- were there any other documents that you

13       took to Mr. Christensen?

14  A    No.  Unless I took the vacancy announcement, but I

15       honestly don't have that recall, I.....

16  Q    I'm going to hand you what's in the ROI as -- at tab F-16

17       and ask you if this is the unit supervisory position that

18       you took down to Mr. Christensen.

19  A    Yes.  It is.

20       THE COURT:  Does that begin with position summary, is that

21  the document that begins with position summary?  Or is it the

22  whole packet at F-16?

23  Q    I handed her -- how many -- what exactly did I hand you,

24       can I -- you identify that?

25  A    You handed me the cover sheet and the Agency position

373

1        number is AL-2361.

2        THE COURT:  All right.

3   Q    It would be the third page at tab F-16.

4        THE COURT:  All right.

5   Q    The third, fourth and fifth.

6        THE COURT:  Thank you.

7   Q    And I hand you what's marked in the ROI as tab F-19 and

8        ask you if that is the application that Verene submitted

9        that you took down to Mr. Christensen.

10  A    This is a bad copy, isn't it.  I could.....

11       MR. FLEISCHER:  What is the Exhibit?  I'm sorry,

12  (indiscernible).

13       MS. JONES:  F-16.

14       MS. JOKELA:  (Indiscernible).

15       MS. JONES:  No, her -- sorry, F-19 is her application.

16       MR. FLEISCHER:  Oh yeah.  Thank you.

17  A    Yes.

18  Q    And once you went down to Mr. Christensen's office with

19       these documents what then happened?

20  A    I explained to him that what I needed was a determin --

21       was his determin -- his -- whether -- his determination as

22       to whether or not the work that she had described in her

23       position with Lane had an equivalency to that 14 level

24       supervisory position that -- and I -- you know, I

25       explained what position she was applying for and what we

1      were looking at.  But those were the -- I wanted him to

2      look at her application, particularly that Lane Aviation

3      work and also to read through this -- the 14 level

4      supervisory position.  To determine whether or not there

5      was an equivalency there.

6  Q   And then what happened, did you stay, did you leave, if

7      you stayed what did you observe?

8  A   I stayed.  He read through the position description, he

9      read her application, and I don't recall the exact order,

10     but I do know that he -- I do remember that he looked at

11     her application -- I mean he read through it several

12     times.  And I -- you know, there was a -- quite a period

13     of silence, we didn't -- he was just -- I just sat there

14     and he was looking at this and was -- read through it -- I

15     could tell he was reading through it several times.

16 Q   And -- okay.  And then what happened?

17 A   And then he started explaining -- sort of breaking the PD

18     apart and just going through and explaining in various

19     areas, and I was primarily interested in -- I was

20     primarily interested in technical because I don't have

21     that background.  However, he also covered some of the

22     supervisory -- he went through the whole thing.  And just

23     told me why he thought -- whether or not he thought she

24     met -- there was -- you know, that he could draw an

25     equivalency to 14 level work -- the 14 level supervisory

1      position.  And in summary he felt that there was -- that
2      this was equivalent work.

3  Q   Was there much interchange, questions from him or from you
4      back and forth, do you recall?

5  A   We discussed -- and I was probably there for close to an
6      hour.  I -- and I don't have a lot of recall about all the
7      detail.  But there was some, I probably asked him some
8      questions because I was just interested in, you know, ASI
9      work in general.  And -- but I don't have specific recall
10     as to the dialogue that went on.  Other than he felt very
11     comfortable that this would be considered comparable.  And
12     I took general notes at -- probably on a piece of paper
13     and then went back and.....

14 Q   I'm going to hand you now the entire ROI at F-16 and ask
15     you to identify the first two pages if you would please.

16 A   The first page is the form that we used to certify quals
17     on.  And the second -- which is -- and the second form is
18     a letter that the -- or a memo that the -- to the record
19     done by the investigator who found my writing a little
20     hard to read and I repeated to her what it said, I don't
21     recall whether in person or by phone, and she did this,
22     she made the MR, she did the memo for record, which is a
23     more readable copy of what I wrote here.

24 Q   Okay.  And so this was the rating sheet you used for
25     Verene Miller.

376

1   A    Yes.

2   Q    And if you were to summarize what this rating sheet says

3        to us what would your summary be, what does it say about

4        Verene and what her qualifications were for this position?

5   A    It says that she -- that I determined that she had, along

6        with Bob Christensen, but the final decision was mine,

7        that she had at least one year of experience that could be

8        considered equivalent or comparable to an FG Supervisory

9        ASI 1825-14.

10  Q    If you could for us here look at the block that discusses

11       specialized experience.  And if you look at the first

12       line, could you tell us what that first line says?

13       Beginning over on the left margin and reading across with

14       the dates.

15  A    Department manager, Lane Aviation Corporation, from 1978

16       to 1994, 14 years.  And do you want me to continue?

17  Q    Please.

18  A    Was charter department manager and Director of Operations

19       for an aviation service company which provided among other

20       services air transportation, aircraft maintenance --

21       aircraft maintenance to customers.  Was responsible for

22       corporation's FAA air carrier certificate, wrote ops and

23       training manuals to assure compliance with FAA

24       regulations.  Dealt with FSDO to stay in compliance.  Had

25       full managerial responsibility for department employees.

```
1        Had daily contacts with customers of corporation.  This is
2        considered equivalent to a FSDO unit supervisor, FG-1825-
3        14 position.
4    Q   And there was a place that says total and next to that is
5        14.   What does that 14 mean?
6    A   That means that she had 14 years of experience in this
7        position.
8    Q   Does that mean that not only did she have one year of
9        experience equivalent to the 14, that you would have
10       considered her to have had 14 years of experience
11       equivalent to the 14?
12   A   Yes.   In this -- I guess the reason I'm hesitating there
13       is when a person has been in a position for that many
14       years -- well, I -- she had 14 years doing this work.  I
15       mean now, there may have been some that was done some
16       years and some other years, but I felt very comfortable
17       that she had at least one year.  Fourteen years doesn't
18       necessarily make any more -- body more qualified than one
19       year, in our way of doing things.
20   Q   So you were very comfortable that she had at least one
21       year of experience through the private sector that was
22       equivalent to GS -- well, an FG-1825-14 Supervisory ASI
23       position.
24   A   Yes.
25   Q   Once you had determined that Ms. Miller had met the
```

1      qualifications, both eligibility and the basic minimum

2      qualifications, what did you then do with -- in looking at

3      the entire -- with regard to the entire selection process,

4      what was your next step?

5   A  To prepare the list, the certificate of eligibles.

6   Q  Is that the list we already have discussed?

7   A  Yes.  The list of everyone that met basic qualifications.

8   Q  I'm going to hand you now a document that's marked -- or

9      in the ROI at tab F-17.

10     MR. FLEISCHER:  Seventeen?

11     MS. JONES:  Seventeen, yes.

12  Q  Is this the certificate of eligibles that you were just

13     discussing?

14  A  It is, with the exception of -- this -- of course the

15     section two was not completed.

16  Q  Okay.  Once you prepare that what do you do with it?

17  A  I gave it to Mary Hausermann along with each applicant's

18     -- each qualified applicant's complete application

19     package.

20  Q  And do you know what happens to them after that?

21  A  She would have given them to whatever -- through whatever

22     chain they have established in Flight Standards, they

23     would have gone to the selecting official who then would

24     have given them -- in this particular case I -- there was

25     a -- an internal panel process that went on and they would

```
1         have been given I guess then to that, to the person that
2         was chairing the panel.
3    Q    And when do you.....
4    A    I -- and of course I don't know exactly what -- how that
5         all went on, but.....
6    Q    When do you next get involved in the selection process?
7         When did you in this case?
8    A    The panel chairman may have discussed a few things with
9         me, but I don't have specific recall, it wouldn't have
10        been an -- you know, wouldn't have been out of the
11        ordinary for him to have dropped by just to -- just with
12        some general discussion.  I don't recall that.
13   Q    What kind general discussion might it have been?
14   A    Oh.....
15   Q    Give us an idea.
16   A    Sometimes it might be who the makeup of the panel is,
17        whether or not -- you know, what kind of people.  I don't
18        have -- I do not have specific recall.  What -- sometimes
19        perhaps some of the questions that wouldn't be technical
20        questions, or sometimes just to ask is it appropriate if
21        -- do we need to ask every applicant the same questions,
22        do we need -- just those kinds of general procedural how
23        do we do this right kind of question.  I don't recall -- I
24        know that I was aware of who the chairman was and I think
25        he probably said a few things to me.  But I don't have
```

1       specific recall, I don't know that he needed advice

2       necessarily.

3    Q    . Who was the chair of the panel?

4    A    I believe it was Rick Girard.

5    Q    Okay.  After that what involvement would you have had in

6       this case?

7    A    The next involvement I would have had is when the

8       selection came -- this came back with section two filled

9       out and the applications.

10   Q    So the applications are all returned to your office?

11   A    If they aren't they have to be.  And I'm assuming they

12       were, they all came back.  Sometimes the selecting

13       official will forget that, but.

14   Q    Do you look over the reasons that are given for this -- a

15       particular selection, is that part of HR's job that you

16       did?

