1          looking to the person's supervisory experience they had in

2          their private industry background?

3    A     Yes.

4    Q     Have you yourself ever worked in staffing?

5    A     No, I have not.

6          MS. JONES:  I don't think I have any further questions.

7          THE COURT:  Any redirect?

8          MR. FLEISCHER:  Thank you, no.

9          THE COURT:  All right.  Thank you Ms. Fleece, you're

10   excused.  We'll be off the record waiting, next witness.

11         THE REPORTER:  Off the record.

12         (Off record at 8:51 a.m.)

13         (On record at 8:54 a.m.)

14         THE REPORTER:  On the record.

15         THE COURT:  Mr. Paterson, I'm Judge Fall for the EEOC.

16   First of all, if you would stand and I'll swear you in.  Raise

17   your right hand.

18         (Oath administered)

19         MR. PATERSON:  I do.

20                         **GERALD PATERSON**

21   a witness, called for examination by counsel on behalf of the

22   Complainant, was duly sworn, examined and testified as follows:

23         THE COURT:  All right, please be seated.  State your full

24   name for the record and spell your last name.

25         THE WITNESS:  My name is Gerald Charles Paterson.

Exhibit  D

1    Paterson is P-A-T-E-R-S-O-N.

2         THE COURT:  All right Mr. Paterson, you'll be questioned

3    by both attorneys, I may have some questions as well.  Please

4    keep your voice up so that we can record your responses.

5         THE WITNESS:  Okay.

6         THE COURT:  Go ahead, you may inquire.

7         MR. FLEISCHER:  Thank you.

8                        **DIRECT EXAMINATION**

9    BY MR. FLEISCHER:

10   Q    Good morning Mr. Paterson.

11   A    Good morning.

12   Q    Now Ms. Jones said at the outset of this proceeding that

13        you were hired as an expert.  Have you been hired?

14   A    No, I haven't been hired.  I was -- I.....

15   Q    Were you offered any payment for services as a witness,

16        expert witness by Mr. Carter, my client?

17   A    Yes, I was.

18   Q    And why is it that you didn't accept that?

19   A    I guess just paid expert witnesses sort of bother me, they

20        just don't have a lot of credibility and -- just sort of

21        bothers me to be a paid witness.

22   Q    All right.  During the period of 1986 to '94 did you have

23        occasion to deal with operator complexity issues that made

24        Aviation Safety Inspector assignments such as principal

25        operator safety inspectors?

451

1  A    Yes, I did.

2  Q    And what was that experience, Mr. Paterson?

3  A    During that time period, at least most of that time period

4       I was a supervisor at the Anchorage Flight Standards

5       District Office and we made complexity assignments for the

6       Operations inspectors there.

7  Q    All right.  And you worked specifically in that area?

8  A    Yes, I did.

9  Q    Okay.  And what were the operator issues that actually

10      determined complexity?

11      MS. JONES:  I'm going to enter an objection in that the

12  complexity of an operator, I don't believe any of the evidence

13  has established that that is pertinent to the qualifications,

14  evaluating the qualifications of someone, especially as it goes

15  to whether they meet the minimum quals.

16      THE COURT:  Well, I'll allow Mr. Fleischer to build a

17  foundation.  Go ahead Mr. Fleischer.

18  A    I need a clarification.  What do you mean by complexity?

19  Q    Well, was there a determination that was being made, and I

20      may answer your question with a question.  Was there a

21      determination being made by your office to determine the

22      GS level that a particular Aviation Safety Inspector would

23      have?

24  A    Yes, yes there was.  There was a set of guidelines and in

25      order to establish a position in that for a GS-13

1          inspector that was a complexity guideline saying how many

2          operators the inspector had to have, what -- how -- what

3          type of airplanes they would have to have and there was

4          different combinations that could -- you could use to

5          establish a GS-13 position.

6     Q    Do you know from the time period of the 90's whether --

7          during the time when you were acting as supervisor whether

8          an aircraft industry that had up to eight aircraft and up

9          to 14 pilots, whether that would -- what complexity that

10         would have for a GS rating?

11    A    Well, with the -- with that limited size of the operations

12         you couldn't -- could not establish a GS-13 position.

13    Q    Okay.  Assuming that the complexity level -- let me ask

14         you this complexity level question.  Whether an on demand

15         charter operator with a maximum of eight twin engine

16         aircraft, are you able to determine the complexity level

17         of such an operation from that description?

18    A    Well, that's a complexity level below which we would use

19         to establish a GS-13 position.

20    Q    Were there principal operations inspectors guide levels

21         determined by the complexity of the operator?

22    A    Yes, they were.

23    Q    Was there any other determination that was used?

24    A    Well, it was a -- actually a two step process in which you

25         first would establish the position, you would have a --

```
 1          have to have enough operators in there and enough certain

 2          different types of airplanes in there to establish the

 3          position.  And then you would -- you could put a bid out

 4          for that position and inspectors at a GS-12 level could

 5          bid on it and somebody could be selected for it.

 6     Q    But the actual complexity of the aircraft itself would to

 7          a large extent dictate the level of the Aviation Safety

 8          Inspector who was serving there, is that correct?

 9     A    Yes, that's correct.

10     Q    Approximately at a minimum how many operators at the 13

11          complexity level would principal Operations Aviation

12          Safety Inspector have to be assigned to before it would

13          justify such a grade level, a 13?

14     A    It would be some number between 12 and about 35, depending

15          upon the type of airplanes that the operators operated.

16     Q    Twelve and 35.....

17     A    Well, between 12 and 35 or even a few more than 35.  If a

18          person had a -- was assigned a group of operators with

19          what we sort of call the mom and pop operators with just

20          one or two airplanes, then you'd have to have quite a few

21          operators, you might have to have 40 operators if you just

22          had those.  If you had operators that were -- had a large

23          number of airplane, a large variety of airplanes then you

24          would have fewer, maybe as few as 12.

25     Q    I see.  All right.  Being assigned to just one operator at
```

```
 1        the 13 complexity level, would that justify a 13?
 2   A    Not in my experience, no.
 3   Q    How many operators would the inspector have to be assigned
 4        to justify a 14 level, if you know?
 5   A    Well, that really depends upon the complexity, what type
 6        of airplanes they had.  I at one time was a 14 principal
 7        Ops Inspector, but I was assigned five carriers.  They
 8        were the -- they operated about 36 different types of
 9        airplanes.  There was everything from helicopters to four
10        engine jets.  So that had a huge amount of complexity for
11        one person.
12   Q    Well, how does an inspector get to the 14 level
13        experience, Mr. Paterson?
14   A    If the question is how do they get the experience to get
15        to the 14 level.
16   Q    Well, put it that way, yes.
17   A    Yeah.
18   Q    Sure.
19   A    They serve at the 13 level and gradually accumulate more
20        skills or -- you know, and a chance to demonstrate their
21        skills.
22   Q    All right.  And how long normally would they have to
23        demonstrate those skills as a 13 before being essentially
24        eligible for consideration for the 14 experience?
25   A    I only have experience for one person, myself, and for me
```

455

1        it was 10 or 12 years.

2   Q    Does it vary to a great degree or is that somewhat an

3        average would you say?

4   A    Well, there's just been very few people who achieve a 14

5        level job as an inspector.  There's only a few, there are

6        a few at the Anchorage FSDO but there's very few, so.

7   Q    Well, of those few that have achieved a 14 at a Aviation

8        Safety Inspector level could you approximate how long it

9        was that they were in the GS-13 before going to the 14

10       level experience?

11  A    Some range between six and 12 years.

12  Q    All right.  Did you have occasion in preparation for your

13       testimony here, Mr. Paterson, to review the affidavit of

14       Bob Christensen?

15  A    Yes, I did.

16  Q    It's concerning the equivalency evaluation of Verene

17       Miller's.....

18  A    Yes, I did.

19  Q    .....experience at Lane.  Okay, thank you.  And that

20       affidavit, for the record, is F-4 of the ROI.  And did you

21       further prepare a document based upon that evaluation as

22       well as certain other information?

23  A    Yes, I did.

24  Q    Okay.  Can you tell me, first of all, what it was that you

25       used, what documents you used to prepare this document?

1  A    I used what Verene Miller prepared to show she had

2         equivalent experience, it was a page and a quarter

3         document. And I used the position description. Let me --

4         just a second, I'll get you the number for the position

5         description. It's position description AL-2361.

6         THE COURT:  It's AL, would you repeat that Mr. Paterson?

7         THE WITNESS:  Yes.  AL-2361.

8  Q    Okay, may I see that position description you're talking

9         about please?

10        (Pause)

11  Q    Here you go sir.  Okay.  Is there anything else that you

12         reviewed as part of the your analysis that gave rise to

13         the document?

14  A    No, there wasn't.

15  Q    Okay.  I'd like to mark this document as Complainant's

16         Exhibit -- Lindsey, do you have a record there?  Is it 13?

17        THE REPORTER:  Let me check, hold on.

18        MR. FLEISCHER:  Please.

19        (Pause)

20        MR. FLEISCHER:  No, we have 14, so I think it'd be 15.

21        THE REPORTER:  Yeah, it looks like it's 15.

22        MR. FLEISCHER:  So I would offer.....

23        THE WITNESS:  If I can.....

24        MR. FLEISCHER:  .....I would like to mark this document as

25  C-15.

457

1    MR. FLEISCHER RESUMES:

2    A    If I can add to my answer.

3    Q    Yes, please, go ahead.

4    A    I looked at the -- Verene Miller's one and a quarter page

5         document, the position description.  I also did look at

6         Bob Christensen's affidavit.

7    Q    Okay.

8         THE COURT:  All right, which is the position description

9    AL-2361?

10        MS. JONES:  It's the Unit Supervisor position, the 14.

11        THE COURT:  And Mr. Paterson, by Miller's -- you

12   referenced having reviewed Ms. Miller's statement.  Are you

13   speaking of Ms. Miller's specialized experience statement?

14        THE WITNESS:  Yes, I am.

15        THE COURT:  All right.

16   Q    And when did you prepare the document that's been marked

17        for identification as C-15, Mr. Paterson?

18   A    About ten days ago.

19   Q    And when did you finalize it?

20   A    I worked on it for a couple hours one day and then I

21        looked at it the next day for an hour and then I looked at

22        it last evening and -- just to look at it and print it.

23   Q    All right.

24   A    So I finalized it about nine days ago or a week or nine

25        days, something like that.

1  Q    And when was it you first provided this to Mr. Carter or

2       his representative?

3  A    Just a few minutes ago.

4  Q    All right.

5       MR. FLEISCHER:  I would offer C-15 at this time Your

6  Honor.

7       THE COURT:  Objection?

8       MS. JONES:  I am stilling going to object to it.  I

9  haven't even had a chance to read it yet.

10      MR. FLEISCHER:  Well, perhaps we can wait until she's had

11 the opportunity.  I'm not going to ask her to.....

