1    Paterson, you're excused.  We'll be off the record.  Will you

2    please call Mr. Christensen?

3         THE REPORTER:  Off the record.

4         (Off record at 1:21 p.m.)

5         (On record at 1:24 p.m.)

6         THE REPORTER:  On the record.

7         THE COURT:  Put your mic on.  All right.  Mr. Christensen,

8    I'm Judge Fall for the EEOC.  And if you would stand first I

9    will swear you in.  Raise your right hand.

10        (Oath administered)

11        MR. CHRISTENSEN:  I do.

12                        **ROBERT CHRISTENSEN**

13   a witness, called for examination by counsel on behalf of the

14   Agency, was duly sworn, examined and testified as follows:

15        THE COURT:  All right.  Please be seated.  State your full

16   name and spell your last name please.

17        THE WITNESS:  My name is Robert Edward Christensen, and

18   the last name is C-H-R-I-S-T-E-N-S-E-N.

19        THE COURT:  All right sir.  Both attorneys will be asking

20   questions of you, I may have some questions as well.

21        THE WITNESS:  Okay.

22        THE COURT:  Please respond to the best of your ability and

23   if you do not understand a question please ask that it be

24   repeated or clarified.  All right, you may inquire.

25                        **DIRECT EXAMINATION**

KRON ASSOCIATES
1113 W. Fireweed Lane, Suite 200
Anchorage, Alaska  99503
(907) 276-3554

Exhibit  E

1   BY MS. JONES:

2   Q    Mr. Christensen, do you currently work for the Federal

3        Aviation Administration?

4   A    Yes.

5   Q    And in what capacity?

6   A    I'm the manager for the 230 branch, the Technical

7        Standards Branch here in the Regional Office.

8   Q    And how long have you held that position?

9   A    Just a little over three years.

10  Q    How did -- and whom did you replace coming into that

11       position?

12  A    Who was the permanent manager?

13  Q    Yes.

14  A    Mr. Jerry Paterson.

15  Q    So you came in when he left.

16  A    Correct.

17  Q    And what did you do with the FAA prior to that?

18  A    Prior to that I was a -- for a couple months I was a

19       section supervisor at the Anchorage District Office.  And

20       then prior to that for about eight years I as a -- almost

21       nine years was a supervisor, Unit Supervisor, for the

22       south operations unit.

23  Q    Were you ever detailed to the Assistant Division Manager

24       for Flight Standards?

25  A    Yes, I was, and that was just before that time, it was

1   about six weeks I was detailed in 1978 I believe it was

2   for -- as the Assistant Division Manager, AL-201.

3 Q And did you ever have an opportunity to serve as the

4   Division Manager for Flight Standards?

5 A Yes.  During that period of time, the last three weeks of

6   that time the acting Division Manager took leave and I

7   served as the Division Manager for that period of three

8   weeks.

9 Q And let me see if I heard you correctly.  You acted as the

10   201 or the Assistant Division Manager for Flight Standards

11   in what year?

12 A I think it was -- I think I said '78.  No, I -- I'm sorry,

13   it's '98, it was '98.

14 Q 1998.  And so it was during that period of time that you

15   also acted as the Division Manager?

16 A Correct, that was a six week period of time.  I actually

17   did the Assistant for three weeks and the Division Manager

18   for the other three weeks.

19 Q Prior to being a Unit Supervisor with Flight Standards

20   Division what did you do?

21 A I worked in the Regional Office on the Technical -- it was

22   the 290 branch, it was the Technical Analysis Branch at

23   that time.

24 Q And do you.....

25 A It had different numbers over the years, 207, situation

| | | |
|---|---|---|
| 1 | | monitor staff, then it became the 290 staff.  That was |
| 2 | | about four, four and a half years. |
| 3 | Q | And that was about what time period? |
| 4 | A | I think that was '87 to about '92. |
| 5 | Q | And prior to that what did you do with the FAA? |
| 6 | A | I was Operations inspector in the Anchorage District |
| 7 | | Office.  I came in September of '86 until the time that I |
| 8 | | came over to the Regional Office, it was just a little |
| 9 | | over a year I believe. |
| 10 | Q | Prior to -- when did you come -- was that the first time |
| 11 | | you came to the FAA? |
| 12 | A | No, I began in FAA in 1971 as an Air Traffic Controller |
| 13 | | and I worked there for about seven and a half ye -- almost |
| 14 | | seven years.  And at the Anchorage Air Traffic Control |
| 15 | | Center. |
| 16 | Q | Okay.  Between the times that you worked as an Air Traffic |
| 17 | | Controller and the time you came into Flight Standards as |
| 18 | | an ASI what did you do? |
| 19 | A | That's after Air Traffic Control and before Flight |
| 20 | | Standards? |
| 21 | Q | Right, that time period. |
| 22 | A | I worked in private industry quite a lot, I worked for air |
| 23 | | services, 135 air taxi operations here in Anchorage, I |
| 24 | | worked for some 121 operators, I worked out at Nome for |
| 25 | | Munz Northern Airlines, I worked out of Kenai as a pilot |

1    for about four years, four a half years for a commuter

2    airlines, Southcentral Air, I worked Alyeska Helicopters

3    in Merrill Field for about -- over a year, maybe a year

4    and a half, I worked for Tundra Air Service. After -- I

5    think about 1983 I believe I went to work for Wien for

6    about a year. It was the last year before they went out

7    of business. I was a Boeing 737 first officer then also

8    was a -- for about 10 months and then for about two months

9    I was a second officer on the 727. And then Wien went out

10   of business and I went to work for Tundra Air Service as

11   their chief pilot in Barrow, Alaska for approximately a

12   year and then I switched over to Cape Smythe Air Service

13   and I was their chief pilot for approximately a year. And

14   then  in 1986 I came on board with the FAA, back on board.

15 Q  And prior to working for the FAA as an Air Traffic

16   Controller what did you do?

17 A  I worked as a flight instructor and charter pilot in 1967

18   for Matanuska Air Service for one year and in 1968 I

19   started my own air service, it was Lazy Mountain Aviation

20   and I did that for about -- I can't remember exactly,

21   eight or nine years, and also ran a part 141 flight

22   school. I was the chief pilot, Director of Operations,

23   chief flight instructor, the owner of the company. So we

24   did air taxis and we had a part 141 approved flying

25   school. That was in Palmer. And then during that period

```
1         of time I had sub-schools in Glenallen, McGrath, Galena.
2         So I ran around and taught flying in those different
3         communities during all that period of time.
4    Q    And that was part of your company?
5    A    Yes, that was.
6    Q    As a chief pilot did you supervise anyone?
7    A    Yes, I did.
8    Q    Who did you supervise as a chief pilot?
9    A    I supervised other pilots.
10   Q    And in supervising these other pilots did you actually
11        hire these people on?
12   A    Yes.  Interviewed them, review their applications and
13        actually physically hired them, went out and flew with
14        them, trained them to see if they're qualified or not.  I
15        did a lot of that in Barrow, Alaska where I was the chief
16        pilot.  Because we had three different locations, we had a
17        kot -- an office in Kotzebue and we had an office in Nome
18        as well as an office in Barrow and I had to staff all
19        three offices.
20   Q    Is this for Cape Smythe Air?
21   A    Yes, it is for Cape Smythe.
22   Q    Did you have occasion to fire any of them?
23   A    Oh yes, clear back to when I had my own business as a
24        chief pilot, fired people in my own business and we fired
25        people at Cape Smythe and -- yes.  And disciplined and the
```

1        whole gamut.

2    Q   Were you also involved in the development of them past

3        their current jobs as pilots into higher level positions?

4    A   I'm not sure I understand the question.

5    Q   Did you help them get training so that they could move up

6        and.....

7    A   Yes.

8    Q   .....become more than a pilot?

9    A   Yes.  Particularly at the air service they were at because

10       they moved onto larger airlines and I became references

11       for them and they went to work for larger air carriers,

12       121 air carriers.

13   Q   Were you ever -- you indicated I believe that you were the

14       DO of a company?

15   A   Yes, of my own, Lazy Mountain Aviation for about nine

16       years.

17       THE COURT:  What was the name of the aviation sir?

18       THE WITNESS:  Lazy.....

19       THE COURT:  Lazy.

20       THE WITNESS:  .....Mountain.  That's -- there's a local

21   mountain there in Palmer called Lazy Mountain so we named the

22   air service after the mountain.

23   Q   What are the responsibilities of a DO?

24   A   Probably could vary from company to company.  But in my

25       company the Director of Operations oversaw the operations,

534

1       the airworthiness in the company, just a general

2       overrunning of the whole entire company.

3   Q   Did you as the DO or as the manager of the -- of that

4       group end up doing any long range planning?

5   A   Oh yes, we had to, we had to be able to forecast, you

6       know, we needed more aircraft, we had to forecast if --

7       you know, income coming in, expenditures going out, if we

8       needed to hire more people to meet the demand for the

9       increase in flying, we had to be able to forecast all

10      that.

11  Q   In working for Cape Smythe as the chief pilot did you in

12      that company supervise pilots?

13  A   Yes.

14  Q   Do you remember about how many pilots would have been

15      under you?

16  A   Twenty-five to 30 pilots, something like that.

17  Q   Did you have a separate DO in that company?

18  A   Yes, we did.

19  Q   And was there above the DO a manager?

20  A   Yes, there was a general manager above the Director of

21      Operations, that's correct.

22  Q   So would the chief pilot have been a first level

23      supervisor?

24  A   Yes.

25  Q   The DO in that company, would that have been like a second

1       level supervisor?

2   A   Yes.

3   Q   Sort of the -- maybe the same thing if I reckon it to the

4       Flight Standards District Office in Anchorage like an

5       Operations section supervisor?

6   A   Yes.

7   Q   And would the manager of the company then -- like a third

8       level supervisor then?

9   A   That's correct.

10  Q   And would that have been similar to a FSDO manager or the

11      manager of.....

12  A   Yes, that's how it was at Cape Smythe.

13  Q   Okay.  Have you been involved in Flight Standards' hiring

14      process?

15  A   Yes.

16  Q   In what capacities have you been involved?

17  A   Well, I've encouraged people to -- you know, for

18      recruiting, I've been involved on panels for evaluations

19      and interview panels for supervisors and managers.

20  Q   So you've been on -- involved both with entry level hiring

21      in Flight Standards?

