1    to talk to the parties.

2         THE REPORTER:  Off the record.

3         (Off record at 10:54 a.m.)

4         (On record at 11:00 a.m.)

5         THE REPORTER:  We're on the record.

6         THE COURT:  If you would put your mic on please and remain

7    standing.  We're on the record.  Raise your right hand and I'll

8    swear you in.

9         (Oath administered)

10        MR. WALLACE:  I do.

11                    **JOHNNIE WALLACE**

12   a witness, called for examination by counsel on behalf of the

13   Agency, was duly sworn, examined and testified as follows:

14        THE COURT:  All right, please be seated.  State your name

15   and spell your last name for the record please.

16        THE WITNESS:  My name is Johnnie Lee Wallace.  Wallace, W-

17   A-L-L-A-C-E.

18        THE COURT:  Mr. Wallace, the attorneys will be asking

19   questions of you, I may have some questions as well.  If you do

20   not understand a question please ask that it be restated or

21   clarified.  Please keep your voice up, we're recording your

22   responses.

23        THE WITNESS:  Okay.

24        THE COURT:  Thank you.  You may inquire Ms. Jones.

25                    **DIRECT EXAMINATION**

Exhibit  H

1   BY MS. JONES:

2   Q   Mr. Wallace, are you currently working for the Federal

3       Aviation Administration?

4   A   Yes, I am.

5   Q   And in what position are you working for?

6   A   I'm assistant manager, Airworthiness section.

7   Q   And where is that position located?

8   A   Anchorage Flight Standards District Office.

9   Q   If you could in a -- in somewhat of a brief manner take us

10      through your career in aviation starting with however you

11      first began.

12  A   Okay.  I started my career in 1960 when I enrolled at --

13      in Oklahoma State University in the aviation technology

14      associate program.  Graduated from that program in 1962

15      with a associate degree.  Along with my A and P

16      certificate, which I gained at that time, then I went to

17      work for Aero Commander, it's a aircraft manufacturer in

18      Bethany, Oklahoma, in I think around October of that year.

19      I worked for them for approximately a year working with

20      the team that did the certification of the aircraft that

21      were manufactured.  We did all the work to make sure that

22      they were ready for their certification and airworthiness

23      certificates.  I was drafted into the U.S. Army in 1963,

24      in November, went to basic training in Fort Polk,

25      Louisiana.  And from there I was assigned to Fort

1     Wainwright at Fairbanks, Alaska in the 65th Transportation
2     company, which is an aviation company, we maintained large
3     twin rotor helicopters. I was discharged from the
4     military in 1965, I believe late September of 1965 with an
5     honorable discharge in Fort Lewis. Went back to my
6     residence in Oklahoma and returned to Fairbanks within two
7     weeks after being discharged. Where I had been promised a
8     job with Wien Airlines but that didn't materialize. Due
9     to the time of the year they were typically known for not
10    hiring and they were laying people off. So I went to work
11    for Fairbanks Air Service which had a 135 certificate and
12    a training facility for part 65 airmen. Maintained their
13    aircraft and was selected as their Director of Maintenance
14    for their 135 and worked on their 121 certification in
15    1966. And, let's see, in about 1970 I believe it was I
16    went to work for Wien Airlines for two years working
17    graveyard shift as an A and P mechanic. I then went to
18    work for Bachner's Aircraft Service which was a part 43
19    maintenance facility and utilized my A and P and I
20    certificate to repair and do inspections on aircraft. I
21    did that until 1975 and then I went to work for ERA
22    Helicopters, Incorporated in Anc -- or in Fairbanks. In
23    1976 I was selected as their Director of Maintenance for
24    the Fairbanks and northern facilities, which we had a
25    facility at Deadhorse which I took care of. Worked for

1       them until 1978.  I was picked up by the FAA as an
2       Aviation Safety Inspector, let's see, I believe May of
3       1978 and was offered a job in Juneau, Alaska.  Went to
4       work in Juneau and approximately two weeks after I went to
5       work in Juneau, it must have been around the first of June
6       I'm going to guess, somewhere in that neighborhood, Mr.
7       Tom Carter came to work in Juneau also.  And there -- I
8       think there was four or five of us in the office at that
9       time, very small office.  In October of year, 1978, I was
10      asked by the division manager to return to Fairbanks where
11      I still had a residence and my family was still living to
12      work as an ASI in the Fairbanks FSDO.  So I worked from
13      1978 to 1989 in Fairbanks as a Aviation Safety Inspector,
14      principal maintenance inspector.  Bid a job as a
15      supervisor in the Anchorage FSDO and was granted that job,
16      showed up I think July of 1989.  And I became the second
17      Airworthiness supervisor, there were two Operations and
18      two Airworthiness supervisors at that time.  They had
19      increased their number of people and needed to increase
20      their supervision level.  And then, let's see, in -- must
21      have been about 1992 reorganization of the office, because
22      of the growth we increased the size of the supervisor
23      units and I was selected as the section supervisor for the
24      Airworthiness section and Mr. Jerry Paterson was selected
25      as the Operations supervisor.  In 1994, about April I

1    believe it was, due to reorganization and trimming back of

2    management level I was -- my job was abolished.  I was

3    offered a job at the 230 branch here in the Region which I

4    accepted and I worked for five years in that position.

5    When the assistant manager's position became available in

6    the FSDO I bid that position and was granted that position

7    in ni -- '99.  Yeah, in '99, and have been there ever

8    since.  We've recently reorganized about a year and a half

9    ago and restructured the office and I went from assistant

10   manager to the manager and now the assistant manager of

11   the Airworthiness section.

12  Q  So you indicated back in approximately '92 there was a

13      structure at the Flight Standards District Office, the

14      Anchorage FSDO, of a manager.  At the time was there a

15      assistant manager, do you remember?

16  A   If I remember right there was an assistant manager and two

17      -- there would have been four Operations managers and four

18      Airworthiness managers.

19  Q  So let me see if I've got this right.  There was a FSDO

20      manager.

21  A   Correct.

22  Q  And then there was an assistant FSDO manager.

23  A   Uh-huh (affirmative).

24  Q  And then you were selected as a section supervisor for

25      Airworthiness.

1    A    In '94.

2    Q    In '94. Was.....

3    A    No, that's -- '92 I was, that's correct.

4    Q    In '92, okay.

5    A    Yeah.

6    Q    So you were a section supervisor for Airworthiness and Mr.

7         Paterson was selected as the Ops.....

8    A    Operations, right.

9    Q    .....section supervisor. And under each of you section

10        supervisor you had Unit Supervisors.

11   A    That's correct.

12   Q    And then there came in '94 a flattening of middle

13        management.....

14   A    That's true.

15   Q    .....and the section supervisor jobs were abolished?

16   A    That's true.

17   Q    And you at that point went to the RO and worked in the --

18        which.....

19   A    230 branch as a specialist.

20   Q    As a specialist. And did you have a supervisor over you

21        when you were in the 230 branch?

