1       she was assigned, Ms. Miller?

2    A    Yes.

3    Q    So she might have been per her 50's or -- technically

4        assigned to the FSDO and under the supervision of the FSDO

5        management, but in the different programs she might have

6        had someone else she was reporting to.

7    A    That's true.

8        MS. JONES:  I don't believe I have any further questions.

9        THE COURT:  All right.  Thank you for coming in Mr.

10   Wallace, you're excused.  We're off the record.

11       THE REPORTER:  Off the record.

12       (Off record at 1:51 p.m.)

13       (On record at 1:53 p.m.)

14       THE REPORTER:  We're on the record.

15       THE COURT:  I'm Judge Fall for the EEOC.

16       MR. ADAMS:  Hi, nice to meet you.

17       THE COURT:  Would you please put on that mic?

18       MR. ADAMS:  Uh-huh (affirmative).

19       THE COURT:  And if you would remain standing I'll swear

20   you in.  Raise your right hand.

21       (Oath administered)

22       MR. ADAMS:  I do.

23                         **KENT ADAMS**

24   a witness, called for examination by counsel on behalf of the

25   Agency, was duly sworn, examined and testified as follows:

Exhibit ___1___

1       THE COURT:  All right, please be seated.  State your full
2   name and spell your last name please.

3       MR. ADAMS:  Kent Curtis Adams, A-D-A-M-S.

4       THE COURT:  All right Mr. Adams, the attorneys will be
5   asking questions of you in this matter, I may have some
6   questions for you as well.  Please answer audibly, your
7   responses are being captured by the court reporter.  If you do
8   not understand a question please ask that it be clarified or
9   repeated.  All right, you may inquire.

10                       **DIRECT EXAMINATION**

11  BY MS. JONES:

12  Q   Mr. Adams, are you currently working for the FAA?

13  A   No, I'm retired.

14  Q   Do you hold any position in aviation currently?

15  A   I work part-time for an organization called the Medallion

16      Foundation which is an organization set up through the

17      Alaska air carriers to enhance aviation safety in Alaska.

18  Q   And when did you retire from the FAA?

19  A   May of last year.

20  Q   And was the last position you held with the FAA here in

21      the Alaska Region?

22  A   Yes.

23  Q   Starting -- and doing this somewhat briefly so you don't

24      have to remember specific details, but could you give us

25      your general aviation background from when you began into

1       aviation through whatever experience you had and then --
2       including the FAA?
3   A   I started flying in Fairbanks in 1966 I guess, when I was
4       in college.  Got my private pilot certificate up there.
5       After college I went into the Air Force, I was an Air
6       Force pilot.  I got out of the Air Force in 1976.  I was
7       stationed at Elmendorf most of that time.  I came into the
8       FAA in 1976, I started working in Air Traffic Control,
9       Merrill Tower specifically, and then transferred into
10      Flight Standards 1978 and sort of worked up through the
11      organization starting as a journeyman inspector and then
12      eventually a principal inspector and 1986 I believe I was
13      first selected for a supervisor, I was first line
14      supervisor.
15  Q   And what was that position titled?
16  A   Ops Unit Supervisor, Operations Unit Supervisor.  Let's
17      see, can I get out my timesheet or borrow yours?
18  Q   Did you prepare a background.....
19  A   Yes, I did.
20  Q   .....sheet?  We can just do this.
21  A   Okay.  Thank you.  I -- after that -- in about 1990 I --
22      these are the best of my recollection, these dates, I
23      transferred into the Regional safety program manager's
24      position here at the Regional Office.  In 1992 I went back
25      out at -- to the Anchorage FSDO as a section supervisor.

```
 1        I was selected as the assistant FSDO manager in 1993.  I
 2        was the acting FSDO manager for about a six month period
 3        in there, 1993 to 1994.  In 1994 I transferred to the --
 4        as the Regional branch manager which is now AAL-230.  In
 5        about 1995 I was selected the assistant division manager.
 6        I was the acting division manager again for about six
 7        months before John Duncan arrived in 1998.  And then I was
 8        the assistant division manager -- you know, returned to my
 9        previous job until I retired in May of '02.  Also in there
10        I've -- after I was hired on with the FAA I flew C-130's
11        for the Alaska National Guard for two or three years.  And
12        that continued the -- as far as being involved in aviation
13        continued to fly, own my own airplane and fly for a long
14        period of time around Alaska.
15   Q    Mr. Adams, you indicated that at one time you served as
16        the section supervisor at the Anchorage FSDO in about
17        1992.  Was there a section supervisor at that time for
18        both Ops and Airworthiness?
19   A    Yes.
20   Q    Apparently those two positions didn't continue in
21        existence at the FSDO.  Do you have any recollection as to
22        what happened with them?
23   A    I believe that was related to the effort, there was a
24        national effort to reduce the levels of supervision in the
25        organization and to increase the supervisory ratio.  The
```

1      goal I believe was like 15 to one at the time, which all

2      of us sort of scratched our head about and didn't know how

3      we were going to achieve that sort of a goal.  But I

4      believe it was during that phase that those positions were

5      removed thinking that was an additional level of

6      supervision, that would help increase the supervisory

7      ratio and streamline the organization.

8  Q  Do you recollect how they became resurrected again, why

9      there was a decision made to have section supervisors at

10    the Anchorage FSDO, once again?

11  A  Well, my recollection is that there was concerns about the

12    FSDO productivity should I say, there were some ongoing

13    issues out there and we felt that having some more

14    management in place would help improve that.  The FSDO

15    manager and the team that they had were extremely busy,

16    just the day to day operations at the FSDO was

17    overwhelming there was so much going on.  There wasn't

18    sufficient time for the managers to do any planning or any

19    programming, any forward looking sort of things, they were

20    all very busy putting out fires and we were thinking that

21    some additional management and supervision in there would

22    help do that, do a better job of doing the business of the

23    FSDO and also give the management the -- the FSDO manager

24    more time to focus on long term goals and where the FSDO

25    needs to be in the upcoming years.

