```
          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF ALASKA
_____

CHANDLER D. CARTER,            )
                               )
     Plaintiff,                )
                               )
vs.                            )
                               )
NORMAN Y. MINETA, Secretary    )
of Transportation,             )
                               )
     Defendant.                )
_____)

Case No. A04-178 CV (JKS) Civil
```

_____

DEPOSITION OF CHANDLER D. CARTER
_____

Pages 1 - 122, inclusive

Tuesday, December 14, 2004
9:17 a.m.

Taken by Counsel for Defendant
at
U.S. Attorney's Office
222 W. 7th Avenue, Room 253
Anchorage, Alaska

Exhibit K

1   A   I would have to answer that in a little lengthy
2   manner.  John Duncan had said that he wanted her, wanted
3   Verene Miller promoted as soon as possible.  He said it in
4   a meeting in front of Jerry Paterson.  He said it in a
5   meeting with Johnnie Wallace and myself.  Her not being
6   qualified and John Duncan wanting to promote her as soon
7   as possible even though she was unqualified, in my
8   opinion, is discriminatory.
9   Q   Did -- Bob Christensen, was he at that meeting?
10  A   No, he -- he was not at the meeting that Johnnie
11  Wallace and I were at, no.  There was only three people in
12  the room when John Duncan made the statement, and that was
13  John Duncan, Johnnie Wallace, and myself.
14  Q   And what's the time frame between that statement
15  and Bob Christensen's review of Ms. Miller's application?
16  A   As best I could determine, that statement was
17  made about the 22nd of May.  And I don't -- I don't recall
18  the date of the evaluation review, but it was sometime
19  after that.
20  Q   When did the interviews start taking place?
21  A   The interviews?  I think the 17th of July 2000.
22  Q   So sometime between May 22nd and July 17th, Bob
23  Christensen reviewed --
24  A   Yes, ma'am.
25  Q   Now, do you have any evidence that Bob

