

Exhibit  L