Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| WALLACE, JOHNNIE L       1774 | ███████ | ████ 1942 | 01 09 2005 |

| 5-A. Code | 5-B. Nature of | 6-A. Code | 6-B. Nature of Action |
|---|---|---|---|
| 894 | PAY ADJ | | |
| 5-C. Code | 5-D. Legal Authority | 6-C. Code | 6-D. Legal Authority |
| ZVB | P.L. 104-50 | | |
| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |
| F02 | SUPERIOR CONTRIBUTION INCREASE | | |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| PD NO =         BU NO = | SUPV AVIATION SAFETY INSPECTOR |
| ORG =           CST CNTR = | PD NO = AL-2359T    BU NO = ALFSR089 |
| | ORG = ALSD03    CST CNTR = B703 |

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| FV | 1825 | K | 00 | $112,852 | PA | FV | 1825 | K | 00 | $114,821 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| | $0 | | $0 | | $0 | | $0 |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| | ALASKAN REGION |
| | 222 W 7TH AVE #14, ANCHORAGE, AK 99513 |
| | FLIGHT STANDARDS DIVISION |
| | ANCHORAGE FSDO-03 |

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for |
|---|---|---|---|
| 2  1-None  3-10-Point/Disability  5-10-Point/Other  2-5-Point  4-10-Point/Compensable  6-10-Point/Compensable/30% | 1  0-None  2-Conditional  1-Permanent  3-Indefinite | | X YES   NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| C0  BASIC LIFE ONLY | 9  NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp. Date | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| 1  CSRS | 07 29 1976 | F | |

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 2  1-Competitive Service  3-SES General  2-Excepted Service  4-SES Career Reserved | E  E-Exempt  N-Nonexempt | SEE REMARKS BELOW | 8888 |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 020130020 | ANCHORAGE, ANCHORAGE, AK |

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| SP PROG=00 | SUPV CSC=2 | POS TYPE=1 | | POSITION SENSITIVITY = 5 |

**45. Remarks**
APPROP = 501 .0 /000/420 /B703 /1111
SALARY IN BLOCK 12A IS BASED ON PAY BAND K, SPECIALIZED JOB CATEGORY, MANAGER LEVEL 2. ENTITLED TO 25% COLA IN ADDITION TO SALARY IN BLOCK 12C. PAY RATE IN BLOCK 20A REFLECTS PAYMENT OF A SUPERIOR CONTRIBUTION INCREASE (SCI). SALARY IN BLOCK 20A IS BASED ON PAY BAND K, SPECIALIZED JOB CATEGORY, MANAGER LEVEL 2. ENTITLED TO 25% COLA IN ADDITION TO SALARY IN BLOCK 20C. COST OF LIVING ALLOWANCE SUBJECT TO CHANGE WITHOUT WRITTEN NOTICE.

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| DEPARTMENT OF TRANSPORTATION/FAA | AUTHORIZING OFFICIAL, HR SERVICES |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date |
|---|---|---|
| TD-03 | 1474 | 01 09 2005 |

TURN OVER FOR IMPORTANT INFORMATION
5-Part  50-156
OPF Copy
Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6236

Exhibit ___m___