Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| MILLER, VERENE L          7032 | ██████████ | ██-41 | 01-09-05 |

## FIRST ACTION / SECOND ACTION

| 5-A. Code | 5-B. Nature of Action | 6-A. Code | 6-B. Nature of Action |
|---|---|---|---|
| 894 | PAY ADJ | | |
| 5-C. Code | 5-D. Legal Authority | 6-C. Code | 6-D. Legal Authority |
| ZVB | P.L. 104-50 | | |
| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |
| F02 | SUPERIOR CONTRIBUTION INCREASE | | |

7. FROM: Position Title and Number

15. TO: Position Title and Number
SUPV AVIATION SAFETY INSPECTOR
PD NO=GLSA219.4B   BU NO=GLFS315
ORG=GLSD03         CST CNTR=B703

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| FV | 1825 | K | 00 | ██████ | PA | FV | 1825 | K | 00 | ██████ | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| ██████ | ██████ | ██████ | $0 | ██████ | ██████ | ██████ | $0 |

14. Name and Location of Position's Organization

22. Name and Location of Position's Organization
GREAT LAKES REGION
2300 E DEVON, DES PLAINES, IL 60018
FLIGHT STANDARDS DIVISION
COLUMBUS FSDO

## EMPLOYEE DATA

| 23. Veteran's Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1 - None  2 - 5-Point  3 - 10-Point/Disability  4 - 10-Point/Compensable  5 - 10-Point/Other  6 - 10-Point/Compensable/30% | 0 - None  1 - Permanent  2 - Conditional  3 - Indefinite | | YES  [X] NO |
| 1 | 1 | | |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| D0  BASIC+OPT A | 9  NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| K  FERS & FICA | 09-29-95 | F | |

## POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 2  1-Competitive Service  2-Excepted Service  3-SES General  4-SES Career Reserved | E  E-Exempt  N-Nonexempt | SEE REMARKS BELOW | 8888 |

| 38. Duty Station Code | 39. Duty Station (City-County-State or Overseas Location) |
|---|---|
| 39-1800-049 | COLUMBUS, FRANKLIN, OH |

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| SP PROG=00 | SUPV CSC=2 | POS TYPE=1 | | POSITION SENSITIVITY = 5 |

45. Remarks
APPROP = 501 .0 /000/420 /B703 /1111
SALARY IN BLOCK 12A IS BASED ON PAY BAND K, SPECIALIZED JOB CATEGORY, MANAGER
LEVEL 2. SALARY IN BLOCK 12C INCLUDES A LOCALITY-BASED PAYMENT OF 13.98%. PAY
RATE IN BLOCK 20A REFLECTS PAYMENT OF A SUPERIOR CONTRIBUTION INCREASE (SCI).
SALARY IN BLOCK 20A IS BASED ON PAY BAND K, SPECIALIZED JOB CATEGORY, MANAGER
LEVEL 2. SALARY IN BLOCK 20C INCLUDES A LOCALITY-BASED PAYMENT OF 13.98%.

RECEIVED FEB - 7 2005 CMH FSDO COLUMBUS, OH

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| DEPARTMENT OF TRANSPORTATION/FAA | *Joyce G. Sells* |
| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | AUTHORIZING OFFICIAL, HR SERVICES  Office of Human Resources Mgmt |
| TD-03 | 3251 | 01-09-05 | |

TURN OVER FOR IMPORTANT INFORMATION
Part 50-136

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6238

1 – Employee Copy – Keep for Future Reference

Exhibit __N__