

U.S. Department
of Transportation
Federal Aviation
Administration

# Memorandum

EXHIBIT No. A-13  RECEIVED ✓  REJECTED ____
C___ 380-A1-8153 CASE NAME Carter v. Mineta
No. of Pages 3  DATE 8/5-11/03  REPORTER L. Myers

5/19/2000

**Subject:** <u>INFORMATION</u>: Evaluation Panel Results   Date:

Policy Executive Staff                                                    Reply to
                                                                          Attn. of:

**To:** Manager, Anchorage Flight Standards District
Office

I sincerely thank you for the opportunity to chair the evaluation panel for the Supervisory Aviation Safety Inspector (Operations). I understand the importance of this position and how critical it is to the safety of flight within our Region.

The panel members assisting me were:
  Bobbie Gossweiler, HRM
  Merle Perrine, Anchorage Flight Procedures Office
  Norm Gommell, Air Traffic Division
  Tony Fischer, Anchorage FSDO
  Larry Lybarger, Anchorage FSDO
  Gerry Martelli, Anchorage FSDO

I provided each member with the vacancy announcement, Chapter 7 Section 5 of the Anchorage FSDO office manual describing the conduct of recommendation panels, a copy of each application with a scoresheet listing each KSAO. I advised each member of the responsibilities under the Privacy Act and the requirement to safeguard the applications.

We convened on Monday, May 15, 2000, and adjourned on May 17, 2000. As you requested, we interviewed all 15 applicants. Three applicants from outside Alaska traveled here to be interviewed in person along with six local applicants. We conducted telephone interviews with four outside applicants and two applicants from Alaska who were out of the state on TDY.

I instructed the panel to consider all applicants solely on the basis of the application and interview and to give no additional weight to a personal interview than one by telephone. The interviews averaged about 30 minutes and ranged from 18 to 55 minutes. We discussed the applicant after each interview but the panel members determined scores independently.

I developed the questions on four of the five KSAO's and the introduction. Panel members from the Anchorage FSDO contributed the two questions on the technical KSAO. I have attached the questions as part of the record. We asked the same

Exhibit O

questions of each applicant without variation. At the beginning of each interview, I provided a copy of the questions to each applicant who appeared in person. Because of logistical difficulties, I did not provide written questions to applicants interviewing by telephone. At the beginning of each telephone interview, I offered to repeat any question that was not understood or was unclear.

I allowed the panel members until Thursday, May 18, 2000, to review their notes, determine the scores and return all documents to me. I compiled the KSAO scores from all panel members for each applicant.

The current method prescribed by the Office Manual allows scores of 0, 10, 20, or 30 on each KSAO. With seven panel members I anticipated a standard deviation of about 35 points on the maximum of 150 possible points. However, the actual standard deviations were as high as 68.2.

I analyzed the scores to determine any disparity in scoring. Five of the panel members scored within an anticipated scoring range. In analyzing the scores, I noticed that two panel members scored 14 of the 15 applicants at or near zero and scored one applicant with a perfect score. Without divining their intentions, the appearance is that they did not score the individual applicants on the merit of the application and interview but to obtain a desired outcome. Because of their evident decision not to evenly apply the scoring standards, I recommend eliminating their scores from the panel.

Here are the panel results with and without the questioned scores:

| Results from 7 panel members | | | Results from 5 panel members | | |
|---|---|---|---|---|---|
| Rank | Name | Avg Score | Rank | Name | Avg Score |
| 1 | Walter Mahl | 114.3 | 1 | George Kobelnyk | 144.0 |
| 2 | George Kobelnyk | 110.0 | 2 | Joe Kennan | 138.0 |
| 3 | Joe Kennan | 98.6 | 3 | David McGlothen | 130.0 |
| 4 | David McGlothen | 92.9 | 4 | Richard Hudgens | 124.0 |
| 5 | Richard Hudgens | 88.6 | 5 | Bill Missal | 118.0 |
| 6 | Bill Missal | 84.3 | 6 | Anne Graham | 102.0 |
| 7 | Verene Miller | 74.3 | 7 | Walter Mahl | 100.0 |
| 8 | Anne Graham | 72.8 | 7 | Verene Miller | 100.0 |
| 9 | Michael Brice | 62.8 | 9 | Michael Brice | 82.0 |
| 10 | Mir Ali | 51.4 | 10 | Mir Ali | 72.0 |
| 11 | Byron Walton | 48.6 | 11 | Byron Walton | 68.0 |
| 12 | Gary Hunt | 41.4 | 12 | Gary Hunt | 58.0 |
| 13 | James Minter | 37.1 | 13 | James Minter | 52.0 |
| 14 | Steven Scully | 30.0 | 14 | Steven Scully | 42.0 |
| 15 | Harold Hutchins | 14.3 | 15 | Harold Hutchins | 20.0 |

Again, thank you for this opportunity to help you in your consideration for this key position. I am ready to help you and the Anchorage FSDO in any way that contributes to your success.


John W. Madden