ASAS - EIS         Violation Report Maintenance         FAA FORM 2150
Report Number > 1998-AL010700 JWS Related Report >

```
- - - - - - - - - - - - - - ALLEGED VIOLATOR IDENTIFICATION - - - - - - - - - - - - -
    Self Disclosure ? >        Self Disclosure Identity Code >
    Designator        >
 1. Name              > MILLER, VERENE LILLIAN
    DBA Name          >
    Address-1         >
    Address-2         >
    Address-3         >
    City              >
    State, Zip, Tele  >                       (   ) -
 3. Date of Birth     >
 4. Sex               > F
 5. FAA Cert No       > 002180483        CAIS Cert No >  002180483
 6. Certificate Type  > 13  AIRLINE TRANSPORT PILOT
    Certificate Reg   >
 7. Aviation Employer >

- - - - -  AIRCRAFT, ENGINE, PROPELLER, COMPONENT OR APPLIANCE INVOLVED  - - -
    Equipment Type    > A
 8. Make              > BEECH
 9. Model             > F90                    Group >    90
10. Identification #  > 015                    Aircraft Serial # > LA138
11. Owner Name        > FEDERAL AVIATION ADMINISTRATION
12.     Address-1     > 6500 S MCARTHUR BLVD
        Address-2     >
        Address-3     >
        City          > OKLAHOMA CITY
        State, Zip    > OK 73169

- - - - - - - - - - - - - - - - ALLEGED VIOLATION - - - - - - - - - - - - - - -
13. Date Occurred     > 1998/07/08  14. Time       > 08:22
15. Date known to FAA > 1998/07/08  16. Reg Discov > AL ALASKAN
17. Location          > HOMER, ALASKA
    Airport ID        > HOM      Airport Name  > HOMER ARPT
    City              > HOMER                    State > AK    Security Cat > 5
18. Regulations Violated:


- - - - - - - - - - - - - - - - - RELATED DATA - - - - - - - - - - - - - - - -
    Type              > 99 OTHER
    Sub-Type          > 99 OTHER
    Category          > 01 FLIGHT OPERATIONS
22. Source            > 01 AIR TRAFFIC SERVICE
23. Accident Associated > 00 NO ACCIDENT
24. Security Program  >
```

EXHIBIT No. C-1   RECEIVED ✓   REJECTED
CASE No. 380-A1-8153K  CASE NAME Carter v. Mineta
No. of PAGES 15   DATE 8/5-11/03   REPORTER L. Myers

0090

Exhibit P

C-1 Admitted

```
ASAS - EIS          Violation Report Maintenance       FAA FORM 2170
                                                       1999AL010102
- - - - - - - - - - INVESTIGATING FIELD  ICE RECOMMENDATION - - - - - - - - - -
 25. Type Action 1        > ████████████
 26. Sanction             > ████████████
     Sanction Amount      >
 25. Type Action 2        >
     Sanction             >
     Sanction Amount      >
     Type Action 3        >
     Sanction             >
     Sanction Amount      >
 27. Date                 > 1999/02/10
 28. Investigating Office > AL01 FAIRBANKS AK           FSDO
     CAS ID >                Reporting Inspector  > WARD, DENNIS L
     Remarks


- - - - - - - - - - - - - REGIONAL DIVISION REVIEW - - - - - - - - - - - - -

 29. Regulations Violated:
     091.123A           NO PIC MAY DEVIATE FROM ATC CLEARANCE UNLESS HE OBTAINS
     091.177A2I         NO PERSON MAY OPERATE ACFT UNDER IFR BELOW 2000 FT ABOVE

- - - - - - - - - - - - - REGIONAL DIVISION REVIEW - - - - - - - - - - - - -
 30. Recommend Type 1     > 01 ADMINISTRATIVE ACTION
 31. Recommend Sanction   > 02 LETTER OF CORRECTION
     Sanction Amount      >
 30. Recommend Type 2     >
 31. Recommend Sanction   >
     Sanction Amount      >
 30. Recommend Type 3     >
 31. Recommend Sanction   >
     Sanction Amount      >
 32. Date                 > 1999/02/17
 33. Region/Field Office  > AL ALASKAN
     Remarks
     JAMES GAROUTTE, OPERATIONS SPECIALIST.
```



0091

Admitted

```
                                                          1998AL0101
Report Number > 1998 AL01 0100   Related Report >

                          Final Action
Final Action Date> 1999/02/17 EXP-CAL-DATE >    / /   EXP CYCLE >
Final Action 1    > 01 ADMINISTRATIVE ACTION          Rebuttal      >
Sanction Type     > 02 LETTER OF CORRECTION     Final Amount >
Final Cert Type   >
Final Action 2    >
Sanction Type 2   >                             Final Amount >
Final Cert Type   >
Final Action 3    >
Sanction Type 3   >                             Final Amount >
Final Cert Type   >
Expunction Date   >      / /

Regulations Cited/Amount Assessed
091.123A                                091.177A2I
```

0092

Admitted