US DEPARTMENT OF TRANSPORTATION
DEPARTMENTAL OFFICE OF CIVIL RIGHTS
201 MISSION STREET, SUITE 2030
SAN FRANCISCO, CA 94105

(415) 744-3474

| | |
|---|---|
| CHANDLER D. CARTER ) | EEO Complaint : DOT-6-00-6121 |
| COMPLAINANT ) | |
| V ) | |
| DEPARTMENT OF TRANSPORTATION ) FEDERAL AVIATION ADMINISTRATION ) ALASKAN REGION ) | AFFIDAVIT |
| AGENCY ) | |

I, CHANDLER D. CARTER, make the following statement to LORRAINE LUCAS, who has identified herself to me as a Regional Civil Rights Investigator, for the Department of Transportation, Departmental Office of Civil Rights, San Francisco, California. I understand that this statement is not confidential and may be used as evidence. This document may also be shown to parties with the complaint process or based on Freedom of Information or Privacy Act requests.

I HEREBY SOLEMNLY SWEAR OR AFFIRM THAT:

1. For the record, state your sex and date of birth (month and year). Male, January 13, 1935

2. Identify your current job title, grade, and series, and state how long you have been in your position. Aviation Safety Inspector, FG-1825-14. I have been an Aviation Safety Inspector for twenty-two and ½ years, Regional Operations Specialist over seven ½ years.

3. Identify your current supervisor, and state how long he or she has been your supervisor. If less than two years, identify your previous supervisor. Robert Christensen has been my supervisor for four months. Jerry Paterson was my prior supervisor for several years.

4. Did you apply for the position of Supervisory Aviation Safety Inspector? Yes, I bid for Aviation Safety Inspector (Operations), FV-1825-K, Announcement Number AAL-FS-00-92-50333M.

5. Were you better qualified than the selectee for the position of Supervisory Aviation Safety Inspector (Operations)? Yes.

_[signature]_
Affiant's Initials

Exhibit _R_

1

Anchorage FSDO as that would have been the only time we would have discussed positions. Doug Dalby would have been the manager at Anchorage a very short time. He was only there for a few months. John Duncan said that the union accused him of selecting Dalby because Dalby was a friend from Texas. Duncan said, he had many friends that he would not select because they would not "enhance his career", or words very similar.

During the week of May 15th, or May 22nd, I contacted everyone who had bid on the unit supervisors job either by telephone or in person and discussed their bid and made recommendations for improving their bids. When I talked in person with Ms. Miller she was very discouraged that she had not been selected. I told her the announcement for the position I was in was either being or had been changed to allow equivalency and she should bid for the job. She told me she knew equivalency was going to be accepted as she had discussed it with John Duncan. I continued the conversation and recommended she rewrite her application with emphasis on management experience. At the time I did not know how equivalency would be rated or anything about the process of establishing qualifications under the equivalency system. If she was qualified to bid I wanted to make sure she had the opportunity and submitted the best package possible.

Verene Miller could not bid if the announcement was not changed. Why else would it have been changed? Why did John Duncan discuss it with Ms. Miller? How many other announcements have been changed? Who is the only person who benefited by the change? I have requested through FOIA copies of all Flight Standards announcements for the past five years. I will review them to determine how many other announcements have been made with the Supervisor's Evaluation, FAA Form 3330-52 requirement removed, how many have been either originally announced or modified with the equivalency statement. I will submit this information to you when I receive it. I am aware of only one operations announcement advertised since then, specifically, number AAL-AFS-00-185-52692, which states " Candidates must have one year or 52 weeks of specialized experience comparable to the next lower grade in the normal line of progression. Specialized experience is work which is directly related to the position to be filled which has equipped the candidate with the particular knowledge, skills and abilities to successfully perform the duties of this position". This is an excellent qualification statement that established professional criterion. I cannot say that about the modified announcement.

Q.   Do you have any direct knowledge that either John Duncan or Johnnie Wallace told the Human Resource Division to change the qualification requirement? If your answer is yes, please explain.

Normally, neither John Duncan nor Johnnie Wallace would have contacted the Human Resource Division. The Human Resource Division would not have changed the bid on their own initiative. The normal procedure would have been for John Duncan to instruct Naomi Christensen, 210 Resource Branch Manager (no relation to Robert Christensen, 230 Technical Standards Branch Manager) to have it changed. Naomi would have instructed Mary Hauserman, the Resource Specialist, to contact Human Resources and have it changed. Mary Hauserman should have used e-mail to contact the Human Resources Division, as they want written instructions for everything they do. I asked under FOIA for who changed the bid and any communications addressing the change and that information was denied me under Exemption 5 as internal communications. John Duncan announced either the change was going to be made on the May 15th Monday morning telecon or that it had been changed on the May 22nd Monday morning telecon. I don't remember which it was, but a large number of people in all three-district offices heard the announcement.

_CWc_
Affiant's Initials

11

they are training her to perform the job. The supervisors are Bruce Walker, P. K. Willis, George MacCament, and David McLaughlen. I also believe they will fear reprisal from Ms. Miller as she has the reputation of being very vindictive.

The union representative, John Elgee, and past representative, Paul Raker, will also say she is unqualified and they have to train her on every issue.

They will give specific circumstances if contacted. They can all be reached at (907) 271-2000.

I also suggest you contact any operations inspector at random and question them about Miller's qualifications. I will include an office telephone directory for your use.

18.     If you prevail in this complaint, what settlement will you accept?

Retroactive promotion to maximum level K pay band effective August 13, 2000, with all back pay including COLA and interest and payment of all attorney fees.
Reassignment to the position currently held by Ms. Verene Miller and Ms. Miller reassigned to a position she is qualified for at the FG-13 level.
Cash settlement of $300,000.00 to compensate for stress, anxiety, frustration, humiliation, and destruction of ego and self-esteem that was caused by this inappropriate selection of an unqualified female.

I have read the above statement, consisting of 12 pages, and it is true and complete to the best of my knowledge and belief. I understand that the information I have given is not considered confidential and that it may be shown to interested parties.

1-19-01
Date

_[signature]_
Affiant's Signature

Affiant's Initials

14