## DECLARATION

I, Verene Miller, declare under penalty of perjury that the following is true:

1. In May of 2000, I submitted an application for the position of Supervisor, Aviation Safety Inspector (Ops), FG-1825-14. I was not selected and the position was awarded to Mr. Dave McGlothlen.

2. I felt that I did not perform well at the interview. I later spoke to Mr. Tom Carter, the selecting official, about my application and I realized that I could have clarified and expounded upon my prior experience when I worked for Lane Aviation for twenty-four years, with fourteen of those years being in management positions. He recommended that with my management experience that I should continue to pursue a supervisory position. He then encouraged me to bid for the second level supervisor, FV-1825-K (Operations) (FG level 15), which he currently held in an acting capacity.

3. I also spoke with Robert Wedemeier, a senior management consultant, about my application and he suggested that I revise my application with more emphasis on management experience and work on my interview skills. He gave me several books and pamphlets to study that would assist me with job interviews.

4. I extensively revised my application before I applied for the level 15 position that I was awarded. I also believe that my interview responses were markedly improved.

Date: 1/30/2006    *Verene Miller* (signature)
Verene Miller
Manager, Columbus Ohio Flight Standards District Office

Declarations have the same legal force as affidavits. 28 U.S.C. § 1746

Exhibit 5