US DEPARTMENT OF TRANSPORTATION
DEPARTMENTAL OFFICE OF CIVIL RIGHTS
201 MISSION STREET, SUITE 2030
SAN FRANCISCO, CA 94105

(415) 744-3474

| | | |
|---|---|---|
| Chandler Carter | ) | EEO Complaint : DOT-6-00-6121 |
| | ) | |
| COMPLAINANT | ) | |
| | ) | |
| V | ) | |
| | ) | |
| DEPARTMENT OF TRANSPORTATION | ) | |
| FEDERAL AVIATION ADMINISTRATION | ) | AFFIDAVIT |
| AGENCY | ) | |

I, Gerald Martelli, make the following statement to Lorraine Lucas, who has identified herself to me as a Regional Civil Rights Investigator, for the Department of Transportation, Departmental Office of Civil Rights, San Francisco, California. I understand that this statement is not confidential and may be used as evidence. This document may also be shown to parties with the complaint process or based on Freedom of Information or Privacy Act requests.

The Departmental Office of Civil Rights Office accepted the following issue.

Did the FAA discriminate against Complainant because of his sex, in violation of Title VII of the 1964 Civil Rights Act, as amended, and because of his age, in violation of the Age Discrimination in Employment Act, when, on August 4, 2000, he was informed by Kent Adams, Assistant Division Manager, that he was not selected for the position of Supervisory Aviation Safety Inspector, FV-1825-K, and selected a less qualified, younger female?

I HEREBY SOLEMNLY SWEAR OR AFFIRM THAT:

1. State your job title, and grade.
**Response:**  **Assistant Manager, FV 1825-K.**

*[signature]*
Affiant's Initials

Exhibit T

2. Identify your sex, and state your date of birth.

**Response:** Male, born in 1950.

3. Identify your current supervisor, and state how long he or she has been your supervisor. If less than one year, identify your former supervisor.

**Response:** Hugh McLuaghlin.

4. Complainant alleges his eligibility for retirement has been a subject of discussion with a number of people. He states he recalled Johnnie Wallace made a comment to the effect that Complainant was too old for this kind of stuff, and he needed to retire or similar words to that effect. Complainant states you were present when Johnnie Wallace made this statement. He stated the comments were made between March and June 2000. Do you recall this statement?

**Response:** Not exactly. I recall that Johnnie Wallace made a statement to Tom that Tom was old enough to retire, and/or Tom had enough money to do something else. One needs to understand the context the remark was made in. It was made in the context of two people who have known each other a long time. Johnnie Wallace and Tom Carter go back a long way; they were both hired in the FAA 20 years ago. From my perspective, this was the context of Johnnie's remark, two people talking with each other who have known each other a long time. I took Johnnie's statement to mean why does Tom need this grief with the job. It appeared to me that they were joking with each other. I can't recall the exact date Johnnie made the statement, but I think it was right before the announcement for the position.

5. Did Complainant respond to Johnnie Wallace's statement? If yes, please state what he said.

**Response:** I don't recall. He may have; I did not pay attention. At the time, it did not seem important.

I have read the above statement, consisting of ___ pages, and I swear under penalty of perjury that it is true and complete to the best of my knowledge and belief. I understand that the information I have given is not considered confidential and that it may be shown to interested parties.

3/26/2001
Date

_____
Affiant's Signature

2