Case 3:04-cv-00178-JWS    Document 13-23    Filed 01/30/2006    Page 1 of 5

**United States Office of Personnel Management**

Operating Manual



# Qualification Standards for General Schedule Positions

Individual Occupational Requirements for

# GS-1825:   Aviation Safety Series

### Aviation Safety Inspector, GS-9/15

*The text below is extracted verbatim from Section IV-B of the **Operating Manual for Qualification Standards for General Schedule Positions** (p.IV-B-238), but contains minor edits to conform to web-page requirements.*

*This is an individual qualification standard.*

**Minimum Eligibility Requirements for All Positions:**
All applicants must meet the following requirements:

1. Not more than two separate incidents involving Federal Aviation Regulations violations in the last 5 years;
2. Valid State driver's license;
3. Fluency in the English language;
4. No chemical dependencies or drug abuse that could interfere with job performance; and
5. High school graduate or equivalent.

*Specialized Experience:* Applicants must meet the specialized experience described below for the type of position for which application is made. One year of the required specialized experience must have been equivalent to at least the next lower grade level in the normal line of progression. The 1 year of specialized experience provision in **E.3.**(m) of the "General Policies and Instructions" (Section II of this Manual) does not apply to these positions.

*Interview:* Candidates are required to appear for an interview prior to appointment to determine whether they possess the personal qualities necessary to perform Aviation Safety Inspector duties successfully. Candidates will be questioned about information on their application, and will be required to show appropriate certificates and ratings. Operations inspector candidates will be required to demonstrate proficiency in an airplane or simulator.

*Medical Requirements:* Applicants must be physically able to perform efficiently the duties of the Aviation Safety Inspector position. They must:

1. Have good distant vision in each eye and be able to read without strain