# POSITION DESCRIPTION (Please Read Instructions on the Back)

| Field | Value |
|---|---|
| 1. Agency Position No. | AL-2359 |
| 2. Reason for Submission | [X] From |
| 3. Service | |
| 4. Employing Office Location | Anchorage, Alaska |
| 5. Duty Station | Anchorage |
| 6. CSC Certification No. | |
| 7. Fair Labor Standards Act | |
| 8. Employment/Financial Stmt Required | No |
| 9. Subject to IA Action | No |
| 10. Position Status | |
| 11. Position is | [X] Managerial |
| 12. Sensitivity | |
| 13. Competitive Level Code | |
| 14. Agency Use | |

1-(M)-2   MASTER FILE

### 15. Classified/Graded By

| | Official Title of Position | Pay Plan | Occupational Code | Grade | Initials | Date |
|---|---|---|---|---|---|---|
| a. Civil Service Commission | File Copy - Don't Remove | | | | | |
| b. Department, Agency, or Establishment | Supervisory Aviation Safety Insp | GM | 1825 | 15 | EC | 2/24/92 |
| c. Bureau | | | | | | |
| d. Field Office | | | | | | |
| e. Recommended by Supervisor or Initiating Office | Supervisory Aviation Safety Inspector | GM | 1825 | 15 | | |

**16. Organizational Title of Position** (if different from official title)
Assistant Field Office Manager

**17. Name of Employee** (if vacancy, specify)

**18. Department, Agency, or Establishment**
DEPARTMENT OF TRANSPORTATION

a. First Subdivision
FEDERAL AVIATION ADMINISTRATION

b. Second Subdivision
ALASKAN REGION

c. Third Subdivision
FLIGHT STANDARDS DIVISION

d. Fourth Subdivision
FLIGHT STANDARDS DISTRICT OFFICE #03

e. Fifth Subdivision

**19. Employee Review** — This is an accurate description of the major duties and responsibilities of my position.

Signature of Employee (optional)

**20. Supervisory Certification.** I certify that this is an accurate statement of the major duties and responsibilities of this position and its organizational relationships, and that the position is necessary to carry out Government functions for which I am responsible. This certification is made with the knowledge that this information is to be used for statutory purposes relating to appointment and payment of public funds, and that false or misleading statements may constitute violations of such statutes or their implementing regulations.

| a. Typed Name and Title of Immediate Supervisor | b. Typed Name and Title of Higher-Level Supervisor or Manager (optional) |
|---|---|
| Richard O. Gordon, Manager, FSDO-03 | Thomas E. Stuckey, District Office Manager, AAL-200 |
| Signature / Date: 1-14-92 | Signature / Date: 1/14/92 |

**21. Classification/Job Grading Certification.** I certify that this position has been classified/graded as required by Title 5, U.S. Code, in conformance with standards published by the Civil Service Commission or, if no published standards apply directly, consistently with the most applicable published standards.

Typed Name and Title of Official Taking Action
Ellen Cook
Position Classification Specialist
Signature: Ellen Cook    Date: 2/24/92

**22. Standards Used in Classifying/Grading Position**

Information for Employees. The standards, and information on their application, are available in the personnel office. The classification of the position may be reviewed and corrected by the agency or the Civil Service Commission. Information on classification/job grading appeals, and complaints on exemption from FLSA, is available from the personnel office or the Commission.

### 23. Position Review

| | Initials | Date | Initials | Date | Initials | Date | Initials | Date | Initials | Date |
|---|---|---|---|---|---|---|---|---|---|---|
| a. Employee (optional) | | | | | | | | | | |
| b. Supervisor | | | | | | | | | | |
| c. Classifier | | | | | | | | | | |

**24. Remarks**

Exhibit V

**25. Description of Major Duties and Responsibilities** (see attached)

1-M-2

## SUPERVISORY AVIATION SAFETY INSPECTOR
## ASSISTANT FIELD OFFICE MANAGER

I. **POSITION SUMMARY**

Serves as the Assistant Manager of a Flight Standards field office. Shares in planning and administering the office programs to promote safety in all aviation activities. In the absence of the field office manager, assumes full responsibility and authority for all decision-making in a wide variety of administrative and technical areas.

