
U.S. Department of Transportation
Federal Aviation Administration

Date: 08/21/2000
Page: 1 of 3

## Department of Transportation
## Federal Aviation Administration
## Promotional and Career Opportunities
## Vacancy Announcement Number: AAL-FS-00-92-50333M

**Open Date:** May 10, 2000
**Close Date:** Jun 07, 2000
**Position:** Supervisory Aviation Safety Inspector (Operations), FV-1825-K, Job Category: Specialized
**Salary Range:** $73,500 to $113,900
**Location:** Anchorage, AK
**Organization Location:**
  Alaskan Region, Anchorage Flight Standards District Office, FSDO-03
**PCS:**
  Relocation/moving expenses will be paid per applicable regulations.
**Area of Consideration:**
  FAA-Wide
**Duties:**
  Serves as the Operations Section Manager and is responsible for all operations activities including directing the work of Operations Unit Managers.
**Amendment date:** May 16, 2000
**Amendment Note:**
  Qualifications amended to clarify specialized experience requirement.
**NOTE:**
  All referred candidates will be interviewed.
**Qualifications:**
  Candidates must show one full year of specialized experience equivalent to at least FG-14 or Pay Band J.
**Evaluation Criteria:**
  Applicants meeting minimum qualification requirements, including any selective factors, may be further evaluated to determine those who are well qualified. This will be based on the degree to which they possess the Knowledges, Skills, Abilities, and Other Characteristics listed in the announcement.

  Each applicant must submit a supplemental statement describing his/her possession of experience, education, training, and awards relative to each of the KSAO's. This supplemental statement should include identification of the position for which you are applying and the Announcement Number at the top of each page. Applicants should then list the KSAO being addressed and provide information regarding their experience and accomplishments which demonstrate possession of the KSAO. Include dates and location of experience and/or training received. Justification for awards should be submitted only when it is directly related to any of the listed KSAO's.

**1. Knowledge of and ability to apply Federal Aviation Regulations (FARs), FAA policies, and technical procedures as it relates to the Flight Standards program.**
  Describe the type of work experience you have had that demonstrates your ability to apply this knowledge.
**2. Organizing, planning, coordinating and follow-through skills.**
  Describe and provide examples of your organizational experience and ability to establish and coordinate a course of action for yourself and others, while meeting program objectives and deadlines.
**3. Ability to apply interpersonal skills in a model work environment.**
  Identify experience which demonstrates your ability to work effectively in a team environment.
**4. Ability to effectively communicate orally and in writing.**
  Describe the various situations you encounter which require you to speak effectively, and the types of written material that you have prepared.
**Supervisory And Managerial Positions**

Exhibit __W__



U.S. Department of Transportation
Federal Aviation Administration

Date: 08/21/2000
Page: 3 of 3

**FAA vacancy information and certain application forms are now available on the FAA's World Wide Web site at: http://jobs.faa.gov or by calling our Faxback system at (405)954-0250.**

Vacancy Announcement Number: AAL-FS-00-92-50333M