# MPP CERTIFICATE OF QUALIFIED CANDIDATES

| ANNOUNCEMENT NO: AAL-AFS-00-92 | POSITION TITLE: Supv. Aviation Safety Inspector (Operations) |
|---|---|
| SERIES & GRADE: FV-1825-K | LOCATION: Alaskan Region, Airway Facilities Division, Anchorage FSDO, Anchorage, Alaska |

## SECTION I: WELL QUALIFIED CANDIDATES

| NAME | FACILITY/OFFICE | GRADE ELIGIBLE |
|---|---|---|
| Brice, Michael | Anchorage FSDO | FV-K |
| Brown, Richard | Rapid City FSDO | FV-K |
| Carter, Chandler | Anchorage FSDO (temp assignment) | FV-K |
| Garoutte, James | AL-230 | FV-K |
| Jokela, Valerie | AL-230 | FV-K |
| Miller, Verene | Anchorage FSDO | FV-K |

Candidates listed in alphabetical order. They have not been ranked.

Issued by: *Sandra M. Bergin* [signature]
Sandra M. Bergin, Personnel Mgmt Specialist     June 23, 2000

## SECTION II: SELECTION

**NAME OF PERSON(S) TENTATIVELY SELECTED:** Verene Miller

**PROPOSED PUP DATE:** 8/13/00

**BASIS FOR SELECTION (IF NO SELECTION MADE STATE REASON):**

Were all, some, or none of the candidates interviewed? ALL
If some, but not all, were interviewed, provide job-related criteria used to determine which candidates to interview:

Three applicants were referred by the Interview Panel. I am selecting Verene Miller based upon her previous industry experience as a manager (second level), communications, accountability, and team player skills.

**SIGNATURE OF SELECTING OFFICIAL:** Johnnie L Wallace [signature]   **DATE:** 8/4/00

## SECTION III: AUDIT

| ENDORSEMENTS | | AUDIT | |
|---|---|---|---|
| PROGRAM DIVISION SIGNATURE: [signature] | DATE: 8/4/00 | STAFFING SPECIALIST | DATE |

Form AL-500-3330 (5/97)

Exhibit X

F17