EXHIBIT No. A-26   RECEIVED ✓   REJECTED ___
CASE No. 380-A1-8153X   CASE NAME Carter v. Mineta
No. OF PAGES 4   DATE 8/5-11/03   REPORTER L. Myas

# MPP CERTIFICATE OF QUALIFIED CANDIDATES

| ANNOUNCEMENT NO: AAL-AFS-00-070 Page 1 | POSITION TITLE: Supv. Aviation Safety Inspector (Ops) |
|---|---|
| SERIES & GRADE: FG-1825-14 | LOCATION: Alaskan Region, Flight Standards Division, Flight Standards District Office, Anchorage FSDO-3, Anchorage AK |

## SECTION I: WELL QUALIFIED CANDIDATES

| NAME | FACILITY/OFFICE | GRADE ELIGIBLE |
|---|---|---|
| Ali, Mir Salim | Anchorage FSDO | FG-14 |
| Brice, Michael | Anchorage FSDO | FG-14 |
| Graham, Anne | Flight Standards Div., Anchorage RO | FG-14 |
| Hudgens, Richard | Nashville FSDO | FG-14 |
| Hunt, Gary | Van Nuys FSDO | FG-14 |
| Hutchins, Harold | Seattle FSDO | FG-14 |
| Keenan, Joseph | Miami FSDO | FG-14 |
| Kobelnyk, George | Flight Standards Div., Anchorage RO | FG-14 |
| McGlothen, David | Anchorage FSDO | FG-14 |
| Mahl, Walter | Anchorage FSDO | FG-14 |

Candidates listed in alphabetical order. They have not been ranked. *pmb*

See Page 2 for continuation of list.

## SECTION II: SELECTION

| NAME OF PERSON(S) TENTATIVELY SELECTED | PROPOSED PUP DATE |
|---|---|
| DAVID McGLOTHEN | 6-4-2000 |

BASIS FOR SELECTION (IF NO SELECTION MADE STATE REASON)

PLEASE SEE ATTACHED SHEET.

Were all, some, or none of the candidates interviewed? ALL
If some, but not all, were interviewed, provide job-related criteria used to determine which candidates to interview:

| SIGNATURE OF SELECTING OFFICIAL | DATE: |
|---|---|
| Tom Carter | 5-23-00 |

## SECTION III: AUDIT

| ENDORSEMENTS | | AUDIT | |
|---|---|---|---|
| PROGRAM DIVISION SIGNATURE *John E. Reeves* | DATE 5/25/00 | STAFFING SPECIALIST | DATE |

Form AL-500-3330 (5/97)   Exhibit Y

Admitted A-26

# MPP CERTIFICATE OF QUALIFIED CANDIDATES

| ANNOUNCEMENT NO: AAL-AFS-00-070   Page 2 | POSITION TITLE: Supv. Aviation Safety Inspector (Ops) |
|---|---|
| SERIES & GRADE: FG-1825-14 | LOCATION: Alaskan Region, Flight Standards Division, Flight Standards District Office, Anchorage FSDO-3, Anchorage AK |

## SECTION I: WELL QUALIFIED CANDIDATES

| NAME | FACILITY/OFFICE | GRADE ELIGIBLE |
|---|---|---|
| Miller, Verene | Anchorage FSDO | FG-14 |
| Minter, James | Fort Worth FSDO | FG-14 |
| Scully, Steven | Denver FSDO | FG-14 |
| Walton, Byron | Oklahoma City FSDO | FG-14 |

Candidates listed in alphabetical order. They have not been ranked.

Issued by: *[signature]* Sandra M. Bergin    Date: May 2, 2000

## SECTION II: SELECTION

| NAME OF PERSON(S) TENTATIVELY SELECTED | PROPOSED PUP DATE |
|---|---|
| | |

**BASIS FOR SELECTION (IF NO SELECTION MADE STATE REASON)**

Were all, some, or none of the candidates interviewed? _____
If some, but not all, were interviewed, provide job-related criteria used to determine which candidates to interview:

| SIGNATURE OF SELECTING OFFICIAL | DATE: |
|---|---|

## SECTION III: AUDIT

| ENDORSEMENTS | | AUDIT | |
|---|---|---|---|
| PROGRAM DIVISION SIGNATURE | DATE | STAFFING SPECIALIST | DATE |

Form AL-500-3330 (5/97)