i

```
                       TABLE OF CONTENTS

WITNESSES              Direct   Cross   Redirect   Recross   Voir Dire

NAOMI CHRISTENSEN
    By Ms. Jones                          264
    By Mr. Fleischer                                 277

MARY HAUSERMANN
    By Ms. Jones        299               318
    By Mr. Fleischer             309

DAVID LUCHER
    By Mr. Fleischer    322               336
    By Ms. Jones                 331
    By The Court                                               336

SANDY BERGIN
    By Ms. Jones        338               416
    By Mr. Fleischer             383
    By The Court                                               428
```

KRON ASSOCIATES
1113 W. Fireweed Lane, Suite 200
Anchorage, Alaska 99503
(907) 276-3554

Exhibit  Z

1      positions.

2  Q   We talked about the QMC meetings and a little bit about whether Mr. Duncan has ever made a comment about promoting Verene Miller as soon as possible. Has Duncan ever said that he wanted anyone in particular promoted, whether as soon as possible or even just promoted?

7  A   Not to my knowledge. I remember him saying things like maybe somebody came and made a presentation and he might say that was a great job, that's maybe the future of our organization or something -- you know. Complimenting somebody for the job they did.

12  Q   Has Mr. Duncan ever said that he -- to your knowledge, that he ever wanted Verene Miller promoted as soon as possible?

15  A   Not that I've heard, no.

16  Q   Has he ever given you or anyone else to your knowledge the impression that he wanted Verene Miller promoted?

18  A   Not to my knowledge.

19  Q   Has he ever given you an impression that he wanted anyone promoted?

21  A   No. Mostly he worked with Mary and I to make sure the process was a fair and equitable set up, the interview panel process that was developed. He was one of the driving forces in getting that done.

25  Q   In the QMC meetings would you ever have had discussions