IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CHANDLER D. CARTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| NORMAN Y. MINETA ) | |
| SECRETARY OF TRANSPORTATION, ) | |
| ) | |
| Defendant. ) | CASE NO: A04-178 CV (JKS) |
| _____ ) | |

**UNOPPOSED**
**PLAINTIFF'S MOTION FOR CONTINUANCE**

    Hugh W. Fleischer, on behalf of plaintiff, Chandler D.(Tom) Carter, hereby moves for a continuance of the time within which to respond to Mr. Mineta's Motion for Summary Judgment to February 28, 2006.

    Counsel for the defendant, Assistant U.S. Attorney Susan Lindquist, has authorized the undersigned to advise that the defendant does not oppose this motion.

    DATED at Anchorage, Alaska this 10th day of February, 2006.

    LAW OFFICES OF HUGH W. FLEISCHER

    S/ HUGH W. FLEISCHER

```
                              Hugh W. Fleischer
                              Attorney for Chandler D. Carter
                                Alaska Bar # 7106012
                                310 K. St., Suite 200
                                Anchorage, AK 99501
                                (907) 264-6635
                                (907) 264-6602-Fax
                                  hfleisch@aol.com
```

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 10th
day of February, 2006, a true
and accurate copy of the foregoing was
delivered electronically to:

Susan J. Lindquist
Assistant U.S. Attorney
222 W. 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Susan.linquist@usdoj.gov


 S/ Hugh W. Fleischer

LAW OFFICES OF HUGH W. FLEISCHER

9268/608