```
                IN THE UNITED STATES DISTRICT COURT

                     FOR THE DISTRICT OF ALASKA


   CHANDLER D. CARTER,           )
                                 )
                                 )
                                 )
                                 )
           Plaintiff,            )
                                 )
      vs.                        )
                                 )
   NORMAN Y. MINETA              )
   SECRETARY OF TRANSPORTATION,  )
                                 )
           Defendant.            )  CASE NO: A04-178 CV (JKS)
   _____)
```

## ORDER

Hugh W. Fleischer on behalf of plaintiff, Chandler D. (Tom) Carter, having moved for a continuance to file his response to the defendant's motion for summary judgment to February 28, 2006, and the defendant having non-opposed such motion, THE MOTION IS HEREBY GRANTED.

```
                          _____
                             James K. Singleton
                             U.S. District Judge
```

9268/608 O