IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CHANDLER D. CARTER,<br><br>    Plaintiff,<br><br> vs.<br><br>NORMAN Y. MINETA, SECRETARY OF TRANSPORTATION,<br><br>    Defendant. | Case No. 3:04-CV-00178 (JKS)<br><br>O R D E R |

  Plaintiff, having moved for a continuance at **Docket No. 14** to file his response to the Defendant's Motion for Summary Judgment on **February 28, 2006**, and the Defendant having non-opposed the motion, the Motion is **GRANTED.**

  Dated at Anchorage, Alaska, this 13th day of February 2006.

                    /s/ James K. Singleton, Jr.

                    **JAMES K. SINGLETON, JR.**
                    United States District Judge