CARTER v MINETA

**Page 4**

1  Anchorage, Alaska; Tuesday, December 14, 2004
2  9:17 a.m.
3  CHANDLER D. CARTER,
4  called as a witness herein, being first duly sworn to
5  state the truth, the whole truth and nothing but the
6  truth, testified under oath as follows:
7  EXAMINATION
8  BY MS. LINDQUIST:
9  Q  Do you know your testimony today is the same as
10  if you gave it in the courtroom?
11  A  Yes, ma'am.
12  Q  And that the same penalties of perjury attach?
13  A  Yes, ma'am.
14  Q  And you know this is a question and answer
15  session?
16  A  Yes, ma'am.
17  Q  Okay.  And if you don't understand a question,
18  you can ask me to change it, yes?
19  A  Yes, ma'am.
20  Q  Okay.  And you are represented by counsel today?
21  A  Yes, ma'am.
22  Q  And you can consult with your counsel, but not
23  when there is a question pending.
24  A  Yes, ma'am.
25  Q  Okay.  Did you read anything for your testimony

**Page 5**

1  today to prepare for it?
2  A  Yes, ma'am.
3  Q  Okay.  What did you read?
4  A  I read most of what's in this folder, which is
5  the complaint and witness list and other information about
6  the trial, about the complaint.
7  Q  Okay.  Did you review your application for the
8  position at issue?
9  A  No, ma'am.
10  Q  Did you read the transcript of the EEO hearing?
11  A  No, ma'am.
12  Q  Okay.  As far as your application goes, did you
13  do that yourself?
14  A  Yes, ma'am, I did.
15  Q  Did you do it specifically for the job at issue?
16  A  Yes, ma'am, with some -- the -- let me add a
17  little bit to that.  When we prepare an application, we
18  may use the same application over and over again for
19  different positions.  So that application had been used
20  previously.  The information in it had been used
21  previously and the information in it has been used since;
22  but it was a specific application for the position.
23  Q  What have you used it for since?
24  A  The job that I'm currently in.
25  Q  The CSET job?

**Page 6**

1  A  Yes, ma'am, CSET.
2  Q  That's C-S-E-T?
3  A  C-S-E-T, Certification Standardization and
4  Evaluation Team.
5  Q  Have you applied for any other position?
6  A  Yes, ma'am.  I -- then there was two applications for
7  this position.  I applied, I think it was, October of
8  2000, and they canceled the announcement, and then they
9  opened the announcement again immediately.  And I
10  immediately applied again, I think, around February of
11  2001.  So the application was used in October 2000 and
12  used again in, I think, February 2001.  Also applied for a
13  team leader's position during that time frame.  But the
14  application had been modified considerably because it was
15  a different position.
16  Q  And what level was the team leader's position?
17  A  Fifteen level.
18  Q  Who got it?
19  A  I don't know.
20  Q  When did you apply for that position?
21  A  I think it was February 2001.  It was -- I think
22  they hired two or three team leaders.  Normally CSET hires
23  team leaders from within the organization because work is
24  so specialized, and if you have not been working in CSET,
25  then you don't have the skills and abilities to perform

**Page 7**

1  the work.
2  Q  And this team leader's position was with CSET?
3  A  Yes, ma'am.
4  Q  Did you ever apply for -- the position at
5  question became vacant after the EEO hearing.  Did you
6  apply for it then?
7  A  No, ma'am, I did not.
8  Q  Did you know that it was open?
9  A  I learned that it was open, but I am not sure if
10  it had closed when I learned it or if it was still
11  open when I learned about it.  I really think it was
12  closed because I remember discussing with a friend that
13  there were some interviews scheduled.  So if the
14  interviews had been scheduled, then the position would
15  have been closed to my learning about it, but I'm not
16  positive of that.
17  Q  And how did you learn about it?
18  A  A friend told me at lunch.
19  Q  And how did the friend find out about it?
20  A  He works in Flight Standards, and he had bid on
21  the position.
22  Q  He wasn't part of CSET?
23  A  No, ma'am, he was not.
24  Q  Do you know if the position was bid through
25  CSET, also, that CSET employees were --

4 (Pages 4 to 7)

4

1      THE WITNESS:  Okay.

2      THE COURT:  All right.  Ready to proceed Mr. Fleischer.

3      MR. FLEISCHER:  Thank you Judge.

4                          **DIRECT EXAMINATION**

5  BY MR. FLEISCHER:

6  Q    Mr. Carter, you are a first named Complainant in this

7       proceeding as the Judge has suggested, is that correct?

