IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CHANDLER D. CARTER, )<br> )<br> )<br> )<br> )<br>    Plaintiff, )<br> )<br>    vs. )<br> )<br>NORMAN Y. MINETA )<br>SECRETARY OF TRANSPORTATION, )<br> )<br>    Defendant. )   CASE NO: A04-178 CV (JKS)<br>_____ ) | |

**JOINT REPORT TO THE COURT RE PROPOSED TRIAL DATES**

Plaintiff, Chandler D. Carter, through his counsel, Hugh W. Fleischer and Susan J. Lindquist, Assistant U.S. Attorney, counsel for Mr. Mineta, hereby submit proposed trial week dates of February 5, 12 or 19, 2007.

DATED at Anchorage, Alaska this 6th day of July, 2006.

     LAW OFFICES OF HUGH W. FLEISCHER

     S/ HUGH W. FLEISCHER
     Hugh W. Fleischer
     Attorney for Chandler D. Carter
     Alaska Bar # 7106012
     310 K. St., Suite 200
     Anchorage, AK 99501

        (907) 264-6635
        (907) 264-6602-Fax
        hfleisch@aol.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 6th
day of July, 2006, a true
and accurate copy of the foregoing was
delivered electronically to:

Susan J. Lindquist
Assistant U.S. Attorney
222 W. 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Susan.linquist@usdoj.gov


 S/ Hugh W. Fleischer

LAW OFFICES OF HUGH W. FLEISCHER

9268/610

2