```
              IN THE UNITED STATES DISTRICT COURT

                   FOR THE DISTRICT OF ALASKA


    CHANDLER D. CARTER,            )
                                   )
                                   )
                                   )
                                   )
           Plaintiff,              )
                                   )
       vs.                         )
                                   )
    NORMAN Y. MINETA               )
    SECRETARY OF TRANSPORTATION,   )
                                   )
           Defendant.              )  CASE NO: A04-178 CV (JKS)
    _____ )
```

## ORDER

The parties hereto, having proposed certain dates for trial, THE TRIAL DATE HEREBY IS _____, 2007.

```
                        _____
                                James K. Singleton
                                U.S. District Judge
```

9268/611