**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

<u>CHANDLER D. CARTER</u>   v.   <u>NORMAN Y. MINETA</u>

THE HONORABLE JOHN W. SEDWICK

<small>DEPUTY CLERK</small>                                              CASE NO.  <u>3:04-cv-00178 JWS</u>

<u>Linda Christensen</u>

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**      DATE: August 2, 2006

    The newly assigned judge has reviewed the joint report regarding trial dates.  A final pre-trial conference will be held on Friday, February 16, 2007, and trial by jury will commence at 9:00 AM on Tuesday, February 20, 2007 (February 19 is a federal holiday).  A standard scheduling order setting out the various pre-trial milestones will be issued in due course.

[]{IA.WPD*Rev.12/96}