IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CHANDLER D. CARTER,<br><br>      Plaintiff,<br><br>vs.<br><br>NORMAN Y. MINETA<br>SECRETARY OF TRANSPORTATION,<br><br>      Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CASE NO: A04-178 CV (JKS)<br>) |

**UNOPPOSED**
**PLAINTIFF'S MOTION FOR CONTINUANCE**

     Hugh W. Fleischer, on behalf of plaintiff, Chandler D.(Tom) Carter, hereby moves for a continuance of the time within which to file the joint statement of issues, statement of uncontested facts, witness lists and marking exhibits until a later date, to be determined.  Ms. Lindquist is out of town at this time and once she has been reached, an alternative date will be given.

     Assistant U.S. Attorney Gary Guarino, has authorized the undersigned to advise that the defendant does not oppose this motion.

DATED at Anchorage, Alaska this 22nd day of December, 2006.

LAW OFFICES OF HUGH W. FLEISCHER

S/ HUGH W. FLEISCHER
Hugh W. Fleischer
Attorney for Chandler D. Carter
Alaska Bar # 7106012
310 K. St., Suite 200
Anchorage, AK 99501
(907) 264-6635
(907) 264-6602-Fax
hfleisch@aol.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 22nd
day of December, 2006, a true
and accurate copy of the foregoing was
delivered electronically to:

Gary Guaurino
Assistant U.S. Attorney
222 W. 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
GaryGuaurino@usdoj.gov

Hugh W. Fleischer

LAW OFFICES OF HUGH W. FLEISCHER

9268/614