IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
CHANDLER D. CARTER,            )
                               )
                               )
                               )
                               )
        Plaintiff,             )
                               )
    vs.                        )
                               )
NORMAN Y. MINETA               )
SECRETARY OF TRANSPORTATION,   )
                               )
        Defendant.             )   CASE NO: A04-178 CV (JKS)
_____)
```

### ORDER

The parties hereto, having moved for an alternative date for filing a single, joint statement of issues, a statement of uncontested facts, witness lists and exhibit marking from December 22, 2006 to a later alternative date, THE MOTION IS APPROVED, providing that the parties shall file an alternative date on or before Friday, December 29, 2006.

                                        _____
                                          James K. Singleton
                                          U.S. District Judge

9268/613