## MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

  CHANDLER D. CARTER    v.    NORMAN Y. MINETA

THE HONORABLE JOHN W. SEDWICK        CASE NO.   3:04-cv-00178-JWS

   Deputy Clerk                       Official Recorder

    Elisa Singleton

APPEARANCES:   for PLAINTIFF:   ----

               for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

---

The court has considered the motion to extend deadlines at docket 25. The motion is **GRANTED** as follows:

The order at docket 24 is AMENDED in the following respects, but no others:

1. The deadline for a single, joint statemnt of issues is extended to January 10, 2007.

2. The deadline for filing a statement of uncontested facts is extended to January 10, 2007.

3. The deadline for filng final witness lists is extended to January 10, 2007.

4. The time for marking exhibits is extended to January 10, 2007.

5. The time for objections to exhibits is continued to January 17, 2006.

6. The time for arguments and authorities in favor of admission fo exhibits to which an objection is taken is extended to January 23 2006.

7. The time for pre-trial motions regarding difficult evidentiary matters is extended to January 10, 2006.

8. The parties are advised that congestion on the court's criminal docket may imperil the trial date in this civil case, but for now the date for the final pre-trial conference and trial

December 27, 2006[FORMS*IA*]

remain unchanged.


9.  Counsel shall immediately advise the court if this case settles.


                                    ENTERED AT JUDGE'S DIRECTION

DATE:   12/27/2006December 27, 2006              INITIALS:  ES
                                                      Deputy Clerk


December 27, 2006[FORMS*IA*]