NELSON P. COHEN
United States Attorney

SUSAN LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
susan.lindquist@usdoj.gov

Attorneys for the Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CHANDLER D. CARTER | ) Case No. A04-0178 CV (JKS) |
| | ) |
| Plaintiff, | ) **NON-OPPOSED MOTION** |
| | ) **TO EXTEND PRE-TRIAL** |
| v. | ) **DEADLINES.** |
| | ) |
| NORMAN Y. MINETA | ) *On shortened time* |
| SECRETARY OF TRANSPORTATION, | ) |
| | ) |
| Defendants. | ) |

Norman Y. Mineta, through counsel, moves unopposed, *on shortened time,*

for an extension of time to extend pre-trial deadlines.  Government counsel called

Mr. Fleischer and informed him that she wished to file a motion regarding an

extension of pre-trial deadlines.  Mr. Fleischer did not oppose an extension of time

until **January 18, 2007**.

Government proposes the time to respond to any objections to Exhibits shall

be 5 working days thereafter, January 25, 2007, and a continuation of the

following deadlines:

| | | |
|---|---|---|
| (1) | Issues | January 18, 2007 |
| (2) | Statement of Uncontested Facts | January 18, 2007 |
| (3) | Witnesses | January 18, 2007 |
| (4) | Exhibits | January 18, 2007 |
| (5) | Motions | January 18, 2007 |

The other deadlines would remain as ordered at docket 24.

Respectfully submitted, on January 3, 2007, at Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

   s/Susan Lindquist
SUSAN LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344

I declare that a true and correct copy of the foregoing
**NON-OPPOSED MOTION TO EXTEND PRE-TRIAL DEADLINES,**
was sent via electronic filing to the following counsel,

Hugh Fleischer

___s/Susan Lindquist_____
Office of the U.S. Attorney