IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CHANDLER D. CARTER<br><br>            Plaintiff,<br><br>    v.<br><br>NORMAN Y. MINETA<br>SECRETARY OF TRANSPORTATION,<br><br>            Defendants. | ) Case No. A04-0178 CV (JKS)<br>)<br>)      [proposed]<br>)<br>) **ORDER GRANTING NON-**<br>) **OPPOSED MOTION TO**<br>) **EXTEND PRE-TRIAL**<br>) **DEADLINES.**<br>)<br>)<br>) |

Norman Y. Mineta, through counsel, moved unopposed to Extend Pre-trial

Deadlines.  The motion is granted and the government shall have until **January**

**18, 2007** to file its pre-trial papers.

Deadline to Object to Exhibits shall be 5 working days thereafter, January

25, 2007.

Deadlines shall now follow:

(1)    Issues                                              January 18, 2007
(2)    Statement of Uncontested Facts      January 18, 2007
(3)    Witnesses                                        January 18, 2007
(4)    Exhibits                                           January 18, 2007
(5)    Motions                                          January 18, 2007

Remaining deadlines shall continue as ordered at docket 24.

Date: _____  _____
                                                        James K. Singleton, Jr.
                                                        United States District Court Judge