MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*Chandler D. Carter*   v.   *Norman Y. Mineta*

THE HONORABLE JOHN W. SEDWICK          CASE NO. 3:04-cv-00178-JWS

PROCEEDINGS:   **ORDER FROM CHAMBERS**          Date: January 5, 2007

The unopposed motion at docket 27 is **GRANTED** as follows:

1. The deadline for the joint statement of issues is continued to **January 18, 2007.**

2. The deadline for the joint statement of uncontested facts is continued to **January 18, 2007.**

3. The deadline for witness lists is continued to **January 18, 2007.**

4. The time for marking exhibits is continued to **January 18, 2007.**

5. The time for objections to exhibits is continued to **January 25, 2007.**

6. The time for arguments in favor of admission of exhibits is continued to **February 2, 2007.**

7. The deadline for motions is extended to **January 18, 2007**, and the deadline for responses is hereby set for January 25, 2007. A reply may be filed no later than February 2, 2007.

The other dates previously set by the court remain unchanged.