NELSON P. COHEN
United States Attorney

SUSAN LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
(907) 271-5071

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CHANDLER D. CARTER<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NORMAN Y. MINETA<br>　SECRETARY OF TRANSPORTATION,<br><br>　　　　Defendants. | Case No. 3:04-cv-0178-(JWS)<br><br>**DEFENDANT'S TRIAL WITNESS LIST** |

　　　　Norman Y. Mineta, through counsel, presents its trial witness list:

1.  Roberta W. Gossweiler

    **RETIRED** Senior Personnel Management Specialist
    17216 Alice Loop
    Eagle River, AK  99577
    (907) 696-4238


Carter v. Mineta
Case No. 3:04-cv-0178-(JWS)

Ms. Gossweiler was the Supervisory Personnel Management Specialist during all times relevant to the above-captioned complaint.  In this position, she supervised all the personnel management specialists in the Human Resource Management Division who worked with and advised the Flight Standards Division (FSD) in the Alaskan Region, concerning the hiring and promoting of FSD employees, including supervisory personnel.  Ms. Gossweiler will testify to the policies and practices applied in the promotion of employees, both new hires, into acting positions, and into first-time supervisory positions.

Ms. Gossweiler will testify concerning any pay and compensation benefits Mr. Carter would be entitled to under all scenarios applicable to this case.  Ms. Gossweiler will testify about the two vacancies for Supervisor Aviation Inspector ("ASI") which occurred after Mr. Carter's EEO hearing.  She will testify about how it was advertised and who received the position.

2.   Mary Hausermann
     Management & Program Analyst
     FSD, Alaskan Region, FAA
     222 W. 7th Ave., #14
     Anchorage, AK  99513
     (907) 271-5906.

Ms. Hausermann will describe her role in the selection process of supervisory ASI from the FS administrative level as well as give an opinion as to whether the procedure was properly carried out with respect to the development and advertisement of the position under Vacancy Announcement No. AAL-FS-00-92-5033/AAL-FS-00-92-5033M.

She will testify concerning any pay and compensation benefits Mr. Carter would be entitled to under all scenarios applicable to this case.  Ms. Gossweiler will testify about the two vacancies for Supervisor Aviation Inspector ("ASI") which occurred after Mr. Carter's EEO hearing.  She will testify about how it was advertised and who received the position.

3.   Bob Christensen

Carter v. Mineta
Case No. 3:04-cv-0178-(JWS)

2

       Supervisory ASI, Manager
       Technical Standards Branch, Alaskan Region, FAA
       222 W. 7th Ave., #14
       Anchorage, AK  99513
       (907) 271-5514.

       Mr. Christensen will describe his role as a subject matter expert in the selection process used under Vacancy Announcement No. AAL-FS-00-92-5033/AAL-FS-00-92-5033M and his decision that Ms. Miller's experience was excellent.  He will also testify about any comments he heard about Mr. Carter discussing retirement..

4.      Rick Girard
       ASI, Technical Standards Branch
       Flight Standards Division, Alaskan Region, FAA
       222 W. 7th Ave., #14
       Anchorage, AK  99513
       (907) 271-3578.

       Mr. Girard, as the Acting Anchorage Flight Standards District Office (FSDO) Assistant Manager during the time that Mr. Carter served as the Acting Operations Section Supervisor, will describe the issues raised at the Anchorage FSDO and the plan to implement a new office structure, including the addition of section supervisors, to address those issues.  As chairman of the interview panel, Mr. Girard will describe his role in the selection process used under Vacancy Announcement No. AAL-FS-00-92-5033/AAL-FS-00-92-5033M.  He presented the list of top three candidates to Mr. Wallace.  He will also discuss conversations with Mr. Carter.

5.      Ruben Saldana
       ASI, Anchorage Flight Standards District Office
       Flight Standards Branch, Alaskan Region, FAA
       4510 W. Int'l Airport Way
       Anchorage, AK  99502
       (907) 271-2039.

Carter v. Mineta
Case No. 3:04-cv-0178-(JWS)

      Mr. Saldana, a member of the interview panel, will describe his involvement in the selection process used under Vacancy Announcement No. AAL-FS-00-92-5033/AAL-FS-00-92-5033M as well as discuss the strengths and weaknesses of the applicants which resulted in the three names being forwarded to the selecting official.

6.      Bob Wedemeier                                                          Telephonic Testimony
        AFS-7, 800 Independence Avenue, S.W.
        Washington, D.C. 20591
        (202) 267-7342.

