IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CHANDLER D. CARTER,<br><br>         Plaintiff,<br><br>    vs.<br><br>NORMAN Y. MINETA<br>SECRETARY OF TRANSPORTATION,<br><br>         Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  CASE NO: A04-178 CV (JWS)<br>) |

**PLAINTIFF'S FINAL EXHIBIT LIST**

    Hugh W. Fleischer, on behalf of plaintiff, Chandler D.(Tom) Carter, hereby lists his final exhibits:

Ex. 1..FAA Accident/Incident Rept.re Vereen Miller

Ex. 2……………Aircraft Safety Inspector ("ASI") Position Description ("PD") & ASI     Supervisory    PD

Ex. 3……………. FAA Personnel Management System

Ex. 4……………. Applications by Carter & Miller

Ex. 5……………. Announcements for subject position

Ex. C-7…………….PTRS re Verene Miller (suggest strike)

Ex. C-8…………….E-Mail Messages

DATED at Anchorage, Alaska this 18th day of January, 2007.

LAW OFFICES OF HUGH W. FLEISCHER

_____
Hugh W. Fleischer
Attorney for Chandler D. Carter
Alaska Bar # 7106012
310 K. St., Suite 200
Anchorage, AK 99501
(907) 264-6635
(907) 264-6602-Fax
hfleisch@aol.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 18th
day of January, 2007, a true
and accurate copy of the foregoing was
delivered, electronically to:

Susan L. Lindquist
Assistant U.S. Attorney
222 W. 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567


Hugh W. Fleischer

LAW OFFICES OF HUGH W. FLEISCHER

9268/616