NELSON P. COHEN
United States Attorney

SUSAN LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
susan.lindquist@usdoj.gov


IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CHANDLER D. CARTER<br><br>    Plaintiff,<br><br>  v.<br><br>NORMAN Y. MINETA<br>SECRETARY OF TRANSPORTATION,<br><br>    Defendants. | Case No. 3:04-cv-178-JWS<br><br>**JOINT STATEMENT OF ISSUES** |

The parties, through counsel and after consultation , present the joint statement

of issues:


1. Did Johnnie Wallace (age 58 in 2000) intentionally discriminate against Tom Carter (age 65 in 2000) on the basis of age when he selected Verene Miller(age 57 in 2000) for the management position of Supervisory Aviation Safety Inspector?

Respectfully submitted, on January 18, 2007.

NELSON P. COHEN
United States Attorney

s/ Susan J. Lindquist
Assistant U. S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3378
Fax: (907) 271-2344
E-mail: susan.lindquist@usdoj.gov
AK #9008053

**CERTIFICATE OF SERVICE**

I hereby certify that on January 18, 2007,
a copy of the foregoing **JOINT STATEMENT OF ISSUES**
was served electronically on Hugh W. Fleischer.

s/ Susan J. Lindquist