NELSON P. COHEN
United States Attorney

SUSAN LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
susan.lindquist@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CHANDLER D. CARTER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NORMAN Y. MINETA<br>SECRETARY OF TRANSPORTATION,<br><br>　　　　Defendants. | Case No. 3:04-cv-178-(JWS)<br><br>**JOINT STATEMENT OF FACTS** |

The parties, through counsel, present the joint statement of facts:

1. In May, 2000, the Federal Aviation Administration, known as the FAA, advertised a vacant position for a Supervisory Aviation Safety Inspector (Operations) FV-1825-K ("the position") at the Anchorage Flight Standards District Office, which is known as the FSDO.

```
Carter v. Mineta
Case No. 3:04-cv-178-(JWS)
```

2. The position was for a second level supervisor of aviation safety inspectors who came to FAA as former and current pilots. The supervisor would work under the supervision of Johnnie Wallace, the Acting Manager, and Rick Girard, the Acting Assistant Manager at the Anchorage FSDO.

3. At the time of the selection, Mr. Carter was temporarily filling the supervisory position which was advertised.

4. At the time of the selection, Mr. Wallace's supervisor was Kent Adams. Mr. Adam's supervisor was John Duncan. Mr. Duncan was the highest ranked Flight Standards manager in Alaska.

5. The duties of the Supervisory Aviation Safety Inspector for operations did not include flying airplanes. The duties included the planning and administration of the FSDO's programs for staffing, budgeting, and employee training. The supervisor was in charge of approximately 3-5 unit supervisors, who, in turn, supervised approximately 5-10 operations inspectors. The supervisor did not directly supervise any airworthiness inspectors, who check the mechanical parts of airplanes. The supervisor supervised between 20 and 50 operations employees.

6. Operation inspectors inspect commercial airlines, commercial pilots, and private pilots. They are responsible for making sure that anyone flying airplanes complies with the FAA regulations. They insure that pilots have current pilot certificates, medical certificates, and all required training. They investigate airplane accidents with the National Transportation Safety Board. They educate the public about accident prevention.

7. FAA's Personnel Department found six applicants qualified for the position and their names and applications were forwarded to Rick Girard, the chairman of the selection panel.

8. The selection panel was comprised of five FAA employees. It interviewed the applicants and selected three candidates with the most points to forward to the selecting official, Johnnie Wallace.

9. The panel awarded Tom Carter 4.1 points. Verene Miller and Richard Bown tied with 3.9 points.

10. At the time of the selection in 2000, Mr. Wallace was 58 years old (DOB 1942) and the three candidates were Mr. Carter at 65 years old (1935), Ms. Miller at 59 years old (1941), and Richard Bown at 57 years old (1943).

11. Mr. Carter was eligible to retire in 1990. Just before the selection process, Mr. Carter had been accepted for a professional gun smithing school in Arizona and he and his wife had spoken to a real estate agent about selling their house. They also had an agent looking for a house for them in Arizona. Mr. Carter told Mr. Wallace that if he were selected he would stay another two years.

12. Mr. Wallace selected Ms. Miller.

13. Anyone over 40 is in a class protected from age discrimination. Mr. Carter is in the protected class. Mr. Carter was qualified for the position. He was denied the promotion.

Respectfully submitted, on January 18, 2007.

NELSON P. COHEN
United States Attorney

s/ Susan J. Lindquist
Assistant U. S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3378
Fax: (907) 271-2344
E-mail: susan.lindquist@usdoj.gov
AK #9008053

                    LAW OFFICE OF HUGH W. FLEISCHER.

                    s/ Hugh W. Fleischer
_____
310 K. St., Suite 200
Anchorage, AK  99501
Phone: (907)  264-6635
Fax: 264-6602
E-mail: hfleisch@aol.com
AK # 7106012