NELSON P. COHEN
United States Attorney

SUSAN LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
susan.lindquist@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CHANDLER D. CARTER<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NORMAN Y. MINETA<br>SECRETARY OF TRANSPORTATION,<br><br>　　　　Defendants. | Case No. 3:04-cv-178-JWS<br><br>**STIPULATION TO DISPENSE WITH MEETING WITH CLERK REGARDING EXHIBITS AND FOR FILING HARD COPY OF EXHIBITS ON JANUARY 22, 2007** |

　　　　Norman Mineta, through counsel, and with the Plaintiff's counsel's consent, notifies the court that counsel have agreed on the exhibits and have stipulated to dispense with the meeting with the clerk.  Attorney Lindquist spoke with Linda Christensen about this matter and Attorney Lindquist agreed to file this stipulation.  This case was originally heard before an EEO hearing officer and as a

result, both parties are very familiar with all the documents.

Attorney Lindquist discussed with Ms. Christensen the filing the hard copy of the exhibits on Monday, January 22, 2007, and it was decided that it was possible as staff is not available to assist the assigned attorney before then.

Respectfully submitted, on January 18, 2007.

NELSON P. COHEN
United States Attorney

s/ Susan J. Lindquist
Assistant U. S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3378
Fax: (907) 271-2344
E-mail: susan.lindquist@usdoj.gov
AK #9008053

**CERTIFICATE OF SERVICE**

I hereby certify that on January 20, 2006,
a copy of the foregoing **NOTICE OF STIPULATION
TO DISPENSE WITH MEETING WITH CLERK
REGARDING EXHIBITS AND FOR FILING HARD COPY
OF EXHIBITS ON JANUARY 22, 2007** was served
electronically on Hugh W. Fleischer.

s/ Susan J. Lindquist