NELSON P. COHEN
United States Attorney

SUSAN LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
susan.lindquist@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| CHANDLER D. CARTER, Plaintiff, v. NORMAN Y. MINETA SECRETARY OF TRANSPORTATION, Defendants. | Case No. 3:04-cv-178-JWS<br><br>**DEFENDANT'S TRIAL EXHIBIT LIST** |
|---|---|

Norman Mineta, through counsel, submits his list of exhibits to be introduced at trial in this case.

| EXH # | DESCRIPTION | IDEN | ADM | OBJ |
|---|---|---|---|---|
| A | Tom Carter: EEOC Hearing Testimony, August 7-11, 2003, Excerpts | | | |

| EXH # | DESCRIPTION | IDEN | ADM | OBJ |
|---|---|---|---|---|
| B | Tom Carter, Deposition December 14, 2004, Excerpts | | | |
| C | Carter EEO Declaration from Report of Investigation - Excerpts | | | |
| D | Amended Vacancy Announcement for Position at issue | | | |
| E | Position Description Level 15 position at issue | | | |
| F | 2000 List of 6 Eligible Candidates Level 15 position, tentatively selecting Verene Miller | | | |
| G | 2000 List of 15 Eligible Candidates for Level 14 position (list of candidates on 2 pages) tentatively selecting David McGlothen | | | |
| H | Memorandum on Evaluation Panel Results for Level 14 position | | | |
| I | Regulations re: minimal qualification for bidding on an FAA position | | | |
| J | EEOC Bench Decision | | | |
| K | Advertisements for Position after Verene Miller left position at issue | | | |
| L | Notice of Vacancy 2004 from Hauserman to others, including CSET point of contact Linda Johnson. | | | |
| M | John Duncan DVD Videotaped testimony for trial | | | |
| N | Affidavit Tom Carter for EEO Investigation | | | |

| EXH # | DESCRIPTION | IDEN | ADM | OBJ |
|---|---|---|---|---|
| O | Gerald Martelli, EEO Affidavit | | | |
| P | Gerald Martelli, EEO testimony | | | |
| Q | Michael O'Neal, EEO testimony | | | |
| R | Bruce Walker, EEO Affidavit | | | |

Respectfully submitted, on January 18, 2007.

NELSON P. COHEN
United States Attorney

s/ Susan J. Lindquist
Assistant U. S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3378
Fax: (907) 271-2344
E-mail: susan.lindquist@usdoj.gov
AK #9008053

**CERTIFICATE OF SERVICE**

I hereby certify that on January 20, 2006,
a copy of the foregoing **DEFENDANT'S TRIAL EXHIBIT LIST**
was served
electronically on Hugh W. Fleischer.

s/ Susan J. Lindquist

Carter v. Mineta
3:04-cv-178-JKS                           3