# INVESTIGATION OF PILOT DEVIATION REPORT

Incident Report Number: **PALC21AN98016**

Complete and distribute within 90 days of a reported pilot deviation according to instructions on page 3. Complete all items. Use the same incident report number as on the corresponding FAA Form 8020-17, "Preliminary Pilot Deviation Report." Any corrections to FAA Form 8020-17 should be reported in Item 17 of this form. Complete the form by hand or typewriter.

## 1. Date, Time, and Location of Deviation:

A. Date (Coordinated Universal Time-UTC): 07 08 98 (MM DD YY)

B. UTC Time: 1722

C. Local Time: 0822

D. Nearest City or Town and State: Homer Alaska

## 2. Pilot Information:

A. Name and Address: Verene L. Miller
(Address redacted)

B. Home Base: Anchorage

C. Telephone Number: (redacted)

D. Pilot Certificate No. (or enter "MILITARY"): 2180483

E. Date of Birth: (redacted)

## 3. Pilot Hours (if hours unavailable, estimate):

A. Total, All Aircraft: 7200 hours
B. Total, Make & Model in Deviation: ___ hours
C. Last 90 Days, All Aircraft: ___ hours
D. Last 90 Days, Make & Model in Deviation: ___ hours
E. Duty Time, Last 24 Hours (includes item 3F): ___ hours
F. Flight Time, Last 24 Hours: ___ hours
G. Flight Time, Leg At Time of Deviation: ___ hours

## 4. Pilot and Medical Certificate(s):

A. Pilot Certificate(s) (mark appropriate boxes):
- (1) ☐ Student
- (2) ☐ Recreational
- (3) ☐ Private
- (4) ☐ Commercial
- (5) ☒ Airline Transport
- (6) ☐ Flight Instructor
- (7) ☐ Military
- (8) ☐ Foreign Pilot
- (9) ☐ None
- (10) ☐ Unknown
- (11) ☐ Other, Specify ___

B. Medical Certificate(s) (mark appropriate boxes):
- (1) ☐ First Class
- (2) ☒ Second Class
- (3) ☐ Third Class
- (4) ☐ Special Issuance, Specify Type ___
- (5) ☐ Self Certification
- (6) ☐ Out of Date
- (7) ☐ Unknown
- (8) ☐ None Required, Specify Reason ___

C. Date of Last Medical: 02 25 98 (MM DD YY)

## 5. Pilot Rating(s) (mark appropriate boxes):

- A. ☒ Single Engine Land
- B. ☒ Multiengine Land
- C. ☒ Single Engine Sea
- D. ☐ Multiengine Sea
- E. ☐ Rotorcraft
- F. ☐ Glider
- G. ☐ Lighter-than-air
- H. ☐ None
- I. ☐ Unknown
- J. ☐ Other, Specify ___

## 6. Pilot Instrument Rating (mark one):

- A. ☒ Current
- B. ☐ Not Current
- C. ☐ None
- D. ☐ Unknown

## 7. Prior Enforcement Actions Against Pilot (mark one):

- A. ☐ One or More
- B. ☒ None
- C. ☐ Unknown

## 8. Date(s) of Pilot Checks and Tests (specify those within last two years, MM/DD/YY):

A. Flight Review: ___
B. Proficiency: 12 22 97
C. Competency Flight: ___
D. Simulator: ___
E. Route Check: ___
F. Instrument Currency or Instrument Rating Flight Test: ___
G. Airline Transport Pilot Flight Test: ___
H. Flight Test (private, commercial, or flight instruction): ___
I. Other, Specify: ___

Exhibit P addendum

0093

**9. Aircraft Information:**
A. Registration (N) No. __N.S.__
B. Flight No. or Call Sign (if applicable) ____
C. Make __BeechCraft__   D. Model __Be-f90__
E. Aircraft Type (mark one):
(1) ☐ Single Engine Land   (5) ☐ Rotorcraft
(2) ☒ Multiengine Land   (6) ☐ Other, Specify ____
(3) ☐ Single Engine Sea
(4) ☐ Multiengine Sea

**10. Type of Operation at Time of Deviation (mark one):**
A. ☐ U.S. Air Carrier (14 CFR 121 or 125)
B. ☐ Foreign Air Carrier (14 CFR 129)
C. ☐ Commuter (14 CFR 135)
D. ☐ Air Taxi (14 CFR 135)
E. ☐ General Aviation (14 CFR 91)
F. ☒ Public (governmental)
G. ☐ U.S. Military, Specify Service ____
H. ☐ Unknown
I. ☐ Other, Specify ____

**11. Aircraft Operator Information**
(complete, or mark box if General Aviation):   ☐ General Aviation
A. Name and Address
Full Name: __Federal Aviation Administration__
Address: __222 West Seventh Ave #14__
City: __Anchorage__   State: __Alaska__   ZIP: __99513__
B. Telephone Number __(907)-271-5514__
C. Certificate Number __F9.20.924.H__

**12. Flight Information:**
A. Departure Airport ID __A.N.C__
B. Destination Airport ID __A.O.M__
C. Local Flight:
(1) ☐ Yes   (2) ☒ No   (3) ☐ Unknown
D. First Flight of Day for Pilot:
(1) ☐ Yes   (2) ☐ No   (3) ☒ Unknown

**13. Weather Contributed to Pilot Deviation (mark appropriate boxes):**
A. ☐ Pilot Received Inaccurate Weather Data
B. ☐ Avoidance of Weather
C. ☐ Flying Visual Flight Rules (VFR) in Instrument Conditions
D. ☐ Unknown
E. ☐ Other, Specify ____
F. ☒ None of the Above, Weather Not a Factor

**14. Aircraft Equipment Malfunction(s) Contributed to Pilot Deviation (mark appropriate boxes):**
A. ☐ Communication
B. ☐ Transponder
C. ☐ Navigation, Excluding Autopilot
D. ☒ Autopilot
E. ☐ Altimeter
F. ☐ Unknown
G. ☐ Other, Specify ____
H. ☐ None of the Above, Equipment Malfunction Not a Factor

**15. Investigation indicates the Pilot Lacked or Had Inadequate Knowledge or Experience With (mark appropriate boxes):**
A. ☐ Aircraft
B. ☐ Avionics
C. ☐ ATC Procedures
D. ☐ ATC Terminology or Phraseology
E. ☐ English Language
F. ☐ Preflight Planning
G. ☐ Crew Coordination
H. ☐ Weather
I. ☐ Airport
J. ☐ Current Charts and Approach Plates
K. ☐ Unknown
L. ☐ Other, Specify ____
M. ☒ None of the Above

**16. Investigation Indicates the Pilot Was (mark appropriate boxes):**
A. ☐ Overworked
B. ☒ Distracted, Specify __Autopilot Failure__
C. ☐ Fatigued
D. ☐ Actively Scanning
E. ☐ Not Actively Scanning
F. ☐ Unable to Locate Traffic, Even With Traffic Advisory
G. ☐ Disoriented or Lost
H. ☐ Sick, Specify ____
I. ☐ Not Following ATC Instructions, Specify ____
J. ☐ Operating in Class A, B, C, or D Airspace Without Required Communication or Authorization
K. ☐ Operating With Transponder Off
L. ☐ Responding to TCAS Resolution Advisory
M. ☐ Unknown
N. ☐ Other, Specify ____
O. ☐ None of the Above

**17.** Corrections and Additions to FAA Form 8020-17 (specify item number and new information or mark box): ☒ FAA Form 8020-17 is complete and accurate.

Exhibit __P__
ADDENDUM
0094