IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CHANDLER D. CARTER, )<br>)<br>)<br>)<br>)<br>       Plaintiff,     )<br>)<br>   vs.                 )<br>)<br>NORMAN Y. MINETA       )<br>SECRETARY OF TRANSPORTATION, )<br>)<br>       Defendant.    )<br>_____ ) | CASE NO: A04-178 CV (JWS) |

**<u>PLAINTIFF'S FINAL WITNESS LIST</u>**

Hugh W. Fleischer, on behalf of plaintiff, Chandler D.(Tom) Carter, hereby lists his final witness list:

1) Gerald Martelli, past Airworthiness Section Manager, Anchorage FSDO, now assigned to America West Certificate Management Office 2800 N. 44th St. Suite 450 Phoenix, AZ 85008-1561, Phone (602) 379-4350 ext 235.

Gerald Martelli will provide testimony about Johnny Wallace's statement that Tom Carter was too old for the job and needed to retire.

2) Gerald C. "Jerry" Paterson, (Retired) Alaskan Region Flight Standards 4840 Retriever Circle Anchorage, AK 99502-Phone-907-243-5952

Jerry Paterson will provide testimony concerning John Duncan statement that he wanted to promote Verene Miller as soon as possible.

3) Michael Sean O'Neal, EEO Counselor, Kenai AFSS
   470 North Willow
   Kenai, AK, (907) 283 3735

Michael Sean O'Neal will provide testimony about his initial EEO Investigation and John Duncan's admission to him saying he wanted to promote Verene Miller as soon as possible.

4) Bruce Walker
   Unit Supervisor
   Anchorage FSDO
   3000 W. 36th Ave.
   Anchorage, AK 99502, Phone (907) 271-2000

Mr. Walker saw Tom Carter, who was very distraught, immediately after Johnnie Wallace had made statements to Mr. Carter saying that Carter was too old for the job, been around too long and needed to retire.

5) Chandler D. "Tom" Carter
   c/o Hugh W. Fleischer (Attorney-Client_
   310 K. St., Suite 200
   Anchorage, AK 99501, (907) 264-6635

Mr. Carter will testify to all matters regarding his claim of age discrimination.

6) Anyone on Defendant's witness list.

7) Anyone who can authenticate documents.

8) Any surrebuttal witnesses.

DATED at Anchorage, Alaska this 18th day of January, 2007.

2

LAW OFFICES OF HUGH W. FLEISCHER

S/ HUGH W. FLEISCHER
Hugh W. Fleischer
Attorney for Chandler D. Carter
Alaska Bar # 7106012
310 K. St., Suite 200
Anchorage, AK 99501
(907) 264-6635
(907) 264-6602-Fax
hfleisch@aol.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 18th
day of January, 2007, a true
and accurate copy of the foregoing was
delivered, electronically to:

Susan L. Lindquist
Assistant U.S. Attorney
222 W. 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567

S/Hugh W. Fleischer

LAW OFFICES OF HUGH W. FLEISCHER

9268/616

3