NELSON P. COHEN
United States Attorney

SUSAN LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
susan.lindquist@usdoj.gov


IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


| | |
|---|---|
| CHANDLER D. CARTER<br><br>          Plaintiff,<br><br>     v.<br><br>NORMAN Y. MINETA<br>SECRETARY OF TRANSPORTATION,<br><br>          Defendants. | Case No. 3:04-cv-00178-JWS<br><br>**NOTICE OF INTENT TO USE THE COURT'S DIGITAL EVIDENCE PRESENTATION SYSTEM** |

The United States of America, through counsel, notifies the Court of its

intent to use the Court's Digital Evidence Presentation System (DEPS) in the trial

of the above captioned case, currently scheduled to commence February 20, 2007,

at 9:00 a.m., before Judge Sedwick.

Respectfully submitted, on January 23, 2007.

NELSON P. COHEN
United States Attorney

s/ Susan J. Lindquist
Assistant U. S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3378
Fax: (907) 271-2344
E-mail: susan.lindquist@usdoj.gov
AK #9008053

**CERTIFICATE OF SERVICE**

I hereby certify that on January 23, 2006,
a copy of the foregoing **NOTICE OF INTENT
TO USE THE COURT'S DIGITAL EVIDENCE
PRESENTATION SYSTEM**, was served
electronically on Hugh W. Fleischer.

s/ Susan J. Lindquist