NELSON P. COHEN
United States Attorney

SUSAN LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
susan.lindquist@usdoj.gov

Attorneys for the Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CHANDLER D. CARTER | ) Case No. A04-0178 CV (JKS) <br> ) |
| Plaintiff, | ) **ENTRY OF APPEARANCE** <br> ) **FOR CHERYL JONES** |
| v. | ) <br> ) |
| NORMAN Y. MINETA <br> SECRETARY OF TRANSPORTATION, | ) <br> ) <br> ) |
| Defendants. | ) |

Cheryl Jones, an attorney for the Federal Aviation Administration (FAA) in Anchorage, Alaska, hereby enters her appearance as an additional attorney of record for Norman Y. Mineta, Secretary of Transportation, in the above-entitled matter and requests that copies of all pleadings filed be directed to her.  She is

admitted to practice in the State of Alaska, and per Local Rule 83.1(e) she is allowed to participate in this action without being admitted. Exhibit A (Bar membership card). She and Susan Lindquist will be co-counsel for the trial proceedings. Attorney Jones will register for Electronic Case Filing.

Respectfully submitted, on January 23, 2007, at Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/Susan Lindquist
SUSAN LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344

I declare that a true and correct copy of the foregoing
**ENTRY OF APPEARANCE**, was sent via electronic
filing to the following counsel,

Hugh Fleischer

___s/Susan Lindquist_____
Office of the U.S. Attorney