

Cheryl M. Jones

ACTIVE MEMBER 2006

Membership # 8706028