IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CHANDLER D. CARTER,<br><br>    Plaintiff,<br><br>    v.<br><br>NORMAN Y. MINETA<br>SECRETARY OF TRANSPORTATION,<br><br>    Defendants. | ) Case No. A04-00178 CV (JWS)<br>)<br>)    [proposed]<br>)<br>) **ORDER GRANTING FAA'S**<br>) **MOTION IN LIMING RE:**<br>) **MS. MILLER'S FLYING**<br>) **VIOLATION**<br>)<br>)<br>) |

Norman Y. Mineta, through counsel, moved, *in limie*, to bar evidence that Ms. Miller received a flying violation. The motion is granted because the evidence is irrelevant. Ms. Miller was not applying for a Federal Aviation Administration ("FAA") position that requires flying. FAA allows two flying violations before baring anyone from applying for a position. Lastly, this issue was previously decided in the Court's Order at Dkt. 19. For the foregoing reasons, the Plaintiff is barred from presenting any evidence about Ms. Miller's flying violation.

    IT IS SO ORDERED.

Date: _____  _____
                                          John W. Sedwick.
                                          United States District Court Judge