NELSON P. COHEN
United States Attorney

SUSAN LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
susan.lindquist@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CHANDLER D. CARTER<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NORMAN Y. MINETA<br>SECRETARY OF TRANSPORTATION,<br><br>　　　　Defendants. | Case No. 3:04-cv-178-JWS<br><br>**STIPULATION TO VACATE TRIAL DATE AND TO DISMISS WITH PREJUDICE**<br><br>*on shortened time* |

　　　The parties, through counsel, *on shortened time,* stipulate to dismiss this case with prejudice.  Each side is to bear its own cost and fees.  The parties also stipulate to vacate the trial date.  Although this is a stipulation, an order has been attached for the court's use.

Respectfully submitted, on January 31, 2007.

        NELSON P. COHEN
        United States Attorney

        s/ Susan J. Lindquist
        Assistant U. S. Attorney
        222 West 7th Ave., #9, Rm. 253
        Anchorage, AK 99513-7567
        Phone: (907) 271-3378
        Fax: (907) 271-2344
        E-mail: susan.lindquist@usdoj.gov


        LAW OFFICE OF HUGH W. FLEISCHER

        s/ Hugh W. Fleischer (consent)
        310 K Street
        Anchorage, Ak
        Phone: (907) 264-6635
        Fax: (907) 264-6602
        E-mail: hfleisch@aol.com