IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CHANDLER D. CARTER<br><br>    Plaintiff,<br><br>  v.<br><br>NORMAN Y. MINETA<br>SECRETARY OF TRANSPORTATION,<br><br>    Defendants. | ) Case No. 3:04-cv-0178-JKS<br>)<br>)   [proposed]<br>) *on shortened time*<br>)<br>) **ORDER VACATING TRIAL**<br>) **DATE AND DISMISSING**<br>) **THE CASE WITH**<br>) **PREJUDICE**<br>)<br>)<br>) |

The parties, through counsel stipulated to vacate the trial date and to dismiss this case with prejudice, with each party to bear its own cost and fees. The stipulation is accepted. The trial date of February 20, 2007 is vacated. This case is dismissed with prejudice with each side to bear its own costs and fees.

Date: _____     _____
                                                                     John W. Sedwick
                                                                       United States District Court Judge