**MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

CHANDLER D. CARTER        v.    NORMAN Y. MINETA, SECRETARY OF TRANSPORTATION

THE HONORABLE JOHN W. SEDWICK        CASE NO.  3:04-cv-00178-JWS

Deputy Clerk                Official Recorder

Linda Christensen

APPEARANCES:    for PLAINTIFF:    ----

                for DEFENDANT:    ----

PROCEEDINGS:    **ORDER FROM CHAMBERS**

    The parties, through counsel, stipulated to vacate the trial date and to dismiss this case with prejudice, with each party to bear its own costs and fees. The stipulation is accepted. The trial date of February 20, 2007 is **VACATED**. This case is dismissed with prejudice with each side to bear its own costs and fees.

DATE:  February 1, 2007

ENTERED AT JUDGE'S DIRECTION
INITIALS:  lc
Deputy Clerk

[FORMS*IA*]