17   A    Yes.

18   Q    And when you look it over what are you looking for?

19   A    We looked to see if there was a job related reason given

20       for the selection.  We tried to discourage managers saying

21       something like best qualified or -- you know, something

22       that -- we wanted some valid reason, something that if

23       there are questions later the manager has some

24       documentation as to why he or she chose that particular

25       candidate.  It's something job related.  And we try to

1   have them -- try to encourage them not to just say well, I
2   -- this was the top person recommended by the panel, we
3   want something more definitive. And -- because it doesn't
4   always of course have to the -- you know, the person who
5   rated the highest, there are various reasons for choosing
6   a candidate that a selecting office has and we like some
7   documentation, we encourage that.

8   Q   So what were the reasons given on this MPP certificate?
9       Could you take a look at it and read that for us?
10  A   Three applicants were referred by the interview panel. I
11      am selecting Verene Miller based on her previous industry
12      experience as a manager, second level, communications,
13      accountability and team player skills.

14  Q   So did you have any problem with this statement as far as
15      a reason given by a selecting official?

16  A   No.

17  Q   So once you got this back then what happens?

18  A   At -- let me back up and say if I had had problems I would
19      have gone back to the selecting official. You know, and
20      asked for -- or through Mary or else I would have called
21      directly, one or the other. Excuse me.

22  Q   So if the selecting official had put something like Verene
23      Miller was the best qualified then you would have
24      gone.....

25  A   Yes, I would have. I didn't always -- there are managers

1       at times that will say no, our selecting officials say
2       this is what I want to have and -- and as long as the line
3       of business agrees we don't -- we didn't have -- we didn't
4       say, well, you've got to put something else.  But we
5       certainly encouraged it.

6   Q   Okay.  And then what happened, what did you do next?
7   A   The next thing that happened is that -- in this case
8       Flight Standards liked to inform candidates themselves of
9       -- the selecting official liked to kind of make a
10      preliminary job offer.  And probably by e-mail, I don't
11      know, I was -- well, I go over everything -- I want to
12      make sure that everything's there and, you know, all the
13      applications are back and so forth.  And then I would give
14      Mary the go ahead for the selecting official to notify the
15      candidates of their selection.  After I knew that the
16      position had been -- you know, the individual had been
17      notified, I would call with a more formal job offer and
18      talk salary and effective date and so forth.  Well, you
19      know, all the little -- and answer any questions, often
20      people have questions about their salary or about timing
21      of the promotion or whatever.

22      MS. JONES:  I don't think we have any further questions at
23  this time.

24      THE COURT:  Thank you.  Cross examination.

25      MR. FLEISCHER:  Thank you Judge Fall.

1                            **CROSS EXAMINATION**

2        BY MR. FLEISCHER:

3    Q   Now my understanding is, Ms. Bergin, that you took over

4        from Ginger Llewelyn you said in either April or May.  Are

5        you able to make any more specific designation as to when

6        it was that you actually took responsibility for the FS

7        servicing?

8    A   Yes, I think I can.  Ginger retired I believe on March

9        31st, and so it would have been right then, would have

10       been.

11   Q   All right.

12   A   Toward the end of -- it would have been -- I think she

13       retired on the 31st, so probably April 1st or the end of

14       March.

15   Q   And had there been some overlap in the sense of you

16       working with Ginger Llewelyn for some period of time

17       before she actually retired?

18   A   Not some period of time, no.  We were -- we had -- we were

19       very busy at that time and we were -- had lost a position

20       and we were both working frantically to try and get the

21       work done and we had not as much time together as we would

22       have liked, so.

23   Q   Okay.  You said that the 52 was transmitted into your

24       office, the HR office.  Could you advise as to who

25       transmitted that 52, who was responsible for transmitting

1        it?

2    A   Mary Hausermann would have been the person normally.

3    Q   Do you know who would have actually generated the 52

4        through?  She didn't have the policy decision to actually

5        determine whether a 52 should be issued, did she, Ms.

6        Hausermann?

7    A   No.  No, she didn't.

8    Q   Yeah.

9    A   Technically the -- well, the selecting official or the

10       FSDO man -- you know, the management chain at the FSDO

11       had that -- and actually as far -- within each line of

12       business whatever -- they have internal policies about how

13       these things get done and who approves what.  But it has

14       to be somebody in the management chain.  They had an

15       administrative officer at the FSDO who would have done the

16       hands on entry.  But she would not have been the

17       authenticator of the -- you know, she would not have

18       signed the.....

19   Q   Right.  And do you have specific recollection of who it

20       was who actually generated the.....

21   A   In other words who the.....

22   Q   .....the actual decision to issue the 52.

23   A   I'd have to look at the 52 to see.  It may have been

24       Johnnie Walker who was the acting.  And Pattie Mason was

25       the administrative officer, but the approval could have

1       been Johnnie or whoever was acting for him.  I'd have to

2       look at a 52 to know that.

3  Q   Okay.  You indicated that during the time, that interim

4       period between the first vacancy announcement that

5       occurred on or about May 10 and the time that the revision

6       came out which was on or about the 16th that you got a

7       call from someone in the FSDO, a gentleman you said, you

8       don't know who that was I trust.

9  A   I don't.  I don't know that he gave me his name.  I mean I

10      -- although I probably would have asked for it, but I

11      don't recall.  I don't recall at all.

12  Q   But the other question is what answer did you give him?

13  A   I told him.....

14  Q   And let's just refresh our recollection on the question.

15  A   Okay.

16  Q   He asked whether it was required under the original

17      vacancy announcement that one had to quote, unquote sit in

18      a 14 position for at least a year for purposes of

19      qualifying to apply for the position, right?

20  A   I believe he asked me if someone had equivalent experience

21      if that would be qualifying.  In other words.....

22  Q   Oh.  Well, now that's different than what I understood

23      your testimony to be.  I thought you were talking about a

24      question that he had about the language of the vacancy

25      announcement.

1   A   He did have a question about the language. Because the
2       vacancy announcement read one year at the next lower
3       grade, I mean it was a -- it didn't say equivalent to the
4       next lower grade.

5   Q   I realize that. So, in any case, well what was your
6       response to him?

7   A   I told him that an individual could qualify with
8       equivalent experience.

9   Q   Even under the language of the initial vacancy
10      announcement?

11  A   Yes, because that is what the qualification standard says.

12  Q   Although the qualifications in the vacancy announcement
13      specifically said that it had to be specialized experience
14      in the lower -- next lowest grade to the 15.

15  A   Yes, that's what the vacancy announcement said originally.

16  Q   All right. But you told this inquirer that
17      notwithstanding the fact that it said that one had to be
18      in a specialized circumstance of a 14 position for at
19      least one year prior to applying for this position that
20      equivalency would be sufficient.

21  A   I did.

22  Q   I see. Did he ask you whether you -- whether there was
23      going to be a change in the vacancy announcement to
24      actually reflect that?

25  A   I don't recall that he did.

```
1   Q   You wouldn't be surprised, would you, by such a

2       question.....

3   A   No.

4   Q   .....given the language of the qualifications?

5   A   No, I wouldn't have been surprised.

6   Q   It does suggest on the face of it, does it not, that one

7       had to be in fact a GS-14 level specialized work for one

8       year before applying?  That's what it actually said,

9       didn't it?

10  A   Well, not before applying, but anyone could apply for a

11      job.

12  Q   Well, as.....

13  A   But in order to be qualified.....

14  Q   As a prerequisite -- as a qualified.....

15  A   Yes, and that is why I was uncomfortable with that

16      language.

17  Q   Yeah.  Okay.

18  A   And was wishing I'd picked it up before the announcement

19      hit the street.

20  Q   Did you have any discussion with John Duncan about the

21      question of the language on the qualification?

22  A   No.  Normally I wouldn't have been talking with John

23      Duncan.  I tended to work with the administrative staff.

24      I mean -- you know, in this case I did not talk to John

25      Duncan.
```

| 1 | Q | Did you talk to anyone else in the FSDO about that before |
| 2 | | it actually became a reality, that is that vacancy |
| 3 | | announcement modification? |
| 4 | A | In the FSDO?  No. |
| 5 | Q | Is there anyone else that you did talk to that you can |
| 6 | | recall? |
| 7 | A | The only person I recall talking to about that is Mary |
| 8 | | Hausermann. |
| 9 | Q | Okay.  Now let me ask you this, Ms. Bergin.  What other |
| 10 | | persons within Human Relations office designated subject |
| 11 | | matter experts other than yourself? |
| 12 | A | Well, any other personnel -- any -- we had several people |
| 13 | | that had jobs like mine who serviced different |
| 14 | | organizations.  And so any of those people could have been |
| 15 | | -- you know, in organizations that they service been -- |
| 16 | | I'm not sure when you say designating..... |
| 17 | Q | Well..... |
| 18 | A | Deciding..... |
| 19 | Q | Going..... |
| 20 | A | .....who to go to? |
| 21 | Q | Going through the same process you did with Bob |
| 22 | | Christensen, were there others within the Human Relations |
| 23 | | Office that did the same thing, that is decided on persons |
| 24 | | to act as subject matter experts on particular job |
| 25 | | applications? |

```
1    A    Yes.

2    Q    All right.  Were there others who did that for the FSDO

3         other than yourself?

4    A    Ginger Llewelyn had when she was servicing.

5    Q    Well, prior to your being there.

6    A    But not during the time that I serviced.

7    Q    So while you were there you exclusively were involved with

8         the FSDO applications and any subject matter expert

9         decisions would be within your purview.

10   A    Yes.

11   Q    All right.  Okay.  Are you familiar with those -- well,

12        let me ask you this.  Was there some type of training that

13        was available through the FAA for persons who were going

14        to be subject matter experts?

15   A    No.

16   Q    There was not.  All right.  Was there some specific

17        procedure that your office followed through yourself of

18        setting down the parameters of what a subject matter

19        expert would in fact be involved with in making the

20        judgments that he or she was required to make?

21   A    No.

22   Q    All right.  Did you have any kind of memoranda or any kind

23        of notes or a manual that set down any standards regarding

24        this subject matter?

25   A    No, we did not.
```

1    Q    What was your own -- did your own dialogue with the

2         proposed subject matter expert person, did it include a

3         warning to not look at the general areas of experience

4         that require some kind of specialized experience?