12      THE COURT:  I'll reserve ruling on this matter.

13      MR. FLEISCHER:  Very well.

14      THE COURT:  All right.

15 MR. FLEISCHER RESUMES:

16 Q    Okay.  But you said in the course of this answer, Mr.

17      Paterson, that you did review the affidavit of Bob

18      Christensen regarding the complexity of evaluation that he

19      made of Verene Miller's experience at Lane Aircraft, is

20      that correct?

21 A    Yes, I did.

22 Q    And did you come to any conclusion regarding that

23      evaluation by Mr. Christensen that again is FR in the ROI

24      -- F-4, excuse me, in the ROI?

25 A    Yes, I did.

1  Q    And what was the conclusion that you reached in that

2       regard?

3  A    I didn't agree with Mr. Christensen's comparison, I found

4       that he conjectured into his opinion that she met the

5       equivalent experience.  He actually gave her credit for

6       some areas where she didn't even claim she had experience.

7  Q    I see.  Were you able to.....

8       THE COURT:  Just a minute.

9       MR. FLEISCHER:  Okay, excuse me.

10      THE COURT:  Would you give us some examples of where you

11 believe Mr. Christensen gave credit where Ms. Miller had not

12 even claimed she had experience?

13      THE WITNESS:  Yes, I -- in paragraph -- I'm sorry, page

14 seven of his affidavit near the middle of the page.  He --

15 there's a sentence there that starts with it's evident that from

16 Ms.....

17 Q    Hold on just a moment.  This is in the middle of the

18      page.....

19 A    Page seven.

20 Q    .....page seven of the affidavit.

21 A    Right.  In the middle paragraph there.

22 Q    The middle -- while it's true paragraph?

23 A    Yes, that's true, that's right.

24 Q    Okay.  And then the last sentence of that paragraph, is

25      that what you mean?

```
 1   A    Yeah, be -- it says it's evident that from Ms. Miller's

 2        maintaining her position as department manager for Lane

 3        Aviation for about 16 years.  She could not have done so

 4        successfully without conducting internal audits or

 5        surveillance and correct problems found.

 6   Q    And did you believe that that statement was based upon

 7        information that was not contained in Ms. Miller's

 8        application?

 9   A    That's correct, I don't believe she claims to have done

10        so.

11   Q    All right.

12   A    There's -- on page five, also about in the middle, there's

13        a paragraph that starts further in paragraph four.

14   Q    Yes.

15   A    Also the final sentence there.

16        MS. JONES:  Hold on one second.  Please.

17        THE COURT:  All right, that would be the second full

18   paragraph at page five.

19   A    That's correct, second full paragraph, thank you.

20   Q    And the last sentence of that paragraph, is that correct

21        Mr. Paterson?

22   A    Yes.  He states the performance was from the industry side

23        of matters and not from the FAA's side.  Hence, she

24        performed the equivalent duties.

25        MS. JONES:  And this is on page five?
```

1        MR. FLEISCHER:  It's the last sentence of the second full
2    paragraph.

3        MS. JONES:  Oh, up at the top.

4        MS. JOKELA:  (Indiscernible), right here.

5        MR. FLEISCHER:  Page five.

6    Q   Well, the performance was from the industry side of
7        matters and not from the FAA side, hence she performed the
8        equivalent duties.  What is it that you believe that -- to
9        be a problem with that sentence of Mr. Christensen's, Mr.
10       Paterson?

11   A   From -- well, the industry side wouldn't have equivalent
12       duties.  She -- for instance, in her explanation of her
13       equivalent experience she says that she held this position
14       in the company, but I don't find that that would be
15       equivalent because she's not -- she didn't supervise
16       people that went out to other entities and inspected them.
17       And also she didn't supervise in this company people that
18       went out and certificated other companies.

19   Q   Were there any enforcement aspects to her work as far as
20       you know from her application?

21   A   No, she doesn't state that there was.

22   Q   And is that not part of the Aviation Safety Inspector, and
23       thus Supervisor of Safety Inspectors' responsibility?

24   A   Yes, that's correct.  And that -- there's at least one
25       more here.  On page 11 at the bottom.

1  Q   And what paragraph are you talking about?

2  A   The paragraph that starts with this is also equivalent.

3  Q   The last paragraph.

4  A   The very last.  This is also equivalent a Supervisory

5      Aviation Safety Inspector and basic understanding of Equal

6      Employment Opportunity, EEO, and affirmative action plans

7      with regard to concepts to overall supervisory slash

8      managerial responsibility.  I found nothing in her

9      statement about a equivalent experience that indicated

10     that she had done anything in regards to EEO or

11     affirmative action plans.  Also in the preceding paragraph

12     on page 11 he -- in the -- the entire paragraph in the

13     entirety, he starts off the second sentence with saying a

14     Supervisory Aviation Safety Inspector requires such

15     experience because in interviewing and hiring people they

16     must have some knowledge of an ability to apply applicable

17     federal, state and local laws and policies concerning not

18     only Equal Employment Opportunity and affirmative action

19     but past or resolution of general complaints, resolution

20     of discrimination complaints and resolution of physical

21     handicap issues.  I think Bob is just conjecturing that

22     she must have done that because she held the position.

23     But she doesn't indicate that she had done any of those

24     things.

25  Q   All right.  Are there any others, Mr. Paterson, that you

1       know of?

2       (Pause)

3   A   So the question is are there other areas in which I found

4       that there's things that Bob gave her credit for and she

5       doesn't claim.

6   Q   That was my question.

7   A   And I don't recall any others, no.

8   Q   Okay, very well.  Thank you.  What was your evaluation of

9       the question of the complexity of the Lane Aircraft as

10      viewed from the FAA standard as any kind of a basis for

11      determining whether or not it met the equivalency?

12  A   I don't believe it would have met the equivalency

13      requirement.  Lane -- essentially Verene's work at Lane

14      Aviation was within one operator, and that is vastly

15      different from the work of an inspector where an inspector

16      goes out and looks at many operators, the 13 level

17      typically from 12 to 35 or 40, they look at many operators

18      and many, many different issues, whereas Verene's

19      experience was essentially within one company.  Also one

20      step above that is the GS-14 supervisor who's supervising

21      a group of inspectors that are going out and looking at 12

22      to 35 or 40 operators.

23  Q   And insofar as that inspector supervisor is concerned, Mr.

24      Paterson, does that supervisor have to have the kind of

25      technical knowledge so as to properly supervise those

1           Aviation Safety Inspectors?

2    A      Yes, I -- that's an essential element of the -- of

3           supervision is to be able to help people with technical

4           issues.

5    Q      And what could you please advise are the kind of

6           substantive duties and responsibilities of a supervi -- of

7           a Aviation Safety Inspector that are different from the

8           kind of experience that one has in private industry as an

9           -- working in an aircraft industry?

10          MS. JONES:  I'm going to object to this, this particular

11   line of questioning.  We're asking whether Verene Miller ha -- I

12   mean it's getting to whether Verene Miller had these technical

13   skills and the evidence in this case is that she was a GS-13

14   journeyman person for 13 years doing all of this work.

15          THE COURT:  All right, this is opinion testimony.  I'll

16   allow it.

17   Q      Could you please state based upon your own experience --

18          and how long have you been with the FAA, Mr. Paterson?

19   A      I worked for the FAA 27 years.

20   Q      All right.  And how long have you been in the area of

21          Aviation Safety Inspectors?

22   A      Well, I worked the 27 years in the FAA as a Aviation

23          Safety Inspector.

24   Q      All right.  Okay.  And did you have any experience prior

25          to being with the FAA in private industry?

1  A    Yes I did, I first became a Flight Inspector in 1966 and I
2       worked for a commuter airline in California and I worked
3       three years in Napa, California working for Japan Airlines
4       teaching the Japanese how to fly in small airplanes.  And
5       then in 1975 I came to Anchorage.  I worked for a commuter
6       carrier here in Anchorage and then a few months later I
7       was hired by the FAA.

8  Q    All right.  And then looking at the experience that you
9       and others that were working in the private industry
10      compared with the work as a Supervisory Aviation Safety
11      Inspector, how would you compare the types of duties and
12      responsibilities one has in private industry as compared
13      to the duties and responsibilities of a GS-14 Aviation
14      Safety Inspector?

15 A    I was quite surprised when I came to work for the FAA to
16      find out what the inspectors actually did.  It was -- the
17      scope was very large compared to what I saw as -- working
18      in the industry.  There's actually virtually no comparison
19      there between the two jobs for me.  In that -- you know,
20      an Aviation Safety Inspector has a multitude of companies
21      to work with and a multitude of issues and lots of issues
22      that we -- you know, I never saw in my experience out
23      there working in the industry.

24 Q    Were there different -- a different quality of kinds of
25      work that you had to do, different types of experiences

1       all together in the Aviation Safety Inspector that were

2       present in private industry?

3   A   Right.  For instance, in the industry I worked for a

4       flight school and wrote what we call a training course

5       outline for pilot certification courses.  And I found out

6       when I came to work for the FAA that part of it's pretty

7       easy compared to what the inspector has to do, what he has

8       to compare it to, his knowledge has to be much greater

9       than the -- even the person that wrote it.  And then the

10      other thing is just the multitude of different tasks is

11      very large.  When you work in one organization -- for

12      instance when I worked for a commuter carrier we just had

13      one make and model airplane, we just had one set of

14      airports we went to and it's vastly different as an

15      inspector because you're working with companies that go

16      into many different airports, many different kinds of

17      operations.

18  Q   And are the kinds of projects that you have, including

19      enforcement for instance, are those present in the private

20      industry experience?

21  A   No, they're not.

22  Q   Are there any other specific duties and responsibilities

23      that one has in the Aviation Safety Inspector world that

24      is not present in the private aircraft experience?

25  A   The -- well, in -- as an inspector we work on what we call

1      special instrument approaches.  They're -- instrument

2      approaches are especially made for operators.  That's a

3      experience that I -- that people generally don't have in

4      the industry because very few operators have those.  Also

5      you get exposed to -- when I worked in the private

6      industry I didn't have any flight attendant training

7      programs, I didn't have to do any tests of the supervisory

8      flight attendants, that was all new.  When I worked in the

9      private industry the issues about airplane performance and

10     what the minimum runway lengths for different operations

11     didn't come into play except for the one or two types of

12     airplanes.  So I thought there was just a multitude of

13     differences.

14  Q  All right.  Now you indicated that you had looked at the

15     position description 2361 which is the Aviation Safety

16     Inspector, GS-14 position, is that correct?

17  A  Yes.

18     (Pause)

19  Q  Let me ask you this, Mr. Paterson.  Does Ms. Miller's

20     specialized experience equivalency statement, which is

21     contained in F-19 of the ROI, indicate that she has the

22     equivalent -- the 14 complexity level of ever having

23     supervised as a Director of Operations or the other duties

24     that she had in the air carrier certification?