22  A   Well, recruiting.

23  Q   Recruiting.

24  A   No, I -- the experience I've had on panels has been for

25      supervisors.  I had maybe three different panels I was

```
 1        involved in approximately for supervisors for the

 2        Anchorage District Office.  And I was involved in a panel

 3        for the Flight Standards Juneau office manager, I was

 4        involved in that.

 5   Q    And what -- by office manager, would that be the FSDO

 6        manager in Juneau?

 7   A    That's correct.

 8   Q    Did you have the opportunity to serve as -- ever serve as

 9        a subject matter expert for the Human Resources Division?

10   A    Yes, I had one occasion.

11   Q    And what was that one occasion?

12   A    That was the subject matter expert to look at a package

13        brought to me by the personnel office to determine if the

14        specialized experience and the experience listed on the

15        application was equivalent to a Unit Supervisor at the 14

16        level at Anchorage District Office.  It was for Verene

17        Miller.

18   Q    And what documents did you review in order to provide your

19        opinion?

20   A    The Personnel Specialist brought me the position

21        description for that -- for the specific job and brought

22        me the package, the employment package, 171, which

23        included the specialized experience equivalency that the

24        applicant filled out and the rest of the 171 package

25        including the KSAO's.
```

1   Q    And are these two documents what you based your opinion

2        on?

3   A    Yes.

4   Q    Okay.

5   A    The Personnel Specialist called me at my office.....

6   Q    Hold on, I'm going to.....

7   A    Okay.

8   Q    .....go through a couple of documents first to ensure I

9        know -- we know for certain what documents you had in your

10       possession.  I'm handing you what is in evidence as the

11       report of investigation, tab F-19.  If you could look that

12       over and tell me if that was the bid package for Verene

13       Miller that you reviewed and based your opinion upon.

14       (Pause)

15  A    Yes, that's correct.

16  Q    Next I'm going to hand you what's in the ROI at tab F-16,

17       however I am not handing him the first two pages of that

18       Exhibit, so only the other pages.  And is this document

19       the PD that you looked at?

20  A    Yes, it is.

21  Q    And that PD is for the Unit Supervisor position,

22       Operations?

23  A    Yes, that's correct.

24  Q    Okay.  How did you first become involved in becoming a

25       subject matter expert for Ms. Bergin, how did you -- who

```
 1        first came to you and asked you about doing this?
 2    A   Sandy Bergin called me on the telephone and asked me if I
 3        could be a subject matter expert in helping -- getting her
 4        opinion about equivalency of experience as a Unit
 5        Supervisor for a person that was bidding on a job.  And I
 6        told her that I could.  She asked me when I was available
 7        and I told her I was available right then if she wanted to
 8        come, I had some spare time.  So she came to the office in
 9        about 20 minutes and brought down this information.  And
10        we probably spent 45 minutes to an hour together.  So she
11        brought in all this information for me to look at.
12    Q   So if you remember what you did in order to review this
13        information and then be able to give your opinion.
14    A   Right.  I did -- I had the position description separated
15        to the left on my desk and then I reviewed the package,
16        read the specialized equivalency experience and I looked
17        at other information in the package.  Then I went back and
18        read the position description, you know, pretty careful.
19        Then I went back again and I compared the information in
20        the package that I just read to what was on the position
21        description.  And that took me about 45 minutes to an
22        hour.
23    Q   And when you say you reviewed her package, did you look at
24        -- in the 171 the work experience blocks that are labeled
25        A, B and C?
```

1  A    Yes, I did, I reviewed those.

2  Q    And did you indicate that you had a chance to look over

3       her -- what she wrote for the KSAO's also?

4  A    I just very briefly looked at those.  I looked more at the

5       specialized experience and then also the blocks A, B and

6       C.

7  Q    Did you have any kind of a conversation back and forth

8       with Ms. Bergin?

9  A    Yes, after I reviewed this I told Mr. Bergin in my opinion

10      that she did -- she -- that the person had the specialized

11      experience level to at least a 14, in my opinion met that

12      as a Unit Supervisor in the Anchorage District Office.

13      I'd just been there for about -- almost nine years.  And

14      then she -- and I told her some reasons why I believed

15      that and I think she made some notes as to that, during

16      that time period she was there she made some notes as I

17      was explaining to her.

18  Q   So you're saying that based on your eight or nine years as

19      a Unit Supervisor and your experience in private industry

20      both as a chief pilot and as a DO and even the owner of

21      your own company it was your opinion that Ms. Miller's

22      private industry experience met that of a Unit Supervisor

23      position at the Anchorage FSDO?

24  A   That's correct, very easily.

25  Q   Very easily.

1   A   Very easily in my mind, yes.

2   Q   Did you have a subsequent opportunity to provide a

3       detailed explanation in writing of your thought process?

4   A   Yes I did, I had a opportunity to prepare an affidavit

5       detailing my thoughts when I went through this.

6   Q   Going to hand you what is in evidence in the ROI at tab F-

7       4 and ask you what that is.

8   A   That's the affidavit response that I prepared for Lorraine

9       Lucas.

10  Q   And did that set forth in more detail the basis for the

11      opinion that you gave Ms. Bergin?

12  A   Yes, it did.

13  Q   Have you had a chance to -- since then, since writing this

14      affidavit to look over these qualifications and your

15      affidavit?

16  A   Yes, I've had a chance to look more thoroughly at the

17      package, the -- that I had originally reviewed, including

18      my affidavit, yes I have.

19  Q   Has your opinion that you gave to Ms. Bergin changed at

20      all?

21  A   It's -- yes, it has a little bit in the sense that it's

22      strengthened my original opinion that she did have the

23      equivalency experience of a unit supervisor without a

24      doubt in my mind.

25  Q   Did you have any occasion to talk with anyone else about

541

```
 1        the fact that you served as a subject matter expert in
 2        this matter?
 3    A   Yes, I did.
 4    Q   And do you re -- if you recall, do you remember to whom
 5        you spoke or the substance of any conversations you might
 6        have had?
 7    A   I don't remember the names of the individuals I talked to,
 8        but I talked to at least two or three folks in the
 9        Anchorage District Office, like in the FSDO, and I spoke
10        with two or three folks on my 230 branch staff.  In the
11        Anchorage FSDO I was approached by the people -- you know,
12        different people that said they were surprised that Verene
13        Miller got selected.  They didn't understand how she could
14        go from a 13 level to a 15 level position,, she had never
15        been a Unit Supervisor in the Anchorage District Office.
16        And I said, well, I was surprised too, but let me tell
17        you, I was the subject matter expert in determining that
18        specialized experience and I was -- I did not realize that
19        Verene Miller had as much experience as she had, I did not
20        know that, and she has the experience.  So what I was
21        trying to do is, you know, explain it to the people.
22        Because it's -- when I worked in the Anchorage District
23        Office I did not know all the qualifications that -- all
24        the experience that Verene Miller had.  When I was the
25        subject matter expert it was -- I didn't know all that, it
```

542

```
1         was a lot more information.  So I don't think people in
2         the District Office understood that either so I was trying
3         to explain that to them.
4    Q    And what about -- you mentioned you had conversations with
5         folks, a couple of people in the 230 branch?
6    A    Yes, a couple in the branch had been talking to the folks
7         in the FSDO and that conversation had arisen again.  And I
8         explained to the folks in my branch what I had done just
9         like I said here.  Because they actually came from the
10        District Office, folks that we hired to work in our
11        branch, and they did not know Verene Miller, all the
12        experiences that she'd had.  So they had that same
13        identical question.
14   Q    Would you ever have had a conversation with any of these
15        people in which you would have said that you didn't think
16        Verene Miller would be selected?
17   A    No.
18   Q    And at any time did you believe that Verene Miller wasn't
19        qualified?
20   A    No.
21   Q    When you were serving as a Unit Supervisor if one of your
22        employees that were working under you needed to be off on
23        annual leave or perhaps extended sick leave would you have
24        been capable of doing their work?
25   A    Would I have been capable?  Yes.  As a Unit Supervisor.
```

```
 1  Q   Would you have stepped in as the Unit Supervisor to do the
 2      work or would you have reassigned it to one of the other
 3      employees in your unit?
 4  A   I would have reassigned to another inspector.
 5  Q   Have you had an opportunity to work with Tom Christensen?
 6  A   Tom.....
 7  Q   I'm sorry -- I'm sorry, Tom Carter.
 8  A   Yes, on the 230 branch.
 9  Q   And in working with him were you a coworker or were you a
10      supervisor?
11  A   No, I was the supervisor, the manager, and when I came
12      from the District Office to the Regional Office and
13      accepted the position, the 230 branch manager, Tom -- I
14      think Tom was sitting as -- acting as the 230 manager, he
15      went out to the District Office where I was in the section
16      supervisor position.  So we swapped seats and I think he
17      stayed there until -- I'm not sure, in July, August he
18      came back to the branch.  But -- so I worked with him for
19      six, eight months, something like that, back in the
20      branch.
21  Q   Just so I'm a little bit more clear, did you actually
22      serve in a detail capacity in the section supervisor
23      position, Operations, at the FSDO?
24  A   Yeah, I was there for a couple of months, I was there
25      temporary detail.
```

```
1   Q    And.....

2   A    That's just before I came to the branch.

3   Q    And at that time you indicated Tom Carter was acting.....

4   A    I.....

5   Q    .....as a 230.....

6   A    Right.

7   Q    .....branch manager?

8   A    That's correct, I think he was acting because I think Mr.

9        Paterson had left -- had been pulled out of the position

10       or whatever, he was not the branch manager anymore, I

11       believe Tom Carter was acting at the time.

12  Q    And why was it that you didn't stay out any longer than a

13       couple of months as the Operations section supervisor?

14  A    Well, during that period of time, and actually before

15       that, I put into the bid the unit -- the 230 branch

16       manager position was open so I had put in a bid for that

17       job.  And while my bid was in that job then I had been

18       actually assigned to go on a detail.  And so this was a --

19       more of a permanent job.

20  Q    And so.....

21  A    When I left -- it made it empty when I left so I came down

22       to the Region.

23  Q    So when you came down to the Region and when Mr. Carter

24       had finished his detail in the Operations section

25       supervisor position he came back to the 230 branch?
```

1  A    Yes, he did.  I think he was on leave for awhile and then

2       he came back to the branch.  That's correct.

3  Q    And you were then his supervisor for six to eight months.

4  A    That's correct.

5  Q    While you were his supervisor what did you think about Mr.

6       Carter's working style or ethics as a member of your team?

7  A    Well, during the period of time he worked for me I formed

8       my own opinion from his experiences and -- Tom is an

9       individual that would tell untruths in order to get what

10      he wanted.  And I can give you two examples of that, or at

11      least two examples.  When Tom came back to the branch he

12      wanted an assignment, right away he wanted assignments and

13      I explained to Tom that I did not have his folder put

14      together.  In this folder I needed to put the expectations

15      between the manager and the employees, like I had the rest

16      of the employees.  I needed to get his position

17      description in there, what he had, I needed to put in the

18      assignment of duties in his performance standards at that

19      time, go through the whole thing with him at one time.