22   A    Yes, Mr. Jerry Paterson was.

23   Q    So Jerry Paterson's job at the FSDO was also abolished?

24   A    Yes. Yes, it was.

25   Q    And then he -- did the branch manager position, the 230,

1      was that bid, is that how he got that position or did he
2      -- was he reassigned?
3          THE COURT:  What is the relevance of all this Ms. Jones?
4      Let's move on.
5  Q   Okay.  Have you been involved in the -- selecting
6      supervisors and managers while you have been out at the
7      Anchorage FSDO?  Have you.....
8  A   Yes.
9  Q   Has that been numerous times or once, just once?
10 A   Twice.
11 Q   Twice.
12 A   Uh-huh (affirmative).
13 Q   Okay.  And what positions were you involved with?
14 A   The selection of the Airworthiness and Operations section
15     managers, supervisors.
16 Q   So these section supervisor jobs that you had filled in
17     '92 through '94 were recreated?
18 A   Yes, they were.
19 Q   Do you know how that came about?  Just generally.
20 A   Well, generally it became about because of conversations
21     that I and Doug Dalbey had with the division manager and
22     not being able to keep up with all the workload.  We felt
23     it better to have more supervision to be able to keep up
24     with it.
25 Q   So was this during the time period that Mr. Dalbey was the

| 1  |   | FSDO manager? |
|----|---|---|
| 2  | A | Yes. |
| 3  | Q | Do you remember how it was that you became the selecting |
| 4  |   | official for these supervisory positions? |
| 5  | A | Well, I was the acting manager at that time. |
| 6  | Q | So when the jobs were being permanently filled you were |
| 7  |   | the acting manager of the FSDO? |
| 8  | A | That's correct. |
| 9  | Q | Is that a typical process whereby the manager would select |
| 10 |   | the -- I guess the second or third level managers, the |
| 11 |   | managers right under him? |
| 12 | A | Yes, it is. |
| 13 | Q | So would anyone from the Regional Office have been the |
| 14 |   | selecting official, would that have been ever done? |
| 15 | A | Not that I'm aware of. |
| 16 | Q | So as the selecting official, prior to your being given a |
| 17 |   | recommendation letter from the panel what was your |
| 18 |   | involvement in the selection process? |
| 19 | A | Prior to the panel? |
| 20 | Q | Before you got the -- a -- the panel's recommendation for |
| 21 |   | these positions, what was your involvement? |
| 22 | A | Well, my involvement would be to select a chairperson to |
| 23 |   | head the panel up. |
| 24 | Q | And who did you select for that? |
| 25 | A | That was Rick -- name escapes me. |

1  Q   Was he -- what position did he hold at the time?

2  A   He was assistant manager to me.  And he was detailed into
3      that position.

4      THE COURT:  Rick Girard?

5      THE WITNESS:  Girard.

6      THE COURT:  All right.

7      THE WITNESS:  That's correct.

8  Q   Okay.  You selected a chairperson for the panel and then
9      what involvement did you have?

10 A   Well, the only other involvement I had was to ask that he
11     select a panel, that it be anywhere from five to seven
12     people which was our norm for making selections, they
13     usually have that kind of a -- size of a panel.  And that
14     the -- ask questions that would help me make a
15     determination as who best would fill that position.  And
16     then to report back to me the top three candidates.

17 Q   There's been some discussion about the vacancy
18     announcement for the -- this position, these positions.
19     Did you have an opportunity to review the vacancy
20     announcements?

21 A   Yes, I have.

22 Q   Did you have an op -- was there anything that happened
23     with regard to the vacancy announcements that you
24     remember?

25 A   Well, when we had announced that the announcements were

KRON ASSOCIATES
1113 W. Fireweed Lane, Suite 200
Anchorage, Alaska  99503
(907) 276-3554

1     out to the employees, which we have a Monday morning all

2     hands meeting. It's not a required meeting for people to

3     come to, but the ones that are in the office usually come

4     to hear what the latest news is. When we announced that,

5     after we had announced it, Mr. Dave Lucher stood up and

6     said, well, why didn't the announcement take into

7     consideration prior work history? And I said, well, I'll

8     have to look into that. Because I really hadn't studied

9     the announcements that much at the time. And then shortly

10    after that the past business agent, Paul Raker, came down

11    and talked to Rick and I about considering adding that to

12    that bid announcement. And then Rick worked it with -- I

13    think it was Mary Hausermann I think at the time in our

14    210 branch.

15  Q  So was there a change made to the vacancy announcement?

16  A  Yes, there was.

17  Q  And did you have an opportunity to see that modified

18    announcement?

19  A  Yes.

20  Q  Was there a change made to the maintenance announcement?

21  A  You know, I don't remember if there was or not.

22  Q  Did you see that particular announcement?

23  A  It's been a long time since I've seen that one. I have

24    seen it, but it's been awhile.

25  Q  I'm going to hand you what has been admitted into evidence

1        as A-20 as well as what has been marked and maybe

2        admitted, I'm not real sure about that just yet, C-6,

3        pages 193, four and five.  I would like you to take a look

4        at these two announcements and tell me kind of what they

5        are and whether you had seen them.

6            MR. FLEISCHER:  Hold on just one moment please before you

7        answer -- get the Exhibit.

8            (Pause)

9            MR. FLEISCHER:  Okay, I've got it.

10    A   Okay.  This announcement 50326M is for Aviation Safety

11        Inspector, Maintenance Supervisor Aviation Safety, for the

12        maintenance.  And 50333M is for Supervisor, Aviation

13        Safety Inspector, Operations.

14    Q   And did you have an opportunity to review both of those

15        modified announcements?

16    A   Prior to them being put out or.....

17    Q   Either prior to or after them being put out but before the

18        -- it got into the interview process where.....

19    A   Yes, I did.

20            MS. JONES:  I would like at this time to make sure that C-

21        6, pages 193 through five has been admitted into evidence.  If

22        it hasn't I'm requesting it, if it's already done just clarify

23        it.

24            THE COURT:  All right.  Has it been admitted?  I think so.

25            MR. FLEISCHER:  I believe it has.

1      MS. JONES:  Okay.  Done.

2      THE COURT:  Yes.  All right.

3  Q  When you discussed the fact that it was announced during

4      the Monday morning telecon that the announcements were out

5      were you referring to both of these announcements were

6      originally put out?

7  A  As far as I remember I probably was.

8  Q  So when Lucher, Mr. Lucher raised the question about why

9      wasn't there a statement about equivalent experience would

10     he have been referring to then both these positions?

11  A  I would have to assume yes.

12  Q  Did he just discuss an Ops -- the Ops job, do you

13      remember?

14  A  No, I don't remember.

15  Q  Okay.  Did you have an opportunity to -- with these

16      positions to talk about the KSAO's, did you have any

17      involvement with what KSAO's went into these position

18      descriptions?

19  A  Well, we used the standard KSAO's that we normally put

20      with those that Mary Hausermann had showed me prior to

21      them coming out.

22  Q  So these were standard KSAO's.  Were these the same KSAO's

23      that were used for entry level positions or were these

24      specific to supervisory?

25  A  You know, I couldn't tell you.  I think they're specific

1     to supervisory.

2  Q  I'll let you take a look at one of the announcements and

3     review the KSAO's and then maybe if you could -- they're

4     listed at the bottom.

5     (Pause)

6  A  Those look like the ones that are standard pretty much for

7     the supervisor and manager's positions.

8  Q  Okay.  And you had a chance to review those before the

9     announcements went out?

10  A  Yes, I did.

11  Q  Once Mr. Girard was selected as the person to chair the

12     interview panel did you have any -- what involvement did

13     you have after that?

14  A  No involvement that I can remember.  I let him select the

15     team members and set up the interviews.

16  Q  Did you have a chance to review the interview questions,

17     do your remember?

18  A  I don't remember reviewing those.

19  Q  Okay.  So the next thing -- next involvement you had after

20     the panel had reviewed the bid packages and done the

21     interviews and scored the applicants, what was your next

22     involvement?

23  A  Well, my next involvement was to review the selection memo

24     that Rick had put together, the panel had put together, as

25     to the top three candidates that were -- that they felt

1      were the top three.

2   Q  Showing you what's in the ROI at tab F-18.  Is this the

3      memo that you're talking about?

4   A  Yes, it is.

5   Q  How did you receive this memo?

6   A  Rick brought it into my office......

7   Q  Do you.....

8   A  .....and presented it to me.

9   Q  Do you recall any discussion about the contents of the

10     memo with Rick at the time?  Did he discuss anything about

11     this memo or anything else about the process with you?

12  A  He just basically told me those are the three top

13     candidates and he told me that their -- that scores were

14     very close on all of them.  He did mention that Jerry

15     Martelli's score was higher than the others and that Mr.

16     Tom Carter's score was the highest in that list.  That the

17     others below that were very close in points.