1  Q    In deciding to have the section supervisors was there any
2        particular focus from the Regional Office as to what kind
3        of a person was going to be needed to fill those jobs?
4  A    We were focusing on team building at the time.  John
5        Duncan when he arrived as the division manager was
6        concerned about the -- the management team seemed pretty
7        fractured, and particularly the first line supervisors
8        didn't seem to be sure if they were part of the management
9        team.  They felt -- I heard from several of them, they
10       felt in the middle.  They were trying to respond to what
11       the employees wanted and were trying to respond to what
12       upper management, in quotes, wanted.  But they felt they
13       were in the middle instead of feeling like they were part
14       of the management team.  And so John was very adamant on
15       building a team where the management was cohesive and
16       everyone felt like they were part of the team and
17       understood their roles and responsibilities.  So that was
18       one of the main concerns.
19 Q    In establishing these two positions at the Anchorage FSDO
20       was there a -- who made the decisions on whether or not to
21       use details or just fill them by doing a bid process and
22       waiting until someone was actually selected, do you
23       remember what happened surrounding that, if anything?
24 A    Well, my recollection was we thought it was important to
25       get going with them right away and the bid process takes

1    some time and so we thought it would be important to put
2    some people in there to act and get the process going and
3    accomplish those things that I mentioned before while the
4    bid and selection process was running.
5  Q  Did -- do you recall who was first placed into those as a
6    -- in a detail capacity into those two positions, section
7    supervisors, Ops and Airworthiness, do you remember?
8  A  I believe it was Jerry Martelli and I think Bob
9    Christensen went into that Ops position first.
10 Q  Did you have any specific involvement yourself or know who
11   did as to who to put in -- who put Mr. Martelli and Mr.
12   Christensen into those positions?
13 A  I don't remember the exact process.  At the time, again,
14   we were team building as I recall, in other words trying
15   to develop a cohesive FSDO management team.  And the -- as
16   I recall Johnnie and John Duncan and I and some other
17   people talked about the strategy.  I don't remember
18   identifying specific individuals, but we talked about, you
19   know, that we needed to do that fairly soon and get
20   started with it and -- but I don't recall exactly how the
21   names were proposed or accepted.
22 Q  I'm going to show you what's been admitted into evidence
23   at C-8, page 16, and direct your attention to the part
24   that you actually authored.
25   THE COURT:  What was the Exhibit number?

KRON ASSOCIATES
1113 W. Fireweed Lane, Suite 200
Anchorage, Alaska  99503
(907) 276-3554

1     MS. JONES:  C-8, page 16.

2  Q  If you could take a minute to review it and then just

3     describe to who you sent this memo and if you recollect

4     now the -- your reasons for doing so.

5     (Pause)

6  A  Well, I sent it -- it's addressed to Rick Girard and

7     Johnnie Wallace at the FSDO.  At the time Johnnie was the

8     acting manager and Rick was the assistant manager as I

9     recall with a copy to Naomi who was the 210 branch

10    manager.  And subject is Ops section manager.  My

11    recollection of this is that John and I had talked about a

12    lot of things we had -- I had mentioned here which were

13    ongoing issues as far as developing the management team.

14    And John asked me to send them a message to make sure that

15    they understood that we wanted to follow a very strict

16    process, that's the comment there about developing a plan

17    for how you're going to interview and all that.  And also

18    make sure that they realized that John and I wanted to be

19    in on the process in regards to the final selection and

20    that sort of thing.

21  Q  And when you indicated you wanted to be involved in the

22    selection process, you're thinking of -- you mentioned

23    that you and John Duncan both did.  What involvement were

24    you referring to?

25  A  Well, to make sure there was a standard process that was

1      used.  We'd had some problems at the FSDO previously with

2      some selections that didn't go too well and we were

3      develop -- as I mentioned there, developed a draft

4      Regional policy to set out very clear specific guidelines

5      about how to select a team, how the -- what the

6      composition of the team should be, in other words people

7      from different positions.  Not specific names, but

8      different positions.  There should be a team leader,

9      should develop a standardized set of questions, they

10     should ask those question to all of the applicants in the

11     same way, that sort of a thing.  And so we just wanted to

12     make sure that all that went flawlessly, that that process

13     was carried through and that we tested this draft Regional

14     policy that Naomi had written and -- just to make sure it

15     all went well.

16  Q  Were you aware of the problems that came up with the

17     selection for the -- an Ops Unit Supervisor position at

18     the Anchorage FSDO?  I believe it's the one where Dave

19     McGlothlen was selected.  Were you aware of problems with

20     the process that came up during that selection?

21  A  Not over the one where Dave McGlothlen was selected, that

22     doesn't ring a bell for me.  There had been process

23     problems before at the FSDO.

24  Q  And that's what I was asking, do you recall what specific

25     process problems that had existed prior to this selection?

1    A    Well, we had had a problem before with -- this was a new

2         hire issue that came up, but there wasn't a clear process

3         and some of the background checks and things like that

4         weren't consistent and so therefore we were criticized

5         about that and that turned into a problem.  We had had an

6         informal process for many years of developing a team and

7         the team does the selection and that sort of thing.  But

8         we were concerned that it wasn't being uniformly applied

9         and that's why we developed the written policy to make

10        sure that it was uniformly applied and we consistently did

11        the same thing.  We were just being more and more aware of

12        the complaint process and the non-selectees often raised

13        issues about the fairness of the process.  So we were

14        trying to do as -- everything we could to standardize the

15        process, make sure everyone was treated the same.  And

16        that was the intent.

17   Q    So that's the involvement you were talking.....

18   A    Yes.

19   Q    .....about here with respect to you and Mr. Duncan.

20   A    Yes, uh-huh (affirmative).

21   Q    Discussing your involvement in the selection process for

22        the Ops Unit Supervisor job, what do you remember from --

23        once you had gotten people in the detail and the selection

24        process was ongoing what do you recall as being your first

25        involvement next, et cetera, with the process?