1    Q    Is it your understanding that Sandy Burgin
2    independently selected Bob Christensen to do the
3    application review?
4    A    Yes, ma'am, that's my understanding.
5    Q    Okay.  Do you have any allegation that anything
6    that Sandy Burgin did was discriminatory towards you, that
7    she did it to discriminate against you on the basis of
8    either sex or age?
9    A    I think what Sandy Burgin did was to advance
10   Verene Miller because she did not follow correct
11   procedures.  I cannot say that she specifically
12   discriminated against me, no.
13   Q    Okay.  Sandy Burgin didn't follow correct
14   procedures; what do you mean?
15   A    The personnel rules require that an applicant
16   have a year of specialized experience.  The personnel
17   rules also say that generalized experience can be used to
18   meet the requirements for specialized experience.  Sandy
19   Burgin did not give Bob Christensen any kind of a briefing
20   or instructions on how to appropriately review Verene
21   Miller's application for qualification or equivalency.
22   She just handed him the application and said does this
23   meet the same level as a 14 supervisor.  And Bob
24   Christensen combined both general experience and
25   specialized experience and said yes.

```
 1      Q    Okay.  And who was on the interview committee?
 2      A    Rick Gerard, Bill Williams, Jerry Nunnally,
 3   Dolores Coates, Ruben Saldana.
 4      Q    Now, once they got the application, was it their
 5   responsibility to reject the applications or the
 6   qualifications?
 7      A    No, ma'am.
 8      Q    So do you find any fault with the fact that they
 9   accepted her application as qualified?
10      A    No, ma'am.
11      Q    Do you have any problem with any of these people
12   as far as believing that they discriminated against you
13   based on sex?
14      A    No, ma'am.
15      Q    Or that they discriminated against you on the
16   basis of race?
17      A    No, ma'am.
18      Q    Do you think they --
19      A    Race?  Race isn't -- race is not an issue.
20      Q    I'm sorry.  Age.
21      A    No, ma'am.
22      Q    I have other cases, and sometimes --
23      A    I understand.
24      Q    So you don't have any problems with the way they
25   rated the applicants after the interviews?
```

```
 1        A    We waited for a considerable amount of time, and
 2   I was eventually told that I did not get the position.
 3        Q    Okay.  Now, we know that Johnnie Wallace was the
 4   deciding official.
 5        A    Selecting official, right.
 6        Q    Selecting official.  Okay.  Is it your
 7   understanding he could select any of those three people?
 8        A    Yes, ma'am.  That's the rules.
 9        Q    Now, is he somebody that you think discriminated
10   against you?
11        A    Yes, ma'am.
12        Q    Okay.  Now, did he discriminate against you on
13   the basis of age?
14        A    Yes, ma'am.
15        Q    Okay.  Did he discriminate against you on the
16   basis of gender?
17        A    I don't know.
18        Q    Why do you think Johnnie Wallace cared about how
19   old you were?
20        A    I'm eligible to retire, and we discussed
21   retirement occasionally.  He made the statement to me that
22   I was too old for that kind of stuff.  I have been around
23   too long and I needed to retire.
24        Q    Okay.  I want to stop you right there.  Do you
25   remember the exact words?
```

```
 1         A    No, ma'am.
 2         Q    So this is in general?
 3         A    It's paraphrased.
 4         Q    Paraphrased.  It's paraphrased.  Okay.  So can
 5    you tell it to me again, please?
 6         A    He said that I was too old for that kind of
 7    stuff -- actually this kind of stuff is what I think he
 8    said.  You are too old for this kind of stuff.  You have
 9    been around too long or a long time, and you need to
10    retire.
11         Q    When did he tell you this?
12         A    Sometime in the summer of 2000.
13         Q    Did you ever tell him the same sort of thing?
14         A    I don't think so.
15         Q    How long had you been eligible to retire?
16         A    Probably '90, 1990, when I was 55.  I think it
17    was '90.
18         Q    Now, was that a big deal, to be eligible to
19    retire?
20         A    Oh, yes.
21         Q    Did you talk to people about that?
22         A    See her smiling?
23         Q    Did you talk to people about it?
24         A    Oh, yes.  As I said, we discussed retirement
25    occasionally.
```

```
1       A    I'm not -- at the time it was said, I'm not sure
2    that it was -- on a scale of one to ten, I would say it
3    was probably a five or a six level offensive.
4       Q    Did you tell him?
5       A    I don't recall telling him, no.
6       Q    Do you think he didn't pick you because he
7    thought you should retire?
8       A    Yes, ma'am.
9       Q    Now, at the time did you have some retirement
10   papers in or were you retiring and going to Texas or --
11      A    I was planning -- to answer your question I
12   have to go a little bit into detail, if you want me to.
13      Q    No.  I just want to know the dates of -- did you
14   have any paperwork in with the FAA?
15      A    No, ma'am.
16      Q    Okay.  Had you talked to Johnnie Wallace about
17   applying for this position?
18      A    He knew that I had applied for it.
19      Q    But did you talk to him about it?
20      A    I'm going to say no in the context of your
21   question.  I had told Johnnie if I was selected for the
22   position, that I would stay in it at least two years.
23      Q    And this was before the application process?
24      A    I think it was during the application process.
25      Q    Is staying just two years, is that a problem?
```