II. **DUTIES AND RESPONSIBILITIES**

A. Assists in the responsibility for the direction and accomplishment of all functions and programs of the field office, from both the technical and administrative standpoint. Assists the field office manager in making decisions and recommendations which determine the basic content and character of the field office; specifically:

1. Establishes goals and objectives for each program area and approves modifications as required by changes in the environment. Makes project assignments and sets priorities.

2. Evaluates the adequacy and accomplishment of programs, such as certification, surveillance, investigation and accident prevention and ensures changes are made as necessary.

3. Determines the level of staffing and fiscal resources to be directed toward the accomplishment of various work programs. Approves adjustments to duty hours and workload scheduling to maintain control of premium compensation while meeting operational requirements.

4. Requests the additional resources necessary to accomplish unanticipated field office activities.

5. Provides justification to support major expenditures required to perform the functions of the field office.

MAR-27-2001 TUE 10:27 AM FAA ALASKAN REGION HRMD    FAX NO. 907 2714809    P. 05
Case 3:04-cv-00178-JWS    Document 15-24    Filed 01/30/2006    Page 3 of 5

1-M-2

3. Performs long-range planning in connection with prospective changes in field office functions and programs. Coordinates and implements organizational structural changes within the office to meet program requirements.

C. Assures that effective organizational and communication links are established between program groups. Develops controls and feedback systems that produce the level and variety of data essential to make management decisions in all program areas.

D. Advises higher level officials of problems involving the relationship of the field office functions to broader programs and the impact of these problems.

E. Supports all Flight Standards automation programs and ensures timely, accurate and complete entry of data. Utilizes data as an analytical tool to identify trends, adjust work programs, and redirect resources to improve the quality and effectiveness of the FAA's mission. Ensures the office automation program is consistent with national and regional directives, including systems security and software usage.

F. Accomplishes the following supervisory duties:

   1. Plans work to be accomplished by subordinates. Sets priorities and establishes schedules for completion of work. Assigns work to subordinates based on priorities, taking into consideration the difficulty and requirements of the assignments and capabilities of employees. Gives advice, counsel, or instruction to individual employees on both work and administrative matters. Makes decisions on work problems presented by subordinates or subordinate supervisors.

   2. Interviews and selects candidates for positions in the field office including recruitments, promotions, and reassignments of non-supervisory and supervisory personnel. Evaluates subordinates and may review evaluations made by supervisors of other employees.

1-M-2

3. Hears group grievances and employee complaints, and also cases of this nature not resolved at a lower level. Effects the complete range of disciplinary measures.

4. Reviews training needs of subordinates, decides on training problems of the field office as a whole, and takes action to obtain and/or provide the needed training.

5. Makes managerial decisions which promote a positive image of the FAA through interaction with various user groups. Actively communicates the FAA's role in fostering economnic growth while maintaining adequate levels of safety.

6. Is committed to, and actively supports the human relations program by taking positive action to continually improve the personal working environment in the office, establish effective avenues of communication, and encourage involvement of the workforce in problem resolution. Communicates regional and national priorities to FSDO personnel.

7. Relates Equal Employment Opportunity (EEO) concepts to overall supervisory/managerial responsibilities. Implements those affirmative action plan items for which supervisors/managers have assigned responsibilities. Demonstrates ability to treat all employees in a fair and equitable manner without regard to race, color, sex, religion, national origin, age, or physical handicap. Maintains currency with regard to supervisory/managerial requirements for Affirmative action plans, discrimination complaints, and special EEO program efforts where applicable (e.g., upward mobility programs and other special hiring efforts). Provides input to the identification and resolution of EEO problems and cooperates with EEO officials on matters pertaining to problems and complaints of discrimination.

G. Performs other duties as assigned.

1-M-2

III. <u>SUPERVISION RECEIVED</u>

The Field Office Manager provides overall policy, objectives, emphasis, and broad administrative direction. The guides are FAR's, agency handbooks, and national, regional, and field office policies and procedures. Independently performs and has responsibility for all assignments.