8  A    That's correct sir.

9  Q    All right.  Could you please state what your sex and age

10      are?

11 A    I am male and my age is 68.

12 Q    All right.  And was it correct that your birthday is

13      January 13, 1935?

14 A    Yes sir, it is.

15 Q    All right.  And what is your current position, Mr. Carter?

16 A    I'm currently an Operations Aviation Safety Inspector

17      assigned to the certification center's aviation and

18      evaluation team that is assigned to AFS-900 in Washington,

19      D.C.

20 Q    And is that an agency within the Federal Aviation

21      Administration?

22 A    Yes sir, it is, it's a portion of the Flight Standard

23      Service within the Federal Aviation Administration.

24 Q    Okay.  How long have you served with the Federal Aviation

25      Administration, Mr. Carter?

1  A    Twenty-five years.

2  Q    All right.  And did you hold other positions other than

3       that that you are currently holding as the certification

4       standard evaluation team member?

5  A    Yes sir, I've held several different positions.

6  Q    Starting with the initiation of your career with the FAA

7       could you state what position you held and then take it

8       forward?

9  A    Yes sir.  I was a trainee Aviation Safety Inspector in the

10      Juneau Flight Standards district office.  Then I was

11      reassigned to Anchorage where I was again a trainee.

12      After I completed the OJT period of 12 months I was

13      advanced to an inspector.  And then I became the Accident

14      Prevention Specialist for the Anchorage General Aviation

15      District Office.

16  Q    When you say inspector, what is it -- what is that

17      position you're referring to?

18  A    Aviation Safety Inspector are charged with inspecting and

19      performing surveillance on aviation activities in the

20      State of Alaska, both commercial and civilian.

21  Q    And then your next position please?

22  A    After Accident Prevention Specialist I transferred to

23      Seattle as a Certification Inspector on the Boeing 737

24      airplane.  I spent a year in Seattle, came back to

25      Anchorage as.....

1   Q   That was still with the FAA though, is that correct?

2   A   Yes sir, still with the FAA.

3   Q   And what was the approximate year you were in Seattle if

4       you know?

5   A   September '86 to October '87.

6   Q   Very well.

7   A   I returned to Anchorage as the Accident Prevention

8       Coordinator for the Alaska Region and I was in that

9       position until I believe it was May 1989 and then I

10      transferred to the Anchorage FSDO as an Operations Unit

11      Supervisor.

12  Q   For the record, FSDO is?

13  A   Flight Standards District Office.

14  Q   Thank you.

15  A   I was in that position until June of '93, then I

16      transferred to the -- back to the Regional Office and I

17      was a Operations Specialist in the Regional Office until

18      April of 2001 and I was transferred to CSET, to the

19      Certification Standardization and Evaluation Team.

20  Q   Okay.  In the position that you held up to 2001 what was

21      your GS rating or your actual job rating?

22  A   I was a 14.

23  Q   And how long had you held the GS-14 position, if you know?

24      If you can remember.

25  A   From October '87 until the present time.  I had a period

7

1    of three or four months that I was an acting 14 in Seattle

2    prior to the October '87 date.

3 Q   And how much of that period leading up to the date in 2001

4    were you in a supervisory capacity?

5 A   I was an Operations Unit Supervisor at the Anchorage FSDO

6    for four years.  And while I was assigned to the Regional

7    Office I was in temporary management positions for a year

8    and a half at various times, details up to six months.

9 Q   Very well.  And this -- that takes us up to your current

10    position, is that correct?

11 A   Yes sir, it does.

12 Q   All right.  What is your postsecondary educational

13    experience?

14 A   I have two associate degrees, the first being in

15    professional piloting, the second being in aviation

16    administration.

17 Q   And where did you obtain those degrees?

18 A   At the University of Alaska.

19 Q   And those were directly applicable, were they, to the work

20    that you were doing?