        Mr. Wedemeier, formerly the Senior Management Consultant with the FSD in the Alaskan Region, will discuss his facilitation of a meeting concerning the issues raised at the Anchorage FSDO, which resulted in the implementation of a new office structure. He will testify as to what he heard concerning the selection of the unit supervisor position during a meeting, which took place in Mr. Duncan's office in May 2000. Finally, he will testify as to what he heard concerning the selection of Ms. Miller as the Operations Section Supervisor at the Anchorage FSDO during a meeting between himself, Johnnie Wallace, Kent Adams, and John Duncan, which took place in August 2000. He will also testify about conversations he had with Mr. Carter.

7.      Naomi Christensen
        Manager, Resource Management Branch, FSD,
        Alaskan Region, FAA
        222 W. 7th Ave., #14
        Anchorage, AK 99513
        (907) 271-5910.

        Ms. Christensen will describe the issues raised at the Anchorage FSDO and the plan to implement a new office structure, including the addition of section supervisors, to address those issues. She will describe the selection process for supervisory Aviation Safety Inspectors from the administrative level and how it is different from the process used for the hiring of new employees. She will discuss all information she has about Mr. Carter's discussions about retirement.

8.      Dave McGlothlen,                                                     Telephonic Testimony
        (630) 443-3100.

        He was formerly with the Anchorage Flight Standards District Office, Flight Standards Branch, Alaskan Region, FAA. Mr. McGlothlen will discuss any

personal recollections he has concerning statements made by Johnnie Wallace concerning retirement and Mr. Carter.

9.     Johnnie Wallace
       **RETIRED** Assistant FSDO Manager
       P.O. Box 210845
       Anchorage, AK 99521
       (907) 337-9602

       Mr. Wallace, formerly the Acting Anchorage FSDO Manager and selecting official in this case, will describe the issues raised at the Anchorage FSDO and the plan to implement a new office structure, including the addition of section supervisors, to address those issues. He will discuss his observations of Mr. Carter's and Ms. Miller's skills. He will tell the jury why he selected Ms. Miller and why he rejected Mr. Bown and Mr. Carter. He will testify about discussions he had with Mr. Carter about retirement and comments made about the condition of the FSDO and improvements that were needed.

10.    Kent Adams
       **RETIRED** Assistant Flight Standards Division Manager
       720 Birch Street
       Anchorage, AK
       (907) 277-3373.

       Mr. Adams, formerly the Assistant Flight Standards Division Manager and approving official in this case, will describe the issues raised at the Anchorage FSDO and the plan to implement a new office structure, including the addition of section supervisors, to address those issues. In addition, he will describe his discussions with Mr. Carter concerning promotion possibilities and Mr. Carter's discussions with him concerning possible retirement.

11.    John Duncan                       TESTIMONY BY VIDEOTAPE
       Manager, AFS-800
       General Aviation and Commercial Division
       Department of Transportation
       Federal Aviation Administration

National Headquarters
800 Independence Avenue, S.W.
FOB-10A
Washington DC 20591
Office: (202)493-4496

Mr. Duncan testified by deposition. He described the issues raised at the Anchorage FSDO and the plan to implement a new office structure, including the addition of section supervisors, to address those issues. He also described his knowledge of the management skills of selectee, Verene Miller.

12. Verene Miller
FSDO Manager
2780 Airport Dr. suite 300
Columbus, Ohio 43219
(614) 255-3120

She was selected for the position over Mr. Carter. She will discuss her interview, her work experience, and the work that she had performed for Mr. Wallace, the selecting official. She will discuss her qualifications and the King Air Program. She will discuss her career with FAA. She will also rebut witnesses presented by the Mr. Carter.

13. Tom Carter
c/o Attorney Hugh Fleischer

14. Anyone on Plaintiff's witness list, except retained experts.

15. Any custodian of the documents.

16. Any rebuttal witnesses

Respectfully submitted, on January 17, 2007.

NELSON P. COHEN

Carter v. Mineta
Case No. 3:04-cv-0178-(JWS)

United States Attorney

/s/
_____
SUSAN LINDQUIST
Assistant U.S. Attorney

Carter v. Mineta
Case No. 3:04-cv-0178-(JWS)

I declare under penalty of perjury that a
true and correct copy of the foregoing
Defendant's Trial Witness List was sent
to the following counsel via ECF:

Hugh Fleischer
Law Office of Hugh Fleischer
310 K Street, Suite 200
Anchorage, AK 99501

Executed at Anchorage, Alaska, on January 17, 2007.


_____
Office of the U.S. Attorney

Carter v. Mineta
Case No. 3:04-cv-0178-(JWS)