5    A    I don't quite understand what you're asking.

6    Q    Well, I mean is there -- were there any kind of

7         limitations that you placed on the subject matter expert

8         in the documents that he or she reviewed and with -- and

9         in terms of any discussion of areas that might not be

10        germane to the specific subject that they were examining?

11   A    Can you repeat that again?  I'm sorry, I'm.....

12   Q    It's okay.

13   A    .....I'm -- you know, in this particular case there was

14        only one application that I was questioning.

15   Q    I understand that.

16   A    You know, I was......

17   Q    Right.  Well, let me ask you this.  Can.....

18   A    So.....

19   Q    .....can.....

20   A    And so what I might have done here -- what I did here

21        might have been different than if I had, you know, 17

22        applications for somebody to look at and -- or 10 and.....

23   Q    Were there.....

24   A    I mean.....

25   Q    .....other situations where you had subject matter experts

1       for 17 applications?

2  A  Probably not 17, but certainly five or 10.  You know, at

3       times -- not in Flight, not while I was servicing Flight

4       Standards.  But your.....

5  Q  Okay.  Well, let me.....

6  A  .....I'm not quite sure exactly what you're asking.

7  Q  .....let me ask you this.  Could you determine whether

8       general experience would be -- could be used to meet, you

9       know, any specialized experience requirements for the

10      equivalency determination?

11  A  Could I determine whether general experience.....

12  Q  Well, or could the subject matter expert use general

13      experience as opposed to specialized type of experience in

14      reaching a determination on equivalency?

15  A  The position required specialized experience.  All -- I

16      mean we're always looking at specialized exper -- we only

17      look at general experience if the position does not

18      require specialized experience.

19  Q  All right.  So did you tell Mr. Christensen that, that you

20      were -- he was not to rely on any generalized experience

21      but only the specialized experience that he found in the

22      documents and information you provided to him?

23  A  I asked him to look at her Lane Aviation experience to

24      determine whether it was -- he would consider that as

25      specialized experience equivalent to the next lower grade,

392

1        the next lower supervisory level.

2  Q  One of the questions that Ms. Jones was asking you was

3        whether a person had met the eligibility and the basic

4        qualifications.  What is the difference between

5        eligibility and basic qualifications?

6  A  Eli.....

7  Q  If there is a difference.

8  A  Eligibility are things like -- this particular position

9        was open to FAA employees.  So if a non-FAA employee had

10       applied that person wouldn't have been eligible.  The

11       person needs to be a citizen most often, those kinds of

12       things.  Did the application, did it meet the deadline

13       dates.  You know, the -- did it -- was it a.....

14  Q  Yeah.

15  A  .....was the application in by whatever closing time it

16       needed to be in, those kinds of things.

17  Q  Those are the eligibility concerns.

18  A  Yes, yes.

19  Q  And then the bas -- the question of whether they make

20       basic qualifications is whether they either have

21       specialized 14 experience or the equivalency thereof, in

22       regard to this particular vacancy announcement.

23  A  Yes.

24  Q  All right.  Now, as we have discussed, there were six

25       persons that were determined to be qualified for this

1      position.

2  A   I.....

3  Q   Yeah.

4  A   Yeah, I mean I don't recall just how many, but.....

5  Q   Okay.

6  A   The people on that list were all -- if there are six of

7      them then.....

8  Q   All right.  Were there any others besides Ms. Miller who

9      were determined to have met the basic qualifications by

10     equivalency?

11  A   In other words they hadn't -- are you asking me if.....

12  Q   Well, did anyone else other than Ms. Miller of the six

13     persons who were found to be the well qualified candidates

14     use equivalency as the basis for determining basic

15     qualifications?

16  A   Can you ask me that again?

17  Q   Sure.

18  A   I wasn't sure -- I know what the answer is, but I'm not

19     sure if it's yes or no because the.....

20  Q   Okay.

21  A   .....I lost you.  I'm sorry.

22  Q   Okay, that's all right.  My apologies.

23  A   No, it's.....

24  Q   Was there anyone other than Ms. Verene Miller of the six

25     candidates who were determined to be the finalists who

1    used equivalency?

2  A  The others all had one year -- they had the one year at

3     the four -- 1825-14, they had sat in an 1825.

4  Q  Okay. All right. Now given the fact that the HR process

5     in regard to Ms. Miller looked at the prior experience of

6     her work in -- at Lane Aircraft why did the Human

7     Relations -- well, first of all, did Human Relations look

8     at the prior experience of any of the other candidates

9     other than Ms. Miller?

10  A  No.

11  Q  Okay.

12  A  Not for this particular position.

13  Q  Yeah, I under -- and that's what I'm asking about, this

14     particular position. Okay, my next question is why did

15     Human Relations not look at the prior experience of other

16     candidates for the position other than Verene Miller?

17  A  Because they all had sat -- had been -- had at least one

18     year of experience in 1825-14 positions.

19  Q  Yeah.

20  A  So there was no reason to look at anything else.

21  Q  Well, was the equivalency that was determined on the part

22     of Ms. Miller used in any fashion in the formation of the

23     judgment as to whether she was -- whether she ranked in

24     the top tier of candidates in this matter?

25  A  I did not rank the candidates. There was no ranking

1          in.....

2    Q     Okay.

3    A     .....Human Resources.

4    Q     Okay.  There were some people who were actually passed on

5          to the decision maker though, you know that, do you not?

6    A     I do know that.  But I wasn't part of that process.

7    Q     All right.  Well, you conferred -- you think you conferred

8          with Rick Girard who was the chairman of the interview

9          panel regarding the matter.  That's what your testimony

10         was, right?

11   A     Be -- prior to the panel, I don't think we talked after

12         the panel met.

13   Q     Yeah.

14   A     But prior.....

15   Q     Prior.....

16   A     .....I know that I was aware that he was doing it and we

17         had some -- I know there was some general conversation but

18         I don't -- I don't recall exactly what those -- but yes, I

19         mean we talked, but I did not talk with him after the

20         panel deliberations.

21   Q     Okay.  Do you know as a matter of fact to what extent

22         Verene Miller's equivalency rating played a part in the

23         determination by the interview panel as to her

24         qualification or -- for the position?

25   A     I do not know that.

```
 1   Q   All right.  If in fact the equivalency played some part in
 2       the actual substantive determination that she was one of
 3       the finalists in this -- for this selection would that
 4       then not raise at least a question as to whether other
 5       candidates' equivalency experiences should have been
 6       included in the process?
 7   A   Are you asking me if the panel members should have looked
 8       at other candidates' previous experience, is that what
 9       you're asking?
10   Q   Yeah, that's what I'm asking.
11   A   The -- how can I -- let's see.  Think about this a minute.
12       The criteria that a panel uses to determine what
13       candidates will go on to the selecting official, I would
14       have no control over that.  And they may have looked at
15       complete packages of other individuals.  I was only
16       looking to determine who met basic qualifications.  They
17       may have looked, I do not know.  I mean I don't know that.
18       I suppose if I pulled ranking sheets out and looked at all
19       the -- but I did not do that, those are.....
20   Q   But you said before you didn't think that that was in fact
21       done for any of the others because it.....
22   A   No, I said I didn't look.
23   Q   You didn't.
24   A   I'm sorry, I may have misunderstood you.
25   Q   Okay.  You didn't look.
```

1  A   No, I -- no, the panel may or may not have.  I did not
2      look at the other candidates' experience because I could
3      tell they met basic qualifications.  Just by merely
4      sitting at the 1825-14 they met.

5  Q   But as someone who is obviously vastly experienced in this
6      area, having spent as many years as you did in the Human
7      Relations area as a Specialist, don't you believe that if
8      this interview panel and if the process that was followed
9      after you transferred it to the selecting official, if
10     they were going to consider the equivalency information on
11     behalf of Ms. Verene Miller in the substantive
12     determination of her ranking for the job that the others
13     who were candidates for the same position should also have
14     that equivalency looked at?

15 A   I think here there's a confusion.  Once a person meets
16     basic quals that person has met the basic quals.  The
17     panel gets this list of people.....

18 Q   Yeah.

19 A   .....then they need to treat each candidate -- whatever
20     criteria they are looking.  But they would -- they might
21     not have even known how I qualified her.  I mean the fact
22     that you've qualified because you have experience
23     equivalent as opposed to experience sitting at the next
24     lower grade isn't something that's necessarily even -- I
25     mean I don't know -- even know if the panel was

1     considering that.