25  A  No, it does not.

1  Q    And why do you believe that to be the case?

2  A    Well, I read her document of -- describing her specialized

3       experience and I didn't find her participating in

4       certification of an operator.  The only related thing I

5       found was that she had obtained approval for a minimum

6       equipment list, which is not a certification of an

7       operator.  It's an operator receiving an approval for one

8       document which is just a small part of the documents that

9       an operator needs.  So the biggest issue I found with --

10      in that regard is that she didn't participate in

11      certificating an operator.  She was an operator that was

12      surveilled by the FAA but she didn't participate in

13      certificating another operator, a separate entity.

14 Q    And certificating another operator is something that is

15      unique, is it not, to the FAA Aviation Safety Inspector or

16      supervisor thereof?

17 A    Yes, it is.

18 Q    All right.  Does her -- Ms. Miller's equivalency statement

19      indicate that she has ever participated in any initial

20      certification in any position at the 14 complexity level?

21 A    No, it does not.

22 Q    In maintaining an air carrier certificate in normal

23      operations in any way, is that in any way equivalent to

24      conducting an initial air carrier certification?

25 A    No, it's not.

```
 1   Q    And what kinds of differences are there would you say in
 2        -- between maintenance and conducting certification of the
 3        air carrier?
 4   A    The -- certificating an operator has a completely
 5        different effect than working for an operator and
 6        maintaining the documents that you need to maintain.  The
 7        effect of certificating an operator authorizes them to do
 8        certain operations for hire, specific operations for hire,
 9        and it's -- for me it's totally different from working as
10        an operator and maintaining a set of documents.
11   Q    Okay.  Due to the immense complexity and highly
12        specialized skills that are required by these Aviation
13        Safety Inspectors to certificate part 121 air carrier has
14        the FAA created any type of special teams or organizations
15        to conduct those certifications?
16   A    Yes.  Quite a few years ago we created our -- what we call
17        the CSET team to do the majority of that certification
18        work.
19   Q    Is that the Certification Standardization and Evaluation
20        Team, CSET?
21   A    Yes, that's correct.
22   Q    Do you know any member that might be in this room today
23        that's working on such a team?
24   A    Tom Carter is a member of that team.
25   Q    Do you know how long he's been a member of CSET?
```

1   A    I believe two years.

2   Q    Okay.  In terms of renewal of certificates and recurring

3        inspection of operations, maintenance and avionics

4        programs and facilities of air carrier, can you ask -- can

5        you answer this question.  Does Ms. Miller's specialized

6        experience equivalency statement indicate that she has

7        this 14 level complexity has ever supervised the renewal

8        of any type of certificate, such as the part 133

9        helicopter external load operators or the flight

10       instructors are reviewed every two years?

11  A    No, it does not.

12  Q    Does her specialized experience statement indicate that

13       she has the 14 complexity level of ever supervising the

14       renewal of a certificate of any type?

15  A    No, it does not.

16  Q    What are facility inspections, Mr. Paterson?

17  A    Facility inspections are basically a -- an inspection of a

18       facility.  It's an on site inspection of an operator's to

19       see if they're in compliance with the rules and the

20       requirements for what they're doing.

21  Q    What kind of depth would you normally have for a facility

22       inspection?

23  A    A facility inspection would be one in which -- essentially

24       you would start at ground zero, you would start at the --

25       all the basic requirements.  For instance when I did

1       facility inspections they're pretty comprehensive.  I

2       would just start with the rules they operated under, look

3       at the first part of the rule in the second section and go

4       right down every section of the rule to make sure that

5       they met the requirements.

6  Q   What are base inspections?

7  A   Base inspections are inspections in which we go out and

8       look at the particular things that an operator has at a

9       specific location.  So if an operator has a certificate

10      and their main facilities are here in Anchorage but they

11      also have a -- some pilots based in Dillingham, we would

12      go to Dillingham and look at that base.  It's a less

13      comprehensive inspection than the facility.

14  Q   Okay.  Does Ms. Miller's specialized experience

15      equivalency statement indicate that she has equivalency at

16      that 14 level that we mentioned before of ever having

17      supervised a facility or a base inspection?

18  A   No, it does not.

19  Q   Does Ms. Miller's statement indicate that she has that

20      level in -- of ever participating in a facility or base

21      inspection at the 14 level?  Excuse me.  Does Ms. -- does

22      her statement indicate that she has ever supervised at the

23      14 level any type of regulatory investigation or

24      supervised the preparation of any enforcement

25      investigative report?

1    A    No, it does not.

2    Q    Or anything equivalent really.

3    A    No, it does not.

4    Q    And are those the kinds of duties and responsibilities

5         that a Supervisory Aviation Safety Inspector would have?

6    A    Yes, they are.

7    Q    Does her equivalency statement give you the impression

8         that she has met the 14 complexity level of ever having

9         supervised any type of inspection or surveillance to

10        ensure compliance with FAA regulations?

11   A    It leaves me with the conclusion that she has not had the

12        experience of a GS-14 supervisor.

13   Q    And those kinds of compliance requirements are part and

14        parcel of the 14 level Supervisory Aviation Safety

15        Inspector?

16   A    Yes, they are.

17   Q    And that would include her participation as the Director

18        of Operations of Lane Aviation, there would not be any

19        surveillance or assurance of compliance in that position,

20        is that correct, as far as you know?

21   A    Well, they -- there may be.  It's possible that there's

22        assurance of compliance within the one organization within

23        the organization that she was employed by.  That's

24        possible.

25   Q    Where do the compliance regulations come from insofar as

1      the Safety Inspectors are concerned?  Are they not

2      promulgated by the United States Congress and regulations

3      by the Department of Transportation?

4  A   Yes, they are.  The regulations are actually written by

5      the FAA.

6  Q   All right.  And those -- and there are regulations that

7      are written by the FAA that are unique to the FAA Aviation

8      Safety Inspectors, are they not?

9  A   Can you clarify that, add a little more to it?

10  Q   Are there regulations that are promulgated by the FAA that

11      are unique to, in other words that are only -- only apply

12      to the kinds of work and the responsibilities that

13      Aviation Safety Inspectors carry out?

14  A   I'm not sure I understand the question.

15  Q   Okay.  Are there regulations that -- with which you're

16      familiar that the FAA has set up that go to the duties and

17      responsibilities of Aviation Safety Inspectors?

18  A   I don't -- there are, there are regulations that delegate

19      certain responsibilities to the Aviation Safety

20      Inspectors.

21  Q   I mean do the regulations essentially set up a two tier

22      operation of requiring the operators to follow certain

23      guidelines and standards and the FAA Aviation Safety

24      Inspectors enforce those standards?

25  A   Yes, that's correct.

474

1    Q    All right.  And would you say -- is there a qualitative

2         difference between the enforcement as well -- as compared

3         with those who are being enforced?

4    A    Yes, there is.

5    Q    Let me ask you this, Mr. Paterson.  Does Mr. Miller's

6         specialized experience equivalency statement indicate that

7         she has the equivalent at the 14 complexity level of ever

8         participating in any type of air space or operations

9         procedure issue, such as special IFR, low altitude routes

10        for the North Slope for airplanes or IFR helicopters or

11        VFR routes for congested area helicopter handing areas,

12        including Medivac pads and arrival or departure routes?

13        Also helicopter external load operations in congested

14        areas such as downtown Anchorage or special IFR helicopter

15        external load routes on the North Slope.  Did you see

16        anything at all in that regard in her equivalency

17        statement?

18   A    No, I do not.

19   Q    And are those areas that a Aviation Safety Inspector at a

20        14 level would have to be cognizant of and work with?

21   A    Yes, that's correct.

22   Q    All right.  Does her specialized experience equivalency

23        statement indicate that she has that same equivalency of

24        ever making recommendations for intermediate air space

25        procedures while major issues are worked at the Washington

1       level, such as IFR approaches into Valdez?

2    A  No, it does not.

3    Q  And again, is that the kind of process that the 14 level

4       Aviation Safety Inspector would have to be involved with?

5       Or may be involved with, let me put it that way.

6    A  They may be involved in that.  The issues come up

7       occasionally.  Perhaps at the supervisory level you may be

8       involved in two of those per year on the average,

9       something like that.  It's a -- or maybe a few more, but

10      it's a relatively small amount.

11   Q  Okay.  Same question as to her having ever shown any

12      indication of influencing local organizations to adopt

13      specific practices addressing unusual or controversial air

14      space problems to maintain an acceptable level of safety

15      in compliance with regulatory requirements, such as

16      special routes or altitudes over Point McKenzie or traffic

17      patterns at the Birchwood airport.

18   A  No, it does not.

19   Q  And are those the kinds of responsibilities that a GS-14

20      Supervisory Aviation Safety Inspector might have to be

21      involved with?

22   A  Yes, that -- they are.

23   Q  And do those involve some specific technical requirements

24      in terms of dealing with IFR and VFR questions?

25   A  Yes.  Yes, they do.

1   Q   Now in looking at the AL-2361 which is the GS-14 position

2       description, numbered paragraph two it says shares with

3       the assistant manager Operation the responsibility for

4       directing work for 15 or more technical subordinates, does

5       it not?

6   A   Yes.

7   Q   Does Ms. Miller's experience statement indicate that she

8       had the equivalent at the 14 level of ever having

9       supervised technical subordinates who perform work

10      functions similar or equivalent to the functions performed

11      by the Aviation Safety Inspector, Mr. Paterson?

12  A   No.

13  Q   Does Ms. Miller's equivalency statement indicate that she

14      has shown her 14 complexity level of ever collaborating

15      with other Operations Unit Supervisor or persons in

16      equivalent positions to address issues specific to the

17      technical specialist skills of an Aviation Safety

18      Inspector and the problems that are related to their job

19      functions?

20  A   I believe she does indicate that she has equivalent

21      experience in that she did deal with the other department

22      heads within the company.

23  Q   All right.

24  A   And that did seem to me to be equivalent.

25  Q   Okay.  Going on then, in the -- it's -- does Ms. Miller's

1      specialized experience equivalency statement indicate ever

2      having scheduling annual work programs such as required --

3      the required R or plan P item inspections or scheduling

4      teams for special inspections or surveillance equivalent

5      to the Regional Aviation Safety Inspection program and the

6      Operations Safety -- Aviation Safety Inspection program

7      inspections or anything similar to those?  Did you see

8      anything in the -- in her equivalency statement that went

9      to that, Mr. Paterson?

10  A   I did, I believe she has experience that's equivalent to

11     that in that what she did had approximately the same

12     effect.

13  Q   All right.

14  A   I believe that she did meet the requirements of paragraph

15     two.

16  Q   Okay.

17  A   In the broad sense of considering what effect did it have.

18     And I know that it doesn't meet the exact letter, but it

19     -- I think it is equivalent.

20  Q   All right.

21     (Whispered conversation)

22  Q   Well, isn't it a fact though that under two the first

23     sentence thereof does require directing a workforce of 15

24     or more technical subordinates?  Now is there an

25     indication in her equivalency statement that that kind of

1           direction and supervision was present on her part of

2           supervising the technical subordinates, Mr. Paterson?

3    A      You'll have to give me a minute to look at her statement

4           again.