20      Tom was impatient, he wanted to be assigned duties right

21      away and I explained him I needed some time.

22 Q    What duties are we talking about?

23 A    Well, he wanted specific duties, he wanted duties of the

24      Op Spec working group.  That.....

25 Q    And what is that?

1   A   That is an assignment from their -- as a Regional staff

2       specialist you would go back to Washington, D.C. or

3       wherever this group was meeting.  It met once a quarter

4       and it was a national workgroup combined of industry and

5       FAA people that worked on Operations specifications or

6       changes thereto and it was called an op spec working

7       group.  Tom wanted to have that assignment and I told Tom

8       that I was working on his assignments and I'd think about

9       it.  He had indicated to me like the next day I think he

10      had -- he'd been on that workgroup for about nine years,

11      he helped start that group, he wanted back in on that

12      group.  I explained to him that I was still working on

13      making a decision whether I'm going to let him have that

14      or not.  Some -- another employee, Mark Wilson, who was an

15      Airworthiness specialist for general aviation actually had

16      that assignment when I got to the branch.  And.....

17  Q   So someone else was already doing.....

18  A   Yes.

19  Q   .....that job?

20  A   Somebody else was doing that job.

21  Q   So to give it to Tom you'd have to be taking it away.

22  A   Take it away from the other employee.  And -- so I think

23      on the third or fourth day Tom had come in and said that I

24      was retaliating against him by not giving him -- he'd

25      asked me if I was going to give the position or the duties

```
1         to him and I told him no, I'd made a decision that another
2         employee had it and I was leaving it where it was.  And he
3         said words to the effect that I was retaliating against
4         him because he -- because of an EEO complaint he filed and
5         that I knew about this and I was retaliating against him
6         because of this.  I explained to him I didn't know of any
7         EEO complaint he had filed other than what he just told me
8         right there.  And in the course of on -- you know, finding
9         out about this position I found out that Tom himself was
10        the one who had given the assignment to Mark Wilson and I
11        explained to Tom -- because he accused me of taking it
12        away from him and giving it to another employee and I said
13        no, it didn't happen that way, you are the person that
14        assigned it to Mark Wilson when you were acting over here
15        before I ever got here and it wasn't me that did this.
16        Well, oh yeah, I guess you're right.  So, this.....
17   Q    And when you said oh yeah, I guess you're right, you're
18        referring.....
19   A    That's what he said, yeah.
20   Q    .....referring to what Mr. Carter said.
21   A    That's correct.  And so I started forming the opinion that
22        Tom tells the story as he sees it and it's not true the
23        way he was telling it.  Secondly, several months later I
24        was gone for one day on a -- on leave and I had another
25        person acting in the unit, Jim Garroute.  And Tom had been
```

1       trying to get out of the unit evidently, he was bidding

2       for a CSET job and he had the form which has your KSAO's

3       on it to fill out, your experience.  And you take that

4       normally to the supervisor to fill out who you've been

5       working with to, you know, rate you, rank you in these

6       different areas and you send that along as part of your

7       package.  Well, he went to Jim Garroute who was acting for

8       one day, you know, as an employee and he got Jim Garroute

9       to sign all these experiences, you know, superior,

10      superior, superior, and then he sent forward his package

11      to CSET.  The next day when I came back neither employee,

12      neither Tom Carter nor Jim Garroute had told me what had

13      happened.  But I found out several -- you know, some

14      period of time later when Tom had been selected that -- it

15      had come back to me that another employee in the unit had

16      filled this out and so Tom had done this with him.  I

17      approached the employee and asked him about this, oh, well

18      you didn't need to do that, Tom wanted to get out of the

19      unit so I just did that and, you know, we don't need to

20      tell you about it.

21   Q  When you said you approached the employee, you.....

22   A  Jim Garroute.  So that was the second occasion, you know,

23      from -- when I forming my opinion and my experiences of

24      working with Tom.  After that it seemed like Tom --

25      there's another occasion, one more occasion.  Tom did not

1    want to come and talk to me about issues.  He went to

2    Jerry Paterson who had been the previous manager who was

3    now a specialist to John Duncan, the Division Manager, and

4    he would tell Jerry Paterson his issues with me and Jerry

5    would call me over to his office and say Tom Carter's got

6    these issues with you and you need to fix them here.  And

7    after about the second or third time I explained to Jerry

8    Paterson if the employee's got some issues he can come and

9    talk to me directly, he's not -- you know, if you got

10   issues come and talk to the supervisor, we'll work them

11   out, but I'm not going through you anymore.  So because of

12   all that it seemed like Tom wanted to go around me, it

13   seemed like he didn't want to work with me.  There were

14   instances when he worked on -- well, the op spec, two more

15   things that I can explain.  The op spec working group,

16   when I -- when Tom was pretty confrontational about this I

17   did talk with Connie Streeter who was back in Washington,

18   D.C., it was part of the membership of the op spec working

19   group and I inquired from her more additional information

20   about what the person does that's on this team nationally,

21   what they do, and she had spoke very highly of Tom and Tom

22   had been there since the beginning.  And I asked about,

23   you know, our involvement from Alaska Region, I wanted to

24   have an overview from the Alaska Region participating on

25   this work team that meets every quarter.  And Connie

1    explained that Mark was fine, Tom -- they'd like to see

2    Tom back if possible.  Because of her high recommendations

3    I actually went back and changed my mind and obtained the

4    authority from management to alternate between Tom and

5    Mark Wilson to go back to the op spec working group.

6    There were other occasions -- you know, I just -- when I

7    explained that Tom had done this, you know, Tom felt I was

8    checking up on him in Washington, I didn't need to be

9    calling the people back there and asking them anything

10   about his involvement.  Then in addition we were working a

11   public air crash issue and we needed the information to

12   solve an issue.  Tom worked the issue and we needed

13   information from headquarters.  I called headquarters and

14   instruct -- offered to call headquarters, Tom said we

15   don't need to call headquarters, you don't need too many

16   cooks in the broth.  So from my perspective Tom didn't

17   want to get input from Washington, D.C. on an issue that

18   we had, he wanted to solve it all himself and didn't want

19   anybody to be involved other than himself in determining

20   this.  So part of my opinion I formed that he doesn't have

21   a big picture overview of what this branch does and how it

22   operates.

23   THE COURT:  Mr. Christensen, what was Connie's last name?

24   THE WITNESS:  Streeter, S-T-R-E-E-T-E-R, Connie Streeter.

25   THE COURT:  And does she have a title?

1    THE WITNESS:  She probably does but I'm not sure what it

2    is.  She's.....

3    THE COURT:  That's fine.

4    THE WITNESS:  She's the glue for the -- if you will, for

5    the op spec working group.  Tom Penland was the manager of the

6    group and she worked for Tom.

7    THE COURT:  All right.

8    THE WITNESS:  Penland.

9    MS. JONES RESUMES:

10   Q    Mr. Christensen, did you ever talk to anyone about being a

11        subject matter expert prior to your sitting down with Ms.

12        Bergin and giving her your opinion?

13   A    No, I had no time.

14   Q    Did anyone influence your decision to indicate to Ms.

15        Bergin that Verene Miller met the qualifications?

16   A    No.

17   Q    Did you have any occasion -- so you didn't talk with Mr.

18        Duncan.....

19   A    No.

20   Q    .....beforehand.

21   A    No.  No.  She came down, it was like 20 minutes she was

22        there.  I don't even think -- I don't think John was even

23        in the office at the time, but I'm just -- you know, she

24        called me, I said come down and she came down, it was like

25        20 minutes.

1   Q   You are the manager of the 230 branch and were back -- as

2       the manager back in April of 2000, since then, is that

3       correct?

4   A   I came in in March of 2000.

5   Q   March of 2000.  As the manager of that branch did you

6       attend manager's meetings sometimes referred to as QMC

7       meetings?

8   A   Yes.

9   Q   And in those meetings did you ever hear anyone speak of

10      wanting to have a particular person promoted?

11  A   No, I never heard of that.

12  Q   Did you ever hear John Duncan say that he wanted anyone in

13      particular promoted?

14  A   No.

15  Q   Did you ever feel in any way whether from attending those

16      meetings or just being at the Regional Office, or anywhere

17      else for that matter in Flight Standards, that Mr. Duncan

18      wanted someone in particular promoted?

19  A   No.

20  Q   Did you ever hear anyone say that John Duncan said that he

21      wanted Verene Miller promoted?

22  A   No, I never heard it in any meetings, I never heard it at

23      any water cooler, I never heard it anyplace in the office.

24      Nor off work or on work, I've never heard that.

25  Q   Did you ever hear Kent Adams indicate that he wanted

1    Verene Miller promoted?

2  A  No.

3  Q  Did you ever hear anyone say that Kent wanted Verene

4    Miller promoted?

5  A  No.

6  Q  Did you ever feel that Kent Adams wanted Verene Miller

7    promoted?

8  A  No.

9  Q  Did you ever hear of anyone else feeling that Kent wanted

10   Verene Miller promoted?

11 A  No.

12 Q  Did you ever hear Johnnie Wallace indicate that he wanted

13   anyone promoted?

14 A  No.

15 Q  Did you ever hear that he wanted Verene Miller promoted?

16 A  No.

17   MS. JONES:  I don't think I have any further questions.

18   THE COURT:  All right.  Thank you.  Cross examination.

19   MR. FLEISCHER:  Thank you Your Honor.

20              **CROSS EXAMINATION**

21 BY MR. FLEISCHER:

22 Q  Mr. Christensen, are you absolutely certain you never

23   heard anyone say that John Duncan wanted Verene Miller

24   promoted as soon as possible?

25 A  I never heard that.

1    Q    Nor did you hear anyone else relate such a statement to

2         you?

3    A    That's correct.  I didn't -- I never heard that.

4    Q    Do you have your affidavit in front of you?

5    A    Yes, I do.

6    Q    All right.  And that is F-4 in the ROI, is it not?  I'd

7         like to draw your attention to page four of the

8         affidavit.....

9    A    Okay.

10   Q    .....under what's called specific area response area

11        number one.