18  Q  When you -- you indicated that Mr. Martelli's score was

19     the highest.  Are you referring to the.....

20     MR. FLEISCHER:  His testimony was that Tom Carter was the

21  highest.

22     MS. JONES:  Right before that he indicated that Mr.

23  Martelli had the highest and I want to clear this up.

24     THE COURT:  Right, go ahead.

25  A  Yeah.

748

1   Q   When you indicated that Mr. Martelli's score was the

2       highest, Mr. Martelli was an applicant for which position?

3   A   Airworthiness.

4   Q   And when you said he was the highest, does that mean of

5       all the scores he got the top actual score or.....

6   A   That's what Mr. Girard told me, yes.  He had the top

7       overall score.  Of the.....

8   Q   Over all of the applicants.

9   A   Of all the applicants.

10  Q   Including those in the Ops job.

11  A   That's correct.

12  Q   Okay.  Now, in the Operations -- for the Operations

13      position, is -- your testimony was that Tom got the

14      highest there.

15  A   That's correct.

16  Q   And that the other two were very close.

17  A   Right.  And if I remember right he said something about

18      the other two had the same score.

19  Q   Very close and with the same score.  So after receiving

20      this letter from Mr. Girard what was -- what did you then

21      do, what was your role?

22  A   Well, I reviewed the bid packages for those individuals

23      that were listed in that memo and started to make a

24      decision on who to select for the positions.

25  Q   Could you tell me about your -- the time it took for doing

```
 1        this?  You would have gotten this letter -- I believe it
 2        was dated July 20th.  Then you had an opportunity to
 3        review the packages.  Did you get it done in just that
 4        day, how did this work?
 5    A   No, it took me several days because it was a very busy
 6        time, that's -- it is one of our busiest times of the year
 7        in the office.  I was very busy trying to keep up with the
 8        day to day work plus review the packages.  So it took
 9        quite awhile to make decisions on who to select.
10    Q   Could you tell me about your -- what you reviewed?  And
11        let's talk specifically about the Operations job.
12    A   Okay.
13    Q   What you were reviewing when you were trying to come to a
14        decision as to who would -- you would select?
15    A   Well, I looked at their work history, their FAA history
16        and their previous experiences.  Looked at the KSAO's and
17        primarily looked at how they would be a good team player.
18    Q   In looking at -- other than looking at their bid package
19        did you consider anything else in your decision other than
20        the bid package themselves?  Did you -- if you had prior
21        knowledge of the candidates did you consider that?
22    A   Oh, most certainly.  You bet.  That played a big part in
23        the decision.
24    Q   So your own personal experience played a big part.....
25    A   That's.....
```

1  Q    .....in the decision.

2  A    That's correct.

3  Q    Did that play a big part in the decision for selecting the

4       Airworthiness person.....

5  A    Yes, it did.

6  Q    .....Mr. Martelli?

7  A    Yes, it did.

8  Q    And it also played a part in who you selected for the

9       Ops.....

10 A    That's correct.

11 Q    .....position?

12 A    That's correct.

13 Q    In looking at the bid packages, and I'm going to hand you

14       what's in the ROI at F-19.  And this would be Ms. Miller's

15       bid package.  Is that the package you reviewed?

16       (Pause)

17 A    Yes, it is.

18 Q    Was there anything in her bid package that impressed you

19       about her qualifications?

20 A    Well, her previous work history impressed me in several

21       ways.  She had very similar experience as I had had and in

22       working in industry I knew based on her position how she

23       had to have been able to be able to be a good

24       communicator, a team player, to make a business make a

25       profit and using her innovative ideas setting up a

1    leaseback program with the -- her customers in the area
2    that allowed the company to provide the services that they
3    needed.  All of those things considered and then having
4    watched her work as a Training Program Manager on the
5    Operations side along with Sylvia Vialla as the
6    Airworthiness Training Program Manager, watched how she
7    held people accountable, how she treated everyone fairly
8    and always kept management, supervisors and managers, well
9    informed as to what they could or couldn't do, what was
10   legal to do and many times had had to make sure that the
11   Airworthiness side was not taking advantage in the
12   training department as far as classes that weren't
13   necessary for in -- some individuals.  She watched that
14   very closely.  And then along with that I worked closely
15   with her with the King Air program, which the Alaska
16   Region had a 135 certificate for it which she was the
17   Director of Operations.  Gerald Martelli was the Director
18   of Maintenance and then I took over as Director of
19   Maintenance when Mr. Martelli left.  And how closely we
20   worked together to make sure that the aircraft was always
21   ready and available for the inspectors to do their
22   currency flying.  She worked very closely with avion, with
23   the hanger to make sure the maintenance was done and ready
24   to be -- the aircraft was ready to be used.  All of those
25   things considered her communication skills were excellent.

```
1         Kept me and the other supervisors well informed at all
2         times.
3    Q    And you indicated that you -- she -- that the FSDO -- the
4         Flight Standards Division had a part 135 certificate
5         themselves.
6    A    That's correct.
7    Q    And that in it she served as the Director of Operations.
8    A    That's correct.
9    Q    And this -- and you were the -- Mr. Martelli was the DM
10        and then you became the DM.
11   A    That's true.
12   Q    Director of Maintenance.
13   A    Yes.
14   Q    And this was before the -- you reviewed the bid packages
15        that this experience happened with her?
16   A    Well, some of it was before. After Martelli left the
17        office then I took -- assumed that position again.  When I
18        was working here in the 230 branch I was the Director of
19        Maintenance when the certificate was held by the Division.
20        Bill Missal and I worked together, he was Director of
21        Operations and I was Director of Maintenance.  And when we
22        turned that over to the Anchorage FSDO, we turned that
23        certificate over to them, we communicated and worked that
24        transition with both Ms. Miller and Mr. Martelli to make
25        sure that their -- that the aircraft stayed available and
```

1    that there was no hang ups anywhere. So we worked
2    together very well in that area.

3  Q    Is the Director of Maintenance, whether it's working with
4        this King Air program here within the FAA or out in civil
5        aviation practice, private industry, is the Director of
6        Maintenance a similar position to the Director of
7        Operations?

8  A    Yes, it is. They work together as a team. Director of
9        Maintenance, chief pilot and Director of Operations all
10       work together. Normally with the management team, whether
11       it be a President, Vice President, CEO, dispatcher,
12       there's many different people, parts departments, service
13       departments, that have managers that work together.

14 Q    You mentioned that her innovative thinking in private
15       industry impressed you.

16 A    Uh-huh (affirmative).

17 Q    And that it was -- that was involving the leaseback
18       arrangements.

19 A    Right, that she had set up with customers to provide them
20       the aircraft. They basically paid for the aircraft, but
21       the aircraft was operated by the company she worked for.
22       And that provided them an aircraft when they needed it,
23       but it was also used in the charter business, the 135
24       business that they had.

25 Q    When you talk about the customer, are those other

```
1          companies, aviation companies?

2    A     Yes.  Not necessarily aviation companies, normally like --

3          oh, companies like Xerox, IBM, big companies like that

4          have aircraft that they need available to transport their

5          people from one place to another.  And so they -- a lot of

6          them work under leaseback agreements.

7    Q     So these -- some of these big private corporations, IBM or

8          Xerox or whatever, have their own corporate jets?

9    A     Some of them do today, yes.

10   Q     And is that the type of thing that we're talking about on

11         this leaseback arrangement?

12   A     Well, they own the aircraft, but it's used by the company

13         to also support other company needs.  They're basically

14         paying for the -- paying for it.

15   Q     So the -- like the Xerox entities are paying for the

16         aircraft but the company she worked for, Lane Aviation,

17         was the one that operated the plane.

18   A     That's right.

19   Q     And so when you say she set this up you're -- you made any

20         kind of a -- you were impressed by this, that she set this

21         sort of plan up.

22   A     Well, that and the ability to make the -- the company to

23         make a profit.  That all takes a lot of work to coordinate

24         everything, keep aircraft available for their customers.

25   Q     Did you have an opportunity to see the -- what's been
```

1     referred to I guess as an MPP certificate that initially

2     comes from the HR Division?  I'm going to show you what's

3     -- I believe this is in the ROI at tab F-17.  Did you have

4     an opportunity to review that, Mr. Wallace?