1  A     Johnnie came down to brief John Duncan and I on his
2        tentative selection.

3  Q     Were you involved at all prior to that in reviewing KSAO's
4        or interview questions or anything like that?

5  A     Not that I recall.  We were focused on having a process
6        and -- but the process in itself generates a lot of those
7        things, in other words developing standard questions and
8        things like that.  But I don't recall that I got involved
9        in looking specifically at the questions or anything like
10       that.  I was not the selecting official, I normally would
11       do something like that if I was the selecting official, be
12       more personally involved in the -- but this was more of I
13       was the second level review and so I wasn't involved
14       specifically in the questions and those sort of things.

15 Q     So your next real involvement other than with developing
16       the positions out there, the -- discussing the needing
17       getting the right people, but your specific involvement
18       then was being involved in a meeting wherein Mr. Wallace
19       came down to discuss with you who he wanted to select.

20 A     Yes, that's my recollection.

21 Q     What do you recall about that meeting?

22 A     We went in John Duncan's office as I recall and I believe
23       Johnnie had the list of the recommended names from the
24       interview panel.  And we went through those.  Basically
25       Johnnie's recommendation was Verene Miller.  John Duncan

1   asked some questions, general questions I recall, I don't
2   recall any of the specifics about them.  But that was
3   normally his style, he would ask some questions about why
4   certain people were selected or what process people had
5   used.  And.....

6  Q   Do you recall what Mr. Wallace indicated as his reasons?
7  A   Well, when we talked previously, as I indicated in there,
8      we were looking for someone who was a -- you know, a team
9      player, someone who had the technical skills to do the
10     job, someone who could hold people accountable.  And so my
11     recollection is that's what he was talking about, showing
12     her attributes in those areas.

13 Q   When he indicated that he was selecting Ms. Miller did you
14     know that one of his choices then was Mr. Carter?

15 A   Yes.

16 Q   When he stated that he intended to select Ms. Miller what
17     was your reaction to that?

18 A   Well, I thought she'd do the job, I thought she was a fine
19     candidate.  I thought Tom would be very disappointed and
20     -- because I thought he -- maybe had his heart set on is
21     too strong a term, but I think he was excited about having
22     that job opportunity, so I felt he would be disappointed
23     about it.  But I thought Verene was a -- you know, a good
24     selection.

25 Q   What was the basis for your thinking Verene Miller would

KRON ASSOCIATES
1113 W. Fireweed Lane, Suite 200
Anchorage, Alaska  99503
(907) 276-3554

1      -- was a good selection?

2   A  I'd seen a lot of her work, at least indirectly I'd seen a

3      lot of her work at the Regional Office.  She was involved

4      on lots of projects at the FSDO, she was involved in

5      several national projects, committees, assignments.  My

6      personal dealing with her like in the 4040 or the King Air

7      program was she had been very straightforward and

8      knowledgeable and demonstrated a high degree of

9      competence.  And she had a good reputation.  I held her in

10     high regard, she had a good reputation among the people at

11     the Regional Office as far as being very competent and

12     capable person.

13  Q  Did you have an opportunity to attend a discussion wherein

14     Tom Carter was letting you all know that he wanted Dave

15     McGlothlen to serve as a Unit Sup at the FSDO?

16  A  Yes, I recall that.  We also had a meeting in John's

17     office, John Duncan's office, that I recall that Tom

18     Carter was there and talking about -- I believe Johnnie

19     was there also, Johnnie Wallace, talking about Tom's

20     desire to select Dave McGlothlen as the Unit Supervisor.

21  Q  And do you have a recollection of what went on during that

22     meeting?

23  A  Again, that was very similar.  As I recall Tom talked

24     about Dave McGlothlen's strengths and his capabilities and

25     I believe John asked some general questions about, you

1      know, what the process was like and that sort of thing.

2      That's basically my recollection of the meeting.

3  Q  Do you recall any discussions about including minority

4      candidates in that consideration?

5  A  No, I -- I don't remember that specifically.

6  Q  While you were in attendance at -- do you remember who was

7      at that meeting?

8  A  As I said, I think John Duncan was there.  Tom Carter

9      obviously was there, I believe Johnnie Wallace was there.

10     And I'm not sure if Wedemeier was there, I don't recall

11     that specifically.  I don't know if I was called out or

12     just not paying attention that day or something.

13     Generally I recall things fairly well, but I don't

14     remember specifically that.

15  Q  Has John Duncan indicated in any way who he wants on his

16     management team, the type of person that he wants on his

17     management team?

18  A  Yes, he talked about that quite a bit.  Again, that was

19     part of his team building effort, to make sure that the

20     people that were on the team felt they were members of the

21     team and that the new selectees to the team met the

22     qualifications generally that John was looking for.  Those

23     were again the ability to work with people, ability to

24     understand their roles and responsibilities, to see their

25     role as a first line supervisor perhaps in a bigger scope

1        than some of the supervisors had before, in other words

2        seeing how what they do as first line supervisor has

3        Regional and national implications, what they do.  One of

4        the things John was particularly strong about was

5        accountability, that people were able to hold other people

6        accountable and in turn were accountable themselves for

7        what they were supposed to be doing.  Along with, of

8        course, you know, technical skills and the foundation.

9  Q    In looking at the second level, the section supervisor

10       positions, you mentioned that, you know, there was some

11       technical skills involved and in some of these working

12       with people accountability.  Do you -- from Flight

13       Standards' perspective back then in 2000 was -- how would

14       you rate the technical skills of a second level supervisor

15       with these more managerial type skills, were they even?