1    selecting official?
2        A    I don't remember.  There could have been other
3    times.
4        Q    And did you get three names selected given to
5    you?
6        A    No, ma'am.
7        Q    How did it work when you did it?
8        A    We had a unit supervisor's position open, and we
9    asked -- I don't recall his last name.  His first name is
10   John -- if he would chair the committee.  And he agreed to
11   chair the committee.  There was, as I recall, 15 bidders.
12   And there was two union members on the interview panel.
13   And the two union members were skewing their votes; that
14   is, giving some people a zero rating and the other people,
15   the ones that they wanted, a higher rating.  Madden, John
16   Madden was the gentleman on the panel, chaired the panel.
17            And we had asked for three names; that is, we being
18   Johnnie Wallace and myself had asked John for three names.
19   But John Madden gave us two lists.  One list showed the
20   rankings with the union vote, and the other list showed us
21   the rankings without the union vote.  And instead of
22   getting a list of three names, we got the list of 15 names
23   and each one ranked numerically.  And Johnnie Wallace and
24   I collaboratively decided that we would make the selection
25   from the top three people.  And Johnnie Wallace and I

```
 1    the panel members.  It was just a -- it was a
 2    collaborative effort from start to finish between Johnnie
 3    and myself.
 4         Q    And then of the top three, who selected the
 5    winner?
 6         A    Collaboratively Johnnie Wallace and I did it
 7    together.
 8         Q    Now, you didn't pick the top person?
 9         A    No, ma'am.
10         Q    Why not?
11         A    Because we felt the other person was better
12    qualified.
13         Q    And what was your basis of that?
14         A    His experience.  The top person had limited
15    flight standards experience.  The other person had more
16    flight standards experience, and he had airline
17    experience.
18         Q    And on the person that you selected, did you
19    consider your own knowledge of their abilities, having
20    worked with them?
21         A    Johnnie and I both did.
22         Q    And that wasn't something that was on the
23    application; just your general knowledge of how this
24    person worked and job that they were in?
25         A    Any of those three people, I think, would have
```

```
1         A    No, ma'am.
2         Q    Was there a conference with you and Johnnie and
3    Mr. Duncan?
4         A    And Kent Adams and Bob Wedermeier.
5         Q    Is that a normal thing in the selection process?
6         A    Yes, ma'am, for a supervisor, yes, ma'am.
7         Q    So this was business as usual?
8         A    Yes, ma'am.
9         Q    Okay.  And did you discuss things like breaking
10   points in the list?
11        A    No, ma'am.  There were no points, not that I
12   recall.  You know, we didn't discuss points.  I don't
13   recall there being any points on the list.  There was just
14   a list of names, and the names were listed by how they
15   ranked.  If there was points on the list, I don't
16   remember.
17        Q    You don't remember anything about 100 points?
18        A    No, ma'am, I don't remember.  There may have
19   been points.  That's -- that's been four and a half years
20   ago.
21        Q    Okay.  And I want to explore this little
22   business about it was normal to have more than one person
23   conversing with the selecting official in the selection
24   process, if it was a supervisor.
25        A    I don't know.  I don't know what was normal
```

1  because I was in an acting position.  And I wanted to
2  ensure that I had buy-in from Johnnie Wallace, a
3  collaboration for the selection.  That's why we did it
4  together from start to finish.
5      Q  Who called the meeting with Mr. Duncan and the
6  others?
7      A  I presume he did.
8      Q  And who actually selected the number one person,
9  the name?  Did you do that?
10     A  Johnnie Wallace and I together agreed upon the
11 selection.
12     Q  And this was at a meeting?
13     A  Just between Johnnie and myself.  We went in his
14 office a few times and we met in my office a few times and
15 discussed it.
16     Q  Okay.  Now, afterwards did you explain your
17 decision to Mr. Duncan?
18     A  Yes, ma'am, both of us did.
19     Q  Was it -- was either of you the main speaker
20 before Mr. Duncan?
21     A  I would say -- well, Johnnie was senior to me,
22 so he started off the meeting.  He gave his justification
23 first, and then I gave mine.
24     Q  Okay.  Did you have any trouble with his
25 justification?