21 A   Yes sir, they were.

22 Q   All right.  Could you give a description of the duties and

23    responsibilities that you currently have in your current

24    position with the Agency?

25 A   I'm assigned to a certification team that consists of 12

11

1    like certification examiners for commercial and private

2    certificates and instrument certificates and so forth.

3    There's some others on the maintenance side, but I'm not

4    familiar with those.

5    Q    All right.

6    A    We call those positions designated examiners.  They are

7    designated by the FAA, they are monitored and they are

8    overseen by the FAA.

9    Q    All right.  Talking about your career prior to your work

10    with the Federal Aviation Administration, did you have

11    experience in the United States Service before being in

12    the private industry?

13    A    Yes sir, I did.

14    Q    And could you describe that please?

15    A    Yes sir.  I entered the military in February 1952.  I was

16    assigned as a gunner on several different aircraft.  I

17    flew on B-26's and B-29's and B-50's, B-66's, B-52's,

18    always a gunner.  Then I wanted to go to pilot training

19    but I was in the Air Force, I did not have a degree, so I

20    could not go to pilot training in the Air Force.  So I got

21    out of the Air Force and went to the Army flight training

22    program and I completed that in 1967 and I left the Army

23    in 1974.  I had a total of 22 years and six months active

24    duty in the military.

25    Q    And when you say active duty, were you under fire in Korea

1      during the Korean conflict?

2  A   Yes sir, I was

3  Q   And that period also included the Vietnam War, were you

4      involved in that as well?

5  A   Yes sir, I had two tours in Vietnam flying helicopters the

6      first time and helicopters and airplanes the second time.

7  Q   Could you state what type of ratings that you have and

8      what kind of aircraft you've been involved in insofar as

9      your training with the FAA?

10 A   Yes sir, I'm type rated in the Boeing 737, 757, 767.  I'm

11     also type rated in helicopters, in the Bell 206, the 204,

12     205, the 212, and also the Aerospeciale Super Puma.  All

13     type ratings in all those aircraft.

14 Q   Have you had experience in providing seminars to members

15     of the general public on behalf of the FAA?

16 A   Yes sir, I was the Accident Prevention Specialist for

17     seven years and I averaged about 100 seminars a year.  I

18     was responsible for the southern half of the State of

19     Alaska and I traveled to the major villages and towns

20     twice a year performing seminars at those locations plus

21     seminars locally here in Anchorage and throughout this

22     area.

23 Q   And that all on behalf of the FAA, is that correct?

24 A   Yes sir.

25 Q   All right.  And did you have experience in public

GERALD C. PATERSON                    4/28/2005                    CARTER v. MINETA
Vol. 1                                                             A04-178 Civil

Page 6

```
 1   A    I'd have to estimate two or three years.

 2   Q    Okay.  And at that time was John Duncan the division

 3        manager?

 4   A    Yes, he was.

 5   Q    All right.  Do you know of any meeting that you attended

 6        with Mr. Duncan and perhaps others that concerned Verene

 7        Miller?

 8   A    Yes, I do.

 9   Q    Okay.  Do you know when that meeting occurred, Mr.

10        Paterson?

11   A    It occurred sometime in 1999, or maybe early in 2000.  I

12        don't recall exactly the date or.....

13   Q    And who was in attendance at the meeting, if you know?

14   A    It would have been the -- it was a group of the managers,

15        so it would have been -- most likely would have been the

16        FSDO managers, and the 210 branch manager, Naomi, and.....

17   Q    Would you mind giving her full name?  Naomi?

18   A    Naomi Christianson, and it's.....

19   Q    Okay.  And the FSDO managers who were there, do you

20        know.....

21   A    It would.....

22   Q    .....them by name?

23   A    You know, it's six years ago, so.....

24   Q    I understand.  I'm.....

25   A    I can't be.....
```