2     (Whispered conversation)

3  Q  Yeah, are you familiar with the Operation Unit

4     Supervisor's position that was advertised for and selected

5     shortly before the subject one that we're talking about

6     here?

7  A  Yes, I am.  And I haven't -- I -- yes, I do recall -- I

8     don't recall this -- specifically as this because it's

9     been some -- and I've had to look at this one again.  But

10    yes.  I remember that.

11 Q  And were you there as the Specialist for Flight Service

12    when that decision was made on the Unit Supervisor?

13 A  When the selection was made?

14 Q  Selection was made.

15 A  Yes, I was.

16 Q  All right.  Do you know and remember as a matter of fact

17    that Mr. Miller was one of the applicants for that

18    position?

19 A  Yes.

20 Q  And do you know that she was ranked as the seventh in a

21    field of 15 for that position?

22 A  I don't recall -- I really don't recall the -- who

23    rankings were.

24 Q  All right.

25 A  I remember things about that, but that's not.....

1   Q   Okay.

2   A   .....I don't recall individuals' rankings.

3   Q   All right.  If you -- if one assumes though that she in

4       fact did rank seven of 15 for that position is it

5       reasonable to assume that there may have been some new

6       information that was provided to the Aviation Safety

7       Inspector Supervisory position determination that would

8       have allowed her to be pushed up the ladder to a certain

9       extent, such as the equivalency information?

10  A   I wouldn't want to speculate.  I can't.

11  Q   No, I wouldn't want you to speculate.

12  A   Because I wasn't part of any of those panel deliberations.

13  Q   Well, do you have any -- what would you explana.....

14  A   I mean I don't.....

15  Q   .....what would your explanation be assuming just for

16      purposes of discussion that she in fact was seventh out of

17      15th of the -- of a position just a month or so prior and

18      then on this position she wound up in the top three?  Do

19      you feel that -- do you have any idea as to what changed

20      to give her that situation?

21  A   No, I do not.  I don't -- I wasn't part of those panel

22      deliberations.

23  Q   Okay.

24      (Pause)

25  Q   Going back to the subject matter expert, have you given

                        KRON ASSOCIATES
                1113 W. Fireweed Lane, Suite 200
                    Anchorage, Alaska 99503
                        (907) 276-3554

1   us, you know, the basic instructions that you think you

2   did give to Mr. Christensen prior to doing the subject

3   matter expert work on this case?

4  A  I believe I answered to -- I think you asked me -- I took

5   the -- I explained what -- that I needed him to look at

6   the 14 level supervisory position, the Unit Sup position,

7   and to see if he felt that this met the four -- that --

8   I'm sorry, that the level of -- that -- if she felt that

9   if -- if he felt that her work at Lane Aviation was

10  comparable to that.  I think -- that's  the instruction.

11  And -- I mean it wasn't -- I probably -- I'm sure I

12  explained to him that I needed some technical input

13  because if she -- you know, she hadn't been an 1825-14

14  sitting there for a year that I needed to look -- someone

15  to help me look at this experience to see if, you know, he

16  felt that it would be comparable to that of a 14 level

17  supervisor at the FSDO.  But as far as other instructions,

18  I -- I can't think of anything else that I would have --

19  you know, I may have -- I don't even recall that he had

20  questions, I think that, you know, he understood that I

21  needed to.....

22  Q  Had he.....

23  A  .....I explained what the qual standard requires and that

24  I needed, you know, some technical -- someone with

25  technical expertise to look at this.

1   Q   Had Mr. Christensen acted as a subject matter expert prior
2       to this, if you know?
3   A   I -- I had never asked him to be a subject matter expert.
4   Q   You don't know?
5   A   And I don't know.  No.
6   Q   Yeah.  Did you -- we talked about this before, but let me
7       just make sure we understand.  Did you explain to him that
8       general experience really couldn't be used to substantiate
9       the need for the specialized experience that he had to
10      get?
11  A   Well, basically when you're talking, when you ask a
12      subject matter expert to evaluate experience part of what
13      they're doing is saying yes, this is specialized
14      experience, or no it isn't.  You know, there wasn't a
15      question of this is general, this is -- at these levels
16      that we're talking about.  When we look at general
17      experience, that's usually when you're looking at very
18      entry level for -- in the very lower levels of -- you
19      know, in clerical jobs or -- I mean that wasn't an issue
20      here, I didn't -- I mean there's.....
21  Q   Yeah.  But don't you think there -- well, let me ask you
22      this.  Given the fact that as far as you knew Mr.
23      Christensen had not had the experience of being a subject
24      matter expert previously, that based upon that
25      inexperience in that specific area that there might be a

| 1 | | danger of his applying some of the general information |
|---|---|---|

1       danger of his applying some of the general information

2       that was included in the application and so on as part of

3       his analysis of the equivalency?

4   A   No.

5   Q   You didn't.

6   A   I don't think -- and maybe some of this is using

7       personnel.  When we look at general experience, general

8       experience is really very general, very, very general.

9       And I can't think of a situation where I would have needed

10      a subject matter expert if I felt there was only general

11      experience there.  I -- and maybe part of this is the --

12      you know, the -- my understanding from the personnelist's

13      view of the term general experience.

14  Q   Yeah.  Talking about subject matter experts, you gave some

15      testimony about Jerry Paterson.  Do you know, Ms. Bergin,

16      that Mr. Paterson had been a subject matter expert prior

17      to the time period we're talking about here?

18  A   I don't know whether he had or hadn't been.

19  Q   You did not.  Okay.  Nor did you know that he had actually

20      been a subject matter expert where equivalency was the

21      determination that had needed to be made?

22  A   I don't know that one way or the other, I don't know

23      whether he was or wasn't.

24  Q   Had you worked directly with Mr. Paterson?

25  A   Not really, no.  I had no -- had not had a lot of

KRON ASSOCIATES
1113 W. Fireweed Lane, Suite 200
Anchorage, Alaska 99503
(907) 276-3554

```
 1              interaction other than to say hello and just sort of
 2              observe him talking to Ginger Llewelyn at -- from time to
 3              time.  I really did not have personal knowledge.
 4     Q        So was it based upon that somewhat incidental knowledge
 5              that you had of him that you felt that he might not be as
 6              thorough as Mr. Christensen?
 7     A        I didn't even consider him at the time because I didn't
 8              have -- there was just -- there's something there, I don't
 9              know what it was, that I had -- I just -- I didn't
10              consider him at the time.  When the question was asked I
11              thought, well, you know, there -- there was something
12              there and I don't recall what it was exactly, but I -- I
13              guess more importantly is I didn't have knowledge of him
14              and I would never ask someone to be a subject matter
15              expert if I didn't have a feel about the -- didn't know
16              something about the person, I mean that made me
17              comfortable with asking.
18     Q        Was there communication among the Specialists about these
19              various matters in which you were all being -- and asked
20              to.....
21     A        Do you mean.....
22     Q        Well, in terms of other Specialists who might have sought
23              and obtained subject matter experts were you discussing
24              your need to have a subject matter expert with any of
25              them?
```

1  A    Do you mean in this particular case?

2  Q    In this particular case, yes.

3  A    I did not discuss this with anyone.  I had asked Ginger

4       when she -- we had a brief handoff that probably lasted

5       parts of several days and I said who do you -- you know,

6       who are people that you would recommend.  And -- so from

7       that standpoint.

8  Q    And Mr. Christensen was the only name she came up with?

9  A    For Operations, yes.

10 Q    But she didn't tell you that she had used him as a subject

11      matter expert, did she?

12 A    No, she didn't.

13 Q    Do you have any idea who else might have been used as a

14      subject matter expert for Operations besides Mr.

15      Christensen.....

16 A    No.

17 Q    .....previous to his working in that capacity?

18 A    No, I don't.  And.....

19 Q    Go ahead.

20 A    You know, there -- often it isn't any one person, it might

21      be different people at different times and whoever's --

22      you know, somebody available and that meets criteria and

23      whatever -- you know, that isn't in the line of selection

24      and -- so it isn't as if just one person would have been

25      asked.  But no, I don't have knowledge.

405

1   Q    Okay.  Let me ask you this, Ms. Bergin.  In regard to the
2       Lane Aviation equivalency, did you seek to determine from
3       your own Agency, the FAA, what level of complexity the
4       Agency had ascribed to Lane Aviation insofar as the
5       Aviation Safety Inspector that was assigned to Lane
6       Aviation?

7   A    Can you -- I'm sorry.

8   Q    Yeah.  Okay.  Let me just repeat it.  Did you in the
9       process of determining the equivalency question for Verene
10      Miller in this application seek the information from your
11      own Agency, that being the FAA, to determine what level of
12      complexity the FAA had ascribed to Lane Aviation as
13      measured by the Aviation Safety Inspector who was assigned
14      to Lane Aviation?  In other words, if there was, as we
15      believe there probably was, a GS-13 that was assigned to
16      Lane Aviation why did HR not make contact with your own
17      agent to determine the level of complexity of the Lane
18      Aviation matter?

19  A    I can't -- why did we not do that.  We do not do that.
20      Our.....

21  Q    Why not?

22  A    What you're saying is an Inspector would have -- what we
23      are looking at when we ask a subject matter expert to --
24      what we -- we rely on subject matter experts and we ask
25      the subject matter expert to look at what an individual

1          has put on the application and then utilize his or her

2          technical knowledge to give us an assessment of whether

3          this is equivalent to whatever equivalency we need to

4          ascertain.  But I wouldn't.....