5    Q      Please do.

6           (Pause)

7    A      I believe that her equivalency statement does indicate --

8           she states in here that -- in her equivalency statement

9           that she had up to 14 pilots and also that she hired

10          clerical staff.  So any.....

11   Q      Well, and you believe pilots to meet that test of being

12          technical subordinates?

13   A      I would believe it does.

14   Q      Okay.  Let's move on to paragraph three of the position

15          description for the 14.  Which talks about participating

16          in long range planning in connection with perspective

17          changes in the District Office functions and so on.  Does

18          Ms. Miller's equivalency statement indicate that she has

19          that equivalent at the 14 level of ever having

20          participated in so -- in the long range planning in

21          connection with perspective changes in District Office

22          functions and programs based on analysis of Aviation

23          Safety growth trends, technical aeronautical developments

24          and expected user requirements?

25   A      No, I don't believe it does.  Her equivalency statement

1        doesn't include the aviation industry, it includes

2        material all related to oper -- to what she did within one

3        company and an analysis of the trends within that company

4        where there may be some more perspective business.  But

5        it's within one company and I don't believe it meets the

6        require -- that requirement in number three.

7    Q   Well, did she ever show that she had -- ever developed

8        objectives and recommended adjustments to programs similar

9        to or equivalent to those that are conducted by the

10       District Office and participated in by a technical

11       specialist such as Aviation Safety Inspectors?

12   A   No, I don't believe it did.

13   Q   Is there any showing that she showed that she had ever

14       established program controls and feedback reporting

15       systems that produced both level and variety of data

16       essential to make management decisions in all program

17       areas that would be conducted by a District Office with

18       technical specialists such as an Aviation Safety

19       Inspector?

20   A   No.

21   Q   Okay, looking at paragraph four of the position

22       description for the GS-14, you've touched on this to some

23       extent but let's just address it.  It specifically says

24       that one has to relate to Equal Employment Opportunity

25       concepts to overall supervisory management

```
 1         responsibilities.  And you've indicated previously, did

 2         you not, that you didn't find anything in her application

 3         or the related documents showing that she had specifically

 4         dealt with such EEO responsibilities, is that correct?

 5    A    Yes, I did not find anything in her equivalency statement

 6         saying that she had related EEO opportunity concepts or

 7         affirmative action plans to -- in the position she was in.

 8    Q    And as this paragraph establishes these are -- these Equal

 9         Employment Opportunity concepts and the affirmative action

10         plan items were critical to the operation of the -- a GS-

11         14 level Aviation Safety Inspector, were they not sir?

12    A    Yes, they are.

13    Q    Including maintaining the currency with regard to

14         supervisory managerial requirements for affirmative action

15         plans and discrimination complaints and special EEO

16         program efforts, those are all very critical to the

17         operation of the Supervisory Aviation Safety Inspector,

18         were they not sir?

19    A    Yes, that's correct.

20    Q    Let's look about supervision received, which is roman

21         numeral three.  Works under supervision of the assistant

22         manager, operation and so on.  Does her equivalency

23         statement indicate that she ever received supervision from

24         anyone equivalent to a manager who had such equivalent

25         duties and responsibilities to that of a manager in a
```

1          Flight Standards District Office at the 15 level of

2          complexity?

3    A     No, her equivalency statement states that she was

4          supervised by -- she might call it upper management, but

5          the upper management work was not, you know, working in

6          the FAA in the District Office.  This was -- this

7          particular sentence perhaps she's close to being

8          equivalent to.

9    Q     But when you actually look at the complexity level of the

10         GS-15 that is cited in the supervision paragraph, or

11         referenced at least, that's what takes it out of

12         equivalency, is that your testimony?

13   A     I believe it does in that she hasn't previously worked for

14         an assistant manager in a District Office.

15   Q     All right.

16   A     And of course the other items in there also in the second

17         sentence in there that we were talking about.  I don't

18         believe she's indicated that she's done those things.

19   Q     All right.  Turning your attention now to another area,

20         Mr. Paterson.  While you were a manager of Technical

21         Standards Branch did you have occasion to supervise the

22         Complainant here, Tom Carter?

23   A     Yes, I did.

24   Q     And how long would you say you supervised him?

25   A     I believe about six years.

482

1   Q   Well, please advise what your own view was as to his

2       dependability and reliability.

3   A   Well, Tom was very reliable and very dependable.

4   Q   Did you consider him to be a team player?

5   A   Yes, I did.  What Tom did that I sort of admired was

6       behind the scenes he helped many of the -- many of his

7       coworkers, he treated them as -- all of them as coworkers.

8   Q   Is that essential to the idea of being a team leader?

9   A   Yes, I believe it is.

10  Q   And a team player for that matter?

11  A   Yes, I believe it is.

12  Q   Did he work independently or did he require close or

13      constant supervision based on your own supervision of him,

14      Mr. Paterson?

15  A   Tom required very little supervision.

16  Q   And yet got the job done, is that correct?

17  A   Yes, he did.

18  Q   Knowing that all the specialists in your branch received

19      telephone calls from the three District Offices from

20      supervisors and inspectors alike and occasionally received

21      telephone calls from Washington, D.C. headquarters and

22      they frequently worked and resolved and completed issues

23      before you were aware of them, did Tom Carter ever to your

24      knowledge fail to inform you of any issue that you should

25      have been informed of?

1    A    No, I don't recall any occasion in which he didn't keep me
2         fully informed when he needed to.

3    Q    And we're talking about a per -- a total period of over
4         six years when you were actually supervising him.

5    A    Yeah.  I don't mean to be picky, but I'm not sure it was
6         six years, but it seemed like it was about six years, yes.

7    Q    Approximately that period.  And have you otherwise worked
8         with him even when you were not supervising him in the
9         course of your career at the FAA?

10   A    Yes, I have.

11   Q    And have you found those qualities to continue in any
12        observations that you've made of his performance?

13   A    Yes, I have.

14   Q    On an average how many separate issues would you estimate
15        each specialist would work on in a given day?

16   A    Of course I was the manager of the branch, so I wasn't --
17        I didn't -- you know, the issues didn't come to me, they
18        came to the specialist first.

19   Q    Sure.

20   A    And if they worked them they finished them.  One day I did
21        ask two of the specialists to keep track of how many
22        issues they had worked that -- the next day and they each
23        reported that it -- one reported it was 16 issues and
24        another one said 18 issues.  So there was numerous issues
25        each day that came up that they worked independently.

```
 1   Q    Would it have been practical for the specialist in your

 2        branch to have informed you of every issue on which they

 3        worked?  I mean how many Aviation Safety Inspectors were

 4        you supervising?

 5   A    I believe there was about eight people in the branch.

 6        They were doing a wide variety of jobs, it wouldn't be

 7        practical for them to get me involved in every telephone

 8        call or every issue that came up.

 9   Q    And I presume you don't need to know about each and every

10        issue on which the inspectors are working, is that true?

11   A    No, I don't.

12   Q    All right.  Did you find that Mr. Carter was mature enough

13        in his judgment and knowledge and performance and job

14        functions to be able to determine what you needed to know

15        and what you didn't need to know?

16   A    Yes, I did.

17   Q    Was he a proactive worker?

18   A    Yes, he was.

19   Q    Not a procrastinator?

20   A    No.  No, Tom wasn't a procrastinator.

21   Q    Would you say that he was a self starter?

22   A    Yes, he was.

23   Q    He didn't need any prodding to get him to work on specific

24        assignments?

25   A    No.
```

```
1   Q     Do you know, Mr. Paterson, of any complaint that came down
2         from Washington, D.C. or from any other quarter about Tom
3         Carter's responsiveness or his effectiveness or
4         professionalism when he was working any issue?
5   A     No, I do not.
6   Q     Tom Carter also worked with the Regional Counsel's office
7         you probably know, do you not?
8   A     Yes, he did.
9   Q     Did you ever hear from any of the attorneys in the
10        Regional Counsel's office that they considered him to be
11        less than a team player?
12  A     No, I did not.
13        MR. FLEISCHER:  I would like to reserve the opportunity to
14  consider -- propose C-15 until the next break when Ms. Jones can
15  have the opportunity to read through it.  But I would like to
16  ask that Mr. Paterson remain so -- even if his testimony is
17  completed so that we can examine him about that.
18        THE COURT:  Certainly.  I'm wondering if it wouldn't be a
19  good idea to have a break at this time so that you have the
20  opportunity to read through that document before cross
21  examining, Ms. Jones.  All right.
22        MS. JONES:  That would be great.
23        THE COURT:  All right, let's take a short break.  We're
24  off the record.
25        THE REPORTER:  Off the record.
```

1      (Off record at 9:55 a.m.)

2      (On record at 10:39 a.m.)

3      THE REPORTER:  We're on the record.

4      THE COURT:  Ms. Paterson, you're still -- you have been

5  sworn in, you're still under oath.  And go ahead Ms. Jones with

6  cross examination

7               **CROSS EXAMINATION**

8  BY MS. JONES:

9  Q    Mr. Paterson, you had -- are serving as a subject matter

10      expert for Mr. Carter in this case, is that correct?

11  A    That's correct.

12  Q    Do you know who determines whether an employee meets the

13      minimum qualifications for a particular job?

14  A    The general -- the -- whether or not somebody meets the

15      minimum qualifications is usually determined in the

16      personnel office.  However, they do ask for our advice on

17      the equivalency of experience issue.

18  Q    So the personnel in HR are the ones that make the final

19      determination.

20  A    Yes, they do.

21  Q    Do you know who it is that assigns the grade levels or

22      classifies a position in Flight Standards?

23  A    The -- for the most part we use the position descriptions

24      that are already classified.  And those are classified by

25      the Personnel Specialist.

487

```
1   Q   So no one in Flight Standards actually classifies a
2       position.
3   A   No one determines the grade level of a position, that's
4       correct.
5   Q   In Flight Standards.
6   A   That's correct.
7   Q   And it's -- that's what HR does.
8   A   That's my belief, yes.
9   Q   You were talking a little bit about Lane Aviation, the
10      company for which Ms. Miller served as the charter manager
11      for close to -- between 1978 and 1994.  And you -- I think
12      I remember you indicating that given the number of
13      aircraft, up to eight, and up to 14 pilots that that
14      company couldn't establish a GS-13.  Is that correct, is
15      that -- my understanding correct?
16  A   The -- I don't believe that we would assign somebody to a
17      GS-13 job and -- with that small a complexity.  Generally
18      in the time period we're talking about people had much
19      greater complexity than that at the 13 level.
20  Q   If -- to become -- is it -- the Aviation Safety Inspector
21      that's assigned to the company, are they considered to be
22      POI's?  Or PMI's or.....
23  A   Yes.
24  Q   .....whatever the avionics designator is?
25  A   Each company would have a principal operations inspector
```

```
 1           and principal maintenance inspectors and -- the ones that

 2           have in house that do avionics work have a principal

 3           avionics inspector.

 4    Q      And isn't the grade level for a principal operations

 5           inspector a GS-13?

 6    A      There's GS-13 principal operations inspector and there's

 7           GS-14's.  At one time, I'm not sure what the present

 8           situation is, but there was GS-12 principal operations

 9           inspector positions.

10    Q      There were?

11    A      There were, I've seen the position description for a GS-12

12           principal operations inspector.  I don't believe we

13           assigned anybody to principal operations inspector's duty

14           at the 12 level though.

15    Q      Isn't it true that in Alaska none of the principal

16           operation inspectors are 12's?

17    A      That's correct.  As far as I know, yes.  I believe that's

18           correct.

19    Q      And isn't it true that to become a principal operations

20           inspector you have to compete for those jobs?

21    A      Yes, that's true.

22    Q      And isn't it true that Ms. Miller was a principal

23           operations inspector for maybe about three years of her

24           career with the FAA prior to the year 2000?

25    A      I don't have any knowledge of her -- how much time she
```

1   served as a GS-13.