12   A    Okay.

13   Q    Initial certification of air carriers and general aviation

14        operators response.  In the second full paragraph of that

15        on the last sentence of the second full paragraph, I guess

16        maybe it's one whole entire line actually -- one entire

17        sentence I mean.  It says in my opinion this would be

18        equivalent to sharing responsibility with assistant

19        manager Operations for effective planning, direction and

20        implementation and administration in the District Office

21        because Ms. Miller shared the responsibility being

22        manager, Operations -- the President of Lane Aviation for

23        about 16 years for the FAA air carrier certificate.  Well,

24        from her equivalency statement she did not indicate that

25        she had been specifically involved with the President in

1    those -- in sharing those responsibilities for the entire

2    period that she was there, had she?

3  A  Well, in paragraph two it says I worked directly for the

4    President of the company.  I was responsible for the FAA

5    carrier's -- FAA carrier certificate.  I mean she had the

6    responsibility.  The President oversees the company.

7  Q  Well, that was when she was the DO though, is that

8    correct, Director of Operations and perhaps charter

9    manager?

10  A  Well, it says when I was the manager of the charter

11    department.  That was for about 16 years.

12  Q  Well, the -- but in terms of administering the planning,

13    direction and implementation of the District Office, that

14    would not come to pass until she was the -- presumably the

15    Director of Operations, is that not true?  The charter

16    operator -- the charter manager would have a more limited

17    ken would she not?

18  A  I'm not sure I understand your question because you're

19    asking if she would do the District Office?  I'm not -- I

20    don't.....

21  Q  Well, I mean -- I'm referring to the fact that you said

22    that she had shared these responsibilities for 16 years.

23  A  Correct.

24  Q  And my question is -- she of course was not the Director

25    of Operations for 16 years.  But -- and insofar as her

1    management of the charter operation, that was a more

2    limited relationship, was it not, the charter operator

3    manager, than District operator -- than the DO?

4    A    Well, it says as the manager for the charter department I

5    worked directly for the President, I was responsible for

6    the company's FAA certificate which covered the

7    continental U.S., Bahamas and Caribbean.  As the manager

8    -- you know, that's like the Unit Supervisor, you know.

9    She's actually above so I think she's sharing

10   responsibilities here with the owner of the company or the

11   President.  But I'm not sure I'm understanding your

12   question, I'm not sure I'm explaining what you're trying

13   to ask.

14   Q    Did you make any contact with the Aviation Safety

15       Inspector who was involved with Lane Aircraft at the time?

16   A    You mean when I read this?

17   Q    At any time during the course of your review.....

18   A    No.

19   Q    .....did you make contact with your own FAA Aviation

20       Safety Inspector's office that was responsible for Lane

21       Aircraft?

22   A    No, there'd be no reason to do that.

23   Q    Why is there no reason to do it?

24   A    Because I'm evaluating it off of what I read here.  What

25       would the person tell me that would be different than I'd

```
1         be reading here?  It would be.....
2    Q    Well, I mean if -- don't you feel that given the fact that
3         your own Agency has persons who are intimately familiar
4         with the aircraft in question, that they might have
5         germane information about the operation?
6    A    No, I evaluated this on my life's experiences.  I didn't
7         talk to anybody else about this.  I've been a manager,
8         I've been a Director of Operations, I've been a chief
9         pilot.  I understand this here, I don't need to call an
10        ASI to ask them any questions.
11   Q    Well -- but you weren't a manager of Lane Aircraft though,
12        were you?
13   A    No.
14   Q    In Columbus, Ohio?
15   A    No.  And I don't -- and for me.....
16   Q    No.  That's what I'm talking about through, I'm talking
17        about talking with someone who is on the ground and
18        knowledgeable about Lane Aircraft in terms of their
19        working operation, in terms of the number of planes that
20        they actually have operating over a period of time, the
21        number of pilots, the complexity of the operation and --
22        that's the person I'm asking you why you did not make
23        contact with that person.
24   A    I didn't make contact with anybody in here.  In fact I
25        even said in my affidavit if she's done all this she's
```

1        qualified, period.

2   Q    All right.

3   A    I didn't -- there was.....

4   Q    Okay.  Let me ask you this.  In terms of the Agency's own

5        rating of the complexity of an airline, you realize that

6        the FAA assigns Aviation Safety Inspectors to actually

7        inspect specific airlines, do you not?

8   A    Yes.

9   Q    Are you familiar with the fact that the Aviation Safety

10       Inspector who would have been assigned to Lane Aircraft,

11       even assuming the high point of their operation of having

12       up to eight planes and 14 pilots would have been a GS-13?

13       Do you understand that?

14  A    No.

15  Q    You do not.

16  A    It's very confusing because what you're asking has nothing

17       to do with bearing on me evaluating this.

18  Q    Well, my question though is, first, can you answer the

19       question of whether you agree that such an Aviation Safety

20       Inspector who would be assigned to the airline with the

21       definitions that you saw of Lane Aircraft would be a GS-

22       13.....

23  A    I don't know.

24  Q    .....inspector?

25  A    I don't know.

1    Q    You don't know one way or the other.

2    A    I'd have to go look at the complexity I guess, I don't

3         know.

4    Q    Okay.  Well, assuming -- let me just ask you for purposes

5         of assumption that if that person was a GS-13 and if that

6         was the actual complexity that your Agency, the FAA, had

7         assigned to Lane Aircraft, how is it that you can then

8         discern that there is a more serious level of complexity

9         than what the FAA itself has ascribed to Lane Aircraft?

10   A    Well.....

11        MS. JONES:  I'm going to object based on speculation.

12        THE COURT:  Well, it is a hypothetical.  Go ahead and

13   answer if you can Mr. Christensen.

14   A    Can you repeat the question please?

15   Q    Yeah.  Okay.  The question is how is it that you as the

16        subject matter expert were able to discern that the work

17        being done by Verene Miller while working for Lane

18        Aircraft constituted a level 14 supervisory work, or level

19        14 work, when your own Agency, the Federal Aviation

20        Administration, has a Aviation Safety Inspector assigned

21        to that aircraft industry, that specific aircraft company,

22        who is a GS-13?  If the FAA has determined the complexity

23        of Lane Aircraft is entitled to a GS-13 Aviation Safety

24        Inspector how is it that you can determine that it's a

25        complexity level of 14?

1   A   Simple, they're not even connected, whatever.  The things
2       that Ms. Miller did here is exactly the same kinds of
3       things I did as a Unit Supervisor as a 14 level out at the
4       Anchorage District Office for over nine year -- almost
5       nine years.  It didn't have anything to do with complexity
6       of who was assigned to what job as an inspector overseeing
7       it.
8   Q   Well, in terms of -- when you were Unit Supervisor what
9       was the nature of the charge of the unit that you were in
10      -- you were supervisor of?  What was the nature of the
11      work that you were doing?
12  A   As a supervisor?
13  Q   As the Unit Supervisor.  What was the unit charged with,
14      what kind of duties and responsibilities did the unit
15      have?
16  A   We had oversight over all kinds of carriers to commuters
17      to single pilots to part 121 carriers.
18  Q   You were involved in enforcement?
19  A   Well, yeah, we did enforcement, we did accidents,
20      incidents, we did all kinds of things.
21  Q   All right.  Did you find anything in the equivalency
22      report that touched on enforcement or accident
23      investigations by Ms. Verene Miller?
24  A   You mean in her report here?
25  Q   In her equivalency report that you reviewed, yes.

1  A   Well, yes, I did as a matter of fact.  What I looked at

2      was some of the surveillance activities, enforcement,

3      accidents and -- have to do with surveillance and the fact

4      that she was a successful manager over this company for

5      about 16 years, she had to be able to do internal

6      surveillance with her company to keep the company

7      complying with the rules and regulations because a person

8      that didn't do that would have been fired within several

9      years.  So you have to make sure the pilots have got

10     medicals, you have to make sure the airplanes are flying,

11     have the proper inspections.  So she had to do a lot of

12     internal surveillance in this company which equates to the

13     same kinds of things you're asking about, accidents,

14     incidents, enforcements.

15 Q   You call that surveillance?

16 A   Yeah, that's called surveillance, uh-huh (affirmative).

17 Q   What other duties did you have in the unit?

18 A   As the supervisor or as the unit?

19 Q   The unit itself.

20 A   Well, we did all kinds of things.

21 Q   Well, why don't you specify some of them please?

22 A   We completed work program R items.

23 Q   I'm sorry?  We completed.....

24 A   We completed work program R items, they're called required

25     inspections on the carriers.  We reviewed training

1   manuals, we reviewed operations manuals, we reviewed

2   minimum equipment lists, we do proving runs, proving

3   tests, all kinds of things.

4 Q Proving tests?

5 A Uh-huh (affirmative).  If you had an airplane that

6   required proving tests per the handbook we had to do

7   proving tests.  For example, Markair added a dash eight

8   onto their certificate, they'd never had it before, they

9   had to do proving tests, had to do proving runs.  So

10   it's.....

11 Q And your unit actually supervised that -- those proving

12   runs or had.....

13 A Well, the unit I worked.....

14 Q .....were involved in it.

15 A The unit I worked for before, yes, we did that, correct.

16 Q All right.  And are -- would you say that those and

17   perhaps other of the obligations that the FAA Aviation

18   Safety Inspectors' office has are unique to the Aviation

19   Safety Inspector?

20 A I'm not sure I understand your question sir.

21 Q Well, in terms of proving a specific aircraft, would you

22   actually assign someone to the aircraft and.....

23 A Sure.

24 Q .....do a check ride and so on?

25 A Sure.  For example, we had Pennair.  Pennair added SAB

1     (ph) 340's onto their 121 certificate, they had never

2     before operated SAB (ph) 340's so we had to have proving

3     tests and proving runs and we had to have a team of people

4     that were qualified to do that, that would get on that and

5     do the proving runs and proving tests.

6  Q  And were a number of these duties and responsibilities

7     congressionally directed?  In other words were you

8     following congre -- laws that had been passed by the

9     Congress directing the operations of the FAA?

10 A  We were following our handbook, 8400.10, you know.  That's

11    our orders and our guides, we follow that.

12 Q  Well, did that handbook in any way relate to the fact that

13    a number of these duties and responsibilities that were

14    being administered were a result of Congressional action?