5   A  Yes, I did.

6   Q  And in fact did you have something that you -- an actual

7      test that you needed to do with regard to the certificate?

8   A  Yes, section two is the section that I completed.

9   Q  And when you say section two is what you completed, what

10     is that section?

11  A  That's the basis for selection.

12  Q  And what did you put for the basis for selecting Ms.

13     Miller for the job?

14  A  My statement was three applicants were referred by the

15     interview panel.  I am selecting Verene Miller based upon

16     her previous industry experience as a manager, second

17     level, communications, accountability and team player

18     skills.

19  Q  Is a DO at a private company a first or second level

20     supervisor?

21  A  I think that's a first level, if I remember.

22  Q  If you have pilots that fly who is their immediate

23     supervisor.....

24  A  There's usually.....

25  Q  .....in a private company?

1    A    Well, there's usually a manager over the pilots.

2    Q    And would that manager have been referred to as a chief

3         pilot?

4    A    In most cases it is, yes.

5    Q    Are there companies that have a separate DO that would be

6         over the chief pilot?

7    A    Well, DO is normally over a chief pilot.  Director of

8         Operations is usually over chief pilot, Director of

9         Maintenance.

10   Q    So.....

11   A    Several different people.

12   Q    So if in -- did you know that Ms. Miller -- when you

13        reviewed her application that she served as the Director

14        of Operations for Lane Aviation?

15   A    Yes.

16   Q    So in your estimation, was that why you put in here her

17        previous industry experience as a manager second level?

18   A    Uh-huh (affirmative).

19   Q    Was that because of her working as the DO or as.....

20   A    Charter manager.

21   Q    Charter manager.  Okay.  Did you know Mr. Carter, have

22        personal experience with Mr. Carter that you used in

23        evaluating whom you should select between the three

24        candidates?

25   A    Yes, I've known Mr. Tom Carter since 1978.

1   Q   And in your opinion then was Ms. Miller -- strike that.

2       Do you know whether Mr. Carter had very much second level

3       supervisory experience in private industry?

4   A   Not in private industry.

5   Q   Do you know if he had any second level supervisory

6       experience in his military career, do you remember?

7   A   I don't remember.

8   Q   Do you know how much second level supervisory experience

9       -- at the time of the selection mind you, whether at the

10      time you knew whether he had very much second level

11      supervisory experience in FAA?

12  A   I don't remember just exactly how much he had, some.

13  Q   And would that have been when he was serving as the detail

14      to the section supervisor job at the FSDO?

15  A   Yes.

16  Q   Do you know if he had any other than that?

17  A   Probably -- well, he had acted in the 230 branch as a

18      branch manager occasionally.

19  Q   And was that second level or first level supervisory?

20  A   Boy.

21  Q   Now if you're a specialist in the 230 branch, and you were

22      one, correct?

23  A   Yes.

24  Q   Your supervisor was whom?

25  A   Jerry Paterson.

1   Q   And what was the position?

2   A   That I was in?

3   Q   No, that.....

4   A   That.....

5   Q   .....Mr. Paterson had, sorry.

6   A   He was a branch manager.

7   Q   So the branch manager of the 230 is the first level

8       supervisor of the specialists in that branch?

9   A   That's true.

10  Q   With regard to communications, in your opinion did Ms.

11      Miller have better communication skills than Mr. Carter

12      and did you......

13  A   I felt that she did.  She kept us managers and supervisors

14      well informed on issues, whether it be the 4040 program or

15      the training program.  She always kept us well informed of

16      what was happening, were we on time, were we behind, did

17      we need more time.  I felt that she was always very

18      capable of explaining where we were at with the different

19      programs.

20  Q   And what about Mr. Carter, what was your opinion about his

21      communication skills?

22  A   Well, I didn't have a whole lot of communication with Mr.

23      Carter.  He probably communicated more with Mr. Girard.

24      Tom didn't come in and talk very often.  We did have

25      weekly meetings with the managers and supervisors that we

1    held and we communicated at that time.  But in a lot of
2    cases we'd have to go back and ask the -- either the
3    section supervisors or the man -- the Unit Supervisors
4    where are we at in a particular project.  So I didn't feel
5    that I was well informed all the time.

6  Q  You indicated that accountability was a factor in your
7    decision.  What was your opinion of Verene's capabilities
8    as far as accountability went?

9  A  Well, I felt there was -- she had an outstanding ability
10   to do that.  She allowed no one to circumvent any of the
11   orders or the programs, stayed right on track with the
12   order, and let you know why you couldn't or could do it.

13 Q  How about with regard to Mr. Carter, any experience that
14   you had with regard to his accountability other than what
15   you indicated with communications that you sometimes felt
16   a need to go ask what was going on?

17 A  Can't think of anything in particular in that area.
18   Nothing specific.

19 Q  You also indicated in your -- the reasons for your
20   selection that their team player skills were important.
21   Could you give me your opinion that you had at the time of
22   what Verene Miller's team player skills were?

23 A  Well, being in the positions that she was holding as far
24   as the Training Program Manager and the -- in charge of
25   the 4040 program and the King Air program, I felt that she

1    was always a team player and considered everyone in the
2    office.  She did not neglect anyone or allow any one
3    person to be set above anybody else.  She considered
4    everybody fairly, the same.
5  Q Did you -- I think you mentioned something about team
6    player skills with regard to her private industry
7    experience, is that correct?
8  A That's correct.
9  Q And what did you glean from that private industry
10   experience.....
11 A Well.....
12 Q .....about team player?
13 A Based on my history working in very similar organizations
14   it takes a real team player to make an organization
15   profitable and meet all of the customer's needs.
16 Q What about with respect to Mr. Carter, what opinion did
17   you have at the time of his team player skills?
18 A Well, on Mr. Tom Carter's team player skills I felt that
19   he was mostly concerned with the Operations side of the
20   house.  I didn't see him as considering the whole office,
21   the Airworthiness side or the administrative staff as
22   being part of the team.
23 Q So the conclusion of your analysis of the bid packages
24   plus your personal experience in working with both Ms.
25   Miller and Mr. Carter, you selected Ms. Miller, is that

1       correct?

2   A   That's correct.

3   Q   What happened after you had made the decision personally

4       to select Ms. Miller and Mr. Martelli for the positions,

5       what did you then need to do?

6   A   Well, the procedure that we use is to contact all of the

7       panel, all of the people that were interviewed by the

8       panel that were forwarded to us for the certification

9       packages and let them know that they were either selected

10      or not selected.  My -- I like to go to the person that I

11      select first to let them know that I selected and then to

12      call each individual or talk to each individual and let

13      them know that they were not selected.

14  Q   Is this done before a public announcement's made?

15  A   That's correct, yes it is.

16  Q   And was this something that you personally did in -- with

17      regard to these two positions?

18  A   Yes.

19  Q   How -- about how long once you made your decision, which

20      you indicated it took a little while to get through all

21      the packages, about how long did it take you to get to be

22      able to talk to all the individual applicants?