16  A    No, not to me, the managerial skills are more important to

17       me.  The -- I think if you talk with -- at least the

18       majority of people who have done much supervision will

19       acknowledge the fact that dealing with people issues,

20       dealing with processes and that sort of thing is more

21       difficult than dealing with the technical issues.  In fact

22       from time to time we've talked about you can teach people

23       the technical issues, if they have the inherent skills to

24       work with people and do the supervision and management a

25       lot of times you can teach them the technical skills that

1    they may need.  So I would say that those -- at that level
2    particularly and above that that the ability to work with
3    people and the ability to do those management functions
4    are more important than the strict technical issues.
5    There are technical experts available in the organization
6    for precisely that reason because there's a broad band of
7    issues that all the people deal with.  And so the
8    inspectors themselves are specialized and there's
9    specialists at the Regional Office, there's specialists in
10   headquarters, there's people that specialize in the narrow
11   band of expertise that are available to the organization.
12   So, again, that's my thought, that the supervisory skills
13   are more important at that level.

14  Q  Did you ever have an opportunity to evaluate for a
15     supervisor position Mr. Carter as opposed to anyone else,
16     yourself personally as the selecting official?

17  A  Yes, for the 230 branch manager position which Tom had bid
18     on along with several other candidates.  And -- so he was
19     part of that process.

20  Q  And who did you end up selecting -- well, you indicated
21     that you were the selecting official for the 230 branch
22     manager position.  In that selection process was an
23     interview panel used?

24  A  Yes.

25  Q  And whom did you select for that position?

1    A    I selected Bob Christensen.

2    Q    So you did not select Mr. Carter.

3    A    That's correct, I did not.

4    Q    And do you recollect why you selected Bob Christensen

5         versus Mr. Carter?

6    A    Well, I was reviewing the selection form, I don't remember

7         the number exactly.

8    Q    Well, hol.....

9    A    But on the selection form.....

10   Q    Let me maybe just make that easier for you.  And we would

11        need to mark this.  It is not in evidence at this time.

12        Is this the form you were talking about?

13   A    Yes.  This is the required form for selection.  And on

14        there you have to list the basis of selection.  And there

15        I indicated that Mr. Christensen or Bob Christensen had

16        the best combination or the background experience,

17        technical skills and innovative ideas to be the best

18        selection for this position.  I think that's a fair

19        summary.  I felt that at the time obviously, that's when I

20        wrote it, and I still feel that's a fair summary of why I

21        selected Bob Christensen.

22        MS. JONES:  I would like to ask that this be marked as

23   Agency Exhibit A-27 and admitted into evidence.

24        THE COURT:  Any objections?

25        MR. FLEISCHER:  Well, I think I would ask that the

1    corollary rating sheet be produced as well along with this

2    proposed Exhibit. In other words the ranking.

3        THE COURT: And the reason?

4        MR. FLEISCHER: Well, I think that that completes the

5    picture as to this selection procedure. I mean they -- there

6    was a ranking and this is just the alphabetical listing of the

7    candidates. And any ranking that the same group produced would

8    be appropriate to be attached to the Exhibit to make it

9    complete.

10       THE COURT: All right. It'll be admitted as A-27, one

11   page document.

12                               (Agency Exhibit A-27 admitted)

13   MS. JONES RESUMES:

14   Q   Mr. Adams, did you attend meetings known as QMC meetings?

15   A   Yes.

16   Q   And what were those QMC meetings?

17   A   They were the management -- essentially the management

18       team, the FSDO managers, the branch managers, the -- John

19       Duncan, the division manager, and myself. Along with

20       Jerry Paterson who was -- he was the special assistant

21       part of the time and also a branch manager part of the

22       time. And it was -- the QMC term is left over from the

23       quality management issues that were going on for some

24       time. But we carried that forward in light of the idea of

25       that being the policy development, the section of

1    management that spent time thinking about, you know, where
2    that we needed the Region to be in the future and we tried
3    to keep those -- although a lot of times we did end up
4    working more routine issues, we tried to keep a lot of the
5    focus on the forward thinking issues that were coming up
6    to face us at the time. Generally we met once a month for
7    a day or so, usually out at the University of Alaska there
8    at the aviation complex and spent the day or two talking
9    about these issues that were Region wide issues.
10  Q   At any of these QMC meetings that you attended do you
11      recollect Mr. Duncan ever saying that he wanted Verene
12      Miller promoted?
13  A   No.  I don't -- would you like me to expand on that a
14      little bit?
15  Q   Sure.
16  A   I don't believe he would ever say that.  I worked with
17      John very closely for about three years, watched him --
18      you know, in public meetings and in private meetings and I
19      watched him deliberate over ideas and discuss things and
20      John is very -- he's very procedure, process oriented type
21      of manager.  He thinks there should be processes to
22      develop things like selection.  He's very adamant about
23      maintaining the process, maintaining the purity of the
24      process.  He's not the type of division manager that's a
25      direct hands on sort of division manager as we have had in

1      the past who visualizes themself as the commander of the

2      troops and who calls orders out to the FSDO.  John is not

3      that kind of manager.  So I don't -- I never heard him say

4      anything like that about not only Verene, but anyone else.

5      And I don't believe he would, that's not his style.

6  Q  Have you ever attended any meetings or in any situation

7      where -- along with Jerry Paterson where direction was

8      given and you found out later whether your understanding

9      of the direction was the same as Mr. Paterson's

10     understanding?

11  A  Yes, that happened to me on several occasions.  I had some

12     concerns in that regard as far as Jerry Paterson's

13     perception of things.  I don't think he intentionally

14     misstated things, but I had several instances where he and

15     I would go to a meeting for example and come away with a

16     all together different view of what happened.  One thing

17     that came to mind is when he was working as the special

18     assistant he and John Duncan and I would get together and

19     talk about some of his assignments.  And then at least on

20     one occasion, and I think a couple of different occasions,

21     he came back to me later with the product and I asked him

22     if John had changed his mind or given him new amended

23     instructions or something.  Because the -- what he brought

24     back didn't line up with where I thought the whole process

25     was going.  And when I checked back with John Duncan, no,

1    there hadn't been any change, it was just a -- you get a

2    different result from the input.  I had that on several

3    occasions.  As a result I -- frankly I didn't put a whole

4    lot of stock in some of the comments or observations that

5    he made unless I had verified them through some other

6    source.