1      A    No, ma'am.  I supported it, just as he supported
2    mine.
3      Q    Were all the top three males?
4      A    I'm going to say yes.  I believe so.
5      Q    Were they all the same age?
6      A    I don't know.
7      Q    Was there any discussion about the age of the
8    applicants?
9      A    No, ma'am.
10     Q    Were you questioned about why the number one
11   person wasn't selected?
12     A    I don't recall.
13          MS. LINDQUIST:  Okay.  Off record.
14            (A break was taken.)
15            (Change in court reporters.)
16          MS. LINDQUIST:  Back on record.
17   BY MS. LINDQUIST:
18     Q    I want to go back for a short time to a
19   topic, because I think I missed a few questions.
20          In regards to Ms. Burgin, of her approval of
21   Bob Christensen's approval of Ms. Miller's
22   application, do you have any reason to believe that
23   Ms. Burgin made this error because she favored younger
24   people?
25     A    I don't know.

```
 1        Q    And do you even know if Ms. Burgin knew who
 2   Ms. Miller was?
 3        A    She knew who she was, but I don't know -- you
 4   know, I don't know how well she knew her or how well
 5   she knew anything about her, but I'm pretty sure she
 6   knew who she was.
 7        Q    Do you have any reason to believe that
 8   Ms. Burgin approved Ms. Miller's application because
 9   of her age?
10        A    I have no idea.
11        Q    Do you consider that Ms. Burgin discriminated
12   against you?
13        A    I think she participated in the
14   discrimination, yes.
15        Q    Okay.  Just because her error allowed the
16   application to go along?
17        A    Yes, that's correct.
18        Q    But did she do that because she had a
19   favoritism for younger people?
20        A    I don't know.
21        Q    Or she had a favoritism for women?
22        A    I don't know.
23        Q    Okay.  So do you think she had any
24   discriminatory thoughts against you individually?
25        A    I don't know.
```

```
 1    of the selecting officials?
 2        A    Yes, ma'am.
 3        Q    Okay.  Did you have any training in reviewing
 4    applications?
 5        A    Yes, ma'am.
 6        Q    What was your training?
 7        A    I participated in the air traffic program,
 8    the SIDP program, the supervisory identification
 9    development program.
10             I went to training in Texas.  I think it was
11    two weeks that we spent in teaching the -- I'm trying
12    to think of the name of the program.  It was reviewing
13    applications and conducting interviews for the air
14    traffic supervisory identification development
15    program.
16        Q    And who was it -- were you a trainer or --
17        A    I went to train the trainer.
18        Q    And why were you in a position to be a
19    trainer on that?
20        A    I was asked to do it.
21        Q    And before that, how much time had you put
22    into evaluating applications?
23        A    I don't recall any.
24        Q    I don't know if I understood that.  You don't
25    recall that you had evaluated any before, or you
```

1   work for him, so to speak?
2       A   I think so. I think he was -- I'm sorry, you
3   asked earlier if I thought that Johnnie Wallace had
4   discriminated based on sex, and I said no on that
5   answer. But in reconsideration, I think I would
6   change my answer and say yes. He was doing what John
7   Duncan wanted.
8       Q   And you think John Duncan wanted to promote
9   women?
10      A   I can't say that. I can say that he wanted
11  to promote Verene Miller. I don't know if there was
12  any other females he wanted to promote or not. He
13  never mentioned any other females except Verene
14  Miller.
15      Q   So you believe that Johnnie Wallace, in
16  selecting Verene, was doing it to please John Duncan?
17      A   Yes, ma'am.
18      Q   Now, you also think he discriminated against
19  you on the basis of age. Do you think, in doing that,
20  he was doing that to please John Duncan also?
21      A   I think he was selecting Verene Miller to
22  please John Duncan.
23      Q   Did John Duncan care how old anybody was?
24      A   I don't know. But keep in mind -- we haven't
25  discussed this -- but Johnnie Wallace was the oldest

```
1    should have collaborated with the classification
2    person and looked at the complexity of the operator to
3    determine if the experience that Verene Miller had was
4    at the 14 level. And that was not done.
5         Q    Should people on the interview panel have
6    explored this?
7         A    No, ma'am.
8         Q    Should Johnnie Wallace have explored it?
9         A    No, ma'am.
10        Q    So, basically it's on Sandy's head to?
11        A    Yes, ma'am.
12        Q    There was testimony at the hearing about
13   Ms. Miller's administrative action for altitude
14   violation.
15        A    Yes, ma'am.
16        Q    Why was that -- I mean, on the application is
17   there a place to put whether you've ever had a
18   violation, an aviation violation?
19        A    Not that I'm aware of, no, ma'am.
20        Q    Okay. Do the interviewers ask you about
21   whether you've had a flying violation?
22        A    No, ma'am. They didn't ask me. I don't know
23   what they asked Ms. Miller. I presume they asked her
24   the same questions I was asked.
25        Q    So if they were the same questions, they
```