GERALD C. PATERSON
Vol. 1

4/28/2005

CARTER v. MINETA
A04-178 Civil

Page 7

```
 1   Q    .....asking you though.....

 2   A    .....sure of.....

 3   Q    .....to the best of your recollection.

 4   A    The best of my recollection would be Larry Dalrymple, and

 5        then Terry Gordon from Juneau, and I don't know who was

 6        the FSDO manager at that time.  I don't recall.

 7   Q    All right.

 8   A    There's been several changes out there.

 9   Q    Right.  And you were there?

10   A    I was there, yes.

11   Q    All right.

12   A    And.....

13   Q    And what was discussed in regard to Verene Miller?

14   A    John Duncan did make the statement that he'd like to see

15        Verene promoted as soon as possible.

16   Q    Uh-huh.  Did he say anything else about it?

17   A    No, it was in -- I believe, the best of my recollection is

18        that it was part of him discussing that she had given us a

19        pretty good briefing on some training issues.  She was

20        working on training things, and she had done rather --

21        gave us a pretty good detailed, you know, thorough

22        briefing, and he was impressed with that, and said that

23        he'd like to see her promoted.

24   Q    Was that a common occurrence, or did -- was there -- were

25        there normally being employees discussed in these
```

Computer Matrix, LLC
310 K Street, Suite 200

Phone - 907-243-0668
Fax    907-243-1473

jpk@gci.net
sahile@gci.net

GERALD C. PATERSON
Vol. 1

4/28/2005

CARTER v. MINETA
A04-178 Civil

Page 8

| 1 | | meetings? |
|---|---|---|
| 2 | A | Well, sometimes, of course, we discussed employees, but I |
| 3 | | -- that's the only time I can recall in my entire career |
| 4 | | that somebody -- that some manager said that they'd like |
| 5 | | to see a certain employee promoted.  And..... |
| 6 | Q | It was unique? |
| 7 | A | .....that's why I -- that's..... |
| 8 | Q | It was unique in other words? |
| 9 | A | It was quite unique, yes.  Yeah. |
| 10 | Q | Did you ever hear John Duncan make that state -- a similar |
| 11 | | statement about any other employee? |
| 12 | A | No.  No. |
| 13 | Q | I mean, was there anyone in that room who might have had |
| 14 | | the ability or power to hire or promote Ms. Miller to a |
| 15 | | position within their organization? |
| 16 | A | Well, certainly each of the three FSDO managers would have |
| 17 | | the ability to promote her to a job in their -- their |
| 18 | | field offices certainly, yes. |
| 19 | Q | Uh-huh. |
| 20 | A | And I suppose it's also possible that, you know, the -- |
| 21 | | any -- the branch managers may have had an opportunity to |
| 22 | | promote her also. |
| 23 | Q | Uh-huh.  As one who was a supervisor, did you consider |
| 24 | | that comment to be appropriate? |
| 25 | A | No, I was quite surprised.  It's the only -- only time |

Computer Matrix, LLC
310 K Street, Suite 200

Phone - 907-243-0668
Fax    907-243-1473

jpk@gci.net
sahile@gci.net

1      this position or any other matter?

2  A   Yes sir, I did.  Ms. Miller was disappointed that she was

3      not selected for the supervisory position.  I don't

4      believe I told her what her rating was in the list, she

5      was number seven on the list.  I did not tell her what her

6      rating was, but she told me that she had blown the

7      interview, that she knew her rating was not very high,

8      that she had messed something up in the interview.  And I

9      don't know how it came up, but the position that is in

10     question here came into the conversation and we were

11     talking about it and I encouraged her to bid on it because

12     if she had made a mistake or did not interview well or

13     felt that she should get all the practice that she could

14     in interviews and so forth, and she told me -- well, there

15     was a question about whether or not she was eligible to

16     bid on it.  And she told me at that time that John Duncan

17     had told her that the bid was going to be changed so that

18     she could bid on it.  And that was.....

19  Q   Could you describe please who John Duncan is?

20  A   John Duncan is the Division Manager for the Flight

21     Standards Division, AAL-200.  I was somewhat surprised at

22     the time that John Duncan had had a direct communication

23     with her about the bid being changed.

24  Q   And why were you surprised by that, Mr. Carter?

25  A   Well, the Division Manager doesn't normally communicate

1   bid was out for a few days and then it was changed to

2   where you only needed 52 weeks of equivalent experience at

3   the 14 level instead of ex -- actual experience at the 14

4   level.  So the bid was changed, modified after it came

5   out.