5     Q    Well.....

6     A    .....feel that an Inspector would -- I mean I -- it would

7          never -- we rely on subject matter experts.  We would

8          never go to.....

9     Q    You wouldn't want to go to.....

10    A    .....an ASI and say, you know, is this organization that

11         you inspect of a certain level.

12    Q    Even though th.....

13    A    We need to look at what the application says.

14    Q    Even though that person, your own individual FAA employee

15         who's in Columbus, Ohio and is on the ground with Lane

16         Aviation and knows as much about that organization as

17         anybody does within the FAA, even though that's the fact

18         there's no -- you don't think there's a reason to go to

19         that person and find out what they know about the subject

20         organization?

21    A    That's not something that we have done.  We don't -- we

22         tend to look at the job as a whole and we ask the subject

23         matter expert to look at it as a whole -- you know, as --

24         the application, and we don't -- we have not done that.

25         To my knowledge that's not done, ever.

1    Q    All right.

2    A    To my knowledge.

3    Q    Be a good idea though, don't you think?

4    A    I don't know.

5    Q    Oh, okay.

6    A    I would have to know -- I'd have to think about that.  I'd

7         also have to -- I think that someone who is inspecting

8         might not have the same -- the perspective could possibly

9         be narrower, I don't know.  I mean I -- I would not feel

10        totally comfortable with that approach.

11   Q    Okay.  Well, second question.....

12   A    At least not.....

13   Q    .....second related question.  If, again, assuming that

14        the Aviation Safety Inspector assigned to Lane Aviation is

15        a GS-13, noting the fact that that's the complexity that

16        the Agency, the FAA, has ascribed to Lane Aviation, how is

17        it possible for someone working within Lane Aviation to

18        have 14 experience?

19   A    I don't see that you can draw a -- we're looking at a job

20        an individual has done.

21   Q    Yeah.

22   A    Has performed.

23   Q    Yeah.

24   A    That would -- how could I -- let me think here.  We're not

25        looking at the product that Lane Aviation produces, we're

```
1            looking at a -- at a job that an individual has held in
2            the organization and does that equate to that work in the
3            FAA, supervisory work.  And we -- I see that -- I wouldn't
4            be -- I don't see that there's a parallel there for terms
5            of qualifying for jobs.  In terms of qualifying for jobs.
6            It's -- we look at the work level in the job itself.
7    Q       If there were discrepancies in the application as to the
8            number of people that were being supervised would that
9            give rise to any need to make a specific inquiry about the
10           facts as it relates to her involvement with Lane Aviation?
11   A       If there were discrepancies in the number of people
12           supervised.  Do you mean -- I'm sorry, I don't.....
13   Q       If there were discrepancies in her application in which
14           she recounted the work done at Lane Aviation about the
15           number of people whom she supervised do you believe that
16           that would have warranted, or required really, a further
17           inquiry of Lane Aviation, or at least your own FAA people
18           who were familiar with Lane Aviation?
19   A       Now when you say discrepancies, I'm not sure what you
20           mean.  I'm sorry, I don't mean to be difficult, I
21           just.....
22           (Whispered conversation)
23   Q       I'd like to show you what has been -- it's already part of
24           the report of the investigation, F-19, that being the
25           application of Ms. Verene Miller.  And this is page three
```

1     of the form, of F-19, and it's in the last paragraph, one,
2     three, four, five, six, seven lines up in which Ms. Miller
3     said that she at various times throughout my tenure at the
4     -- we had up to eight aircraft consisting of light twins,
5     turbo props and turbo jets and 14 pilots in the
6     department.
7  A  Okay.
8  Q  Okay.  And then moving down to page -- it starts
9     additional ex -- well, let's see.  Let me give you the
10    actual page number.  This was the third page.  The seventh
11    page which starts at the top of additional work
12    experience.
13    THE COURT:  All right, are we still at F-19?
14    MR. FLEISCHER:  F-19, all part of F-19.....
15    THE COURT:  All right.
16    MR. FLEISCHER:  .....Judge.
17 Q  And this is the page that starts at the top of Supervisory
18    Aviation Safety Inspector, Verene Miller, and says from
19    two.....
20    MS. JONES:  Are you looking at additional work experience,
21 block C?
22    MR. FLEISCHER:  I'm looking at -- I can't tell what the
23 block is, it's very.....
24    THE WITNESS:  It's right here -- yeah, C.
25    MR. FLEISCHER:  Yeah.  Yeah, I am.

| | | |
|---|---|---|
| 1 | | THE COURT: Block C. Thank you. |
| 2 | | MR. FLEISCHER: Yeah, block C. |
| 3 | Q | And it says -- I think this is employees, six to 12 there. |
| 4 | | And then down in the substance in the two, three, fourth |
| 5 | | paragraph it says supervised from six to 15. Supervised |
| 6 | | from six to 15. So those are the questions that I am |
| 7 | | asserting are discrepancies in the application..... |
| 8 | A | So the..... |
| 9 | Q | .....that she made. |
| 10 | A | The first one was -- did -- was it 14, was that the number |
| 11 | | we had, and then these are six to 15 and six to 12? |
| 12 | Q | Yep, she said -- and 14 pilots and then six to 12 and then |
| 13 | | six to 15. My question then is given those discrepancies |
| 14 | | don't you believe that HR should have had further specific |
| 15 | | inquiry as to what the nature -- the specific nature of |
| 16 | | her supervisory experience was? |
| 17 | A | No. Frequently in applications, those discrepancies are |
| 18 | | very -- I mean we're talking -- there was 12, there was 14 |
| 19 | | and there was range. We're talking a max of 15, a max of |
| 20 | | 14, a max of 12, those are not figures that are so -- |
| 21 | | that's very often -- that very often happens when people |
| 22 | | complete applications, possibly because they throw an |
| 23 | | update sheet on top and don't go back and change, we see |
| 24 | | that frequently. But I don't think that -- I mean that |
| 25 | | wasn't something that was that critical to this |

1    determination that I would have felt that it needed to be
2    clarified.  And actually we wouldn't have -- had I felt
3    something like that needed to be clarified I would have
4    called the candidate, I would not have called the Lane
5    Aviation.  Or whatever organization the individual worked
6    for.

7  Q    But you -- did.....

8  A    I would have called the candidate to say, you know, just
9       how many people.

10 Q    Did you call Ms. Miller about anything relating to her
11      application?

12 A    No, I had no conversation with her about her application
13      after -- you know, after she submitted it.

14 Q    Did you have any conversation with anyone in the FAA about
15      her application prior to her selection, other than the
16      persons that you've already referenced?

17 A    About the application that she had submitted for the
18      position?

19 Q    Correct.

20 A    Did I have any conversation with her or anyone else you
21      asked?

22 Q    Other than you've already testified to, is there anyone
23      else that you have?

24 A    No, I don't think so, not that I recall.  I may have said
25      something to Bobbie Gossweiler, only because she -- but

```
 1        I.....
 2    Q   Well, let me ask you this.
 3    A   I don't -- not that.....
 4    Q   Did you ever have any discussion with John Duncan about
 5        the matter?
 6    A   No.  No.
 7    Q   Did you ever hear any informa -- anything ascribed to Mr.
 8        Duncan about Verene Miller?
 9    A   No.
10    Q   You never heard that Mr. Duncan said that he wanted to
11        promote her?
12    A   No.
13    Q   Okay.
14        (Pause)
15        (Whispered conversation)
16    Q   It's my understanding, Ms. Bergin, that you stated that
17        you gave Verene Miller credit for having been Director of
18        Operations from 1978 to 1994.  Is that correct?
19    A   I don't have that qual sheet in front of me.
20    Q   You mean the application itself?
21    A   No, the.....
22        THE COURT:  F-16.
23        MS. JONES:  F-16.
24        THE COURT:  First page.
25    Q   F-16, the.....
```

1      MS. JONES:  And I think you're misstating, counsel, what
2   she actually did say, but here's an F-16.

3      (Whispered conversation)

4   Q   Looking at the qual sheet, which is F-16, does it not say
5      from 1978 to 1994 she was charter department manager and
6      Director of Operations for an aviation.....

7   A   Well, I have to the left where we kind of put a title, I
8      put department manager.  And then here I just wrote she
9      was charter department manager and Director -- now, I may
10     -- I'd have to go back and look at her application, I may
11     have meant that she had both of those positions in that
12     time.  I'm not sure if I -- if this was a dual.....

13  Q   Well, it certainly sounds like.....

14  A   So.....

15  Q   .....it was a dual.

16  A   But it.....

17  Q   Doesn't it?

18  A   Not necessarily.  I mean just knowing how I write these --
19     wrote these things, I'd have to look at her application to
20     see.  I -- apparently over here what I titled it at was
21     department manager, Lane Aviations.