2 Q Do you know whether she served as a GS-13?

3 A No, I don't.  I've seen her application, I glanced through

4   that and came to the conclusion that she did.  But I don't

5   have any firsthand knowledge of how long she served as a

6   GS-13 principal operations inspector.

7 Q Do you know that she was an ASI out at the Anchorage FSDO?

8 A I know that she was an ASI at the Anchorage FSDO, yes.

9 Q Do you know if we here in the Alaska Region hired her as a

10   full performance level ASI, i.e., a transfer from another

11   Region or that she was entry level into her job here in

12   Anchorage?

13 A I'm not trying to be coy.  I know that her application

14   says that's true, yes.  That's all I know, I don't have --

15   I haven't seen her personnel records.  I haven't.....

16 Q And you don't have any personal knowledge from working

17   here.

18 A No.

19 Q From the air -- thinking back on your own career here in

20   FAA, from 1997 to the year 2000 were you working only in

21   the RO, the Regional Office?

22 A That's correct.

23 Q So had Ms. Miller been working out at the Anchorage FSDO

24   during those years you would not have known what she did.

25 A That's correct.

1    Q    Is it true that one of the main ways to get a GS-14 at the

2         Anchorage FSDO is to compete for a Unit Supervisor

3         position?

4    A    Yes.  Yes, that's true.

5    Q    And do you have to have been a supervisor to get a Unit

6         Supervisor job?

7    A    No.

8    Q    When you described what documents you reviewed in order to

9         become an expert you indicated that you looked at her

10        position description and.....

11        (Whispered conversation)

12   Q    I'm going to hand you what has been marked ROI tab F-16.

13        And is this the position description you looked at?

14   A    Yes, it is.

15   Q    And can you kind of look at all the pages to make sure

16        that that is the only part of the PD that you looked at

17        and there are no more pieces of paper than what's at tab

18        F-16?

19   A    Okay.  That is correct, I have three pages of the position

20        description, a cover page and then two pages of

21        description of the position.

22   Q    And when you indicated you looked at Ms. Miller's

23        equivalency statement, I'm going to hand you a document

24        that's at tab F-19 but I'm handing you only pages three

25        and four of that tab.  Can you tell me if that is the --

1    what you looked at?

2    (Pause)

3  A    That is what I looked at, these two pages.

4  Q    So that is this document and the position description,

5       these are the only two things that formed the basis of

6       your analysis of whether or not she met the equivalent to

7       experience such that she could be minimally qualified.

8  A    I also looked at Bob Christensen's affidavit, although I

9       independently looked at her statement of equivalent

10      experience and the position description.  But I also did

11      see Bob Christensen's affidavit.  I don't believe his

12      affidavit influenced me, but I did look at it.

13 Q    So again, your opinion then is based on the PD that we

14      just talked about and those two pages that are at tab F-

15      19.

16 A    That's correct.

17 Q    Although you did review Mr. Christensen's affidavit you do

18      not believe your opinion was influenced by it.

19 A    That's correct.

20 Q    Mr. Paterson, have you ever been a chief pilot?

21 A    Yes, I was.

22 Q    When were you a chief pilot?

23 A    In 1971 I worked in California as the chief pilot of an

24      air taxi and a flight school.  And I also did so in 1968

25      to 1970 at a flight school in -- also in California and an

492

1       air taxi operation in California.  The first one was at

2       Petulama and the second one I mentioned was at the Oakland

3       airport.

4    Q  And did you supervise pilots?

5    A  Yes, I did.

6    Q  About how many pilots did you supervise?

7    A  In the first job about six and the second job three.

8    Q  Did you have -- did you hire these pilots as the chief

9       pilot?

10   A  I hired two in the -- when I worked there in Oakland and

11      the others at the -- when I worked in Petulama the pilots

12      were already there.

13   Q  Did you.....

14   A  I did not.

15   Q  Did you ever need to fire any of those pilots?

16   A  No, I don't believe I did.

17   Q  Did you have the authority to fire?

18   A  Yes, I did.

19   Q  Did you have an opportunity to ensure or monitor the

20      training of those pilots?

21   A  Yes, I did.

22   Q  And ensure that they had the requisite training that the

23      FAA required?

24   A  Yes, I did.

25   Q  If a pilot had any sort of a complaint would they have

493

```
1              come to you as the chief pilot to let you know what their
2              problems were?
3    A    I believe they did, yes.
4    Q    Did you ever have to discipline any of your pilots?
5    A    Occasionally, yes.
6    Q    When you were considering the disciplining and the hiring
7              of these pilots did you consider affirmative action
8              principles?
9    A    Probably not affirmative action principles, but certainly
10             Equal Employment Opportunity principles.  I'd probably
11             have to explain what my concept is.  Equal Employment is
12             treating everybody equally and affirmative action is
13             encouraging everybody to advance, to get training so they
14             can advance to higher level jobs, get experience to
15             advance to higher level jobs.
16   Q    And did you encourage your pilots to advance.....
17   A    Yes.
18   Q    .....and get higher level jobs?
19   A    Yes, I did.
20   Q    So you also considered what you considered to be
21             affirmative action principles.
22   A    Well, yes, I will.
23   Q    Have you ever been a DO?
24   A    Yes.
25   Q    And when were you a DO?
```

1    A    At the same time at the -- those two companies.

2    Q    So was -- are you saying that the positions, chief pilot

3         and the DO, were combined?

4    A    Yes, they were.

5         THE COURT:  Would you for the record state what DO is,

6    Director of Operations?

7    Q    And when we're discussing the DO, does that stand for

8         Director of Operations?

9    A    Yes, it does.

10   Q    As the Director of Operations in these companies then you

11        were still just a first level supervisor?

12   A    Yes.

13   Q    Did you have overall oversight for the operations of those

14        companies?

15   A    Yes, I did.

16   Q    Did you ensure that the operations part of the company

17        stayed in compliance with the Federal Aviation

18        regulations?

19   A    Yes, I did.

20   Q    Were you ever -- how long -- strike that.  Were you ever a

21        charter department manager?

22   A    At both companies we operated charters, we did not have a

23        separate charter operation.  We -- there was a flight

24        school and a charter operation combined.  So there weren't

25        -- were not separate from one another.

1  Q   About how many employees worked at the company where you

2      served as the -- in the combined Director of Operations,

3      chief pilot position?

4  A   Probably about 12.

5  Q   Did you know that Ms. Miller's company employed around

6      100, 120 people?

7  A   I did see that on her equivalency statement I believe,

8      yes.

9  Q   And did you know that the company, Lane Aviation, had an

10     entire charter department?

11 A   I saw that on her specialized experience equivalency

12     statement.

13 Q   And that in the charter department they had a charter

14     department manager?

15 A   I see that on her equivalency statement, yes.

16 Q   And did you see on her equivalency statement that Lane

17     Aviation also had a Director of Operations?

18 A   I'll have to look at it.  If you give me a minute I'll

19     look.

20 Q   Okay.  Please do.

21     (Pause)

22 A   She does state that she was a manager and the Director of

23     Operations.

24 Q   If Lane Aviation had pilots and then a position of chief

25     pilot, maybe another position of Director of Operations

1          and the department manager, I have some questions.

2          Assuming that structure the chief pilot would be a first

3          level supervisor, is that correct?

4     A    That would be normally correct, yes.

5     Q    And if they also had a separate Director of Operations

6          that would be like a second level supervisor?

7     A    I believe it would be, yes.  In normal company structures

8          that would be true.

9     Q    If the positions were combined, the chief pilot and the

10         Director of Operations were combined, that would then just

11         be a first level supervisor position.

12    A    Yes, I believe so.

13    Q    Keeping them separate, if you have pilots -- a chief

14         pilot, a separate DO and then a charter department

15         manager, the charter department manager would then be like

16         a third level supervisor.

17    A    Well, if you have -- essentially if you have a charter

18         manager who reports to the chief pilot who reports to the

19         Director of Operations then it's true, the Director of

20         Operations would be a second level supervisor.

21    Q    Right.  And if they were in a charter department -- let me

22         -- have you ever worked in a company where there was a

23         charter department manager?

24    A    No, I have not.

25    Q    Okay.  Then I won't ask any further questions.  With Mr.

1      Fleischer you went through the position description.  Is

2      there any doubt in your mind that Ms. Miller supervised

3      eight to 14 people?

4   A  I don't know whether what she states in her specialized

5      experience is accurate or not.  So I haven't established

6      whether there is doubt or is not doubt.

7   Q  So there's no reason -- from just reading through it there

8      was no reason for you to doubt that she supervised those

9      folks.

10  A  No, when I did my analysis I assumed that everything she

11     said there was true.

12  Q  About how many employees does a Unit Supervisor supervise?

13  A  In my experience it's been highly variable.  I think --

14     the highest number has been -- that I can remember was

15     like in the -- about a 20 range.  And then some people

16     have had in units as few as four and five people.  So it

17     depends -- you know, the office size seemed to change from

18     year to year with -- depending upon our budget, so it's

19     kind of variable.

20  Q  So a Unit Supervisor could be a Unit Supervisor over fewer

21     than 15 people.

22  A  That's possible, yes.

23  Q  And in fact isn't it true that at the Anchorage FSDO in

24     the past, probably since about 2000, that the Unit

25     Supervisors supervised pretty much around the eight to 10

```
1        range?

2   A    I'm probably not the person to answer that question

3        because I don't know, I've been working in the Regional

4        Office in other areas and -- so I don't know what the

5        number of people been supervised.

6   Q    You've been an ASI you indicated for quite some number of

7        years.  Have you done any initial certification of air

8        carriers?

9   A    Yes, I have.

10  Q    And about how many did you do in one year?

11  A    It certainly depended upon the year.  Some years we

12       probably did -- as an inspector when I was at the GS-13 or

13       the 14 level inspector, when working in general aviation I

14       probably did about three per year.  In 1979 we re-

15       certificated all of the operators in the -- in Alaska and

16       I probably did nearly 80 of them that year.  So it depends

17       really upon which year.

18  Q    Isn't it true that some ASI's can go through their entire

19       career and never end up being a POI that certifies a

20       company?

21  A    Yes, that's correct.  That's possible.

22  Q    Do Operations inspectors do reoccurring inspection of

23       maintenance programs?

24  A    No, they do not.

25  Q    Do Operations inspectors do reoccurring inspections of
```

1           avionics programs?