15 A  I'm not.....

16 Q  Acts of Congress?

17 A  Well, I'm not sure.  Because we have acts of Congress that

18    do not get codified and become rules.  For example, the

19    hunter guide, the issue in Alaska for quite some time is

20    that hunter guides need to be a part 135 on their

21    certification.  Congress passed a law that will do all

22    these things and that's not been codified so we're not

23    doing that, even though Congress has passed it.  There are

24    several things Congress has passed that we don't do as an

25    Agency.  So what we're following.....

```
 1   Q   But there are also a number of things that Congress has

 2       passed that you do do as an Agency, is that true?

 3   A   Right, we follow the Code of Federal Regulations, you

 4       know, the rules and regulations that pertain to, you know,

 5       part 135 or part 121, and then we use our handbook, the

 6       8400.10, for the operations side for example, and those

 7       are our guidance and we have, you know, internal handbook

 8       bulletins and so forth to help guide us to do those

 9       things, that's correct.

10   Q   And you do know that the CFR, the Code of Federal.....

11   A   Correct.

12   Q   .....Regulations, are regulations that are promulgated

13       pursuant to federal law, do you not?

14   A   One would think so.

15   Q   All right.  That's supposed to be the way it works anyway,

16       right?  Now there's nothing in your -- any of the private

17       experience that you had in which you were actually

18       implementing the directives of law as to the Agency, is

19       that correct?

20   A   I'm not sure that -- could you ask that one more time so I

21       can understand what it is you're asking?

22   Q   Okay.  Well, when you're -- when you were in private

23       industry.....

24   A   Okay.

25   Q   .....don't you agree that you were being required to
```

1      follow the various provisions of law that apply to

2      aircraft industry.....

3  A   Correct.

4  Q   .....but that the FAA was actually ensuring that you did

5      follow that?

6  A   That's correct.

7  Q   So that person is on the other side of the street, is he

8      not, from you as the aircraft operator, chief pilot.....

9  A   You mean is the FAA on the opposite side of the industry?

10     And the answer is yes, if that's the question.

11 Q   That's the question, yeah.

12 A   Yeah, uh-huh (affirmative), that's true.

13 Q   All right.  Okay.

14     (Pause)

15 Q   Now, looking at page four of your affidavit which is under

16     F-4.  And the final paragraph thereof, you stated, for

17     example, Ms. Miller hired a pilot -- after Ms. Miller

18     hired a pilot she would have been responsible to see that

19     the pilot was properly certificated under the FAA's rules

20     and regulations.  Is that correct, is that what you said?

21 A   That's correct.

22 Q   Isn't it a fact that one who hires a pilot should ensure

23     that that pilot in fact meets the necessary minimum FAA

24     rules and regulations before making them an employee

25     pilot?

1   A      No, not necessarily.  There are lots of companies where

2          they hire pilots, for example you need 500 hours to be an

3          air taxi pilot, they might hire you with 200 or 300 and

4          they could actually train, do flight instruction, do

5          things to acquire the time to become certified for 135,

6          then they could fly onto the 135 certificate.  But what

7          I'm referring to here is the fact that there are certain

8          things that Ms. Miller would have to do, you know, as the

9          person that hired.  For example, I say properly

10  :       certificated, there's a training program that the pilot

11         has to go through as you're hired as an employee off the

12         street you have the credentials, you have the

13         certificates, you have the medical certificate, you have

14         the number of hours required before you can operate as a

15         pilot.  She would have to make sure he's certificated in

16         the sense that he has -- that person has to go through the

17         training curriculum for the company, the ground training

18         and also the flight training and then they would have to

19         complete an FAA check ride under 135.297 or, you know,

20         299, and that would all have to be documented and be

21         satisfactory before the person could fly.  So there's

22         additional things that Ms. Miller would have to do after

23         she hired the pilot.

24  Q      Well, isn't it also though the situation that if one is

25         hiring a pilot to actually operate a -- an air taxi

```
 1        aircraft that they have to have some certification prior
 2        to doing that?
 3   A    Right, they need a number of hours of flight -- you know,
 4        they have to have -- there's a certain number of hours you
 5        have to have and certificates you have to have, medical.
 6   Q    So in those cases it would certainly be necessary, would
 7        it not, to make those determinations before, not after,
 8        the hiring?
 9        MS. JONES:  I think this question's been asked and
10   answered.
11        MR. FLEISCHER:  I don't think so.
12   A    Well, as I indi.....
13        THE COURT:  Answer if you can.
14   A    As I indicated before -- let me just use helicopters for
15        an example.  You need 500 hours to fly a helicopter.  Not
16        a lot of pilots fly around with, you know, 500 hours in
17        helicopters.  So companies will hire them to do part 91
18        flights, maybe they have 250 hours, and they would work
19        over the years to get their 500 hours so that they could
20        become a certified air taxi pilot.  So in that case they
21        may not have the necess -- they may get hired, but not as
22        an air taxi pilot.  They might be a flight instructor
23        inside the company building time to become a pilot.  And
24        so -- it's just kind of a two part answer.  The one part
25        is they don't necessarily have to have the hours.  But,
```

1      now if the person does have the hours in the -- and Ms.

2      Miller wants to put them on the line as a pilot she has to

3      make sure that they have all of the training required in

4      the company, which includes all of the ground training,

5      includes the initial ground training, it includes initial

6      flight training, then they got to go out and do flight

7      checks.  And that's all by regulation and she has to make

8      sure that that's done before the person ever takes an air

9      taxi flight.  And if the person flies in more than one

10     airplane then she's got to cross train them in the other

11     airplane per the approved training program.  So whoever

12     walks in the door has got work to do, but they may or may

13     not have the certification depending on what the company

14     wants to do.

15  Q  Okay.  One moment.

16     (Whispered conversation)

17  Q  In regard to page six, you quote Ms. Miller -- in the

18     second paragraph that starts with paragraph three, page

19     five.

20  A  Yes.

21  Q  You quote Ms. Miller as saying I was given signature

22     authority by the company for federal, state, custom and

23     international paperwork and so on.  Did you determine that

24     she had the Operations specifications authority?

25  A  I understood that, yes, from reading that, that was my

1      reading of it.

2   Q   That was your interpretation of the.....

3   A   That's correct.

4   Q   .....the statement?

5   A   Right.

6   Q   Well, isn't it possible that she may have had the

7      authority for certain of these responsibilities but not

8      operations specifications?

9   A   No, because down at paragraph four it says prior to

10     computer generated op specs, I wrote the op specs being

11     used for the company in coordination with FSDO, I

12     maintained secured required manuals.  So, you know, she

13     did the op specs for the company and when she says she had

14     -- you know, she was able to bind the company legally with

15     the FAA through operation specifications.  Normally the

16     FAA has two things that you need to be an air carrier, you

17     need to have the air carrier certificate which is that you

18     meet the minimum qualifications to be an air carrier, and

19     then secondly you need the operations specifications, and

20     that's the contract that the carrier has, how they're

21     going to operate and how they're going to maintain their

22     airplanes, it's a contract between the Agency.  And she

23     clearly had the authority to sign these operation

24     specifications.

25  Q   And what are you referring to in her equivalency

1          statement?

2     A    Well, I'm referring to paragraph four in the middle.  It

3          says I wrote the operation specifications being used for

4          certificate coordination with the local FSDO.  And then of

5          course in the prior paragraph she said she -- I was given

6          signature authority by the company for federal, state,

7          customs and international paperwork to -- necessary to

8          provide air transportation within the limits of our

9          certificate.  And that -- you know, when you read that the

10         conclusion you come to is she had the authority to do

11         operation specifications.  She had the ability to bind the

12         company contractually with the FAA for operation

13         specifications.  Which was not unusual, you know, if you

14         were, you know, a Director of Operations or a chief pilot.

15         Because in the operation specifications you have to have

16         at least three people's names on there, you have to have

17         the Director of Operations.  They have -- they're the

18         person that's listed.  You have to have the Director of

19         Maintenance, you have to have the Director -- a chief

20         pilot, Director of Operations and Director of Maintenance,

21         those three people.  In my general experience I found that

22         at least those three people are able to sign for the

23         company operation specifications, which she was.  She was

24         a chief pilot and she was the Director of Operations.  Her

25         name would have appeared on the operation specifications

571

1    and in general she would have been -- had authority to

2    sign operation specifications.

3  Q   Did you make a definitive determination as to what the

4    total number of pilots there were at the Lane Aircraft

5    while she was present there?

6  A   Well, from reviewing her package I think it varied,

7    anywhere from six to 15.

8  Q   Those were employees though, is that correct?

9  A   Well, for example, on her specialized experience.....

10  Q   Could you just answer the question.  Those were employees,

11    were they not, Mr. Christensen?

12  A   The six to 15 says employees, specifically she says 14

13    pilots.  You know, it's on the very last paragraph on

14    specialized experience she said.  Consisted of 14 pilots

15    in the department, so.

16  Q   All right.

17  A   You know, it varied.  You know, as you -- seasonally

18    people -- you hire more people in the summer to fly in a

19    company and generally like up in Alaska it's less in the

20    wintertime.  Some companies park their airplanes.  So the

21    number of pilots could vary, but for sure it was 14, I

22    read that.

23  Q   Did you -- were you relating the Alaska experience to this

24    Ohio aircraft when you made your judgments about it?

25  A   Yes, I related all of my experiences and the majority of

```
 1          my experiences are in Alaska.  I have over 16,500 hours
 2          flying time, that's about two years of my life in years,
 3          seven days a week, 24 hours a day, 365 days a year.  I've
 4          flown outside in Florida, in the lower 48, for about 500
 5          hours.  So I have over 16,000 hours in Alaska.  My
 6          experiences are based, you know, with respect to that.
 7          It's about 36 years in aviation.
 8    Q     All right.  Now on page seven in the last paragraph of
 9          that document.
10    A     Page seven?
11    Q     Page seven.
12    A     Okay.
13    Q     The last paragraph you quote Ms. Miller as saying I
14          scheduled the aircraft into maintenance and worked with
15          the Director of Maintenance to ensure that all aircraft
16          were kept in airworthy condition under our service
17          department's FAA certificated repair station.  Now that --
18          is that something that you placed reliance on in terms of
19          that scheduling obligation?
20    A     Well, yes, but not -- miniscule.  For example, a unit --
21          an Operations Unit Supervisor generally wouldn't, you
22          know, be involved in maintenance.  You know, when you look
23          at this pos -- when you look at the position description
24          it talks about Operations, you know.  So.....
25    Q     Yeah.  Well, she's not asserting that she was involved in
```

1     the maintenance.

2  A  No.  But I'm just saying the that specifics part is
3     Operations, I'm looking at Operations.  But the fact that
4     she did this indicates to me that she did understand a
5     wide perspective which a Unit Supervisor has to have.  She
6     had beyond the Operations in terms of her pilots.  She had
7     it clear over into the maintenance department and she had
8     to work with, you know, the maintenance department to make
9     sure that the aircraft didn't overfly inspections, that
10    the aircraft came out that were airworthy for the pilots
11    to fly, that there were squawks written up.  She looked at
12    those, she coordinated all that.  So yeah, she had a
13    pretty wide perspective.