23  A   I'm going to guess probably around a week.  Several of

24      these individuals were out of town, out of state people,

25      sometimes hard to get a hold of.

```
 1   Q   Prior to discussing with the candidates whether they did
 2       or did not make it as the selectee did you have occasion
 3       to discuss your choices with anyone else?
 4   A   Yes, I did.
 5   Q   And what discussions did you have?
 6   A   I had a discussion with Mr. Kent Adams and Mr. John
 7       Duncan.
 8   Q   So you had a discussion with Mr. Duncan and Mr. Adams?
 9   A   Yes.
10   Q   And Mr. Duncan was whom?
11   A   Division manager.
12   Q   And Mr.....
13   A   Flight Standards.
14   Q   And Mr. Kent Adams was whom?
15   A   He was his assistant division manager.
16   Q   And what -- if you can recollect, what did this discussion
17       with them consist of?
18   A   Well, I came down to meet with them to explain my
19       reasoning as to why I selected the two individuals that I
20       selected.
21   Q   Was that common practice.....
22   A   Yes, it is.
23   Q   .....in Flight Standards?
24   A   Yes, it is.
25   Q   And what's your understanding of Mr. Adams' role?  You
```

1       served as the selecting official, did Mr. Adams have any

2       sort of specific role? Did he.....

3  A  Just to sit in in the conversation.

4  Q  Did he in fact sign off on the actual selection itself?

5       If you could take a look at the MPP.

6  A  Yes, he did.

7  Q  And hence his role was -- how would you define it?

8  A  Well, his role was concurrence with the office manager

9       from the Division point of view.

10  Q  So are you saying that Mr. Adams' role was to sign off as

11      your supervisor with regard to the selection out there?

12  A  Yes.

13  Q  That he then agreed that that was a good choice.

14  A  That's correct.

15  Q  With Mr. -- with regard to Mr. Duncan at this meeting, did

16      you have an understanding of what role he played? Why he

17      was there.

18  A  Well, he's -- he was -- he is the division manager and I

19      don't know but what he -- he might have been the one to

20      sign, his alt maybe wasn't there, I don't know at the

21      time. But he was in the meeting.

22  Q  Did you have any understanding that Mr. Duncan wanted you

23      to pick any particular person for those jobs?

24  A  Not any particular person, he wanted us -- wanted me to

25      make a selection that would be best for the office. We

1  were going through some very troubling times.  When I went

2  out there there was an immediate change in the atmosphere

3  because the assistant manager had retired and the manager

4  had -- shortly after I appeared out there decided that he

5  would retire, so I was detailed into that acting manager's

6  position.  There was a lot of trouble in the office and

7  what we -- my goal and what John Duncan's goal was, to try

8  to get the supervisors back on track, hold people

9  accountable for doing the job and make sure that we

10  provided the service to our customers, whether it be

11  external or internal, that they deserve.  And be as timely

12  as we could be on all projects.  And so we set forth to

13  try to select supervisors that would hold the other

14  supervisors accountable for doing their job.  And have

15  them accountable to hold their people accountable.

16 Q During this discussion that you had in explaining your

17  rationale for selecting Mr. Martelli and Ms. Miller do you

18  recollect anything specific said by Mr. Duncan?  I

19  mean.....

20 A Only that he wanted me to select the person -- the

21  individuals that would be best for the job.  That would

22  serve best in that office.  Hold people accountable, be

23  good communicators and team players.

24 Q Did you have any impression prior to your making the

25  decision that Mr. Duncan or Mr. Adams wanted Verene Miller

1       promoted into that job?

2   A   No, I did not.

3   Q   Have you ever heard of Mr. Duncan indicating to anyone

4       that he wanted someone in particular promoted into a job?

5   A   No, I had not.

6   Q   Have you ever had the impression that Mr. Duncan wanted

7       Ms. Miller promoted into a particular position?

8   A   No.

9   Q   Have you ever had the impression that Mr. Duncan wanted

10      anyone promoted into a particular position?

11  A   No.

12  Q   Have you been part of any other discussions like the one

13      you had with Mr. Duncan and Mr. Adams wherein the

14      selecting official was explaining to Mr. Duncan I'm -- I

15      want -- I am intending to select X and the reasons I want

16      to select X is because of whatever, whatever, whatever?

17  A   Yes, I have.

18  Q   Very many of those discussions?

19  A   Not very many, no.  One other that I can remember.

20  Q   One other one that you do remember?

21  A   Uh-huh (affirmative).

22  Q   And what was this one for?

23  A   That was for Unit Supervisor for the southwest unit.

24  Q   And was this at the Anchorage FSDO?

25  A   Yes.

1    Q    And this was a first line supervisor position?

2    A    Yes.

3    Q    And do you remember how that discussion went?

4    A    Well, Mr. Carter and I made arrangements to meet with Mr.

5         Duncan and Mr. Adams to explain our decision on who to

6         select for that position.

7    Q    Do you remember if Mr. Carter was the selecting official?

8    A    Yes, he was.

9    Q    I'm going to hand you, but everyone else too, what I would

10        like to have marked as Agency Exhibit 26 if it's not

11        already done so.  This one.

12        THE REPORTER:  We already have an A-26.

13        MS. JONES:  Does it say what that is?

14        THE REPORTER:  I don't know what it is.  It was admitted.

15        MS. JONES:  Okay.  I think this might have been the A-26

16    that's already been admitted.  Does anyone.....

17        THE COURT:  All right.  I'll go back to my notes.  Let's

18    refer to this document as A-26 in the meantime.

19    Q    Okay.  Mr. Wallace, had you seen -- if you'd take a minute

20        to look through it, had you seen this document before?

21    A    Yes, I have.

22    Q    And does this document represent the Unit Supervisor

23        position that you were just discussing?

24    A    Yes.

25    Q    So for this position who was the selecting official?

1       MR. FLEISCHER:  Asked and answered.

2       THE COURT:  It has been asked and answered.

3   Q   Do you -- could you tell us what you remember about the

4       discussions that took place when you and Mr. Carter came

5       over to discuss whom you wanted selected for the position?

6       Specifically let's start with who was present at that

7       meeting, if you can remember.

8   A   Well, there was Mr. Carter and I and Mr. Kent Adams, John

9       Duncan, if I remember right Mr. Wedemeier was there.  I

10      don't remember anybody else that was.....

11  Q   Okay.

12  A   .....there

13  Q   Do you remember the discussions that took place, can you

14      tell us what you do remember about them?

15  A   Well, Mr. Carter gave his reasoning as to why he wanted to

16      select Mr. Dave McGlothlen for the position.  And we were

17      looking at a sheet that had.....

18  Q   Did -- you had something else that you were reviewing?

19  A   Yes, the panel members' recommendation, they had a list.

20      This was a very controversial selection at the time or the

21      panel members had a lot of heartburn with it because of

22      the way it was -- some of the members on the panel scored

23      individuals.

24  Q   And.....

25  A   So the panel person worked with HR and set up -- if I

KRON ASSOCIATES
1113 W. Fireweed Lane, Suite 200
Anchorage, Alaska  99503
(907) 276-3554

1    remember right he had two columns, one scored the way the

2    panel scored it and then one removing certain members

3    because they were scored as zeroes in different areas.

4    What Mr. -- what I remember Mr. Wedemeier bringing up was

5    that we should consider the first.....

6  Q  I'm going to.....

7  A  .....seven or eight I think it was.

8  Q  I'm going to hand you what's been -- is A-13.  Is this the

9    letter that you're referring to that.....

10  A  Yes, it is.

11  Q  .....you were reviewing?

12  A  Uh-huh (affirmative).

13  Q  To make sure the record's clear, has this been admitted

14    into evidence yet?

15    THE REPORTER:  Not that I can see, but I don't have --

16  things aren't in consecutive order, so.

17    MR. FLEISCHER:  No objection.

18    THE COURT:  A-13?

19    MS. JONES:  Yes.

20    THE COURT:  Admitted.

21    MS. JONES:  And at the same time to ensure that A-26 is

22  admitted.

23    MR. FLEISCHER:  Well, you know, we.....

24    THE REPORTER:  I already have that marked as.....

25    MR. FLEISCHER:  No objection.

1        THE REPORTER:  .....being admitted.

2        MS. JONES:  Okay.

3   MS. JONES RESUMES:

4   Q   Okay, you were describing a conversation in which Mr.

5       Wedemeier brought up -- and if you could kind of restate

6       that.