7  Q  Other than at these QMC meetings did you ever hear Mr.

8    Duncan indicate in any way that he wanted Verene promoted?

9  A  No.  He never said anything specifically like that.  He

10   did -- I had heard him say several times that he thought

11   Verene was a very capable person and -- you know,

12   sometimes -- some time in the future probably would be a

13   good supervisor, something to that effect.  But never

14   specifically in terms of, you know, I want her promoted or

15   she needs to be promoted or anything like that.

16 Q  Did you ever have the feeling that he wanted her promoted

17   right away?

18 A  No.  Only in light of -- as I said, when -- through the

19   appropriate process he was -- felt confidant -- that my

20   impression, that he felt confidant that she would rise up

21   through the process and be selected for positions when it

22   -- you know, when it came time to do so.  But there wasn't

23   any urgency to bypass the system or the process in order

24   to elevate her into a position early.

25 Q  There's been some questions about age raised in this

1      particular selection process.  On average from your --

2      have you -- you've worked with hiring.....

3  A  Yes.

4  Q  .....individuals.  In hiring people into FAA from the

5      start what would you say the average age is of an Aviation

6      Safety Inspector when they're brought into the FAA?

7  A  I haven't seen any numbers on it, but I would bet it's

8      high 40's, 50, early 50 range, something like that.  Most

9      of the people that come into Flight Standards are already

10     on a second career, they've already done one thing or

11     another before they get to Flight Standards.  Like that's

12     a lot of times in order to qualify people have to have

13     background experience.  We traditionally don't hire people

14     right out of say college or anything like that, they've

15     already had a career, so.....

16 Q  Is that important to the Flight Standards work that they

17     have had this vast experience?

18 A  Yes, from point of view of credibility and -- you know, if

19     -- obviously they understand what the issues are in the

20     industry and also have a -- being able to establish a

21     working relationship with the management of airlines and

22     air carriers, that sort of thing, so.

23 Q  In hiring Aviation Safety Inspectors, is it -- I don't

24     know about common, but have -- has Flight Standards here

25     in the Alaska Region hired folks into your organization as

1       old as their 60's?  Do you know?

2  A    I would assume so.  I mean we -- I've hired people after a

3       career in the airline business and they are -- mandatory

4       retirement age of 60 for the pilots.  So I'm sure we've

5       hired some people after their airline career.  I don't

6       know any specifics, but I'm sure we have.

7  Q    So is be -- to be an -- in the airline industry once a

8       pilot attains the age of 60 they no longer can fly,

9       is.....

10 A    Yes.

11 Q    .....is that what you're saying?

12 A    For 121.

13 Q    So then one of their options is to go work for the FAA?

14 A    Uh-huh (affirmative).  I had a person the other day ask me

15      -- they found out I was ex-FAA, they were talking about

16      when they retired from -- they happened to be working for

17      an oil company, but said -- you know, said was that --

18      would that be a good thing to pursue would be a career

19      with the FAA after I leave the oil company and I told him

20      it would be.  But that's pretty standard for people after

21      they've worked for a career to do -- come over to the FAA,

22      or Flight Standards particularly.

23 Q    Once people are over here, do you know whether or not --

24      what the oldest age is that we have had working for us in

25      Flight Standards here in the Alaska Region, do you have

1     any idea?

2  A  I've heard people say 70's, but I don't know that for a
3     fact, I've heard that.

4  Q  Was it common amongst those of you who had been in Flight
5     Standards for quite some time or in -- had a federal
6     career for quite some time to have retirement discussions?

7  A  Yes.  I mean that -- it's one of the topics of
8     conversation that people talk about often, you know.

9  Q  Did you ever discuss retirement plans yourself with folks?

10 A  Yeah, certainly.  As I got closer to retirement myself,
11    you know, talked about -- people talk about what they plan
12    to do and, you know, where they want to go and what their
13    interests are and that sort of thing.

14 Q  Did you have any either personal knowledge or hear about
15    whether Tom had retirement plans?

16 A  Tom had talked to me about it from time to time over the
17    years, you know, I guess he indicated he had enough time
18    to retire.  But generally in sort of a passing, you know,
19    comment that -- in fact I remember one time he was sort of
20    joking with me that, you know, if he -- he enjoyed it
21    because if he didn't like something that happened in the
22    morning he didn't have to come back in the afternoon, that
23    sort of thing.  I mean I was just his -- you know, it was
24    intended just as levity, but, you know, the idea that he
25    could retire if he wanted to.  Some people were in that

```
 1        situation.

 2    Q   Do you recall Mr. Carter discussing whether his retirement

 3        plans had anything to do with his wife?

 4    A   Well, I remember one time he told me he didn't want to be

 5        a -- one thing kept him from retiring was he didn't want

 6        to go home and I think he said be a house husband or

 7        something to that effect, he wanted to be a -- he wanted

 8        to be doing something, you know, that he felt -- he didn't

 9        want to go home and watch TV and sit around the house.

10        MS. JONES:  I don't believe I have any further questions

11    at this point in time.

12        THE COURT:  All right.  Cross examination.

13                        CROSS EXAMINATION

14    BY MR. FLEISCHER:

15    Q   Yes.  Good afternoon Mr. Adams.  My name's Hugh Fleischer,

16        I represent Tom Carter.

17    A   Good afternoon.

18    Q   Could you tell me how long you've known Mr. Carter?

19    A   A long time.  I -- 15 years or so easily, maybe a little

20        longer than that.

21    Q   And has your relationship with him been mostly

22        professional with maybe a few social occasions thrown in?

23    A   Yes, I'd say that's true.

24    Q   Okay.  During that -- well, we would assert that it's

25        longer frankly, but do you think -- would you be surprised
```

```
1           if it were 20 or 25 years?

2    A      Twenty years wouldn't surprise me at all.

3    Q      Okay.  Have -- would you say that the communication

4           experience that you've had with Mr. Carter has always been

5           straightforward and dependable?

6    A      Yes.

7    Q      Okay.  Is it correct that a few times you were peers with

8           Tom?

9    A      Yes, different -- over a long period of time we've worked

10          in several different jobs.

11   Q      And you've also been his supervisor or manager, is that

12          correct?

13   A      Yes.

14   Q      When he was working for you in any capacity though, Mr.

15          Adams, once an issue was decided and directions were given

16          isn't it a fact that Tom followed those directions?

17   A      To my knowledge, I don't think of any time he didn't,

18          yeah.

19   Q      Didn't detour or take any other path, he followed the

20          directions that were given, is that right?

21   A      When I was dealing with him personally I can't think of

22          anything else.  I have heard other concerns raised, but I

23          have not in my dealing with him.....

24   Q      Well, did you ever see Tom pushing any kind of private

25          agenda as opposed to the business of the FAA that he was
```