6   Q   All right.  Did you have the opportunity to research the

7   question of changes in bid announcements by this Agency

8   over a period of time?

9   A   Yes sir, I did.  Through the Freedom of Information Act I

10  obtained copies of all the announcements that were

11  published by the Flight Standards Division from January

12  1997 to January 2001.  There was 79 bids that were

13  published during that period.  Out of those 79, 48 was for

14  non-Aviation Safety Inspectors, 38 were for Aviation

15  Safety Inspectors.  Out of those 38, 20 were for non-

16  supervisors, 18 were for supervisors.  And during all

17  those bids both before and after the only bids that were

18  ever modified is the bid in question here and the

19  counterpart bid for the Airworthiness Inspector.  No other

20  bids had ever been changed.  Now I did not do an analysis

21  on the bids that were not Aviation Safety Inspectors.

22  THE COURT:  And what was the time period again Mr. Carter?

23  A   January 2001 back to January 1997.  There was -- as I

24  recall there was one bid afterward that came out I think

25  in September of 2000 and it went back to the old system.

1    Duncan's concurrence.  And during that meeting, as in --

2    the meeting was over and he had agreed with the selection

3    that had been made and we were leaving the room and Mr.

4    Duncan said to me that -- in fact he asked how Ms. Miller

5    had done and I told about halfway down on the list and he

6    said he was surprised that she had done that poorly.  And

7    he said -- I'm not exactly sure of the sequence of the

8    conversation, but he said that he was surprised by her

9    doing that poorly, that he wanted to promote her just as

10   soon as possible but he had a concern about her rapport

11   because in meetings she came across abusive.  And I

12   thought it was unusual that a Division Manager would say

13   that he wanted to appoint an employee -- promote an

14   employee just as soon as possible with -- well, under the

15   circumstances I was surprised.

16  Q   Who else was present at the time that he made this

17       statement and within hearing of Mr. Duncan?

18  A   There was four of us there initially, that was John

19      Duncan, Kent Adams, Johnnie Wallace and myself and Kent

20      Adams had left the room and Johnnie Wallace was there and

21      Mr. Duncan and myself.

22  Q   Talking about -- you again state what Mr. Wallace's

23      position, Johnnie Wallace's position was?

24  A   He was the acting office manager.  His full-time position

25      was assistant manager of the office but the -- there was a

1      had made various statements in the past to Verene Miller

2      and possibly, and then you said later confirmed that he

3      did in a conversation of 9/18, to others to the effect

4      that he wanted to see Ms. Miller promoted but that was

5      more in a mentor capacity and not in reference to any

6      particular bid.  Do you have any specific recollection of

7      taking that statement from Mr. Duncan?

8  A    I remember speaking with him, I remember him giving the

9      statement.  That was in response to a question that I had

10     asked him.  But as far as verbatim comments, I can't give

11     you a verbatim comment.....

12  Q    All right.

13  A    .....but I can give you what my impression was of the

14     conversation.

15  Q    Okay.  What means or manner were you using to record the

16     conversation you had with Mr. Duncan at that time?

17  A    A legal pad.

18  Q    You had a legal pad.

19  A    That is correct.

20  Q    Okay.  And you were writing it down as he stated it, is

21     that correct?

22  A    I was writing it down I guess you would say as a -- wasn't

23     exactly what he was saying, I was writing down -- what is

24     the word I'm looking for.  I was writing down his

25     impression of what he was saying.  I was kind of writing

38

1    individual, had been an Operations Unit Supervisor since

2    1987 and in all honesty I do not know how Ms. Miller tied

3    with Mr. Brown.  It's beyond any logic that I can

4    determine.  Ms. Miller's experience doesn't hold a candle

5    to Mr. Brown's experience.

6  Q  Do you know, Mr. Carter, whether the Agency gave credit to

7    yourself and to the other candidates, other than Ms.

8    Miller, for outside work, in other words work that they

9    had done prior to coming to the Agency?

10 A  My understanding is Ms. Miller received credit for her

11   equivalency time that she worked at Lane Aviation but that

12   equal experience rating was not given to anyone else.  She

13   was the only one that received that as best I could

14   determine.