22  Q   So.....

23  A   And I could have meant that she had a dual responsibility
24     or I could have meant that during this period of time she
25     had each of these positions.

```
 1   Q   Well, this is from the period of 1978 to 1994, correct?

 2   A   That's correct.

 3   Q   And in her application I submit to you she says that she

 4       became -- hold on.  I -- she says I have been the

 5       Operations training pr.....

 6       (Whispered conversation)

 7   Q   No, I'm sorry, Operations Director.  She said she was

 8       Director of Flight Operations for Lane from 1986 to

 9       October 1994.  Do you recall that?

10   A   No, I'd have to look at the application to.....

11   Q   All right.

12   A   .....have that recall.

13   Q   Wouldn't you agree that this leaves open the impression,

14       certainly the possible impression, that she was a Director

15       of Operations between the dates that are set out above?

16   A   No, I wouldn't.  I guess just because I know how I make --

17       summarize.  I'd have to look at the application and I'd

18       have to -- I could have meant that in this period of time

19       she had each of these positions.  It's.....

20   Q   Okay.  And.....

21   A   What she needed was one year.

22   Q   And again, the information that you put in here, was this

23       information that you obtained from Mr. Christensen?

24   A   It was a summary of what he had -- had verbally expressed

25       to me.
```

1    Q    And do you recall what he verbally expressed insofar as
2         the time period of her Director of Operations position?
3    A    I don't think he would have expressed that.  We were
4         looking at her work as a whole.
5    Q    Okay.
6    A    If he did I don't have recall.
7         (Pause)
8         MR. FLEISCHER:  One moment Your Honor.
9         THE COURT:  All right.
10        (Pause)
11        (Whispered conversation)
12        MR. FLEISCHER:  Okay.  Nothing further at this time Your
13   Honor.
14        THE COURT:  All right.  Let's take a break.  We'll be off
15   the record.  I want to make sure we finish with Ms. Bergin
16   today.
17        THE REPORTER:  Off the record.
18        (Off record at 3:11 p.m.)
19        (On record at 3:48 p.m.)
20        THE REPORTER:  We're on the record.
21        THE COURT:  I have been handed by Ms. Jones a position
22   description for the Aviation Safety Inspector, 1825 series,
23   grade 12.  And I have marked it as A-25 and it will be moved
24   into the record.  You may continue then with redirect for Ms.
25   Bergin, Ms. Jones.

```
1                               (Agency Exhibit A-25 admitted)

2                          REDIRECT EXAMINATION

3    BY MS. JONES:

4    Q    Ms. Bergin, there was some discussion about the fact that

5         the vacancy announcement had been modified.  If the

6         vacancy announcement had not been modified, if it had gone

7         out in its original form where the qualification

8         experience said at the -- 52 weeks of experience at the

9         next whatever it was, would you -- if you had received

10        Verene Miller's application would you still have looked at

11        that to see if she had equivalent experience to the Unit

12        Supervisor position?

13   A    Yes.

14   Q    And why would that have been?

15   A    Because we have to use the qualification standard

16        regardless of whether or not an error is made in the

17        vacancy announcement.

18   Q    Was there a particular point.....

19   A    And I should say also the regula -- I mean we have to

20        abide by FAA regulations which now say that we don't look

21        at time in grade.  So there are -- were two reasons.

22        There's qualifications and time -- the time in grade.

23   Q    And when did this time in grade requirement in FAA go away

24        or disappear again?

25   A    In -- when FAA had -- went -- had personnel reform in
```

1      1996, when we came out from under Title five for many of
2      our personnel practices.
3   Q  We had some discussions maybe a couple of different times
4      about a sub -- the use of a subject matter expert.  Is
5      there any kind of a job description for a subject matter
6      expert?
7   A  No.
8   Q  So is being a subject matter expert a title that anyone in
9      the FAA has that would show up in their OPF or someplace
10     like that?
11  A  No.
12  Q  Would -- there was also some discussion about generalized
13     versus specialized experience.  If you're looking to
14     qualify someone as a first level supervisor like this Unit
15     Supervisor position would experience as a supervisor,
16     whether it's being a volunteer or working for an aviation
17     air taxi operation, you know private industry company,
18     would that be considered specialized experience, their
19     time being a supervisor?
20  A  For an 1825?  What were the -- can you repeat that again?
21     I'm sorry.
22  Q  I guess for myself I'm not sure I either understand what
23     specialized experience is and how when you're looking to
24     hire for a second level supervisor position and you're
25     doing an equivalency to the next lower one, which would be

1       a first level or in this case a Unit Supervisor position,

2       is that -- do you consider that specialized experience or

3       am I talking apples and oranges here?

4    A  The examples you gave, and the examples were a supervisor

5       of a.....

6    Q  Say a -- in this case Lane Aviation, a supervisor in Lane

7       Aviation.

8    A  I was looking at that as specialized, I just didn't know

9       the level that it would -- I mean I needed to get Bob's --

10      a subject matter expert's assessment of whether that would

11      equate.

12   Q  If the job that you are looking at was not a supervisory

13      job, say it was just a technical -- and I don't know that

14      Flight Standards even ever has just a technical 15 level

15      job, but say it was, how would you have looked at her Lane

16      Aviation experience?

17   A  I wouldn't have even looked at it, I would have not felt

18      that she was qualified for a strictly technical 15

19      position.

20   Q  And your reason for that is?

21   A  My reason for that is that a second line supervisory job

22      is very different than a technical job.  In fact for many

23      technical jobs at that level you might even have to have

24      really specialized technical experience, where here we

25      looked at anybody that had been in the 1825-14 is

1     qualified whether they'd had any supervisory, whether

2     they'd -- you know, regardless of what kind of technical

3     experience they'd had.  People can qualify for a supervise

4     -- for a managerial position in -- you know, there are

5     several different routes.  A individual would have had to

6     have had 1825 and we would never even looked at anybody

7     that didn't have 1825 experience for this posi -- for the

8     position we're talking about.  But then in addition she

9     happened to have this managerial experience that happened

10    to be outside the government.  So -- I mean -- but for a

11    technical position, a totally technical, not -- where

12    accomplishing work through other supervisors and other

13    employees wasn't a big piece of the job I wouldn't have

14    looked at her experience as being qualified, she would

15    have had to have been at the 1825-14 for a year.  Does

16    that -- am I answering?

17  Q  I think you are and I think I understand.  You're saying

18    that if the position were purely technical, i.e., no

19    supervisory managerial aspects involved at all, her

20    experience then in private industry would not have worked

21    to qualify her at the 14 level for a 15 technical job.

22  A  That's what I'm saying.  Because there is no industry

23    equivalent for, you know, the strictly technical, the

24    regulatory aspect.

25  Q  There was some discussion about conversations you might

1    have had with Rick Girard, the chair of the panel.  Do you

2    recall whether or not you ever talked to Rick Girard about

3    the applicants who were being referred?

4  A  I don't think -- I don't recall.  Ever talking to him, I

5    don't recall that I didn't but I certainly don't recall

6    any discussion.  It would be -- been more the process.

7  Q  Would you -- have you ever talked to a chairperson about

8    the actual individual applicants that you're sending over

9    to the organization?

10 A  Have I ever in the past in any.....

11 Q  Say with Flight Standards.

12 A  Not that I recall.  I -- actually I may have -- sometimes

13   a chairperson might come in and -- I'm just trying to

14   remember if -- not that I can remember.  But.....

15 Q  Have you yourself ever served on a Flight Standards

16   interview panel?

17 A  No, not on a Flight Standards.

18 Q  There was some discussion about Ms. Miller applying for a

19   particular unit supervisory position.  The Unit Supervisor

20   positions at the FSDO were at what grade level?

21 A  They are 13 positions.

22 Q  The Unit Supervisor?

23 A  Oh, I'm -- wait a minute, the section -- oh, the Unit

24   Super -- I'm sorry, the position we're talking about,

25   the.....

| 1 | Q | The position that this whole case involves, this -- the |
|---|---|---|
| 2 | | Operations..... |
| 3 | A | Right. |
| 4 | Q | .....section supervisor.  And we have discussed that |
| 5 | | that's the K band. |
| 6 | A | Right. |
| 7 | Q | And then we have been talking about qualifying at the Unit |
| 8 | | Supervisory level or at the 14 level. |
| 9 | A | True.  In other words -- yes, yes, those are 14.  I'm |
| 10 | | sorry, yes, those are 14 positions.  A 13 is the full |
| 11 | | performance ASI, yes. |
| 12 | Q | So the Unit Supervisory positions are at the 14 level? |
| 13 | A | Yes. |
| 14 | Q | If Verene Miller had applied for a Unit Supervisor |
| 15 | | position in 2000 would you have needed to put her |
| 16 | | application through an equivalent to analysis or would she |
| 17 | | have qualified the other way where you -- all you need is |
| 18 | | to serve a year as a -- at the next lower grade or a 13? |
| 19 | A | Can you repeat that question? |
| 20 | Q | If Verene Miller had applied for a Unit Supervisory |
| 21 | | position in the Spring of 2000. |
| 22 | A | Okay. |
| 23 | Q | How would she have qualified for that? |
| 24 | A | She would have qualified for that on the basis of having |
| 25 | | been a 13 for at least one year. |

1   Q   So would you have needed to look at her application such

2       that you would have needed a subject matter expert and run

3       her through this equivalency to?

4   A   No.

5   Q   With the Unit Supervisory.....

6   A   And those are first level, those are the first -- right.

7   Q   Okay.  Do you know if this Unit -- do you know in fact

8       that Verene Miller applied for a Unit Supervisory position

9       in the Spring of 2000, do you remember?

10  A   Yes, she did.

11  Q   Do you know who the selecting official was for that

12      position?