2    A      No, they do not.

3    Q      Do they inspect maintenance facilities?

4    A      No, they do not.

5    Q      Do they inspect avionics facilities?

6    A      No, not -- no.

7    Q      Would a Operations Unit Supervisor supervise a maintenance

8           program or facility?

9    A      No, they would not.

10   Q      Would a Unit -- an Operations Unit Supervisor supervise

11          employees who inspected avionics programs or facilities?

12   A      No.

13   Q      Would a full performance level GS-12 -- 13 or 12 be

14          involved in the renewal of certificates and do inspections

15          of Operations programs and facilities?

16   A      Yes, they would.

17   Q      And if they had done that sort of thing you would consider

18          that they had the knowledge in that area?

19   A      Well, be -- we have a training program for inspectors and

20          they go through the training program to acquire the

21          knowledge before they do it.  So I would say that if

22          they've been assigned it then they have the knowledge

23          because they've been through the training program.

24   Q      And if they have been a 13 for awhile they would -- you

25          would presume then that they had the knowledge plus even

1       some experience.

2   A   At what?

3   Q   Doing -- participating in renewal of certificates and

4       reoccurring inspections of Operations programs and

5       facilities.

6   A   Yes, typically they would.  There may be, you know, one --

7       a few GS-13 inspectors that didn't have that experience

8       yet.  But the vast majority would.

9   Q   And after three years it's probable.

10  A   It's probable, yes.

11  Q   In looking at C under one in the position description a

12      full performance level ASI in Operations would have

13      experience taking necessary action to ensure full

14      compliance with Federal Aviation regulations with the

15      policies and criteria issued by the associate

16      administrator for aviation standards and with sound safety

17      practices include filing of airmen, air carriers or

18      general aviation certificates when necessary?  Isn't that

19      what you testified to in discussing this part of the PD

20      with Mr. Fleischer?

21  A   Let me just take a minute.  I think that C -- the

22      instruction to paragraph number one is that the incumbent

23      would share the responsibility of assistant manager for

24      the effective planning, direction, implementation and

25      administration of Aviation Safety activities under the

1      surveillance of the District Office.  And then there's a
2      list of programs there.  So in order -- you had to meet
3      the first sentence in order to say that you've done C.
4    Q   I understand that.....
5    A   Okay.
6    Q   .....Mr. Paterson.  But what I'm trying to find out is
7      whether or not you believe that Ms. Miller because she had
8      been an Aviation Safety Inspector GS-13 for some time
9      would have had the technical knowledge and the experience
10      to do all of these things.  And maybe I'll just ask that.
11    A   Okay.  Yes, the typical GS-13 inspector would have the
12      ability to do the items in paragraph C.
13    Q   And would they have had the ability and experience to have
14      done the items in part D?
15      (Pause)
16    A   Some would and some would not.
17    Q   Is that expected of a GS-13 ASI to have the ability?  In
18      D.
19    A   Not necessarily.  Not necessarily every element listed.
20      They would typically have the ability to do the -- many of
21      the things in this paragraph but not everything.  The --
22      for instance it says incumbent makes recommendations.
23      This is a typical function that the GS-13 principal
24      Operations inspector would bring to the supervisor to help
25      them with or to accomplish.

```
 1   Q   So the worker bee ASI would do some of this work and then
 2       recommend to their Unit Supervisor or make a
 3       recommendation to their Unit Supervisor?
 4   A   They would either make a recommendation or just bring it
 5       to the -- the whole issue to the Unit Supervisor for
 6       resolution.
 7   Q   And we're talking in this about action necessary in
 8       resolving controversial air space problems or minor
 9       changes in flight operations procedures.  Don't you in
10       Flight Standards have a separate branch in the RO, in the
11       Regional Office, that deals with all of this stuff?
12   A   Well, let me read the final sentence there and.....
13   Q   We're looking just at that incumbent sentence, the one you
14       were discussing.
15   A   Well, the incumbent, the supervisor would typically take
16       that to the branch that handles those and would, you know,
17       explain everything they knew about the issue and would
18       take it to that branch.
19   Q   Is that something that Rick Gerard handles currently, do
20       you know?
21   A   Yes, he handles that.
22   Q   And that is a special position within Flight Standards, is
23       it not?
24   A   Well, it's actually a position each of the Flight
25       Standards divisions around -- the nine Flight Standards
```

1    Divisions around the country have, they have -- they

2    generally have a person that does that.

3 Q  And that position is located here in the Regional Office.

4 A  Yes, it is.

5 Q  And does that statement also apply to where the proposal

6    requires resolution at Washington or Regional Office level

7    -- and I'm looking at a very bad copy of this.

8    MR. FLEISCHER:  Of the PD?

9    MS. JONES:  Yes, it's extremely bad.

10    (Whispered conversation)

11 Q  Where it says where proposals require resolution at

12    Washington or Regional Office level decides or -- the

13    incumbent decides or makes recommendations on appropriate

14    intermediate action needed to assure safe and adequate

15    flight procedures during the intervening period.  And then

16    I guess the rest of it -- it all goes to this air space

17    activity, is that true Mr. Paterson?

18 A  Yes, I believe it is.

19 Q  And would all of these tasks, duties or responsibilities

20    from where it talks about incumbent on essentially be

21    covered by the position that Mr. Girard currently handles?

22 A  When I was a Unit Supervisor I would bring proposed

23    resolutions to the branch that Rick works in, I would take

24    them the proposed resolution and all the material and he

25    would typically -- that branch, the people preceded Rick,

1      would coordinate that with headquarters, yes.

2  Q   So as a general proposition would you say that an Aviation

3      Safety Inspector with two or three years of experience as

4      a GS or FG-13 would have the knowledge to do the actual

5      activities themselves in paragraphs A, B, C and D?  Would

6      have the knowledge, been trained to do all of these

7      things.

8      MR. FLEISCHER:  It's been asked and answered, I would

9  object to the question Your Honor.

10     MS. JONES:  I believe.....

11     THE COURT:  I'll hear the answer.  Go ahead Mr. Paterson.

12 A   Yes, I would believe that the typical GS-13 would meet

13     part of those -- would meet all of those, yes.

14     THE COURT:  I'm sorry, would you.....

15 A   I -- the question is would a typical GS-13 be capable of

16     doing A, B, C and D, and I believe they would.

17     THE COURT:  All right.  Thank you.

18 Q   If someone were supervising these GS-13's, a Unit

19     Supervisor for Operations, and their G -- their particular

20     employee was out and one of these tasks came up would that

21     Unit Supervisor then be able to go do the work for that

22     individual ASI?

23 A   Typically they could, yes.

24 Q   How often does that happen?  Where the Unit Supervisor

25     actually does it rather than assign it to maybe another

1          inspector working for them.

2     A    The great majority of the time you would assign it to

3          another inspector.

4     Q    Is my memory correct, Mr. Paterson, that you indicated

5          that Ms. Miller met the equivalency in paragraph two of

6          this PD?

7     A    I believe she does have equivalent experience to paragraph

8          two, yes.

9     Q    Turning to paragraph three, if I remember correctly you

10         stated that you didn't believe that she had the equivalent

11         experience to this paragraph.  Is that correct?

12    A    Well, remembering that I compared her statement about her

13         specialized experience with the PD, I do not -- from those

14         two documents I do not believe that she meets the

15         requirements in paragraph three, she has -- I don't

16         believe she has equivalent experience.

17         (Pause)

18    Q    In looking at her -- at paragraph three where it indicates

19         that she -- that it -- the person as a Unit Sup would

20         participate in long range planning.  Are you saying that

21         from rating her equivalency pages that you didn't see any

22         participation at all in long range planning activities?

23    A    I didn't see equivalent experience.

24    Q    Did you see any experience in those pages concerning long

25         range planning?

1   A    Let me look one more time at the statement.

2   Q    Sure.

3        (Pause)

4   A    I did see in her equivalency statement long range

5        planning.  Not the long range planning envisioned by

6        paragraph number three, but I did see long range planning

7        there.

8   Q    Would you say that she needed to do long range planning

9        for her company within the aviation industry?

10  A    Her company was certainly within the aviation industry.

11       But the long range planning she did was within one

12       company, it's not within the -- not analyzing the industry

13       trends to see what long range changes you would need to

14       have in the District Office.

15  Q    In her equivalency statement doesn't she indicate that she

16       developed new and creative ways to sell the services of

17       Lane Aviation to the flying public?

18  A    Yes, she did.

19  Q    And didn't it say something about establishing leaseback

20       arrangements with local businesses which allowed us to

21       operate turbo jets and charter and gave these businesses a

22       company aircraft for their own travel needs which we

23       maintained and crewed for them?

24  A    Yes, she did.

25  Q    And would that have been with other aviation companies?

1   A   Yes, it would have been.

2   Q   Or maybe even some private industries that had corporate

3       jets?

4   A   Yes.

5   Q   And would that not have taken some long range planning?

6   A   Yes, that would take some.

7   Q   Her statement indicated that she quadrupled their revenue

8       and maintained an accident free history for the entire

9       time she was there.  To do that would you suppose that she

10      had to have some sort of monitoring system within the

11      company to ensure that it was moving along as needed to

12      meet these goals?

13  A   I would suppose she would have.

14  Q   So if you -- and in doing so that she made management

15      decisions for her charter department?

16  A   Yes, I believe she made management decisions for her

17      department.

18  Q   Looking at paragraph four, we've discussed this a little

19      bit already in that you yourself as a chief pilot and DO

20      for a couple of aviation -- 203 aviation companies that

21      had a few employees working under you and hiring of those

22      employees and disciplining of some of those employees that

23      you used affirmative action principles and were aware of

24      EEO concepts and applied them appropriately.  Wouldn't you

25      say that Ms. Miller if she said that she was a chief pilot

1       and a DO as well as the charter department manager and had

2       supervised as well as -- I believe she said she

3       interviewed and hired pilots in clerical positions,

4       assigned work assignments, had the responsibility for

5       corrective or discipline action.  Wouldn't you say that

6       she probably would have been aware of affirmative action

7       policies and EEO concepts?

8  A   That's one of the longer sentences I've heard in my life.

9       But I would say that -- you know, she makes no claim that

10      she did so.  But it's possible she did so, I don't know.

11      I can't -- I read her equivalency statement and I see no

12      claim there that she did so.  Most people in that position

13      would.

14  Q   And you yourself did.

15  A   Yes.

16  Q   And there's no reason to believe she didn't from looking

17      at her statement, is there?

18  A   No.

19  Q   In your opinion -- do you know Bob Christensen?

20  A   Yes, I do.

21  Q   In your opinion do you believe that Bob Christensen had

22      the expertise to be a subject matter expert?

23  A   No, I don't.

24  Q   Didn't Bob Christensen own his own company, a 135 air taxi

25      and 141 school for that ten years?