14 Q  Well, wouldn't you agree though that the actual scheduling
15    of only several aircraft in the maintenance is not in and
16    of itself that heavy a responsibility?

17 A  Well, I'm not sure as to only several aircraft.  It says I
18    scheduled the aircraft into maintenance.  For me -- I mean
19    I think she probably meant all the aircraft, however many
20    they were in the company.  But the fact is that she did
21    it.  And in so doing she exercises the wide perspective
22    that she has in making sure that the company stays in
23    compliance with the Federal Aviation rules and
24    regulations.

25 Q  Looking at page eight of the affidavit.  And the last

574

1          paragraph.

2    A     Page eight, the last paragraph?

3    Q     Yes.

4          (Pause)

5    Q     Now you indicated that -- in the last sentence of that

6          paragraph saying that while it is true that a first line

7          Supervisory Aviation Safety Inspector deals daily with

8          technical issues they among other duties deal far more

9          with a wide range of people issues, and so on, such as

10         hiring, disciplining and so on.  Don't you agree that the

11         Supervisory Aviation Safety Inspector has to be

12         technically proficient, has to be fully familiar with all

13         of the technical aspects of the operation?

14   A     No.

15   Q     You do not?

16   A     No, I don't agree.

17   Q     You don't agree that in terms of actually supervising

18         individuals in their substantive work that the supervisor

19         need not know the substance of the work that your minions

20         are doing?

21   A     I didn't say that.  You asked me if I -- if they had to be

22         technically proficient or current in it and that's not the

23         case.  They do have to have some technical expertise in

24         order to provide the guidance to their employees.  But

25         quite often there are issues where as a supervisor I would

1    have to call to the Regional Office to get additional

2    guidance on policy and additional technical guidance that

3    was not current or held at the Anchorage District Office.

4    So you do not have to stay technically proficient and

5    current as a Unit Supervisor.  That helps you get there,

6    but you don't have to know all the answers.  You have to

7    know where to go to get the answers.  I could give you an

8    example of that if you like.

9    Q    Okay.  Let's look at page nine.  First paragraph.  It says

10        personnel work assignments were scheduled, I mean quoting

11        Ms. Miller as saying that?

12   A    Yes.

13   Q    Work assignments for the Lane Aviation subordinate

14        employees.  Did you ascribe that work to be GS-14 type

15        work or is it in fact not more consummate with GS-5 or 6

16        work?

17   A    You know, that's identical to what I would do as a Unit

18        Supervisor at the 14 level.

19   Q    That's what you would do?

20   A    Yes.

21   Q    You would never assign that to any lower official to

22        assign those work assignments?

23   A    I beg your pardon?

24   Q    You wouldn't assign that to any person, any subordinate?

25   A    Sure, I would.  Yeah, I mean if there was work to be had I

1    would assign it, as a Unit Supervisor I would assign it to

2    the person that was responsible for that area or a person

3    that had that specific -- you know, maybe they were doing

4    accidents that week, they were assigned, I would assign

5    them the accidents.

6  Q   All right.

7  A   You know, that's -- and Ms. Miller, she scheduled work

8    assignments for her subordinate employees.  That's exactly

9    what I did as a Unit Supervisor.  I knew when people are

10   going out onto the field, I knew what work assignments

11   they were doing.  If they were doing enforcement cases I

12   helped them make sure they were doing it appropriately and

13   they had assignments to gather the correct evidence.  And

14   it would match exactly here.

15 Q   Now Ms. Jones asked you about your work as -- in the 230

16   job.  What was it again that you were -- position you

17   held?

18 A   Well, I'm still there now, I'm presently the manager as

19   the 230 branch.  I came in about March of 2000 and it was

20   a temporary not to exceed bid, could be made permanent

21   within two years.  So when I took that job it was a

22   temporary position, you know, but it could be made

23   permanent, so if everything worked out the management team

24   could make me permanent, which they did.  And I've been

25   there so -- I've been here almost, what, three -- not

1      quite three and a half years.

2  Q   Now you.....

3  A   Been the best job I ever had, I love it.

4  Q   I'm pleased to hear that.  Let me ask you this.  You were

5      asked by Ms. Jones about Tom Carter.....

6  A   Yes.

7  Q   .....the Complainant here.  And you made statements about

8      this position in Washington.

9  A   Correct.

10 Q   Isn't it a fact that Mark Wilson was a temporary employee?

11     Was temporarily assigned to that position.....

12 A   When I.....

13 Q   .....and not permanently assigned.

14 A   When I came -- no, that's not correct, it might be.  When

15     I came there Mr. Mark Wilson had that assignment.  On

16     April the 17th and 18th, about a month and a half after I

17     came to the unit, we had off site meetings and we reviewed

18     all of the assignments all of the employees had.  If we

19     made changes, changes were made at that time and those

20     were in my mind all permanent assignments.  In other words

21     they had that assignment until sometime later we decided

22     to change it.  But they were responsible for that.  Mark

23     Wilson was responsible for the operations specifications

24     work group.

25 Q   And Mr. Wilson didn't tell you that he had been assigned

1    by Mr. Carter for the meetings while Mr. Carter was the

2    acting supervisor?

3 A  He did tell me that, yes.  He told me that Tom Carter had

4    given him the assignment of the op spec working group.

5 Q  But he didn't tell you that it was during the time that he

6    was acting supervisor.

7 A  Yes, he did.  That's how come I was able to ascertain that

8    what Tom was telling me was the untruth, that when he

9    accused me of taking the assignment away from him and

10    giving it to Mark Wilson I indicated to him that he in

11    fact himself had given it to Mr. Wilson when he himself

12    was the acting Unit Supervisor, and not me.  When I came

13    there Mr. Wilson had the assignment.

14 Q  Well, he didn't explain to you -- you were never -- it was

15    never explained to you that that was a temporary

16    assignment only for the period of time that he was the

17    acting supervisor.....

18 A  No.

19 Q  .....and not otherwise?

20 A  No, that's never been explained either by Mr. Wilson or

21    Mr. Carter.

22 Q  And you're sure of that.

23 A  Yes, I am.

24 Q  All right.  Okay.  While you were -- and this is the same

25    unit that you're currently head of, is that correct Mr.

1       Christensen?

2   A   Yes, the 230 branch, uh-huh (affirmative).

3   Q   230 branch unit.

4   A   Right.  We have about 14 employees.

5   Q   About how many?

6   A   Thirteen or 14 employees.

7   Q   Yeah.  Isn't it a fact that there were a number of

8       employees that left your unit to go elsewhere?

9   A   Yes, there was.

10  Q   Within the Agency.

11  A   That's correct.

12  Q   And did you understand from management that they were

13      uniformly stating that it related to your own management

14      style that they required -- they felt they necessarily

15      leave?

16  A   No.

17  Q   You never heard that?

18  A   No.  In fact it's quite the opposite.  My team now has

19      written me up for manager of the year award, which I won.

20      You know, this team.....

21  Q   Who wrote you up for that?

22  A   My team right now, the present team that I have.  Wrote me

23      up and I just received this award here just -- you know,

24      like within the last couple months, manager of the year

25      for the whole Alaskan Region Flight Standards Division.

```
 1            So no, I'm very happy.
 2    Q     That -- this -- that was 2003.  We're talking about, you
 3            know, 2000.  And was that when you were having an exodus
 4            of employees and citing your management style as the
 5            reason?
 6    A     Nope.  Nope.  Two employees did leave, both took CSET
 7            jobs.  That is they went to a different career path than
 8            working in the 230 branch.  Neither employee came to me
 9            and said it was my management style or indicated to me any
10            displeasure with me.
11    Q     And none of your supervisors have ever told you that as
12            well, is that correct?
13    A     My super -- that's correct, yeah, quite the opposite.
14            (Whispered conversation)
15    Q     Is it a fact that you assigned Mark Wilson to actually get
16            information on what projects Mr. Carter was working on?
17    A     No, I'm not sure that I understand your question.
18    Q     You do understand the question.
19    A     Well, I'm not sure.  Is it before Tom left or after Tom
20            left, what's the question?
21    Q     Well, when Tom was there.  And did you in fact assign Mark
22            Wilson to work on finding out about work that Mr. Carter
23            had been doing?
24    A     I'm not sure that I understand in terms of -- you have
25            something specific?  You know, to be quite frank, let me
```

1           explain to you, you know -- one of the things.....

2    Q      Well, what about the public aircraft issue in Washington,

3           D.C., did you ask Wilson.....

4    A      I may have asked another employee, it could have been Mark

5           Wilson, it could have been myself, I don't remember

6           exactly.  But we did seek additional guidance from

7           headquarters to be able to determine what was going on on

8           that project.  When I came to this particular branch part

9           of the issues were that nobody could determine who -- you

10          know, two or three people were being assigned the same

11          work.  So one of the very first things I did in this

12          branch was I got a work program put together in Access so

13          that when we made assignments to employees we entered it

14          into the work program and everybody had access to the work

15          program, all the employees had access so they could look

16          at who's working on what project, what status that

17          project's in or if it's in headquarters or here in the

18          branch.  So we're able to look at all those issues.

19   Q      No, my question is did you have Mark Wilson go check on

20          the Washington work that Mr. Carter had done?

21   A      I may have asked Mark to look at the public aircraft while

22          he was there.  He was in -- actually I think he was in

23          D.C., I did ask him to gather information for the branch.

24          I do that quite frequently.  We have several inspectors

25          that cross train, I mean they cross utilize them in our

```
 1        branch.  We help together, we work together.  We don't
 2        have anybody standing alone trying to do everything by
 3        themselves, we help each other.
 4   Q    Yeah.  You referenced in questions from Ms. Jones that Mr.
 5        Carter was speaking to Jerry Paterson about issues that
 6        related to the work and that Paterson would -- was
 7        speaking to you, is that correct?
 8   A    That's correct, yes.
 9   Q    Yeah.  Did Mr. Carter advise you that he had difficulties
10        in communication with you about issues?
11   A    No, not initially.  I think he did later on.  But at the
12        beginning he did -- he didn't like -- he didn't want to --
13        he had trouble communicating to me that this particular
14        assignment was his and he wanted it and he deserved it and
15        it was his and by god he wanted it.  And, you know, I
16        don't work that way, I look at the total job that's open
17        to the branch and what the Agency needs and figure things
18        out together.  I don't come the other direction.  And so
19        that was the feeling that Tom came -- Tom said I got
20        trouble working with you, I don't -- and the fact that you
21        don't understand what I'm saying.  I think he did come in
22        later and explain and I did understand.  It might have
23        been the second or third time he came in when he explained
24        to me that he had been there for nine years working from
25        the beginning.  And then when I talked with Washington
```

1    then I could understand better Tom's concern, what he was

2    talking about.  And that's why I changed my mind and went

3    further and worked it so that.....