7   A   Well, when we looked at the scores of the first

8       individuals Mr. Carter wanted to stop at number five which

9       was scored at 118.  The number one score was 144 and Mr.

10      Wedemeier suggested that we might want to look at those

11      down through eight which would include all of those with

12      100 -- a score of 100 or above.

13  Q   And do you know why Mr. Wedemeier suggested that, did he

14      say?

15  A   Well, he felt that we ought to consider the diversity

16      candidates and there were two in that group that he

17      thought we should consider.

18  Q   Did Mr. Duncan make any statements with regard to that

19      particular part of the discussion, do you remember?

20  A   The only thing that I can remember is he was surprised

21      that Ms. Verene Miller was that low in the score.  Thought

22      she would do better.

23  Q   Did Mr. Carter want to select the top ranking candidate?

24  A   No, he did not.

25  Q   So Mr. Carter wanted to select somebody that was -- I

1       guess in this case Dave McGlothlen the third....

2  A  That's correct.

3  Q  .....highest?

4  A  That's correct.

5  Q  And did Mr. Duncan indicate in any way that he needed to

6       select the top score?

7  A  No, did not.

8  Q  Did Mr. Duncan in any way indicate that he didn't approve

9       of the selection that Tom Carter made?

10  A  He did not indicate that he disapproved, he asked

11       questions, which I think Mr. Carter was able to answer as

12       to why he felt that Mr. McGlothlen would be the best

13       candidate for that supervisor's position.

14  Q  And if you take a look at Mr. Carter's reasons and you

15       look at the very last paragraph before he signed his name,

16       what were the reasons that he wanted to select Mr.

17       McGlothlen?

18  A  Well, he felt that he was best qualified candidate based

19       on his 12 years management experience in industry and

20       acting supervisory experience within the FAA and extensive

21       career -- or extensive experience in both 135 and part 121

22       operations.

23  Q  Are those your initials next to Tom Carter's name?

24  A  Yes, they are.

25  Q  And the -- what looks like I think R.G., are those the

1     initials of.....

2  A  Rick Girard I think.

3  Q  Okay.  Did you while serving as the acting manager at the

4     FSDO attend what's been referred to as the QMC meetings?

5  A  I did, yes.

6  Q  And the QMC meetings were meetings amongst whom?

7  A  The managers throughout the Region. Juneau, Fairbanks,

8     Anchorage FSDO, division manager, 210 branch manager, 230

9     branch manager.  I think that was about it.  Usually....

10  Q  Are these.....

11  A  .....had a facilitator there.

12  Q  Facilitator, who was -- served as the facilitator

13     typically, do you remember?

14  A  Well, it was either Wedemeier or in later time it was Bill

15     Smith.

16  Q  And these managers, they're all Flight Standards managers?

17  A  That's correct.

18  Q  Would this be referred to as the top operating managers

19     for Flight Standards?

20  A  Yes, it is.

21  Q  And during any of these QMC meetings that you had attended

22     do you recollect Mr. Duncan ever saying in them that he

23     wanted Verene Miller promoted?

24  A  No, I do not.

25  Q  Do you remember Mr. Duncan maybe ever talking about how

1    well individuals were doing in their jobs?

2  A  We did discuss that occasionally, talked about different

3    projects that were being worked and how those people

4    assigned to them, how well they had done or hadn't done.

5  Q  Did Verene Miller's name ever come up during that sort of

6    a discussion?

7  A  Occasionally it did, yes.

8  Q  And do you remember like what specifically, if anything?

9  A  Well, she worked on several different projects, but

10   probably the one that -- the one that probably was talked

11   about the most was the King Air program and how she had

12   got that back on track and was taking -- or serving the

13   Juneau and Fairbanks FSDO's as well as the Anchorage FSDO

14   and getting all of our pilots current and keeping them

15   current by use of the King Air.

16  Q  Did you yourself participate in any conversations

17   concerning retirement?

18  A  I have with many people, yes.

19  Q  And when do these sorts of conversations come up?

20  A  Well, gen -- usually just in passing by or sitting having

21   lunch.

22  Q  Is this a somewhat common occurrence for some folks, some

23   peo -- supervisors, managers in Flight Standards?

24  A  Yes, it is.

25  Q  Do you recall having any retirement conversations with

1     Tom.....

2  A  Yes.

3  Q  .....Carter?

4  A  Many times, yes.

5  Q  What did you know about -- and this is prior to the

6     selection process, say prior to May of 2000, what did you

7     know about Mr. Carter's retirement plans?

8  A  Well, we discussed it occasionally, primarily when I was

9     working here in the Region as a Specialist, Tom and I were

10    working together as Specialists, the subject would come up

11    occasionally and we'd talk about what our plans were, what

12    his plans were, just in general, you know.

13  Q  Do you know what he intended -- Mr. Carter intended to do

14    in retirement?

15  A  Well, in later in discussions with him it sounded like he

16    was probably going into gunsmithing.  Or something to do

17    with guns, I think he was making stocks for guns and was

18    interested in gunsmithing.

19  Q  Did you have -- you indicated that part of your job prior

20    to making an official announcement for who got the actual

21    positions was to inform those who received the jobs, who

22    you've selected, as well as those who did not.  Did you

23    have an opportunity to inform Mr. Carter that he was not

24    being selected for the position?

25  A  I did not make that announcement to Tom as the first

```
1          person.  I think Mr. Kent Adams did, let him know that.
2    Q     So you were aware that Kent had told Tom that he did not
3          get the job?
4    A     That's' correct.
5    Q     And how did you become aware that Kent had told Tom?
6    A     Tom came into my office and told me that.
7    Q     So Tom actually came in and told you that Kent told him?
8    A     Yes.
9    Q     Do you remember anything else about that conversation?
10   A     No.  He didn't stay in the office very long, just said he
11         needed to get his stuff picked up.  I was -- I'm sure he
12         was pretty upset about it.  He didn't stay to talk about
13         why or anything.
14   Q     In Flight Standards what -- looking at Flight Standards as
15         a whole do the employees, the Aviation Safety Inspectors,
16         tend to be older or younger?  In age, when they're hired.
17   A     When they're hired?  Probably older would be my guess.
18         Typically, I mean we hire older people.
19   Q     And have you done hiring of new people into the FSDO?
20   A     Yes, I have.
21   Q     And have you noticed anything about their age at all?
22   A     Well, I would say that most of them are above 50.
23   Q     And why is it that they tend to be older?
24   A     Well, they -- normally they have a career, either military
25         or as a chief pilot, Director of Operations or a Director
```