1    responsible for?

2   A   No, I don't believe so.

3   Q   You would consider him a team player, would you not?

4       Based on your own experience with him as his supervisor

5       and a contemporary?

6   A   Well, I had some concerns when I didn't select him for

7       that position about the -- his ability to build a -- you

8       know, a cohesive team when he was going to be the manager

9       of 230.

10  Q   Well, was that based upon any finding that you had made

11      that Tom Carter had failed to be a productive and positive

12      team member?

13  A   I think the issues were looking beyond the immediate team,

14      looking at the larger scope, as I mentioned before, making

15      sure that not only, you know, looking within the branch

16      specifically but how that relates to the FSDO's for

17      example, how it relates to the whole Region.  Because that

18      was very important in that selection to make sure that --

19      there were some RIFT's developed between the FSDO's and

20      the branch and we were really looking for someone who

21      could tie all that back together.

22  Q   There were RIFT's between the various FSDO's, is that what

23      you're saying?

24  A   Yes, between the FSDO's and the technical staff on the

25      branch.  There were concerns there raised.

1    Q    Well, did you consider Mr. Carter to be responsible for

2         animosity with the technical branch?

3    A    No, I didn't consider him responsible for animosity, no.

4         But we was looking for someone who could build that --

5         rebuild that support.

6    Q    Had you ever gotten a report from any of your subordinates

7         to the effect that Tom had failed to communicate with the

8         other FSDO's if so -- required to do so?

9    A    I don't recall that specifically, no.

10   Q    And in fact his duties and responsibilities would require

11        some degree of coordination with the other FSDO's.....

12   A    Yes.

13   Q    .....the Fairbanks and Juneau FSDO's.

14   A    Right.

15   Q    You had appointed Mr. Carter to work for you in an acting

16        capacity, did you not?

17   A    I'm sure I have.

18   Q    Yeah.  And he also worked as the -- acting capacity as the

19        Technical Standards branch manager.

20   A    Yes, I know he did that.

21   Q    And how long were those appointments to the best of your

22        recollection?

23   A    Oh, at different -- you know, from two weeks probably to

24        30 days, something along those lines.

25   Q    But he actually worked as acting division manager and --

820

1         at one point or more, did he not?

2    A    The acting division manager?

3    Q    Yeah.

4    A    Not that I recall.

5    Q    In your absence though, in your absence, when you were --

6         you were the assistant division manager of course.  And if

7         you and Mr. Duncan were both out of town on some business

8         is it not a fact that Mr. Carter did act in that capacity?

9    A    That's possible, for short periods of time.

10   Q    In fact didn't it happen more than once?

11   A    It may have, I don't recall specifically.

12   Q    And based upon those experiences when he was in fact

13        appointed as the -- either the division manager or the

14        Technical Standards branch manager, was there ever any

15        specific claim or charge that he had failed to perform the

16        duties and responsibilities of those positions during the

17        time of his acting in them?

18   A    No, I don't think there was any things about failure to

19        perform duties, no.

20   Q    Wasn't it a fact you got reports that he had indeed

21        performed those duties and responsibilities in a

22        straightforward and professional way?

23   A    I don't remember that specifically that we got reports.  I

24        never -- you know, also.....

25   Q    Well, based on your own observations, Mr. Adams, because

```
 1        you were in fact supervising him and watching him when he

 2        was the Technical Services.....

 3   A    Right.

 4   Q    .....acting manager, weren't the -- weren't your own

 5        observations consistent with his -- doing those jobs in a

 6        professional and straightforward way?

 7   A    Yes.

 8   Q    You don't know of any situation where Tom Carter failed to

 9        advise you of any issue that you needed to be aware of, is

10        that true Mr. Adams?

11   A    I can't think of any.

12   Q    Nor can you cite any incidents where Mr. Carter held back

13        information of any type that you needed to know.  Is that

14        also true?

15   A    I can't think of any situations, no.

16   Q    You trusted Tom Carter, did you not Mr. Adams?

17   A    Yes.

18   Q    In your opinion is trust and respect a requirement between

19        a supervisor and an employee?

20   A    Yes.

21   Q    Okay.  Did Tom ever confide in you with issues, especially

22        problems that he was having?

23   A    I don't recall any.  As you said, we worked together for

24        many years.  Are you thinking of personal.....

25   Q    Okay.  Well, let me ask you.....
```

822

1  A    .....personal issues?

2  Q    .....let me ask you a specific question.  In September or

3       October of 2000 you remember that Tom Carter came to you

4       and said that he was no longer able to work with Bob

5       Christensen and wanted to move out of there and -- or --

6       and if not he thought he would have to retire?  Do you

7       remember that conversation?

8  A    Yes.  Well, not -- I don't remember the conversation

9       specifically, I remember that there was a.....

10 Q    Or that he would at least seek another job.  Do you

11      remember anything to that effect?

12 A    Seeking another job?

13 Q    Seek another job other than one that required him to work

14      with Mr. Christensen.