15 Q  And do you know as a matter of fact whether the other

16   candidates, and let's just recount who the other

17   candidates were for this position other than yourself and

18   Ms. Miller and Mr. Brown.

19 A  Ms. Jokela was a candidate for that position and a

20   gentleman named James Garoutte was also a candidate.

21   That's the only other two that I know about.

22 Q  Do you know if Mr. Garoutte and Ms. Jokela had prior

23   experience that could have been given credit for before

24   entering the FAA?

25 A  Yes sir, I think so.  I know Mrs. Jokela had experience in

1    civil aviation.  She flew for some operators which I think

2    included 121 experience.  I know Mr. Garoutte was a

3    Director of Operations for Gifford Aviation here in Alaska

4    for some time period.  I also know that Mr. Garoutte

5    worked for an organization, it's one of the large

6    international contractors, I forget their name.  But he

7    worked in Saudi Arabia and Columbia and also New Guinea as

8    the General Manager for the aviation activities for that

9    contracting business.  And he had extensive experience,

10   again far more than what Ms. Miller had.  And of course

11   Ms. Jokela's experience also, and I'm not really sure

12   exactly what her experience was.

13        THE COURT:  Would you spell the name of the two

14   candidates, Jokela?

15        THE WITNESS:  Jokela, Ms......

16        THE COURT:  Jokela.

17        THE WITNESS:  .....Ms. Valerie Jokela.

18        THE COURT:  Oh, all right.

19        THE WITNESS:  And James Garoutte, G-A-R-O-U-T-E.

20        THE COURT:  Thank you.

21   MR. FLEISCHER RESUMES:

22   Q    And do you know, Mr. Carter, based upon the experience

23        that Mr. Garoutte and Ms. Jokela had whether that would

24        have been -- had they been given credit for the work that

25        they did prior to entering the FAA would that have had an

40

1     effect on their position in the ranking?

2  A  It should have.  With Mr. Garoutte's experience as the

3     General Manager for the aviation activities for the

4     construction company plus his time as Director of

5     Operations at Gifford he should have been considerably

6     higher than Ms. Miller was.  As I said, I'm not positive

7     of Mr. Jokela's experience.  I know that she worked for a

8     couple of different airlines.  She also taught at the

9     University of Alaska as an instructor there in the

10    aviation department.  I also know that she's extensively

11    qualified.  Ms. Jokela also had real 14 level experience

12    for several years, so she should have been much higher

13    that what Ms. Miller was.

14  Q  Could you describe, Mr. Carter, what relief you are

15    seeking in this proceeding?

16  A  Yes sir, there's several things I'm seeking in this

17    proceeding.  For of all, I'd like to see a standardized

18    process for determining equivalency within the FAA.  I

19    think it should be something written that's in the

20    personnel manual that everyone has to comply with.  And if

21    it does involve determining equivalency I think there

22    should be a panel or a committee that makes that

23    determination instead of a private individual with a

24    private agenda.  I think all the personnel people should

25    be trained in that procedure that's developed.  I also

1   Inspector who is assigned to that airline is a reasonable

2   judgment as to the complexity that the Agency should give

3   it.  Is that true?

4  A   That is true.  That's the first thing I look at as an

5   indicator, and I'm not saying that in every case someone

6   hasn't under graded or over graded it.  But generally

7   that's the first indicator you look at and then if you

8   want to go further you do a full complexity inventory on

9   the carrier and find out what the true complexity is and

10  then match it.  But from what you've told me it sounds

11  like about a 13 level.

12  Q   All right.  Let me ask you this Mr. Westall.  If --

13  assuming for purposes of this discussion that the Agency

14  gave credit to Verene Miller in her application for this

15  supervisor's position for work that she had done on the

16  civilian front, what opinion do you have as to whether or

17  not the Agency should have given similar credit to any

18  other applicants who had outside aviation experience?

19  A   Well, normally this is done in the ranking area.  And what

20  you do in the ranking area is you treat everyone the same.