13  A   I believe it was Tom Carter.

14  Q   I'm going to show you, and I don't have a copy of this so

15      I'm just going to show this to you.  Could you tell us

16      what that document is, Ms. Bergin?

17  A   This was the certi -- the selection certificate for a Unit

18      Supervisory position.  And with the list of names and then

19      showing that David McGlothlen was selected.

20  Q   Was this one a -- this was a Unit Supervisor position?

21  A   Yes.

22  Q   Was Verene Miller one of the applicants?

23  A   Yes, she was.  However, this is only page one.

24  Q   Okay.

25  A   It ha -- this is a two page cert because it's two -- page

1          two.  And I don't think her name is on this list.  In
2          other words this stops with MA and she's an MI, she would
3          have been on page two.  So we don't have the second page.
4     Q    Okay.  And who signed as the selecting official on that
5          one?
6     A    Tom Carter.
7     Q    From your recollection, since we don't happen to have page
8          two here, do you recall her name being on it?
9     A    I do.
10    Q    Okay, thank you.  You discussed the instructions that you
11         gave to Mr. Christensen when you were using him as a
12         subject matter expert.  Were those typical instructions
13         that you would give to a -- that you use when give --
14         dealing with subject matter experts?
15    A    Well, yes and no.  Sometimes -- and in a -- a situation
16         I'm thinking of was where I used a subject matter expert
17         for a group of engineering applications.  And I had -- I
18         asked -- and these were all people in the private sector.
19         Usually when we use subject matter experts here at FAA
20         it's for people who have some private sector experience
21         that we want looked at.  As I said, after time in grade
22         went away then we have to consider what's outside as well
23         as -- you know, we don't just look at whether they've had
24         a year of -- at a -- sitting at a certain lower gr -- at a
25         certain grade before we're looking at them as being

1    eligible to apply for a higher grade.  But if I took a

2    whole group of applications in I might -- you know, the

3    instructions would differ because they're looking at a

4    whole body of applications.  It would have, you know --

5    here I had a specific block of experience, and I -- I

6    might have been a little more specific here in terms of

7    this is what there is to look at.

8  Q  With Mr. Christensen?

9  A  With Mr. Christensen, yes.  But, you know, generally it's

10    -- I sat right there.  If someone had a number of

11    applications to look at I might put them in a room and

12    walk away.  I -- it's just a little different.  But

13    generally the instructions are the same, there's -- they

14    need to look at the work the individual has done and what

15    they have on their application and try to assess that as

16    -- you know, as objectively as possible.

17  Q  There was some discussion with Mr. Fleischer about whether

18    or not it would be necessary to go to either the

19    individual companies in the private sector that someone

20    worked at or go talk to the actual ASI for each of these

21    companies.  If this had been a practice would that have

22    meant that if someone had worked for 10 companies then you

23    would have had to have tracked down 10 ASI's perhaps all

24    over the country and -- and or talk -- try to talk to the

25    right person at 10 different companies?

425

1       MR. FLEISCHER:  Your Honor, I would object to the
2   question.  It's completely outside of the actual framework of
3   the evidence in which there was one and only one company and
4   thus only one ASI that would have to be inquired of.  So I don't
5   -- I think it's completely outside of the consideration that we
6   have before the matter.

7       MS. JONES:  Did this.....

8       THE COURT:  All right.  Yes, overruled.  Go ahead and
9   answer the question.

10  MS. JONES RESUMES:

11  Q   As a practice in HR if you were looking at equivalent
12      experience and this -- the person you're looking at had
13      worked at 10 different companies, if the practice had been
14      that you're supposed to go talk to each company to find
15      out all about that company would that be something you
16      would have done if -- you know, versus -- would that be a
17      practice that HR would have had the manpower to -- and the
18      -- I guess the time to do?

19  A   No, we wouldn't have had the time to call every company
20      that -- for which we deemed the experience might be
21      equivalent.

22      (Pause)

23  Q   I'm going to hand back to you the Exhibit from tab F-16
24      specifically directing your attention to that cover sheet.
25      As well as hand to you what is F-19 and direct your

                        KRON ASSOCIATES
                1113 W. Fireweed Lane, Suite 200
                    Anchorage, Alaska  99503
                        (907) 276-3554

1    attention to I think it's page three.  There was some
2    discussion about what you meant when you wrote department
3    manager, Lane Aviation Corporation and then you had dates,
4    from 1978 to 1994.  When you were writing this up is this
5    -- are these notes that came just from your conversation
6    with Bob Christensen or did they come from your -- some of
7    the comments from your own personal review of Ms. Miller's
8    application?

9  A  The latter would be correct, some would be from Bob and
10     some my personal review.  I mean it's a composite of.....
11 Q  Do you know whether in writing the -- that sort of first
12     line where it said department manager, Lane Aviation
13     Corporation to the left and the dates 1978 to 1994 you
14     would have gotten from looking at the first paragraph, the
15     first sentence and on the page that is entitled
16     qualifications, specialized experience equivalent to at
17     least FG-14 or pay band J for one full year?  The page
18     three of R -- I mean ROI F-19?

19 A  Yes.  Now that I can see this, yes.

20 Q  Do you know whether or not during the time Ms. Miller
21     served as the -- as a department manager for Lane Aviation
22     if during that period she may also have served as the
23     Director of Operations?  Do you personally know?

24 A  Well, she talks about being -- now I'm -- you know, I'm
25     looking at her application, refreshing my memory, she

427

1      talks about being the manager of the charter department

2      and then she's talking about manager and Director of

3      Operations.

4   Q  So it's possible she could have been serving in both

5      positions at the same time.

6   A  Yes.

7   Q  And it's maybe possible that that didn't happen -- she

8      didn't serve in both positions the entire time from 1978

9      to '94, but that she -- let me rephrase that.  Since she

10     indicated in that first sentence that she was the

11     department manager.  And then in the last paragraph on

12     that page she indicated that when she was the manager and

13     the Director of Ops she did certain things.  What

14     assumption or thoughts did you have?

15  A  Well, she obviously had managed the charter department.

16     And then she possibly did both.  Often people wear two

17     hats.  She also could have been -- or she could have had

18     both positions.  But she could -- and that may be

19     clarified on back and I can't recall now if -- well, in

20     fact here she says charter department manager and Director

21     and she -- in fact she has some dates that she -- '78 to

22     '94 she was charter and '86 to '94 she was Director of

23     Flights, so she obviously was doing -- look -- I would

24     take it that she did both, yes.

25  Q  Okay.  Thank you Ms. Bergin.

1       (Whispered conversation)

2       MS. JONES:  I don't think we have any further questions at

3    this time.

4       THE COURT:  All right.

5                              **VOIR DIRE**

6    BY THE COURT:

7    Q    Ms. Bergin, I have some questions for you.  Let's start

8         with Complainant's Exhibit number 6 at page 193 which is

9         the modified vacancy announcement.  Would someone please

10        hand her a copy of that document?

11       MS. JOKELA:  Which one is that Judge?

12       THE COURT:  Page 193 at Complainant's 6.

13       MS. JOKELA:  Thanks.

14       THE COURT:  Exhibit number 6, the modified vacancy

15    announcement for the position.

16       MR. FLEISCHER:  It's one -- it's actually 196.  Here it

17    is.

18       MS. JOKELA:  (Indiscernible).

19       THE COURT:  Thank you Mr. Fleischer.

20   A    Thank you.

21   Q    All right.  Ms. Bergin, I direct your attention to the

22        first page of that document which is page 193.

23   A    I have 196, is that.....

24       MS. JOKELA:  (Indiscernible).

25       MR. FLEISCHER:  Oh, I'm sorry.

1        MS. JOKELA:  (Indiscernible).

2    A    This is the modified document I guess.

3        MS. JOKELA:  Yeah, one of us will (indiscernible).

4    (Indiscernible).

5        MR. FLEISCHER:  Well, here's -- okay, here's the.....

6        THE WITNESS:  Original.

7        MR. FLEISCHER:  .....original.

8        THE WITNESS:  Okay.

9        MR. FLEISCHER:  Pardon me.

10        THE COURT:  At Complainant's Exhibit number 6, page 193, I

11    am looking at the modified vacancy announcement.  Maybe there is

12    some mismarking somewhere.

13        MS. JOKELA:  All right, there we go.

14        MS. JONES:  Judge Fall, there were two vacancy

15    announcements, one was Air Worthiness and one was Ops and they

16    both.....

17        THE COURT:  All right.

18        MS. JONES:  .....went at the same time and both modified.

19        THE COURT:  All right.  One ninety-six then.  The

20    Operations.....

21        MR. FLEISCHER:  Yeah.

22        THE COURT:  .....position.  All right.

23    THE COURT RESUMES:

24    Q    One ninety-six, first page.  Let me ask you, Ms. Bergin,

25        under the qualifications statement in that document the

1    sentence reads that the candidates must show one year --
2    one full year of specialized experience equivalent to at
3    least FG-14 or pay band J.  Correct?
4  A  Yes.
5  Q  All right.  My question is when we're talking about
6    specialized experience equivalent to at least FG-14 I
7    understood your testimony earlier to then reference the
8    Unit Supervisor position description at record of
9    investigation tab F-16.  And would someone please direct
10   her to that document?
11   (Whispered conversation)
12   MS. JONES:  Let me make sure this is the right one.  Yes,
13 this is the right one.
14 Q  All right.  Behind the cover page.  Yes, the second page
15   starting off with a position summary.  So am I to
16   understand that the FG generalized specialized experience
17   equivalent which is referenced under the vacancy
18   announcement is the same as this position description for
19   an Aviation Safety Inspector 14?
20 A  Specialized experience is experience that is in or
21   directly related to the work of the position that you're
22   trying to fill.  So there could be several kinds.  I mean
23   in other words the normal line of progression into that
24   job if you were looking at someone going from a full
25   performance level investigator into the first level

1    supervisory into the second level supervisory would have

2    been the first level, the Unit Supervisor.  That -- so

3    that is one way an individual could progress.  Now it is

4    also possible that people could have been 14 Aviation --

5    or ASI's non-supervisory and could have -- have progressed

6    without going through a first level supervisor.  There are

7    several ways a person can get there.  So what this

8    means.....