1   A    Yes, he did.

2   Q    And wasn't he a chief pilot for Tundra Air?

3   A    Yes.

4   Q    And wasn't he a chief pilot for Cape Smythe?

5   A    I believe so, yes.

6   Q    And wasn't he a Unit Supervisor that held this -- the --

7        this particular position for which this PD we've been

8        talking about covers?

9   A    Yes.

10  Q    And he did that for eight years.

11  A    I don't know how long he did that for.  You know, it's

12       about eight years though I know.

13  Q    Isn't it true that Flight Standards thought at least

14       highly enough for -- of him that they had him serving as

15       the acting Assistant Division Manager for some time?

16  A    Yes, they did.

17  Q    And during that time that he ended up even acting as the

18       actual Division Manager for Flight Standards?

19  A    I don't recall him acting as the Division Manager, I don't

20       recall that.

21  Q    Do you know how long Flight Standards has been using this

22       equivalent to experience?  Do you know whether that came

23       into play under personnel.....

24       MR. FLEISCHER:  Your Honor, I object.  She didn't allow

25  him to answer the first question she asked.

1       THE COURT:  All right.  Ask -- answer the first question

2   if you can Mr. Paterson.

3   A   I know it's -- that we've -- I did some evaluations of

4       equivalent experience about 12 years ago when I was

5       working here, maybe 10 years ago, and that was my first

6       experience with it.  And I don't know the history of

7       equivalent experience.

8   Q   Do you have any understanding of how personnel reform

9       which happened in 1996 within FAA affected the selection

10      practices within the FAA?

11  A   I have some basic understanding of that, yes.

12  Q   And what's your basic understanding of it?

13  A   Well, as it relates to this issue a person could show

14      equivalent experience to a higher level job and get credit

15      for meeting the one year requirement.

16  Q   You indicated that you had supervised Mr. Carter and

17      indicated I believe -- that essentially you indicated that

18      no one had ever had any real complaints about Tom Carter's

19      work or behavior within -- that you were aware of,

20      complaints against Mr. Carter that you were aware of.

21  A   Well, I was asked for -- about a specific time period.

22      And I.....

23  Q   How -- when did you supervise Mr. Carter?

24  A   I supervised him at the Anchorage FSDO and I -- when he

25      was a Unit Supervisor and I supervised him here on the

1        Technical Standards Branch.

2   Q    And when you were doing the Technical Standards Branch, is

3        that the 230 branch?

4   A    Yes.

5   Q    And when you were supervising Tom Carter in the Technical

6        Standards Branch did you hear any complaints or yourself

7        have any complaints about Tom Carter's work?

8   A    No, I did not hear any complaints.

9   Q    Any complaints about his behavior at all?  That you can

10       remember.

11  A    I wasn't happy with Tom once in the six years over showing

12       an off color joke in the -- down in the lunchroom.  Other

13       than that I don't have any complaints about Tom.

14  Q    Wasn't this off color joke a sexually oriented one

15       referring to something about women?

16  A    Yes, it was, I believe, yes.

17  Q    Would it be a fair statement that since about January of

18       2000 up to -- or maybe from about January 2000 for the

19       rest of that year that you were not happy with your career

20       in Flight Standards?

21  A    Well, my happiness in Flight Standards is sort of varied.

22       So there was a time period in there in which I wasn't real

23       happy.  But I concluded my career the last couple years

24       where I was pretty happy with.

25  Q    Isn't it true that during that time period there were some

```
1         complaints from the employees within your branch against

2         how you handled things in that branch such that in January

3         of 2000 you were taken out or reassigned to a different

4         position?

5    A    No, that's not true.

6    Q    Isn't it true that somewhere during that time period that

7         you had an EEO complaint filed against you for creating a

8         hostile work environment for one of your staff who was a

9         Hispanic male?

10   A    No, the Hispanic male accused me of physically assaulting

11        him.

12   Q    And do you know whether or not he filed an EEO complaint?

13   A    He did.  I believe he did, yes.

14        MS. JONES:  I don't have any further questions at this

15   time.

16        THE COURT:  All right.  Any redirect Mr. Fleischer?

17        MR. FLEISCHER:  Yes, I have several questions Your Honor.

18                      REDIRECT EXAMINATION

19   BY MR. FLEISCHER:

20   Q    You were asked questions about the fact that you had

21        specific experience with initial certification of air

22        carriers.  Is that correct.....

23   A    That's correct.

24   Q    .....Mr. Paterson?  Did you have training that was

25        provided by the FAA in regard to air carriers?
```

1   A      Yes, I did.

2   Q      Was that an important training program for persons dealing

3          with air carriers?

4   A      Yes, it was.

5          MS. JONES:  I'm going to make an objection.  I'm not sure

6   that this isn't outside the scope of cross.

7          MR. FLEISCHER:  Well.....

8          THE COURT:  All right.  Let me hear the rest of the

9   question.

10  Q      Okay.  Do you know if Verene Miller was specifically

11         involved in certification of air carriers?

12  A      I don't know what Verene Miller's experience has been.

13  Q      Yeah.  Well, assuming that Verene Miller was not involved

14         with air carriers do you know if those who were so

15         involved were interested in going to that similar training

16         that you mentioned for -- regarding air carriers?

17         MS. JONES:  I am now going to object.  This is outside the

18  scope.

19         THE COURT:  It is outside of it, speculation.

20  Q      Very well.  Now you indicated that insofar as the position

21         description for the Unit Supervisor GS-14 under one --

22         paragraph roman numeral two, paragraph one, that the

23         inspection -- or that the requirement of making

24         recommendations or decisions on action necessary in

25         resolving controversial air space problems or minor

```
 1        changes in flight operations procedures as well as a
 2        proposed requirement resolution in Washington or Regional
 3        Office level decides to make recommendations on
 4        appropriate intermediate action needed to assure safe and
 5        adequate flight procedures during the intervening period,
 6        that that's a position that Rick Girard currently has, is
 7        that correct?  Is that my understanding of your testimony?
 8    A   No, what I meant to indicate is that the Unit Supervisor
 9        typically, as the position description describes, takes
10        those issues to Rick Girard with a recommendation for how
11        to handle it.
12    Q   Is Rick Girard a Aviation Safety Inspector?
13    A   Yes, he is.
14    Q   What is his title at this time, if you know?  And what was
15        it at the time of 2000, if you know that?
16    A   I know in 2000 he was a special assistant to the Division
17        Manager.  But I do know also that he worked exclusively on
18        -- virtually exclusively on air space and heliport issues.
19    Q   All right.  And what was his position at that time when he
20        was working exclusively on those issues?
21    A   I believe he was the special assistant to the Regional
22        manager at that time.  In 2000.
23    Q   All right.  And what would his GS rating be, if you know,
24        when he was special assistant?
25    A   He was a GS-15.
```

1    Q    Now you were asked a number of questions about the subject

2         matter expert position.  And you -- did I understand your

3         testimony to be that you at some time in the past worked

4         on equivalency as a subject matter expert?

5    A    Yes, I have.

6    Q    And what was it that you worked on as a subject matter

7         expert?

8    A    I worked on -- at one time we -- some people applied for

9         jobs, there was two types.  One were some people that were

10        initially hired in the FAA and we wanted to consider

11        hiring them at the GS-12 level whereas typically in -- at

12        that time we were hiring people at the GS-11 level as far

13        as entry level inspectors in the FAA.  And so we looked at

14        their job application to see if they had equivalent

15        experience to a -- what a GS-11 would do in their first

16        year.

17   Q    All right.  And during what period of time would that have

18        been, if you can recall, Mr. Paterson, that you did that

19        work?

20   A    I would think that's about 1985.

21   Q    I see.  Do you by any chance recall who it was in Human

22        Relations who might have requested that you serve in that

23        capacity?

24   A    I'm not sure whether it was -- it would have been either

25        Bobbie Gossweiler or Doris Coates or Sandy Bergin, but I'm

1       not sure who it was.

2    Q   Was Ms. Llewelyn there at that time?  If you know.

3    A   I'm drawing a blank on the name Llewelyn.

4    Q   Okay.  Ginger Llewelyn.

5    A   Oh.  Now I recall Ginger, yes.  Yes, she was there.

6    Q   Okay.

7    A   It could have been Ginger also.

8    Q   Well, if you were doing that in 1985 that obviously

9        predates the reform in April of '96.  Was there in

10       fact.....

11       THE COURT:  Just a minute, I believe Mr. Paterson said

12   1999.  Did you not say 1999 Mr. Paterson?

13       MS. JONES:  I heard 1985.

14       MR. FLEISCHER:  What was your.....

15       THE WITNESS:  I said 1985 in regard to when I was asked to

16   be a -- to review a specialized experience in the past.

17       THE COURT:  For the GS-11 position?

18       THE WITNESS:  Right.

19       THE COURT:  All right.  1985?

20       THE WITNESS:  1985.

21       THE COURT:  All right, thank you.

22       THE WITNESS:  I'll speak a little louder here.

23       THE COURT:  All right, thank you.

24   MR. FLEISCHER RESUMES:

25   Q   Had you known of any -- during that period did you know of

```
 1        any equivalency that was given to supervisory positions?
 2        Equivalency consideration to supervisory positions.
 3   A    Not that I know of.  I don't recall any.
 4   Q    Okay.  Why was it, Mr. Paterson, that you reviewed only
 5        Verene Miller's specialized experience equivalent
 6        statement?
 7   A    Well, I reviewed it because you asked me to.
 8   Q    And do you recall why it was that we -- that you were
 9        asked to review that vis a vis the Bob Christensen
10        statement?
11   A    You asked me to so I could come to this hearing and give
12        my opinion of whether or not she met the specialized
13        experience requirements.
14   Q    Okay.  Did you review the same documents that -- as you
15        understand it that Bob Christensen stated that he reviewed
16        in preparing the affidavit that he made?
17   A    Yes, I did.
18   Q    All right.
19        (Whispered conversation)
20   Q    Do you know if the Anchorage FSDO Flight Services District
21        Office ever had a situation where the Operations Unit
22        Supervisor supervised maintenance inspectors and
23        maintenance supervisors supervised Operations inspectors?
24   A    Yes, we had that system for several years.
25   Q    You recall that.
```

1  A    Yes, I do recall that.

2  Q    And is it true that during that period the Operations

3       Supervisors were responsible for maintenance activities?

4  A    That's true.  What we had is in units we would have the

5       inspectors that surveilled a group of operators, say a

6       group of 60 operators.  The maintenance and the Operations

7       and the avionics inspectors would all report to the same

8       supervisor for those operators.

9  Q    Okay.  Do you know who tested the proposed special IFR

10      routes with the operators?  And who -- well, do you know

11      that?

12  A    Some of those tests had been done by Rick Girard and also

13      Jim Garroute went along on some of those tests.  Also for

14      the special routes the route had to be flight tested by

15      our people that -- our airplanes that do the flight

16      testing of the routes to make sure that they have adequate

17      navigation signals.