4  Q  They of course verified exactly what he had said, did they

5    not?

6  A  In terms that he'd been working there for nine years.

7  Q  And that he'd been invaluable to them accor -- yeah.

8  A  That's correct.  Yeah, that's true, he provided a lot of

9    value and that's why I changed my mind.  Because he came

10   back in on the third day and talked again to me and I

11   talked with Connie Streeter in Washington and that's the

12   reason I changed my mind and allowed him to be a process

13   where both employees could go as long as we had money to

14   be able to do that.  It was because of that.  But the

15   issues I'm referring to are other issues in the unit

16   besides that that Tom went to Jerry Paterson about and

17   then they -- Jerry would call me to his office, Tom's got

18   a problem and you need to work it out.  And I finally

19   explained to Mr. Paterson if Tom's got a problem he can

20   come directly to me, we'll work it out together, we don't

21   need a third party.

22      THE COURT:  Mr. Christensen, did that occur before or

23   after you had served as the subject matter expert for Ms.

24   Miller?

25      THE WITNESS:  Oh, that was way before.

1          THE COURT:  How many years before?

2          THE WITNESS:  Oh gosh.  That was, I don't know, at least a

3    year.

4          THE COURT:  All right.  That's fine.

5    Q    At least a year, maybe several.

6    A    Yeah, right.  Right.  I got to look at the dates, but, you

7         know, that was -- that might have been in October of 2000

8         that Tom's issue -- month of October 2000 and I think I

9         did this thing in -- I'm not sure what the date was of

10        this.  This.....

11   Q    You think what you're recounting of the matters with Tom

12        Carter was in October of 2000?

13   A    Approximately, yeah.

14   Q    Okay.

15   A    September.

16   Q    Let me just advise you that the decision to hire Verene

17        Miller was made on August 4 of 2000.  So is your

18        testimony.....

19   A    Oh, yeah.  Yes, yeah.

20   Q    .....the matters that you discussed were at least a year

21        before that?

22   A    No, no, I guess I stand corrected.  So if she -- when was

23        the date that she was hired?

24   Q    On or about August 4, 2000.

25   A    The dates that Tom talked to me was about -- it was about

1       -- I'm saying it was about September, October 2000 was

2       those issues, somewhere in there.  So evidently that was

3       close.  It would have to be I guess after she was

4       selected.  Because Tom was.....

5  Q    Did you.....

6  A    .....back in the branch at that time obviously.

7  Q    Did you have any experiences with Mr. Carter before that?

8  A    No.

9  Q    None whatever?

10 A    Well, very seldom.  I mean I never worked with him because

11      we were always changing.  In 1992 when I went from the

12      Regional Office out to be Unit Supervisor, Tom was a Unit

13      Supervisor, in fact I went to his unit.  That was in July

14      of 1992.  When I went to his unit he came down to the

15      Regional Office.  I worked out there for eight or nine

16      years, he was down here all that time and when I came back

17      down here and accepted this position he went out to the

18      District Office.  And, you know, that's.....

19      MR. FLEISCHER:  I have nothing else at this time Your

20 Honor.

21      THE COURT:  All right.  Any cross?

22      MS. JONES:  Just a few.

23      THE COURT:  Or redirect, I'm sorry.

24      MS. JONES:  Just very few questions.

25                     REDIRECT EXAMINATION

```
1   BY MS. JONES:

2   Q   When you were reviewing Ms. Miller's bid package for Sandy

3       Bergin did you feel a need to check the voracity of what

4       she had to say?

5   A   No.  Not at all, it was very clear to me when I read this

6       that she had the equivalent experience of a Unit

7       Supervisor 14 level.  I was -- I had no problem making

8       that decision.

9   Q   When you were, again, reviewing her application you

10      indicated that you also reviewed the experience that she

11      put in blocks A, B and C of the 171 form.

12  A   Correct.

13  Q   In reviewing that did you know whether or not she had ever

14      been a POI as an Aviation Safety Inspector?

15  A   Yes, I did.  On block A at the very last paragraph she

16      said she was transferred to Anchorage in March of 1997

17      where I became a POI.  Anchorage in western Alaska for one

18      part 141 pilot school and pilot 135 operations.

19  Q   In looking at her work, did you also review the work that

20      she did at Spokane?

21  A   At Spokane?

22  Q   That.....

23  A   I just.....

24  Q   Experience.....

25  A   .....reviewed it very briefly, yeah.
```

1  Q  So did you take a look at the technical duties that she

2     listed that she did as an ASI in the Spokane District

3     Office?

4  A  Yes, I did.

5  Q  And again, you reviewed the technical duties that she did

6     as an ASI 13 level in the Anchorage office.

7  A  Yes.

8  Q  And you indicated you also reviewed the duties she did in

9     block C for -- that she wrote there also in -- while she

10    worked for Lane.

11  A  That's correct.

12  Q  Could you look at the second to the last paragraph?

13  A  Yes.

14  Q  And could you read that for us please?

15  A  Yeah.  It says I was selected to the National Air

16    Transportation Committee in Washington, D.C. as part of

17    the four members air taxi advisory committee for two

18    years.  The committee also represented industry at the

19    regulatory review conference in Denver for the remake of

20    part 135 in 1978.

21  Q  For those of us who aren't as familiar with aviation

22    activities, what does this mean she did?

23  A  Well, in 1978 we had a major rewrite of FAR part 135 rules

24    and regulations for small -- you know, for air taxi

25    operations.  And she was one of four member air taxi

1    people on this advisory committee.  This is a big national

2    deal.  And she was involved in this at the regulatory view

3    for the remake of part 135, so she really understood, you

4    know, what was going on with the complete change of the

5    rules and regulations in 1978.  And I think -- I mean my

6    guess is that's probably why they made her a, you know,

7    manager of the charter department because she understood

8    all this stuff.  She was able to -- and heck, they made

9    her the chief pilot, you know, like two years later, she

10   was chief pilot for four years.

11   Q    When you.....

12   A    She understood this.  And they......

13   Q    When you say part 135 are you referring to the Federal

14        Aviation regulations 14 CFR part 135?

15   A    Yes, I am.  So in this -- I mean when these changes came

16        in 1978 they required manual changes, you know, and

17        training program changes.  So she understood all that and

18        she would had to have written this into her current

19        training manual and her operations manual to accommodate

20        all the changes that came in 135.  So she was right on the

21        tip of the forefront.  And it says only as part of one of

22        four, there's only like four -- and she did it for two

23        years.

24        MS. JONES:  I don't think I have any further questions.

25        THE COURT:  All right.  Mr. Christensen, I have some

1    questions for you.

2            THE WITNESS:  Okay.

3                          **VOIR DIRE**

4    BY THE COURT:

5    Q    First of all, let's make sure the record is clear

6         regarding your total experience.  You were an Air Traffic

7         Controller I understood you to say.

8    A    Correct.

9    Q    For how many years?

10   A    From 1971 to '77.  About six and a half years.

11   Q    All right.  And your private air industry experience prior

12        to your commencing your FAA career, how many years total

13        would that be?

14   A    Well.....

15   Q    I know you had some before and some during and some after.

16   A    That's correct, that's what.....

17   Q    All right.  Well, let's......

18   A    .....I was going to say, there's some during.

19   Q    Right, let's start.....

20   A    Right.  So I started flying commercially in 1967.

21   Q    Well, no, no, that's not how I want my question answered.

22   A    Okay.

23   Q    Thank you.  How many years between the time you were an

24        Air Traffic Controller and the time you began your career

25        as a ASI with the FAA, how many years of private airline

1      experience?

2  A   During and after, or just after?  You mean after when I --

3      after '77?

4  Q   After '77 and before beginning your career with the FAA.

5  A   It was the whole time, the whole time period, that I was

6      involved in aviation.

7  Q   And how many years is that?

8  A   That'd be '77 from '86, that'd be nine.

9  Q   All right.  And then you come into the FAA as an ASI, is

10     that correct?

11  A   Correct.

12  Q   All right.  What was your grade when you were hired?

13  A   I came back as an 11.  I left as a 12 in 1977 and Flight

14     Standards hired me back, their -- they did that at the 11

15     level, they were hiring everybody at 11 when you came on

16     initially.  And as.....

17  Q   You left as a 12 when you were.....

18  A   Yes.

19  Q   .....an Air Traffic Controller?

20  A   Yes, I did.

21  Q   All right.

22  A   I was a journeyman Air Traffic Controller.

23  Q   All right.  Then you're hired back in as an 11.

24  A   Yes.

25  Q   Because there was a general policy.....

1  A    Correct.

2  Q    .....of hiring everyone in back as an 11?

3  A    That's correct.

4  Q    Is this after the strike, is this strike time that we're

5       talking about?

6  A    I left before the strike, the strike was in '81.

7  Q    All right.

8  A    This -- but the policy that Flight Standards had was to

9       hire people back as 11.

10 Q    All right.

11 A    And so they hired me back as an 11 and in order to get my

12      12 Personnel said I just have to be on the job

13      satisfactory for 90 days.

14 Q    All right.

15 A    And so I.....

16 Q    So you spent 90 days as an 11?

17 A    Well, it was a bit more -- it was a little bit more than

18      that, maybe 100 or 120, exact -- forgot exactly what it

19      was.  It was a year though, it was less than that.  The

20      Unit Supervisor gave me like 10 tasks, when you complete

21      these 10 tasks you can get your 12 back, which I did.

22 Q    And that was in 1986.....

23 A    Correct.

24 Q    .....'87?

25 A    Correct, uh-huh (affirmative).

1   Q   Okay.  What happens after that?  What's your next grade

2       level?

3   A   Thir.....

4   Q   GS-12, do you go to....

5   A   I was already a 12.

6   Q   .....well, you got a 12 after 180 days.

7   A   Right.  And then I became hired as a GS-13.  I don't have

8       the exact date in front of me, but I was hired over to the

9       -- after I -- I spent.....

10  Q   What year did you become a 13, more or less?

11  A   Well, it was just a little bit after that.  Probably.....

12  Q   '87?

13  A   Later -- latter part of '87 or early part of '88.

14  Q   All right.  And the title at that point?

15  A   Well, I was a specialist in the 207 branch, Regional

16      specialists, Operations specialists.  In the Region here.