| 1 | | of Maintenance, out in the industry and have served many |
|---|---|---|
| 2 | | years at that -- in those positions and get tired of doing |
| 3 | | that job, want to look for something different, and so |
| 4 | | they seek employment with the FAA. |
| 5 | Q | Do you know if you had hired into Flight Standards anyone |
| 6 | | 60 and over as a new hire? |
| 7 | A | As a new hire?  Boy, I don't know.  We got some that are |
| 8 | | close to that age that we just hired. |
| 9 | Q | Do you know what the age is of the oldest person currently |
| 10 | | working at the office? |
| 11 | A | I think we have that's around 75, 76, somewhere along in |
| 12 | | there. |
| 13 | Q | So is it common for people to stay with the FAA quite some |
| 14 | | time? |
| 15 | A | Yes, it is.  We've had several retire in the last two or |
| 16 | | three years that were in their mid-70's. |
| 17 | Q | And is it valuable for people in Flight Standards to have |
| 18 | | had a career of previous experience, is that something |
| 19 | | positive for the organization? |
| 20 | A | Well, it is, because we're looking at -- whether it be |
| 21 | | operations or maintenance or avionics, they have to have |
| 22 | | had that in their history, their work history, they need |
| 23 | | to hold certain certificates and have had a certain amount |
| 24 | | of time in those work fields before they can qualify to be |
| 25 | | put on the register.  So that then we can look at them to |

```
1         be -- to hire them.  So normally they have a long history
2         in the industry.
3    Q    Did you have any role in -- I believe you have in front --
4         let's see, if you have in front of you the certificate
5         where you selected Ms. Miller.  Do you have that in front
6         of you?
7    A    Yes, I do.
8    Q    Did you have any role at all in deciding who, which names
9         were on that list?
10   A    What do you mean by that?
11   Q    Did you have role in saying okay, I want to make sure that
12        these people are on this list?
13   A    This list up here?
14   Q    Yes.
15   A    No.  HR does that.
16   Q    Did you know whether or not a subject matter -- at the
17        time of your selection did you know whether or not a
18        subject matter expert had been used in this case by HR?
19   A    No, I did not.
20   Q    Was your selection of Ms. Miller in any way influenced by
21        anyone from HR?
22   A    No, it was not.
23   Q    Was it in any way influenced by anyone else that you can
24        think of?
25   A    No.
```

```
 1   Q   So it's your testimony that your decision on selecting Ms.
 2       Verene Miller for the Operations section supervisor
 3       position was based on your personal knowledge of working
 4       with her and their review of her bid package and the
 5       understanding you had of what she did in private industry?
 6   A   That's correct.
 7   Q   And that the fact -- did the fact that she was female play
 8       into your decision at all?
 9   A   No.  I was looking for the best qualified.
10   Q   Did the fact that she was only a little bit older than you
11       play into your decision?
12   A   Age didn't matter -- make any difference to me, I didn't
13       know what her age was.
14       MS. JONES:  I don't believe I have any additional
15   questions at this time.
16       THE COURT:  All right, thank you.  Let's take our lunch
17   recess.  Mr. Wallace, we are excused until 1:30.
18       THE WITNESS:  1:30?
19       THE COURT:  Yes.
20       THE REPORTER:  We're off the record.
21       (Off record at 12:15 p.m.)
22       (On record at 1:29 p.m.)
23       THE REPORTER:  We're on the record.
24       THE COURT:  And cross examination
25                          CROSS EXAMINATION
```

1  BY MR. FLEISCHER:

2  Q   Good afternoon Mr. Wallace.  My name is Hugh Fleischer, I

3      represent Tom Carter.  You indicated in the course of your

4      direct examination that you've known Mr. Carter since

5      1978, is that correct?

6  A   That's correct.

7  Q   And so you met him here at the FAA?

8  A   Yes, in Juneau at the.....

9  Q   And you both.....

10 A   .....FAA Flight Standards Office.

11 Q   .....started about the same time with the Agency, is that

12     correct?

13 A   I think I started about two weeks prior to Mr. Carter

14     showing up.

15 Q   All right.  Now regarding the matter of communications,

16     when Mr. Carter was working in the FSDO who was his direct

17     supervisor?

18 A   That would have been Rick Girard.

19 Q   Right.  He was the assistant.

20 A   That's correct.

21 Q   And so any matters in terms of actual communication from

22     Mr. Carter's position would have to be taken to Mr. Girard

23     first and foremost, is that true?

24 A   That's true.

25 Q   Had he tried not to go to Mr. Girard and gone directly to

1     you without going to Mr. Girard that would have been out

2     of the line of duty, isn't that right?

3  A  That's correct.

4  Q  Yeah.  Did you at any time, Mr. Wallace, give a memo to

5     Mr. Carter noting some question or problem with

6     communications that he was making, either written or oral

7     communications that he was giving to the office?

8  A  Not that I recall.

9  Q  Okay.  In regard to the maintenance division, you know as

10    a matter of fact, do you not, that Mr. Carter worked

11    directly with Mr. Martelli on specific issues that were

12    concerning the Division of Maintenance as well as the

13    Operations?

14  A  Yes.

15  Q  All right.  And do you know of any situation, do you know

16    of any situation Mr. Wallace, that called for Mr. Carter

17    going to Mr. Martelli as Division of Maintenance head that

18    required that communication which he did not follow up on,

19    that he did not communicate with Mr. Martelli?

20  A  Not that I can remember, no.

21  Q  All right.  Do you remember that shortly after Mr. Carter

22    was in the -- came to the FSDO at a meeting at which you

23    and Martelli and Mr. Carter attended and Mr. Martelli was

24    talking about a very sensitive investigation that he felt

25    would be problematic regarding the Reeve Aleutian Air

1     company? And that.....

2  A   I don't remember the conversation, no.

3  Q   Okay. Do you remember any conversation that fell in that

4     category in which there was a problem investigation that

5     was perceived by Mr. Jerry Martelli and where Tom Carter

6     volunteered to assist given the fact that he had very

7     little experience in the FSDO at that moment in time and

8     that -- could do the investigation even though it regarded

9     the Division of Maintenance?

10  A   No, I don't recall anything like that.

11  Q   That doesn't mean it didn't happen, you simply don't

12     recall it.

13  A   Doesn't mean it didn't happen, but I don't recall it.

14  Q   Okay. Now regarding the experience that you were

15     recounting with Ms. Jones of Ms. Verene Miller's

16     experience with the King Air matter. Now that experience

17     was with the 135 certificate involved one aircraft, did it

18     not?

19  A   That's correct.

20  Q   Yeah. And so any and all the scheduling related to one

21     aircraft, not multiple aircrafts.

22  A   Just one aircraft.

23  Q   Right. And in regard to the question of leasebacks, you

24     indicated in your direct testimony that you were very

25     proud of Ms. Miller for the work that she had done on

1    leaseback of planes while she was with this Lane Aviation.

2  A  Uh-huh (affirmative).

3  Q  Leasebacking of planes is a longstanding process and

4    procedure for aircraft, private aircraft, is it not?

5  A  That's true.

6  Q  And you in fact used it in the ERA Aviation when you were

7    working there, did you not?

8  A  Oh, definitely we did.

9  Q  Yeah.  And you know that other aircraft companies used it

10   as well, do you not?

11  A  Yes, they have.

12  Q  Over many years.

13  A  I don't know when it started, I don't remember the history

14   of when it started, but it's been used for years, yes.

15  Q  Yeah.  Well, I mean it was going before you joined the FAA

16   which would have been 1978, is that true?

17  A  That's true, yes.

18  Q  Yeah.  Okay.  And what -- and do you know -- well, I'm

19   sure you would know.  There's nothing really in the FAA

20   work that you do that would in any way relate to leasing

21   back of aircraft, is there?

22  A  Not in direct -- directly in leasing, we charter, we rent

23   aircraft, which is not the same as leasing.

24  Q  Right.  Okay.  Now you indicated just a few moments ago

25   that it was wholly appropriate and in fact necessary for

```
1          Mr. Carter to communicate directly with Rick Girard who
2          was his first line supervisor.
3     A    That's correct.
4     Q    Before going to you, for instance.  Isn't it a fact that
5          Verene Miller, who had to report to Rick Girard as well,
6          went directly to you at various times?
7     A    At times, yes.
8     Q    And wasn't it inappropriate for her to do that when she in
9          fact had a first line supervisor?
10    A    Well, at the time -- most of those instances she was
11         addressing both of us or a group of managers.
12    Q    Okay.  But were there in fact times when -- it's a fact,
13         is it not, that she went to you without going to Mr.
14         Girard about various issues while she was -- her first
15         line supervisor was Rick Girard?
16    A    Well, I don't know that I could say that was a fact.
17    Q    You don't know that to be a fact?
18    A    That she came directly to me rather than Rick?
19    Q    Yes.
20    A    I couldn't say that'd be a fact.
21    Q    You don't have any memory of that?
22    A    No.  Most of the conversations involved both of us.
23    Q    Now did you ever give any direction or do you know if Rick
24         Girard ever gave any direction for Tom Carter to do
25         anything more in regard to the maintenance division than
```

1     what he in fact did?