15 A    I remember that he had raised concerns about working with

16      Bob Christensen.

17 Q    Did you receive any other complaints about Mr.

18      Christensen's ethics or behavior?

19 A    I didn't, no.

20 Q    You didn't hear anything like that -- to that effect from

21      Bill Missal?

22 A    Not that I recall.

23 Q    Did you ever hear anything to that effect from Valerie

24      Jokela?

25 A    Not that I recall.

1   Q   Do you remember that during the week of March -- the first

2       week of March of 2000 that you met with Tom Carter about

3       his selection for the Technical Standards branch manager

4       and also the Operations assistant manager position?

5   A   I'm not sure about the date specifically, but I do recall

6       meeting with him and talking with him about both of those

7       things.  I'm not sure if it was the same meeting or two

8       different meetings.

9   Q   Do you remember having encouraged Tom Carter to take the

10      temporary Operations assistant manager job in the

11      Anchorage office?

12  A   Yes.

13  Q   Do you remember Tom telling you that if he did not get the

14      temporary Technical Standards branch manager position that

15      he was planning to retire?

16  A   I don't remember that specifically.  My recollection was

17      that he, you know, said if he wasn't going to get the job

18      he would retire.  Maybe that's the same thing.  I don't

19      remember the conversation exactly.  I do remember that

20      that was my feeling, that if he didn't get that job he was

21      planning on retiring.

22  Q   Do you remember when you told him what the result was of

23      the selection asking him if it was because of Bob

24      Christensen's reputation or if Tom had some other issue

25      with Bob Christensen?

1   A   When I talked with him about not being selected?

2   Q   Correct.

3   A   I don't recall that specifically.  It may have come out in

4       the conversation, I don't recall it.

5   Q   Has Bob Christensen approached you concerning Tom Carter?

6   A   I don't believe so.  As far as their ability to work

7       together, that sort of thing?

8   Q   Or anything critical of Mr. Carter's work.

9   A   I don't recall any situation of that.

10  Q   Did you encourage Tom to accept the detail to the

11      Anchorage office even though he said he wanted to retire?

12  A   Yes.

13  Q   And why would you have made that encouragement to him, Mr.

14      Adams?

15  A   Well, I -- he either had told me, and I don't remember the

16      exact sequence here, that he was not comfortable, didn't

17      want to work for Bob Christensen.  And since Christensen

18      had come from the position out at the FSDO I thought that

19      would be a good match for him out there.  I mean in light

20      of -- he has a lot of technical background and -- if he

21      was interested in working out at the FSDO I thought that

22      would be a good position for him to go to.  So I raised

23      that with him or talked with him about the possibilities

24      of it.

25  Q   Yeah.  Now Ms. Jones asked you questions about John Duncan

1        and statements that he may or may not have made regarding
2        Verene Miller. You never heard in any quarter, in any
3        circumstance, John Duncan talk about Verene Miller as
4        someone he wanted to promote as soon as possible?
5   A    No.
6   Q    What was your own reaction to the selection that Johnnie
7        Wallace had made in this supervisor of Aviation Safety
8        Inspectors position of Verene Miller over Tom Carter?
9   A    Well, as I mentioned, I thought Tom would be disappointed,
10       I felt Tom would be disappointed not being selected. I
11       felt Verene was a suitable candidate. As I said, we held
12       her all and -- or at least I held her in high regard, I
13       thought she would do a fine job. So I was not upset or
14       concerned about that selection.
15  Q    Do you remember when Tom was the accident prevention
16       specialist?
17  A    Uh-huh (affirmative), sure do.
18  Q    Do you remember the TV interviews and segments for
19       aviation weather programs that Tom did?
20  A    I remember that he did some, I don't remember them
21       specifically.
22  Q    Yeah. I assume -- it's true, is it not, that FAA would
23       not have allowed Tom to represent them on television if he
24       did not have communication skills, isn't that a fair
25       statement?

 1   A    Yeah, I would assume so.

 2   Q    All right.  So isn't it a fair statement that Tom Carter

 3        was a recognized communicator as it were?

 4   A    Well, are you drawing -- you're going back to the accident

 5        prevention.....

 6   Q    Well, that.....

 7   A    .....specialist and that sort of thing.

 8   Q    That's included certainly, yes.

 9   A    Well, certainly held lots of public meetings and that was

10        part of his job as the safety -- in what we called then

11        accident prevention program, that was called the safety

12        program manager.  But certainly that was part of his job

13        in the -- the defined job as far as I know.

14   Q    Okay.  What is -- what are your duties and

15        responsibilities with the Medallion Organization, Mr.

16        Adams?

17   A    I'm doing the safety audits for the Medallion.  It's

18        basically a five star, five step program in order to

19        become a Medallion carrier and that's a voluntary level

20        above the regulatory compliance.  And what I do is I go

21        out and visit with the operators when they say they're

22        ready for a star and we have developed an audit checklist.

23        I go out and work with the operators and make sure that

24        they are in fact doing the things that are required in

25        order for them to be recognized as working above the

1       regulatory minimums.

2   Q   Are you an employee of Medallion?

3   A   Yes, part-time.

4   Q   I see.

5       MS. JONES:  I'm going to object to anymore questions along

6   this line because I really don't see what -- how it's relevant

7   to this case.

8       MR. FLEISCHER:  Well.....

9       THE COURT:  Sustained.

10      MR. FLEISCHER:  Very well.

11  Q   Are you familiar with the fact, Mr. Adams, that Ms. Miller

12      was involved in a deviation in Homer while she was an

13      Aviation Safety Inspector?

14  A   Yes.

15  Q   Did that play any part in your own assessment of her

16      technical skills?