21  Once you decide what the ranking criteria is and what

22  value you're going to give on different kinds of

23  experience then you have to treat everybody the same.  And

24  usually if you're going to use outside Agency experience

25  as one of the ranking factors it's usually going to raise

1      everybody's point and it doesn't give you any special

2      advantage.  If you only use it for one person then there

3      -- you've disadvantaged the other applicants and favored

4      the one that you've used that for.  Because if you give

5      anybody extra points for anything that you don't give the

6      same kind of consideration to others you're disadvantaging

7      people that have a perfect right to have that credit

8      applied.  And usually all it -- it doesn't change the

9      ranking outcome any by adding other valuable experience in

10     there, it usually raises everybody.  Because remember that

11     under the present systems everybody that's on that

12     application panel has at least made it through the entry

13     level experience and may have a variety of FAA experience

14     also.  So when you add the industry experience in there

15     you probably have to add it for everybody because

16     everybody comes to the FAA almost, unless it's a

17     developmental position, with industry experience.  They

18     have to to even qualify for the basic entry level.

19   Q   Very well.  Excuse me.

20       (Whispered conversation)

21   Q   Well, let me ask you this Mr. Westall.  Could an air taxi

22       pilot, one who has the experience as a pilot or even one

23       supervising, being a director of those pilots, go to --

24       immediately to an aviation safety inspection position and

25       perform the functions thereof?

1          think it was July or August of 1998, Ms. Miller was flying

2          as an instructor in the King Air in the Homer area and

3          there was a malfunction with the autopilot on the airplane

4          and Ms. Miller was flying with a gentleman named Tim Lee

5          -- Tim Miller and they got so distracted with flying the

6          airplane that they ended up in a mountainous area, 4,600

7          feet off their assigned altitude.  This in my opinion was

8          a major violation of regulations, in fa -- I'm surprised

9          that they're still alive.  There has been a number of

10         people in Alaska killed just for getting half that

11         distance off altitude and hitting mountains.  And it's --

12         in my opinion it's a very serious violation.  It shows --

13         again, in my opinion it shows a lack of professionalism in

14         flying the airplane.

15   Q     And was she in fact given a violation by the FAA for this

16         action?

17   A     Yes sir, she was.

18   Q     All right.  And do you know if Johnnie Wallace was aware

19         of the fact that she had had this violation?

20   A     Yes sir, I'm sure he was.

21   Q     Do you know if members of the interviewing panel were

22         aware of this violation?

23   A     I don't know.

24   Q     All right.  Do you know, sir, if any others who are

25         Aviation Safety Inspectors have ever had a similar or any

1       kind of violation of that kind while with the Agency?

2  A    Yes sir.  I -- in preparing for this I did some research

3       and through the Freedom of Information Act I obtained the

4       records of every Aviation Safety Inspector in the Alaska

5       Region.  And although there have been some accidents by

6       inspectors prior to coming to work for the FAA and there

7       had been a couple of violations prior to their coming to

8       work for the FAA, Ms. Miller is the only inspector that I

9       have been able to determine in the entire FAA that has

10      ever gotten a violation while working as an Aviation

11      Safety Inspector.

12      THE COURT:  What was the violation called, Mr. Carter, if

13  you know?

14      THE WITNESS:  She was below an assigned altitude in

15  mountainous terrain.  It was an altitude violation.

16  A    As a point of interest, we have another Aviation Safety

17      Inspector who was a captain for Eastern Airlines who also

18      received an altitude violation while working for Eastern

19      Airlines and he received a suspension of his certificate

20      for just a few hundred feet and Ms. Miller received an

21      administrative action for her violation.

22  Q    When you say it's an administration action, did that

23      involve loss of pay or benefits?