9    Q    Well, my question.....

10   A    .....this is not necessarily this, it could be this.

11   Q    All right.  Just a minute Ms. Bergin.  My question is why

12        provide Mr. Christensen with the position description for

13        the Aviation Safety Inspector 14, the document that's in

14        front of you, why provide him with that position only and

15        have him compare that position to Ms. Miller's civil

16        experience in order to account for specialized experience?

17   A    Because she happened to have been in a supervisory job and

18        this was the supervisory job that was at the next.....

19   Q    All right.

20   A    .....lower level.  There was.....

21   Q    I understand.  Let me just for clarification sake then, am

22        I to understand that the Supervisory Aviation Safety

23        Inspector position, the position at issue here.....

24   A    The 14 or the 15?

25   Q    The 15.

1  A   Okay.

2  Q   The position at issue here.  Is the position then which

3      supervises the Aviation Safety Inspector 14.....

4  A   Yes.

5  Q   .....position?

6  A   Yes.

7  Q   All right.  Now you talked earlier during your testimony

8      in regards to form 330-52, which I understood to be the

9      supervisory evaluation form.  And I understood your

10     testimony to be that Human Resources did not use it and

11     generally found it not to be either relevant or effective.

12     Can you tell me looking at the vacancy announcement at

13     page 196 of Complainant's Exhibit number 6.  I've looked

14     at this document several times.  I don't see anything in

15     this document that requires the applicant to show that,

16     for example, that person is performing at a -- an

17     acceptable level at their position.  Wouldn't that

18     information come from the 330-52 supervisory evaluation

19     form?

20 A   Not necessarily.  That form has each of the KSA's listed.

21     And then as I recall it has a section for -- where the

22     supervisor goes in and just checks to what lev -- to what

23     degree, I think there's several degrees there.  I can't

24     remember if it's a numerical ranking or what.

25 Q   Performance degrees?

| | | |
|---|---|---|
| 1 | A | No, that -- it's not performance as much as their |
| 2 | | judgment, because this may not have much to do with their |
| 3 | | performance in their current job, we're talking about |
| 4 | | what's required for this job.  You know, the job..... |
| 5 | Q | Don't you want to know that an applicant is performing at |
| 6 | | an acceptable level before they are..... |
| 7 | A | Well, if they're not performing at an acceptable level |
| 8 | | there is going to -- have been some action taken that's |
| 9 | | going to -- I mean they're considered to be performing at |
| 10 | | an acceptable level as long as they're getting the -- you |
| 11 | | know, their -- well, prior to core compensation as long as |
| 12 | | they were getting their increases and so forth.  Okay. |
| 13 | | But what that form had been used for way back when was |
| 14 | | sometimes panel -- back when we did panels more |
| 15 | | frequently, because -- in the HR Office, at one time they |
| 16 | | would give some points for those, I mean the supervisory |
| 17 | | evaluation.  In other words there was a point scheme and |
| 18 | | there were a few points that were applied to whatever the |
| 19 | | supervisor -- we weren't ranking these people anymore in |
| 20 | | HR very often. |
| 21 | Q | I understand. |
| 22 | A | And the -- what it did is the supervisor gauged his or her |
| 23 | | judgment on -- to what level the person met the KSA.  That |
| 24 | | particular KSA may or may not have been a requirement in |
| 25 | | the job the person was in.  But the per -- you know, the |

1    work being super -- the work that the person is performing

2    at the -- before they get to this job.

3  Q  All right.

4  A  So.....

5  Q  Let me ask you my next question.  Say you have received an

6     application packet from someone in Florida for this

7     position.

8  A  Okay.

9  Q  How would you know that that person was performing at an

10    acceptable level?

11  A  We in HR wouldn't be concerned with that.

12  Q  How do you rate a person minimally qualified if, for

13    example, they were not performing at an acceptable level?

14  A  The -- performing at an acceptable level would be -- a

15    selecting official often will make reference checks with a

16    current supervisor, you know, prior to a selection.  That

17    isn't our role.  We have to assume that what they've put

18    on their application is accurate.

19  Q  I don't think you're asking anyone whether they're, for

20    example, on probation, if their last three performance

21    evaluations have been below minimum level, that's not

22    being asked of the applicants.

23  A  No.  You're right, you're correct.

24  Q  All right.  Now the KSAO's, which are.....

25  A  Can I.....

1  Q    .....considered under the evaluation criteria, that

2       informa -- what use is made of that information, is that

3       then used to qualify an applicant in the well qualified

4       category as opposed to just the minimally qualified

5       category?

6  A    If the candidates are ranked in Human Resources, yes.

7  Q    Well, these candidates were not ranked.

8  A    Right.

9  Q    I'm asking about this subject position.  What use was made

10      of the KSAO's?

11 A    If there was use made of these they were made by the panel

12      that looked at them in Flight Standards, the Flight

13      Standards interview panel.  Which would not have been

14      quite the official ranking that we would have done had we

15      convened a panel.

16 Q    All right.  Did HR refer all of the minimally qualified

17      applicants to the interview panel?

18 A    Yes.

19 Q    All right.  As far as you know, if you know, did the

20      interview panel then produce a ranking list of the top

21      three candidates?

22 A    I -- the ranking list is part -- now, when you say.....

23 Q    If you would just answer yes or no Ms. Bergin.

24 A    Yes, they did.

25 Q    All right.

436

```
 1   A    Well.....

 2   Q    Perhaps this is a better question to ask someone.....

 3   A    Yes, I -- but.....

 4   Q    .....in the panel.  Prior to using Mr. Christensen as the

 5        subject matter expert in the position that we have been

 6        discussing this afternoon when did you last use a subject

 7        matter expect?  Just prior to use -- to having used Mr.

 8        Christensen.

 9   A    I don't recall that.

10   Q    Do you have any estimation.....

11   A    Well, let me think.

12   Q    .....would it have been a month, half a year, longer than

13        a year?

14   A    Oh.  And I -- estimating?

15   Q    Yes.

16   A    Probably less than six months previously.

17   Q    And of course as I understood your testimony that would

18        have been outside of the Flight Standards Division because

19        you didn't come into that Division until Ms. Llewelyn had

20        retired, is that correct?

21   A    Yes.

22   Q    All right.  Do you recall just generally why you used a

23        subject matter expert?

24   A    It was -- whenever there -- usual -- yes, when there -- it

25        was always for technical kinds of positions.
```

```
 1   Q   I guess my question is a little bit different.  Do you
 2       recall whether you used the subject matter expert to
 3       qualify or to learn whether there was -- whether
 4       qualification would be given through experience, through
 5       the equivalency process?  Did -- in other words, did you
 6       use a subject matter expert in the same way that you used
 7       a subject matter expert for Ms. Miller?
 8   A   Yes.
 9   Q   Okay.  And do you recall who that person was?  That's fine
10       if you don't.
11   A   There's an in -- I can think of two people who've now
12       retired, one a computer person, one an engineer.  Several
13       engineering I serviced.
14   Q   That's -- let me ask.....
15   A   Yeah, I.....
16   Q   That's fine, it's -- do you recall whether in using a
17       subject matter expert to determine equivalency was there
18       in fact a finding that equivalency credit should be given
19       to an applicant in order to qualify the applicant?  If you
20       recall.
21   A   Yes and no.
22   Q   All right.
23   A   Sometimes yes, sometimes no.
24   Q   All right.  You were asked this question I believe on
25       cross examination regarding the criteria used by the
```

```
1     interview panel to select the top three.  I was unclear in
2     your response as to whether you knew or was under the
3     impression that the rating panel in fact used an
4     equivalency rating.  You didn't refer an equivalency
5     rating to the rate -- to the interview panel, did you?
6     You being HR.
7   A  No.
8   Q  Okay.  Do you know who served on the review panel for the
9     Unit Supervisory position 1825-14 that Ms. Miller applied
10    for but was not selected for?
11  A  I know that Bobbie Gossweiler was on that panel.  And then
12    I know that it included -- I think there was -- there were
13    several union reps and other people, I think John Madden
14    was the panel chairman.  I don't recall the names of the
15    other people that were on the panel.
16  Q  What was Mr. Madden's title or position at the time, if
17    you know?
18  A  I think he was a program management specialist or
19    something, he worked in the front office.  He was in the
20    301 series, I think.
21  Q  All right.
22     THE COURT:  All right, that's all the questions I have for
23  you Ms. Bergin.  Thank you very much for coming all the way
24  across the country to testify on this matter.  We're off the
25  record, we'll be on recess until tomorrow.
```