18  Q    And is Mr. Garroute one of the persons who applied for the

19      subject Supervisory Aviation Safety Inspector's position

20      as far as you know?

21  A    I don't know.

22  Q    Okay.  Do you know that both Mr. Girard and Mr. Garroute

23      were Aviation Safety Inspectors?

24  A    Yes, they were.

25  Q    All right.

```
 1   A    If I can add to that.  As my understanding of Mr. Girard's
 2        career is that he was not a field inspector, he didn't
 3        work in our field office, he's always been working on
 4        these special approaches and the route tests and then
 5        adequacy in navigation aids.
 6   Q    Do you know if Lou Gossen ever test -- had test routes
 7        with ERA Aviation, including IFR approaches?
 8   A    Yes, he did.
 9   Q    Approaches into Valdez?
10   A    Yes.
11   Q    And was Mr. Gossen an ASI?
12   A    Yes, he was.
13   Q    Was he a principal ASI, if you know?
14   A    Yes, he was.
15        MS. JONES:  I'm going to object, what's the relevancy of
16   this line of questioning?
17        MR. FLEISCHER:  I'm finished with the line of questioning.
18   Q    What was the result of that EEO complaint that you were
19        asked about by Ms. Jones?  In which you were accused of
20        having assaulted an unnamed Hispanic male?
21   A    I don't -- far as I understand it there was not an EEO
22        complaint.  I've never.....
23   Q    And what was the result of the matter?
24   A    I've never been interviewed by an EEO investigator.  I
25        know that there was a com -- an EEO complaint but it was
```

1    against some people in Texas that hadn't selected him for

2    the -- for a job.  And.....

3  Q    You had no involvement.....

4  A    I.....

5  Q    .....with that I trust, is that correct?

6  A    My -- I did talk with the investigator and my other

7      involvement in it is I did fill out this -- that 3330-52

8      form where you talk about the person's skills.  That was

9      my only involvement with that.  As far as the -- his

10      complaint about me assaulting him, people were

11      interviewed.  People that he said were a witness to the

12      occasion were interviewed, nobody recalled it occurring

13      the way that he said it had occurred.  In fact it was

14      physically impossible for it to occur, he's quite short,

15      it'd be impossible for me to grab him by the collar and

16      speak to him nose to nose.  He would be -- he's about a

17      foot and a half shorter than I am.  Well, a foot.

18  Q    And do I gather from your statement that the allegations

19      he made were untrue according to you?

20  A    They were untrue.

21      MR. FLEISCHER:  Nothing further at this time Your Honor.

22      THE COURT:  All right.  Thank you Mr. Paterson, you're

23  excused.  Thank you for coming in.  So we should -- let's go on

24  our lunch break then.

25      MR. FLEISCHER:  Okay.  And return here.....

1          THE REPORTER:  Off the record.

2          (Off record at 11:47 a.m.)

3          (On record at 1:12 p.m.)

4          THE REPORTER:  We're on the record.

5          THE COURT:  All right.

6          MR. FLEISCHER:  Your Honor, Hugh Fleischer on behalf of

7     Mr. Carter wishes to request that Mr. Paterson be recalled.  And

8     I ask the court's indulgence and Regional Counsel as well

9     because -- the fact of the matter is though when we submitted

10    our list of witnesses and -- on the 2nd day of July of this year

11    we specifically stated that Jerry Paterson will provide

12    testimony concerning instructions from Ava Mimms on March 8,

13    that that was put off.  But teleconference plus statement from

14    John -- plus a statement from John Duncan that he wanted to

15    promote Verene Miller as soon as possible.  And so.....

16         THE COURT:  All right.  Is Mr. Paterson available now?

17         MR. FLEISCHER:  He is, he's here.

18         THE COURT:  All right, let's take Mr. Paterson's

19    testimony.

20         MS. JONES:  I want to go back and get my stuff on him too.

21         THE REPORTER:  Should we go off the record?

22         THE COURT:  Yes, off the record.

23         THE REPORTER:  Okay.  We're off the record.

24         (Off record at 1:14 p.m.)

25         (On record at 1:14 p.m.)

1        THE REPORTER:  We're on the record.

2        THE COURT:  Mr. Fleischer, I have allowed you to recall

3   Mr. Paterson for the limited purpose of Mr. Paterson testifying

4   in regards to any firsthand information he may have regarding

5   statements made by John Duncan as to promotion.

6        MR. FLEISCHER:  Thank you Your Honor.

7                        **GERALD PATERSON**

8   a witness, recalled for examination by counsel on behalf of the

9   Complainant, previously duly sworn, examined and testified as

10  follows:

11                      **REDIRECT EXAMINATION**

12  BY MR. FLEISCHER:

13  Q    Mr. Paterson, to be reminded, you're still under oath in

14       this matter.  Please answer audibly.

15  A    Okay.

16  Q    Thank you.  Do you know John Duncan?

17  A    Yes, I do.

18  Q    And what is his position?

19  A    He's the Division Manager for Flight Standards here in the

20       Alaskan Region.

21  Q    And what was his position in 19 -- 2000?

22  A    He was in the same position, he was the Division Manager

23       for Flight Standards.

24  Q    All right.  Was there any occasion in which you were in

25       the presence of Mr. Duncan when he made any statements

523

1       during that period in -- the period of 2000 regarding

2       Verene Miller?

3  A    Yes, there was.

4  Q    And do you know approximately or exactly when it was that

5       you heard such statements?

6  A    It would have been early in the year 2000 or late in 1999.

7  Q    All right.  Could you provide wh -- where this occurred

8       and in whose presence?

9  A    It was in the presence of the managers in the Flight

10      Standards Division.  We have a -- what we -- a meeting

11      about once a month, probably about eight times a year we

12      hold a meeting of all the managers and it was at that

13      meeting or a similar meeting.  All the managers were

14      there.

15  Q    Okay.  And what did you hear at that time that John Duncan

16      said as it relates to Verene Miller?

17  A    He told the managers and myself that he would like to see

18      Verene promoted as soon as possible.

19  Q    And when you say managers, how many managers are we

20      talking about that were present?

21  A    Well, there would have been the three field office

22      managers, the manager of the Juneau office, the Anchorage

23      and Fairbanks.

24  Q    And the Anchorage manager at that time would have been?

25      If you know.

1   A    I'm not certain who it was.

2   Q    All right.

3   A    And the 210 branch manager, Naomi, myself, the Assistant

4        Division Manager, Kent Adams, and Bob Christensen was most

5        likely there.

6   Q    When you say Naomi, you mean Naomi Christensen?

7   A    Naomi Christensen, yes.

8   Q    All right.  Were there any other times when you heard Mr.

9        Duncan make any statements regarding Verene Miller?

10  A    Not in regards to promotion, no.

11  Q    All right.  Was there any response from you or anyone else

12       of the managers to this statement?

13  A    I don't believe anybody said anything.

14       MR. FLEISCHER:  No further questions.

15       THE COURT:  All right.  Ms. Jones.

16                   **RECROSS EXAMINATION**

17  BY MS. JONES:

18  Q    Mr. Paterson, would this manager meeting have been what

19       some people have called a QMC meeting?

20  A    I'm virtually certain it was.  Although sometimes the

21       managers get together for meetings that we wouldn't call

22       the QMC, we might get together for some informational

23       meeting.  But I'm virtually certain it was the QMC

24       meeting, yes.

25  Q    And you indicated that you weren't certain who would have

1      attended from the Anchorage FSDO.  Might that have been

2      Johnnie Wallace?

3  A   It might have been, I'm not certain who it was.

4  Q   Could it have been Dalbey, a Mr. Dalbey?

5  A   That's possible.  I don't -- I can't go back to figure out

6      exactly in my mind who was here during that time period,

7      who was the manager of the office.

8  Q   If you're remembering that Bob Christensen was there, what

9      -- do you -- what role would he have been in, as the

10     manager, as one of the managers then?

11  A  Well, what I meant to indicate was that the normal thing

12     would be that the 230 branch manager would be there.  So

13     if this was in the time frame that Bob was the 230 branch

14     manager he normally would have been there.  But I can't

15     recall, I can't go around the room and reconstruct the

16     room and say who was there.

17  Q  Do you know where this meeting was?

18  A  I believe it was at UAA.

19  Q  And do you remember what time of the day it was?

20  A  No.

21  Q  Morning.....

22  A  No, I don't.

23  Q  .....afternoon?

24  A  No, I don't.

25  Q  When you were in attendance at this meeting what position

1         did you hold at the time?

2    A    It would be -- either I was John's special assistant or I

3         was the 230 branch manager.  I don't recall which one.

4    Q    Do you remember if you were working for the FAA between

5         October and December of 1999 or if you were out on sick

6         leave?

7    A    You caught me off guard a little bit.  No, I believe I was

8         working for the FAA, I don't believe I was on any extended

9         sick leave in '99.

10   Q    Do you remember -- when were you out on sick leave, if you

11        can kind of remember back when that might have been?

12   A    If I had my -- I've been on extended sick leave three

13        times.  I had my gallbladder removed, but I was working in

14        the Anchorage FSDO so that was be -- you know, before

15        1990.  I had two back surgeries, I was out for an extended

16        period with each of those.  But that -- each of those is

17        more than 10 years ago.

18   Q    Did Ms. Jokela ever act for you for three months while you

19        were the 230 branch manager?

20   A    Not that I recall, no.

21        MS. JONES:  Okay, I don't think I have any further

22   questions.

23        THE COURT:  All right.  Any redirect?

24        MR. FLEISCHER:  Thank you, no.

25        THE COURT:  All right, thank you for coming back Mr.

1    Paterson, you're excused.  We'll be off the record.  Will you

2    please call Mr. Christensen?

3         THE REPORTER:  Off the record.

4         (Off record at 1:21 p.m.)

5         (On record at 1:24 p.m.)

6         THE REPORTER:  On the record.

7         THE COURT:  Put your mic on.  All right.  Mr. Christensen,

8    I'm Judge Fall for the EEOC.  And if you would stand first I

9    will swear you in.  Raise your right hand.

10        (Oath administered)

11        MR. CHRISTENSEN:  I do.

12                    **ROBERT CHRISTENSEN**

13   a witness, called for examination by counsel on behalf of the

14   Agency, was duly sworn, examined and testified as follows:

15        THE COURT:  All right.  Please be seated.  State your full

16   name and spell your last name please.

17        THE WITNESS:  My name is Robert Edward Christensen, and

18   the last name is C-H-R-I-S-T-E-N-S-E-N.

19        THE COURT:  All right sir.  Both attorneys will be asking

20   questions of you, I may have some questions as well.

21        THE WITNESS:  Okay.

22        THE COURT:  Please respond to the best of your ability and

23   if you do not understand a question please ask that it be

24   repeated or clarified.  All right, you may inquire.

25                    **DIRECT EXAMINATION**

KRON ASSOCIATES
1113 W. Fireweed Lane, Suite 200
Anchorage, Alaska  99503
(907) 276-3554