17  Q   And when do you become a GS-14?

18  A   A year after that.

19  Q   And the title at that point?

20  A   Same title.

21  Q   Specialist, 207 branch?

22  A   Yes.

23  Q   Operations?

24  A   Right.  And then the branch changed names to the 290

25      branch, but I don't remember exactly when that happened,

1      but that occurred in there.

2  Q  And you become a 15 at what point?

3  A  Permanent 15 -- well, in this job I had took here in March

4      of 2002 I -- over the period of time I had had a 15 job

5      temporary on details, quite a few jobs as a matter of

6      fact.  If I could grab my sheet I could tell you exactly

7      when it was, but.....

8  Q  It's in the record.

9  A  Okay.

10  Q  Your affidavit.....

11  A  Yeah, right.

12  Q  .....sets forth your experience.....

13  A  Right.

14  Q  .....at page two.

15  A  Right.

16  Q  Tab F-4.  So let me understand this.  For approximately

17      between '88 and 2000 you may have held some acting 15.....

18  A  Yes.

19  Q  .....positions.....

20  A  That's correct.

21  Q  .....but you do not become a permanent 15 until March of

22      2000.

23  A  Actually it was probably -- I was temporary, still a

24      temporary, the position was temporary in March of 2000 and

25      it became permanent probably a year and a half after that.

1       Because the job I was in not to exceed two years couldn't

2       be a permanent, the manager decided to make it permanent

3       after about a year and a half.

4   Q   All right.  Let me ask you, have you turn your attention

5       to the position description for the Unit Supervisor

6       position.....

7   A   Okay.

8   Q   .....the document which you have testified you used to

9       assess Ms. Miller's equivalency rating for the subject

10      position.

11  A   Okay.

12  Q   And that is at tab 16 -- let's see, tab 16 of the record

13      of investigation.  Now is it your understanding that the

14      Unit Supervisor position as described in this document

15      consists of both technical and supervisory or managerial

16      expertise requirements?

17  A   Yes.

18  Q   All right.  Starting with the first -- the position

19      summary, roman numeral one at the top of this document.

20  A   Okay.

21  Q   In your opinion does the position summary describe a

22      solely technical, a solely managerial experience or a

23      combination of both?

24  A   I guess I would feel a combination of both, that it's a --

25      when I read all this it's a much more non-technical than

1      technical.

2   Q   And if you were to isolate the technical requirement or

3      expertise described in the position summary what would

4      it.....

5   A   Where would it be?

6   Q   .....what would you isolate it to?

7   A   I'd probably isolate it to area number one.  And.....

8   Q   Which?

9   A   Which would be like initial certification of the air

10      carriers and general av -- that could be technical,

11      although.....

12   Q   I'm just referring to the first paragraph under position

13      summary.

14   A   Oh, okay.

15   Q   Just that sentence summarizing the position.  Is there

16      anything.....

17   A   There's no technical, it's just all -- not for me, there's

18      no technical there.

19   Q   All right.  So you would not characterize any of that

20      position summary description as technical.

21   A   Correct.

22   Q   All right.  All right, moving on then to the roman numeral

23      two description in this position, principle duties and

24      responsibilities.  Under number one, just the statement at

25      one, do you characterize the statement at one as

    1           describing technical or managerial or a combination of

    2           both?

    3    A      You mean managerial?

    4    Q      Expertise.

    5    A      Yes.

    6    Q      Technical expertise, managerial expertise or a combination

    7           of both?

    8    A      Does one include A, B, C, D?

    9    Q      No.  We've not gotten to.....

   10    A      Just up to A?

   11    Q      Just number one.

   12    A      Okay, that'd be super -- managerial.

   13    Q      Managerial?

   14    A      Correct.

   15    Q      All right.  Then moving on to sub A.  Do you describe --

   16           would you in your opinion describe the requirement under

   17           sub A as requiring technical or managerial expertise.....

   18    A      Both.

   19    Q      .....or both?

   20    A      Both.

   21    Q      And which part would be the technical expertise under sub

   22           A?

   23    A      You'd have to understand certification of air carriers.

   24           You'd have to understand that as a supervisor.

   25    Q      All right.

1  A    And you wouldn't carry that out as a supervisor, you

2       wouldn't actually perform the functions, you have to

3       understand that.

4  Q    I understand.  All right.  Under sub B, the sentence

5       describing sub B requirements, do you characterize that

6       requirement as being a technical or a managerial expertise

7       requirement?  Or both.

8  A    Both.

9  Q    And if you can isolate the technical requirement under sub

10      B what would it be?

11 A    It says renewal of certificates and reoccurring

12      inspections of the operations, maintenance and avionics

13      programs.  The person that's -- would have to understand

14      the technical part of certificates that may be required to

15      be renewed, whatever that may be, and inspections, they

16      have to understand the technical part of inspection.  If

17      it's a base inspection they have to understand technically

18      how to conduct the base inspection.  But it's more

19      managerial, so it's a combination of both.

20 Q    All right.  Moving on to sub C, same question, technical

21      or managerial or both?

22 A    It's both because to ensure full compliance of regulations

23      the person would have to understand the Federal Aviation

24      regulations, they have to understand that.  But it'd be

25      managerial because you'd be carrying that out through the

1    subordinates.

2  Q  All right.  So the technical aspect is what portion of

3     that description at sub C?

4  A  It'd be the understanding of the Federal Aviation

5     regulations, any policies or criteria that the

6     administrator would use and any practices.  That would

7     include filing of airman certificates too, for example

8     medicals if they have to be filed or whatever.

9  Q  I'm sorry, the -- you would include?

10  A  Medical -- you know.....

11  Q  Filing of airmen?

12  A  Right.  If he had a change of address you have to

13     understand that you need to fill out a change of address

14     form and send it in to Oklahoma City.  You have to

15     understand that.

16  Q  All right.  Subsection D, same question, technical or

17     managerial or both?

18  A  He'd have to understand -- it'd be both.

19  Q  All right.  And would you isolate the technical aspects of

20     that position description at D?

21  A  Okay, it'd be the inspection and surveillance of

22     Operations.  So a person would have to understand -- if

23     you were being inspected what things are they going to

24     look for.  That's the technical part of it.

25  Q  All right.  Is that all under subsection D?  It's quite a

1        lengthy paragraph.

2   A   When I looked at the incumbent makes recommendations and

3        or decisions and actions for controversial aerospace

4        issues and so forth.  It's been my experience that

5        inspectors in the District Office, let alone supervisors,

6        don't ever hardly ever involved in that.  That's just --

7        it does not generally even occur, I mean.....

8   Q   Well, my question is is it a.....

9   A   Technical?

10   Q   .....technical requirement or a managerial requirement?

11   A   You'd have -- that would be a technical requirement.

12   Q   And that starts at what.....

13   A   And a managerial requirement being an incumbent makes

14        recommendations.  In order to make the recommendations

15        he'd have to understand the technical part.  But I've

16        never seen it.  I've never seen it happen.

17   Q   All right.  Anything else then at D?

18   A   No.

19   Q   All right.  Moving on to sub two under roman numeral two.

20        The first paragraph of the position description, does it

21        describe a requirement for technical or managerial

22        expertise or both?  In your opinion.

23   A   It'd be managerial.

24   Q   And the second paragraph under number two, is that

25        describing a managerial or a technical requirement?  The

1       second paragraph which starts.....

2   A   It.....

3   Q   .....at assist the assistant manager.

4   A   It's be both.  And the technical part would be the

5       training requirements, you would have to understand the

6       training requirements.  When an individual required

7       training, that's the technical part, the rest is

8       managerial.

9   Q   All right.  Let's move on to page two.  And there is a

10      third paragraph under number two.  The third paragraph

11      starts with a broad range of supervisory responsibility,

12      et cetera.  Does that describe technical or managerial

13      expertise in your opinion?

14  A   Both.  Because you have to understand what training is

15      required for employees.

16  Q   All right.  And what would you isolate as the technical

17      aspect?

18  A   The training needs of the employees would be the technical

19      part.

20  Q   And the final paragraph under number two, do you

21      characterize that requirement as describing a managerial

22      or technical expertise or both?

23  A   It'd be managerial.

24  Q   All right.  Sub three then under roman numeral two.  Does

25      that paragraph in your opinion describe technical or

1        managerial expertise or both?

2   A    It'd be managerial.

3   Q    And sub four?  Same question.

4   A    It'd be managerial.

5   Q    And that's the entire par -- the two paragraphs.....

6   A    Correct.

7   Q    .....under four?

8   A    That's correct.

9   Q    And roman numeral three then is titled supervision

10       received.  Does that describe managerial or technical

11       experience or both?

12  A    It'd be managerial.

13  Q    All right.  Was is your under -- what was your

14       understanding from Ms. Bergin as to what you were required

15       to do in acting as a subject matter expert in this matter?

16  A    My understanding was to review the position description

17       and then review the application that she gave me and

18       determine if the -- you know, if she had from her

19       experiences here that she'd listed, would they be

20       equivalent to what a unit supervisor would be doing.  And

21       that's what I did.

22  Q    Do you recall whether she asked you to determine whether

23       she had the technical expertise as opposed to the

24       managerial or supervisory expertise of a Unit Supervisor?

25  A    Well, I -- you know, I think she came to me because there

1        was technical parts in here that she didn't understand.

2        And so I was able to look at the application, the

3        technical parts, to determine if she had that experience.

4        I think it was probably both, the technical part was an

5        issue.

6    Q   Now you were asked in regards to Ms. Jones' question, she

7        inquired whether you had taken into consideration Ms.

8        Miller's prior experience with the FAA as far as her

9        duties and assignments in both Spokane and Anchorage.  Is

10       your response that you did or did not?

11   A   I did.

12   Q   And was it your understanding that in ascertaining whether

13       Ms. Miller qualified at the GS-14 level in order to make

14       her eligible to apply for the position at question that

15       you were in fact to take into account her FAA experience

16       in addition to her private sector experience?

17   A   No.  I guess I probably should -- no, I -- what I was

18       doing was looking at -- my understanding was to look at

19       the experience that she listed here for -- at a 14 which

20       she listed on the page specialized experience.  I did look

21       at the rest of the package because I had questions when I

22       read this, and so I looked at everything.  The stuff that

23       she listed on this page is exactly what I do as a Unit

24       Supervisor.

25       THE COURT:  All right.  Thank you Mr. Christensen, I don't