2  A  Not that I'm aware of.

3  Q  Okay. Now you testified to the fact that the one other

4     meeting that you said you remembered between John Duncan,

5     yourself and Mr. Carter regarding the Unit Supervisor

6     selection.....

7  A  Yes.

8  Q  .....as you've testified to.

9  A  Yes.

10  Q  And that -- and the document reflected that that was on or

11     about May 23 of 2000, correct?

12  A  I don't have the document in front of me, but I.....

13  Q  Well, let me just show you.....

14  A  It would be sometime.....

15  Q  Let me just show you the document.

16  A  .....in that area, I don't remember what the date was.

17  Q  This is A-26.

18  A  Okay, that'd have been -- yeah, May 23rd, right.

19  Q  All right. Well, actually it looks like Mr. Duncan signed

20     it on the 25th, did he not?

21  A  Twenty-fifth, right.

22  Q  Of May?

23  A  That's correct.

24  Q  So do you know what date it was, was it -- do you think it

25     was May 25 that that meeting occurred?

1   A   I don't remember what day that was.

2   Q   If he signed it on the 25th what do you think?

3   A   I would imagine it would have -- it may have been a few

4       days before that, I don't know.

5   Q   All right.

6   A   Normally we would have those meetings prior to filling out

7       the paperwork.  So it could have been a few days before, I

8       don't remember exactly what date it was.

9   Q   Yeah.  Well, what I would like for you to do is try to

10      remember those events.  And let me just see if this

11      refreshes your recollection, Mr. Wallace.  Now did you

12      state or do you recall that Mr. Wedemeier and Mr. Adams

13      left the room at the meeting first, that they were out of

14      the room when you and Tom Carter and John Duncan were

15      still in the room?

16  A   Boy, I don't remember how that.....

17  Q   You don't remember one way or the other.

18  A   .....you know, I don't remember how we left the room.

19  Q   Okay.  And do you remember that Tom was walking toward the

20      office door and that John Duncan was right behind him?

21      You were following John to his left side.  As Tom

22      approached the door John stated that he was surprised that

23      Verene Miller had not done better on the recommended list.

24      You testified to that, right?

25  A   I remember hearing that, yes.

1  Q   Right.  And Tom stopped to listen to that comment about

2      Verene.  And he also made that statement during the

3      briefing.  In other words he was repeating himself about

4      the statement.  Do you remember him making it twice?

5  A   No, just one time I remember him saying it, I think it

6      was.....

7  Q   Okay.

8  A   .....at the table, when we were sitting around the table.

9  Q   Do you remember that.....

10 A   I don't remember at the door.

11 Q   Excuse me, I didn't mean to interrupt.  Do you remember

12     that you had moved up a step or so and were next to John's

13     left shoulder about three feet from him and about five or

14     six feet from Tom?  John had his back to the roundtable

15     and your back was toward John's desk.  Tom's right

16     shoulder was about two to three feet from the doorway with

17     his back to the wooden door.  He may have stated it again

18     that he was surprised about her position on the list and

19     that Tom stopped.  Then he said he would like to promote

20     Verene as soon as possible but he was concerned about her

21     rapport in meetings because she came across abrasive.

22 A   Boy, I never heard any of that conversation.

23 Q   You don't remember that?

24 A   No, not at all.  I sure don't.

25 Q   Do you agree that she was kind of gruff and abrasive at

```
1         times?
2    A    I don't think -- I didn't think so, I never.....
3    Q    You never saw that.
4    A    .....saw her react that way.
5    Q    You never saw any indication of that.
6    A    No, I sure didn't.
7    Q    And you'd never gotten any report from your assistant to
8         that effect?
9    A    No.
10   Q    That's Rick Girard, right?
11   A    That is correct.
12   Q    Right.  Had you heard Mr. Duncan make any statement about
13        Verene Miller at QMC meetings?
14   A    Occasionally we had discussions about how different people
15        were doing on projects and her name did come up
16        occasionally on different projects she was working on.
17   Q    Were you there in a meeting with Jerry Paterson when Mr.
18        Duncan said something to the same thing, to the fact that
19        he wanted Verene Miller appointed -- promoted as soon as
20        possible?
21   A    I never heard John Duncan say that.  I was at most --
22        almost every one of those QMC meetings.
23   Q    Who did you hear say that sir?
24   A    I never heard anybody say that.
25   Q    Did Tom Carter actively supervise the Operations section
```

```
1        and meet all of the deadlines that he was -- that you're
2        aware of?
3    A   As far as I know he did.  Occasionally we had to go to the
4        supervisors, the section managers, to find out where the
5        projects were, you know, and if they were behind, why they
6        were behind, get a reason why.  We.....
7    Q   Were there any times in those situations, Mr. Wallace,
8        where you went, you as the office manager or acting office
9        manager, went to Tom Carter and asked him about a specific
10       project.....
11   A   Not that I recall, no.
12   Q   Well, let me finish my sentence.
13   A   Okay.
14   Q   Where you asked about a specific project to Tom Carter
15       that he failed to give you the information you sought?
16   A   No.
17   Q   And did you get a similar report from Rick Girard, your
18       assistant, in terms of his dealings with Mr. Carter?
19   A   Yes.
20   Q   All right.  In fact there were no complaints about Tom
21       Carter's performance while he was acting in the Operations
22       section manager's position, were there?
23   A   Not that I'm aware of.
24   Q   Now moving to this question about retirement.  You don't
25       remember having a conversation with Mr. Carter in the
```

1        summer of 2000 and saying to him that he was too old for

2        this kind of stuff and needed to retire because he had

3        plenty of money, didn't need the grief?

4  A   No.

5  Q   Or words to that effect.

6  A   I didn't -- I never have said that he was too old.

7  Q   Okay, what did you say sir?

8  A   We did discuss retirement and that he had many years with

9        the federal government, that retirement would be good.

10  Q   Okay.  And did -- then did you follow up in that and say

11       he didn't really need the additional grief and that maybe

12       this would be a good thing for him?

13  A   Not that I remember.  No, I don't remember ever saying

14       that.

15       (Pause)

16  Q   Are you -- have you reviewed any part of the report of the

17       investigation in this matter?  Mr. Wallace.

18  A   In what matter?

19  Q   In the matter involving Tom Carter's complaint.  Which

20       includes your affidavit and affidavits of others and so

21       on, have you reviewed any of that?

22  A   Well, my deposition.  Or -- yes.

23  Q   Yeah, or affidavit.  Did you review Mr. Jerry Martelli's

24       affidavit?

25  A   No, I have not.

1   Q   Has anyone briefed you on what Mr. Martelli had said in
2       his affidavit?
3   A   Yes.
4   Q   Okay.  So you know that he did say in his affidavit -- and
5       I'll just quote this.  Johnnie Wallace -- I recall Johnnie
6       Wallace made a statement to Tom that Tom was old enough to
7       retire and or Tom had enough money to do something else.
8       Does that refresh your recollection about having made such
9       a statement, Mr. Wallace?
10  A   I may have said that, I don't remember saying it.  But we
11      did have many conversations about being eligible to
12      retire.
13  Q   Okay.
14      MR. FLEISCHER:  No further questions of Mr. Wallace Your
15  Honor.
16      THE COURT:  All right, thank you.  Any redirect?
17      MS. JONES:  Just a few.
18                    **REDIRECT EXAMINATION**
19  BY MS. JONES:
20  Q   Mr. Wallace, Mr. Fleischer in talking with you brought up
21      the fact that the King Air program here in the Flight
22      Standards Alaska Region only involved one airplane,
23      commonly referred to as the King Air.
24  A   Right.
25  Q   Did that take coordination in working that program with