17  A   We had that situation investigated by someone from a

18      different office which is our standard practice.  I'm

19      saying our now in the sense of when I was in the FAA.  Was

20      the standard practice of the FAA at the time.  Anytime a

21      pilot was involved in a -- anything that might have been a

22      violation or an incident or whatever to have it reviewed

23      by someone -- by an inspector from a different office just

24      to avoid any even appearance that somehow the FAA was

25      protecting its own employees or holding a double standard

1     for our own employees.  So as I recall Dennis Ward I
2     believe it was from Fairbanks who was a Fairbanks Safety
3     Inspector, we asked him to look into the situation and
4     basically conduct an investigation just as if it was a,
5     you know, outside party.  And the report back on his
6     findings, I just remember it in general terms that there
7     was some -- I don't recall if it was altitude deviation or
8     a course deviation of some sort while they were down there
9     doing an instrument approach.  I believe Verene was the
10    instructor pilot on board.  Dennis Ward looked into it, my
11    recollection was, and it was closed out with an
12    administrative action.
13  Q  Do you remember that it was approximately 4,000 -- over
14    4,000 feet off altitude and some eight miles off course?
15  A  I don't remember the specifics of it, no.
16  Q  Assuming those were the specifics in the findings, did
17    that give any cause to you and the management of FAA about
18    the technical skills of Ms. Miller?
19  A  Well, as I said, that report was investigated by one of
20    our inspectors who looked into it.  And if it was closed
21    with an administrative action, I'm not sure if you're
22    familiar with the FAA's internal administrative action
23    process, but basically there was the finding of no --
24    safety was not compromised in order for it to be closed in
25    an administrative way.  And therefore it would be

1    something of a -- more of a technical violation, a

2    technical issue rather than a compromise in safety for it

3    to be closed that way.  So, as I said, I don't remember

4    specifically that -- the case about -- I have confidence

5    that if it was closed that way that was the finding.

6  Q  Well, assuming those were the parameters surely safety was

7    compromised, was it not?

8  A  Well, again, I go back to the -- if the finding was that

9    it was closed administratively then as an organization we

10   must have reached the conclusion that safety had not been

11   compromised or we wouldn't have been able to close it with

12   an administrative action like that.

13  Q  Very well.

14    (Whispered conversation)

15  Q  You're familiar with the fact that in regard to the way in

16   which this is happening, if the person being charged with

17   a deviation files an ASRS report that that takes it into

18   the administrative proceeding, does it not, as opposed to

19   otherwise?

20  A  That's not my understanding of the process.  All it does

21   is relieve the -- if there was a suspension in fact would

22   gen -- normally be a result then, that report would just

23   -- there wouldn't be a suspension served, but there would

24   be still a record of a violation, that's my understanding

25   of the process.  It doesn't necessarily move it

1    automatically to administrative action.

2    (Whispered conversation)

3    MR. FLEISCHER:  No further questions Your Honor.

4    THE COURT:  All right.  Any redirect?  Very short.

5                    **REDIRECT EXAMINATION**

6    BY MS. JONES:

7    Q   You indicated at the time there were some problems in the

8        230 branch, some RIFT's between the branch and the FSDO's.

9        Do you remember if Tom was in the branch as a specialist

10       at the time?

11   A   I believe he was.

12   Q   You indicated that Tom Carter had said that he didn't want

13       to work with Mr. Christensen.  When you selected Mr.

14       Christensen for the 230 branch manager did you have some

15       concerns about what best to do with Mr. Carter?  Do you

16       have some ideas there?

17   A   Well, that's why I thought it would be a natural -- if he

18       didn't elect to retire I thought it would be a natural fit

19       for him to go out to the FSDO where he could -- he didn't

20       -- he had expressed his concern about working with Bob.  I

21       thought it would be a natural fit for him back out at the

22       FSDO working the Operations issues out there.  So to me

23       that was a good solution.  Christensen could come in and

24       run the branch, Tom who had already expressed concern

25       about it wouldn't, you know, be there, wouldn't be good

1       for him, wouldn't be good for the branch if he didn't want

2       to be there, be an opportunity for him back out at the

3       FSDO where he could work Operations issues which he

4       enjoyed and -- so I thought that was a good fix all

5       around.

6    Q  There was some discussion you had about whether or not Ms.

7       Miller had some sort of administrative action taken for

8       her piloting skills.  Whether or not she was a good pilot,

9       was that important to you in selecting a second level

10      manager?

11   A  Not particularly because that's not -- it's not a flying

12      job and it's not a sort of -- you know, mechanical skills

13      flying airplane aren't particularly relevant to that job.

14      However, I would add that we had asked her on several

15      occasions to pilot VIP airplanes around the state when we

16      were carrying executives from Washington and things like

17      that.

18   Q  Do you know if any of those times were after this incident

19      in Homer?

20   A  I believe they were, yes.  At least one.  So we did have

21      -- or I have confidence in her flying skills, but the

22      other part was it's not particularly relevant to that job,

23      it's not a flying job.

24   Q  That being the section supervisor.

25   A  Section supervisor, that's correct.

1   Q    Do you know whether or not Tom Carter had ever been

2        detailed into the assistant division manager position?

3        Actual detail via HR and all the paperwork that goes with

4        it.  Do you know?

5   A    I don't believe so.  I don't know that for a fact.

6        MS. JONES:  I don't think I have any further questions.

7        THE COURT:  All right.  Thank you Mr. Adams for....

8        THE WITNESS:  Thank you.

9        THE COURT:  .....coming in, you're excused.  We'll be off

10  the record.

11       THE REPORTER:  Off the record.

12       (Off record at 2:59 p.m.)

13       (On record at 3:14 p.m.)

14       THE REPORTER:  We're on the record.

15       THE COURT:  Mr. Duncan, would you put on a.....

16       THE WITNESS:  Yes.

17       THE COURT:  Mr. Duncan, I'm Judge Fall with the EEOC.  If

18  you would stand I'll swear you in.  Raise your right hand.

19       (Oath administered)

20       MR. DUNCAN:  I do.

21                   **JOHN DUNCAN**

22  a witness, called for examination by counsel on behalf of the

23  Agency, was duly sworn, examined and testified as follows:

24       THE COURT:  All right, please be seated.  State your full

25  name and spell your last name please.