24  A    No sir, it involved remedial training.

25  Q    Didn't you say that Ms. Miller had been a trainer?

```
 1        purposes of determining equivalency?
 2   A    He reviewed Ms. Miller's application and determined
 3        whether or not she had the equivalent experience.  I.....
 4   Q    All right.  Do you have any idea how much time he was
 5        engaged in that review?
 6   A    I have been told by an inspector -- let me rephrase this.
 7        Mr. Christensen told an inspector that he spent 20 minutes
 8        reviewing the application, the inspector told me that.
 9        Mr. Christensen told this inspector that he had found it
10        laying on his desk with a note to please review it and see
11        if it was equivalent and he spent approximately -- well,
12        he said 20 minutes on it and returned it to personnel.
13        THE COURT:  What is the name of the inspector?
14        THE WITNESS:  Bruce Walker.
15   Q    And do you know if he found in the course of this review
16        that Ms. Miller had the equivalency.....
17   A    He.....
18   Q    .....necessary for the position?
19   A    He told Mr. Walker -- this meeting with Mr. Walker
20        occurred during the time that Mr. Christensen was writing
21        his affidavit and he told Mr. Walker that he had reviewed
22        the application and now he was being held accountable for
23        what he did and that he had to complete the affidavit.
24        And he also told Mr. Walker that he -- words to the effect
25        that he did not think Ms. Miller would be selected so he
```

37

1    just sort of blew it off.

2 Q  Are you familiar with what the interview panel procedure

3    was in regard to this position in terms of the

4    recommendations that were made to the selecting official?

5 A  There were three names recommended to the selecting

6    official.  I was number one, Ms. Miller and a Mr. Brown

7    were second and third, they were tied for the second and

8    third position.

9 Q  When you say tied for the second and third, you mean they

10   were actually tied with one another, was that what

11   was.....

12 A  Yes sir.

13 Q  .....described to you?

14 A  I had a -- my score I think was 4.1 and the score for both

15   Ms. Miller and Mr. Brown was 3.9.

16 Q  Have you had the opportunity to review Mr. Brown's

17   application?

18 A  Yes sir, I have.

19 Q  All right.  And you indicated previously you had reviewed

20   in the course of your professional responsibility Ms.

21   Miller's application, is that correct?

22 A  Yes sir, that's correct.

23 Q  Could you compare the responsibilities that Ms. Miller had

24   as compared with Mr. Brown?

25 A  Yes sir, I did, and Mr. Brown was a very highly qualified

28

1    vacancy in the manager's position and Johnnie Wallace was

2    filling that position in a acting capacity.

3  Q    Who was the stated selecting official for the subject

4    position, that being the Supervisory Aviation Safety

5    Inspector position?

6  A    The Operations Unit Manager position?

7  Q    No, I'm talking about the position that's in question

8    here.

9  A    Okay.  The position, at that time I was the selecting

10    official.

11  Q    All right.  But in terms of the position that you applied

12    for and.....

13  A    Johnnie Wallace was the selecting official.

14  Q    Johnnie Wallace was the selecting official.  Did you have

15    any discussion with Mr. Wallace at that time or at any

16    other time that in any way related to your age?

17  A    Yes sir.  On one or two occasions, and I'm -- it seemed

18    insignificant at the time, I had -- something was said

19    about retirement and Mr. Wallace told me that I either

20    needed to retire, I was too old or I had enough money to

21    go do something else and I should get away from the

22    problems and so forth of the office.  I think a statement

23    like that was made twice.

24  Q    And during.....

25  A    Similar words to that.

1  Q    Okay.  Well let me just read this to you if I may.

2       Response is, and I quote, not exactly.  I recall that

3       Johnnie Wallace made a statement to Tom that Tom was old

4       enough to retire and or Tom had enough money to do

5       something else.  And one needs to understand the context

6       the remark was made in.  It was made in the context of two

7       people who have known each other a long time.  Johnnie

8       Wallace and Tom Carter go back a long way.  They were both

9       hired in the FAA 20 years ago.  From my perspective this

10      was the context of Johnnie's remark, two people talking

11      with each other who have known each other a long time.  I

12      took Johnnie's statement to mean why does Tom need this

13      grief with the job.  It appeared to me that they were

14      joking with each other.  I can't recall the exact date

15      Johnnie made this statement but I think it was right

16      before the announcement for the position.  And that was

17      what your affidavit of March 26, 2001 stated.  Does that

18      in any way refresh your recollection, Mr. Martelli, as to

19      any such conversation?

20  A    It refreshes my recollection of the conversation between

21      Johnnie Wallace and I, however I do not recall Tom Carter

22      being present whenever that conversation took place.  I

23      just recall Johnnie Wallace being there and making the

24      comment to me that he had had that conversation with Tom.

25  Q    Well, what do you remember about Mr. Wallace's statement